UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
DIANE PERITZ,

                Plaintiff,

- against -

NASSAU COUNTY BOARD OF COOPERATIVE
EDUCATIONAL SERVICES, BONNIE HELLER,
and JANET WEISEL,

                Defendants.
-------------------------------------------------------------X

Docket No.: 16-CV-05478
(SJF)(AYS)

**NOTICE OF MOTION**

      **PLEASE TAKE NOTICE**, that upon the accompanying Declaration of Caroline B. Lineen, sworn to on the 18th day of September, 2017, the exhibits annexed thereto, the Local Civil Rule 56.1 Statement of Material Facts, and the Memorandum of Law in Support of Defendants' Motion for Summary Judgment, defendants, NASSAU COUNTY BOARD OF COOPERATIVE EDUCATIONAL SERVICES, BONNIE HELLER, and JANET WEISEL, will move this Honorable Court on date and time to be decided by the Court:

1.     For an Order pursuant to Rule 56 of the Federal Rules of Civil Procedure dismissing all claims by the plaintiff as there is no genuine issue as to any material fact; and

2.     For such other and further relief as this Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE,** that the plaintiff's Opposition, if any, is to be served by October 18, 2017. The defendants' reply papers are to be served and all motion papers are to be filed by October 27, 2017.

Dated: White Plains, New York
September 18, 2017

Respectfully submitted,

**SILVERMAN & ASSOCIATES**

By: /s/ Caroline B. Lineen
Lewis R. Silverman (LS 9723)
Caroline B. Lineen (CL 0630)
Attorneys for Defendants
445 Hamilton Avenue, Suite 1102
White Plains, New York 10601
(914) 574-4510

TO: The Law Office of Mindy Kallus
Attorney for Plaintiff