```
---------------------------------------X
```

In the Matter of the Claim of

DIANE PERITZ,

       Claimant,

       vs.

BOARD OF COOPERATIVE EDUCATION SERVICES

OF NASSAU COUNTY, BONNIE HELLER, Principal

of Nassau BOCES Rosemary Kennedy School,

JANET WEISEL, Supervisor of Occupational

Therapists,

       Respondents.

```
---------------------------------------X
```

DEPOSITION OF DIANE PERITZ

Garden City, New York

Tuesday, April 19, 2016

REPORTED BY: Gail M. Mascaro

Magna Legal Services

866-624-6221

www.MagnaLS.com



Page 2

```
 2          April 19, 2016
 3          9:40 a.m.
 4
 5
 6       Deposition of DIANE PERITZ, held at
 7   Nassau BOCES, 71 Clinton Road, Garden City,
 8   New York, before Gail M. Mascaro, a Notary
 9   Public of the State of New York.
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 3

```
 2   A P P E A R A N C E S:
 3
 4   LAW OFFICE OF MINDY KALLUS
 5   Attorneys for Claimant
 6       3220 Netherland Avenue, 5D
 7       Bronx, New York 10463
 8   BY:  MINDY KALLUS, ESQ.
 9
10   SILVERMAN & ASSOCIATES
11   Attorneys for Respondents
12       445 Hamilton Avenue, Suite 1102
13       White Plains, New York 10601
14   BY:  KAREN C. RUDNICKI, ESQ.
15
16
17
18
19
20
21
22
23
24
25
```

Page 4

```
 1          Peritz
 2   DIANE  PERITZ,  called as a
 3       witness, having been duly sworn by
 4       a Notary Public, was examined and
 5       testified as follows:
 6   EXAMINATION BY
 7   MS. RUDNICKI:
 8       Q.  Please state your full name for the
 9   record.
10       A.  Diane Peritz.
11       Q.  What is your address?
12       A.  112 Holiday Drive, Woodbury, New
13   York 11797.                      09:37:56
14       Q.  Good morning, Miss Peritz.   09:37:56
15       A.  Hi.                       09:38:01
16       Q.  My name is Karen Rudnicki, I'm an  09:38:01
17   attorney with Silverman & Associates and we  09:38:03
18   represent Nassau BOCES regarding the claim  09:38:06
19   you brought in your notice of claim, so today  09:38:08
20   we're going to discuss the notice of claim   09:38:10
21   and the facts underlying it.  Okay?    09:38:12
22       A.  Okay.                     09:38:14
23       Q.  If at any point you don't       09:38:14
24   understand my question please let me know and  09:38:16
25   I will rephrase it.  Okay?          09:38:18
```

Page 5

```
 1          Peritz
 2       A.  Yes.                       09:38:20
 3       Q.  You have to give verbal answers so  09:38:22
 4   that the court reporter can make --    09:38:24
 5       A.  Yes, okay.  Yeah, I realize now.   09:38:26
 6       Q.  -- an accurate record.  Also,    09:38:27
 7   please wait until I'm finished with the    09:38:30
 8   question before you answer again to enable an  09:38:31
 9   accurate record to be taken.  If you do    09:38:33
10   answer a question and you don't indicate that  09:38:36
11   you don't understand it, it will be assumed   09:38:37
12   that you understand it.  Okay?       09:38:40
13       A.  Yes.                       09:38:42
14       Q.  If at any point you need to take a  09:38:43
15   break just let me know, I'll just ask that   09:38:46
16   whatever question is pending you answer it   09:38:48
17   before we take the break.  Okay?      09:38:50
18       A.  Okay.                     09:38:52
19       Q.  Could you give me your date of    09:38:52
20   birth, please?                   09:38:54
21       A.  ▮▮▮▮ 1957.                 09:38:55
22       Q.  So, Miss Peritz, you understand   09:39:00
23   that when the reporter asked you to raise   09:39:03
24   your right hand that you swore to tell the   09:39:05
25   truth?                        09:39:08
```



Page 6

Peritz

1
2    A.  Of course.                          09:39:08
3    Q.  Have you taken any medication in     09:39:09
4  the last 24 hours?                         09:39:10
5    A.  Yes.                                09:39:11
6    Q.  What did you take?                   09:39:11
7    A.  I take two pills for high blood      09:39:13
8  pressure.                                  09:39:17
9    Q.  But, nothing that would impair your  09:39:17
10  ability to recall facts or to answer      09:39:20
11  questions truthfully?                     09:39:22
12    A.  No.                                09:39:23
13    Q.  And have you used any alcohol or     09:39:23
14  recreational drugs in the last 24 hours?  09:39:26
15    A.  No.                                09:39:29
16    Q.  Are there any medications that you   09:39:29
17  generally do take that you haven't taken? 09:39:31
18    A.  No.                                09:39:33
19    Q.  And do you have any other           09:39:34
20  conditions or impairments that would prevent  09:39:37
21  you from answering questions truthfully or be  09:39:41
22  able to recall facts?                     09:39:45
23    A.  No.                                09:39:46
24    Q.  You've given your present address   09:39:46
25  as Woodbury, New York?                    09:39:49

Page 7

Peritz

1
2    A.  Yes.
3    Q.  How long have you lived there?       09:39:51
4    A.  I've lived there about, I don't      09:39:52
5  know, 16 years maybe, maybe more.         09:39:59
6    Q.  And it's a house or an apartment?    09:40:01
7    A.  It's a house, but it's a            09:40:02
8  condominium.                              09:40:06
9    Q.  Do you own it or rent it?           09:40:06
10    A.  I own it.                          09:40:08
11    Q.  And before that, where did you      09:40:09
12  live?                                     09:40:11
13    A.  I lived in Manhattan.              09:40:11
14    Q.  Do you live with anyone at your     09:40:13
15  present address?                          09:40:16
16    A.  No.                                09:40:17
17    Q.  Are you married?                    09:40:18
18    A.  No.                                09:40:19
19    Q.  Have you ever been married?         09:40:19
20    A.  No.                                09:40:21
21    Q.  Do you have any children?           09:40:21
22    A.  No.                                09:40:22
23    Q.  Do you have a Social Security       09:40:23
24  number?                                   09:40:24
25    A.  Yes.                               09:40:24

Page 8

Peritz

1
2    Q.  For privacy reasons I'll only ask    09:40:25
3  that the last fourth be placed on the record,  09:40:28
4  but if you would please give me the full   09:40:30
5  Social Security number?                    09:40:32
6    A.  ▓▓▓▓▓▓▓▓▓▓                          09:40:32
7    Q.  Before testifying here today, did    09:40:49
8  you do anything to prepare?                09:40:52
9    A.  Yes.                                09:40:54
10    Q.  What did you do?                    09:40:55
11    A.  I met with my attorney.            09:40:56
12    Q.  Did you review any documents?       09:40:58
13    A.  Just the -- is it called the notice  09:41:01
14  of claim?                                 09:41:05
15    Q.  Did you speak with anyone else      09:41:05
16  besides your attorney?                    09:41:07
17    A.  No.                                09:41:08
18    Q.  Miss Peritz, what is your highest   09:41:10
19  level of education?                       09:41:12
20    A.  I have two master's degrees in      09:41:13
21  occupational therapy and one is in        09:41:19
22  communication, arts, and sciences.        09:41:22
23    Q.  Where did you receive the master's  09:41:26
24  in occupational therapy?                  09:41:28
25    A.  New York University.               09:41:30

Page 9

Peritz

1
2    Q.  What year did you get that?          09:41:31
3    A.  Do you want me to guess?            09:41:35
4    Q.  No.  If you don't remember, that's   09:41:36
5  fine.                                      09:41:38
6    A.  Somewhere like '98 or something,     09:41:38
7  but that's a guess, in that range.        09:41:43
8    Q.  And your communication, arts, and    09:41:46
9  sciences degree, where did you get that from?  09:41:50
10    A.  1980, also NYU actually.           09:41:52
11    Q.  Did you attend undergrad?           09:41:57
12    A.  Yes.                               09:41:59
13    Q.  Where did you attend?               09:41:59
14    A.  Queens College.                    09:42:01
15    Q.  What degree did you receive there?  09:42:03
16    A.  Communication, arts, and sciences.  09:42:05
17    Q.  And it was a bachelor's?            09:42:09
18    A.  Yes.                               09:42:10
19    Q.  Do you have any certifications from  09:42:12
20  The New York State Education Department?    09:42:15
21    A.  As an OT?                          09:42:19
22    Q.  As anything.                       09:42:21
23    A.  I don't know if that's -- I guess   09:42:24
24  they do certify me as an OT.              09:42:27
25    Q.  You're understanding is that The    09:42:30



Page 10

```
1          Peritz
2   New York State Education Department certifies  09:42:32
3   you as an OT?                      09:42:34
4       A.  You know what, I'm not sure really  09:42:35
5   who exactly -- there's NBCOT that certifies  09:42:38
6   me as an OT and I think there's something    09:42:42
7   with the education society, but it's -- I    09:42:48
8   think it's broken down by discipline, but I  09:42:51
9   would need to check at home.       09:42:55
10      Q.  And you said "NBCOT"?        09:42:57
11      A.  Yes.              09:43:00
12      Q.  What does that stand for?    09:43:00
13      A.  National Board of Certified  09:43:02
14  Occupational Therapists.           09:43:08
15      Q.  So you are a certified occupational  09:43:08
16  therapist?                 09:43:12
17      A.  Oh, yeah.          09:43:12
18      Q.  Whether it's with NBCOT or The New  09:43:13
19  York State Education Department you're not   09:43:17
20  certain?                   09:43:18
21      A.  Right.  Well, I'm definitely    09:43:18
22  certified with NBCOT.              09:43:21
23      Q.  Any other certifications?     09:43:24
24      A.  I have a -- it's called an OTR  09:43:25
25  which is occupational therapist registered   09:43:29
```

Page 11

```
1          Peritz
2   and when you originally graduate you have to  09:43:33
3   take a licensing exam and I have a New York   09:43:37
4   State license also I guess.  Yes, New York   09:43:41
5   State license, and then I'm certified in     09:43:46
6   sensory integration, and that's all the      09:43:49
7   certifications.            09:43:56
8       Q.  Are you currently employed?   09:43:58
9       A.  I'm not employed, but I'm working,  09:44:00
10  so I don't know how to answer that.    09:44:04
11      Q.  Where are you working?        09:44:06
12      A.  I'm working under my own practice,  09:44:08
13  I'm doing early intervention, school age,    09:44:12
14  preschool, and medically involved children   09:44:17
15  for St. Mary's.            09:44:22
16      Q.  And what is St. Mary's?       09:44:23
17      A.  St. Mary's is St. Mary's Hospital  09:44:25
18  for Children, it's in Bayside, and they have  09:44:27
19  a home care agency for children that have    09:44:31
20  medical or significant developmental         09:44:36
21  impairments and they get services after      09:44:41
22  school if they go to school and many of them  09:44:45
23  do.                        09:44:48
24      Q.  And so you work with these children  09:44:48
25  at their homes?            09:44:50
```

Page 12

```
1          Peritz
2       A.  Yes.              09:44:51
3       Q.  How long have you been doing that?  09:44:53
4       A.  Well, I was doing it probably from  09:44:54
5   the year 2000, but when I was working at     09:45:05
6   BOCES I did less of it, but I was still doing  09:45:12
7   it and then now it's my full-time job.   09:45:15
8       Q.  Do you have your own business?  09:45:22
9       A.  Yes.              09:45:24
10      Q.  What is the name of your business?  09:45:25
11      A.  Diane Peritz OT, PLLC.        09:45:27
12      Q.  And was that opened around 2000?  09:45:33
13      A.  Yes.              09:45:36
14      Q.  And you indicated you were doing  09:45:41
15  that work of home care during the time you   09:45:43
16  were employed by Nassau BOCES?         09:45:46
17      A.  Yes.              09:45:48
18      Q.  How often, how many hours per week?  09:45:48
19      A.  Well, we would get out of school at  09:45:54
20  like 3 o'clock, so maybe 3:30 to 6:30,   09:45:57
21  something like that.           09:46:05
22      Q.  Every night?          09:46:05
23      A.  Yeah, more or less.  Maybe there  09:46:07
24  was one night I didn't, but at least four    09:46:11
25  nights.                    09:46:14
```

Page 13

```
1          Peritz
2       Q.  Prior to Nassau BOCES other than  09:46:18
3   your own business, were you employed by      09:46:21
4   anyone?                    09:46:22
5       A.  Yes.              09:46:23
6       Q.  Who were you employed by?     09:46:24
7       A.  I was employed by The New York City  09:46:25
8   Board of Education.                09:46:30
9       Q.  The Board of Education?       09:46:30
10      A.  Yes, it ultimately became The New  09:46:31
11  York City Department of Education.     09:46:46
12      Q.  When did you work for the New York  09:46:46
13  City Board of Education?           09:46:52
14      A.  Well, I had a Board of Education  09:46:52
15  scholarship, so they paid for my master's    09:46:53
16  program.                   09:46:59
17      Q.  Which master's program?       09:46:59
18      A.  The occupational therapy master's  09:47:00
19  program and then by virtue of that --    09:47:04
20  something you interview for and you win -- by  09:47:09
21  virtue of that you promise to work for them   09:47:14
22  for -- at that time it was one year for every  09:47:17
23  year they paid for, so they paid for two     09:47:22
24  years, so I needed to work for them for two  09:47:25
25  years.  But, at the time I stayed for roughly  09:47:28
```

MAGNA
LEGAL SERVICES

Page 14

```
         Peritz
 1
 2    five years and then I left and I did just my    09:47:31
 3    own private practice.  And then in 2012 --      09:47:37
 4       Q.   When was this that you worked for       09:47:47
 5    them for five years, do you recall the dates?   09:47:49
 6       A.   If I got my master's in '98 I           09:47:50
 7    worked for them for the five years subsequent   09:47:53
 8    to that.  I may be off by a year or             09:47:56
 9    something, but that's basically the time        09:48:01
10    frame.                                          09:48:03
11       Q.   So maybe until 2002 or --               09:48:04
12       A.   Yes.                                    09:48:08
13       Q.   And then you said you left?             09:48:09
14       A.   Yes.                                    09:48:12
15       Q.   And were starting your own              09:48:13
16    practice?                                       09:48:17
17       A.   Yes, and I did that until 2012 and      09:48:17
18    then I received a postcard at that point The    09:48:29
19    Department of Education was looking for OTs      09:48:34
20    and so I responded to that.                     09:48:38
21       Q.   What do you mean by "postcard"?         09:48:40
22       A.   A postcard, like a postcard in the      09:48:42
23    mail.                                           09:48:46
24       Q.   Just a job posting?                     09:48:46
25       A.   Yeah.  Well, no, they must have got     09:48:47
```

Page 15

```
         Peritz
 1
 2    a mailing in NBCOT and they sent out a          09:48:49
 3    postcard.                                       09:48:53
 4       Q.   And then you responded to that          09:48:54
 5    postcard?                                       09:48:55
 6       A.   Yes, and I returned that September.     09:48:56
 7       Q.   Of 2012?                                09:49:03
 8       A.   Yes, and I worked there until I         09:49:05
 9    started to work at BOCES.                       09:49:10
10       Q.   What was the position you held that     09:49:11
11    second time you were working for New York       09:49:14
12    City?                                           09:49:16
13       A.   Senior occupational therapist.         09:49:16
14       Q.   Was that full-time or part-time?        09:49:19
15       A.   Full-time.                              09:49:21
16       Q.   Were you continuing to see clients      09:49:22
17    as part of your own --                          09:49:24
18       A.   Yes, same --                            09:49:26
19       Q.   Just let me finish the question.        09:49:27
20       A.   Oh, I'm sorry.                          09:49:28
21       Q.   -- as part of your own business?        09:49:29
22       A.   Yes.                                    09:49:30
23       Q.   Was it again almost every night        09:49:33
24    after work?                                     09:49:35
25       A.   Yes.                                    09:49:36
```

Page 16

```
         Peritz
 1
 2       Q.   What were your job duties as senior     09:49:38
 3    occupational therapist?                         09:49:42
 4       A.   You treat in a school depending on      09:49:44
 5    which school location you're placed in eight    09:49:49
 6    students a day and also as a senior             09:49:55
 7    occupational therapist you often will take      09:50:02
 8    student therapists and supervise them, so       09:50:06
 9    during the course that I did that I had         09:50:10
10    probably about three student assistants.        09:50:14
11       Q.   How did you work with the student       09:50:20
12    assistants?                                     09:50:25
13       A.   Well, you see it's a requirement of     09:50:25
14    an occupational therapy program just like an    09:50:28
15    M.D. program that you need to do an             09:50:31
16    internship under someone else.  So, you begin   09:50:34
17    that time just teaching and then as the         09:50:37
18    supervising therapist you after about six       09:50:40
19    weeks back off and you observe the student      09:50:44
20    therapist treating because ultimately after     09:50:49
21    the 12 week program they need to go get their   09:50:52
22    licensing exam.  If, in fact, they pass then    09:50:58
23    they can go practice, so they need to be        09:51:00
24    certified by a licensed OT that, in fact,       09:51:02
25    they know what they're doing, not just          09:51:09
```

Page 17

```
         Peritz
 1
 2    theoretically, but practically as well.         09:51:14
 3       Q.   And you were the supervisor that        09:51:16
 4    would certify the student therapists?           09:51:18
 5       A.   Yes.                                    09:51:22
 6       Q.   And you said you would work with        09:51:22
 7    them closely for about six weeks before you     09:51:24
 8    started to phaseout?                            09:51:26
 9       A.   Right.                                  09:51:27
10       Q.   What sort of work would you do with     09:51:28
11    them, would you shadow them or direct them?     09:51:30
12       A.   No, for the first six weeks you do      09:51:33
13    your treatment and they shadow you and then     09:51:35
14    for the second -- maybe week seven you give     09:51:38
15    them two kids that they're responsible for      09:51:41
16    planning treatments of and treating.  And       09:51:44
17    then, you know, by the time you get to the 12   09:51:47
18    week they're supposed to be treating every      09:51:51
19    student on the caseload and you're supposed     09:51:54
20    to be the shadow.                               09:51:56
21       Q.   How long were you in the position       09:52:01
22    of senior occupational therapist at The New     09:52:03
23    York City Department of Education?              09:52:07
24       A.   I became a senior occupational          09:52:07
25    therapist back in -- I don't know.  Whatever    09:52:10
```

Page 18

Peritz

1
2    year it was back in like the 2000s or late    09:52:15
3    time after you work for the DOE for two years 09:52:19
4    I think. If you're in good standing and    09:52:22
5    you've shown that you know what you're doing 09:52:25
6    and so forth you become a senior OT, and then 09:52:26
7    when I returned I returned as a senior OT.    09:52:31
8        Q.  So when you left in let's say 2002    09:52:33
9    at the end of your five years working there    09:52:38
10   subsequent to your scholarship you left as a  09:52:39
11   senior occupational therapist?    09:52:43
12       A.  Right.    09:52:45
13       Q.  And then when you returned in    09:52:45
14   around September 2012 you became a senior    09:52:47
15   occupational therapist?    09:52:48
16       A.  Exactly.    09:52:48
17       Q.  And from September 2012 how long    09:52:49
18   did you work?    09:52:51
19       A.  I'm not exactly sure, but I worked    09:52:55
20   there until the day I started at BOCES and    09:53:01
21   initially what happened was I started at    09:53:07
22   BOCES part-time, so I continued my position    09:53:10
23   at the DOE part-time so that --    09:53:15
24       Q.  So when you started at BOCES you    09:53:19
25   went from full-time senior occupational    09:53:23

Page 19

Peritz

1
2    therapist to part-time?    09:53:25
3        A.  At the DOE?    09:53:26
4        Q.  At the DOE.    09:53:28
5        A.  Yes, and then I stayed there as a    09:53:30
6    part-time therapist, so I was there two days    09:53:34
7    a week and I was here three days a week and    09:53:37
8    then when I became full-time here then I    09:53:40
9    stopped working there.    09:53:46
10       Q.  By "here" you mean Nassau BOCES?    09:53:47
11       A.  Yes.    09:53:50
12       Q.  So to be clear, you were employed    09:53:56
13   by the DOE when you applied for your position 09:53:58
14   at Nassau BOCES and after you started at    09:54:01
15   Nassau BOCES you were still employed by the  09:54:04
16   DOE?    09:54:06
17       A.  Yes.    09:54:07
18       Q.  Did you ever make a request for    09:54:08
19   accommodations there at the DOE?    09:54:11
20       A.  No.    09:54:13
21       Q.  Did you ever have to go through the 09:54:14
22   grievance process for any reason?    09:54:16
23       A.  No.    09:54:17
24       Q.  Where did you live at the time you  09:54:19
25   were employed by the DOE?    09:54:20

Page 20

Peritz

1
2        A.  Originally or at the end?    09:54:24
3        Q.  Both.    09:54:38
4        A.  I don't remember where I lived    09:54:44
5    originally, if I lived in the city or I had  09:54:46
6    already moved out here, but the second time I 09:54:49
7    lived at my current address.    09:54:54
8        Q.  And as senior occupational    09:55:02
9    therapist, was that --    09:55:04
10       A.  Oh, and somewhere in between there, 09:55:08
11   but I don't know that it matters, I was also 09:55:12
12   a -- before I became an OT I worked for CUNY 09:55:15
13   as a lecturer in communication, arts, and    09:55:21
14   sciences.    09:55:26
15       Q.  Okay, thank you. Were you tenured  09:55:27
16   as a senior occupational therapist at DOE?   09:55:32
17       A.  They're actually in the process of 09:55:35
18   right now changing their process, but back   09:55:37
19   then they did not give tenure. By virtue of  09:55:39
20   the fact that you became a senior    09:55:44
21   occupational therapist you were more or    09:55:46
22   less -- you were a regular therapist, but    09:55:50
23   they did not -- it wasn't the same way like a 09:55:53
24   teacher program gives tenure.    09:55:56
25       Q.  What was the reason you initially  09:56:02

Page 21

Peritz

1
2    had applied to a Nassau BOCES program while  09:56:04
3    you were still employed at the DOE?    09:56:08
4        A.  Well, I didn't apply specifically  09:56:10
5    at the Nassau BOCES program. I was working  09:56:12
6    and my commute was significant into the city 09:56:18
7    and I was more and more tired of battling    09:56:21
8    traffic, so somebody suggested to me that I  09:56:26
9    get on the Nassau County list, it's a civil  09:56:29
10   service list and --    09:56:33
11       Q.  We'll get to that, thank you. I'll 09:56:34
12   ask you some more questions about that in    09:56:37
13   just a minute.    09:56:40
14       A.  Okay. Well, I'm kind of answering  09:56:40
15   your first question. By virtue of being on   09:56:42
16   that list any opening that occurs your    09:56:45
17   resume's just sent to it.    09:56:48
18       Q.  Understood. Before The New York    09:56:51
19   City Department of Education and between the  09:56:54
20   time from 2002 let's say when you left the    09:57:01
21   first time and 2012 when you started again    09:57:05
22   there, what were you doing in that interim,   09:57:07
23   that was exclusively you were working for    09:57:11
24   yourself?    09:57:13
25       A.  Yes.    09:57:13



Peritz

1
2    Q.   And that's always in a home care    09:57:15
3    situation?                               09:57:18
4    A.   Yes.                                09:57:20
5    Q.   Have you ever brought a lawsuit     09:57:22
6    against anyone else beside this case?    09:57:28
7    A.   Yes.                                09:57:30
8    Q.   Who did you bring it against?       09:57:32
9    A.   Many, many years ago I was involved 09:57:35
10   in a car accident and recently I am involved 09:57:37
11   in another lawsuit, sort of an employment   09:57:48
12   thing.                                   09:57:52
13   Q.   Who is that against?                09:57:53
14   A.   The DOE.                            09:57:54
15   Q.   When did you bring that suit?       09:57:57
16   A.   I'm not sure.                       09:57:59
17   Q.   Is it still pending?                09:58:01
18   A.   Yeah.                               09:58:02
19   Q.   But, you said it was an employment  09:58:05
20   matter?                                  09:58:07
21   A.   Sort of.                            09:58:08
22   Q.   What do you mean, "sort of"?        09:58:10
23   A.   I don't know how to describe it,    09:58:12
24   it's a weird -- should I describe it?    09:58:15
25   Q.   Please.                             09:58:18

Peritz

1
2    MS. KALLUS:  Yes.                        09:58:21
3    A.   I treated a very impaired child,    09:58:22
4    not a very -- I treated a child who was a 09:58:24
5    foster child who had emotional disturbance 09:58:28
6    and learning disabilities and was a ward of 09:58:33
7    the state and needed a pair of glasses.  And 09:58:39
8    I tried very hard to get the glasses     09:58:47
9    purchased by the school and by the agency, 09:58:54
10   but because Medicaid purchases the glasses 09:58:58
11   they're only entitled to one pair of glasses 09:59:04
12   I want to say every five years.          09:59:08
13   And so his glasses had broken and        09:59:11
14   we were working on a computer program and he 09:59:15
15   couldn't see it at all and so I gained   09:59:19
16   permission from his foster agency -- so, I 09:59:24
17   was in the process of transferring from one 09:59:28
18   school to another which is very common at the 09:59:30
19   DOE, you choose where you work as opposed to 09:59:32
20   BOCES.  So, I had transferred to a different 09:59:36
21   school and I was no longer going to be his 09:59:42
22   therapist and I knew this kid really needed 09:59:46
23   glasses, so I asked the foster care agency 09:59:49
24   for permission to purchase the glasses for 09:59:53
25   him.  And his foster mom took him to get  09:59:55

Peritz

1
2    glasses and phoned me and I gave a credit 10:00:00
3    card over the phone, that particular     10:00:04
4    principal argued that that was inappropriate. 10:00:05
5    Q.   The principal of the school where    10:00:12
6    this --                                  10:00:14
7    A.   Kid went.                           10:00:16
8    Q.   -- where this young man was         10:00:17
9    attended?                                10:00:19
10   A.   Yes.                                10:00:20
11   Q.   What school was that?               10:00:20
12   A.   The John F. Kennedy School and so I 10:00:21
13   brought a lawsuit.  So, she actually tried to 10:00:26
14   move against me and had me briefly suspended 10:00:33
15   and I was found not guilty of anything and 10:00:38
16   totally cleared and so --                10:00:45
17   Q.   When you say you were not found     10:00:47
18   guilty of anything, did you have like a  10:00:50
19   disciplinary hearing or --               10:00:51
20   A.   It wasn't a hearing.  Well, I met   10:00:53
21   with -- they give it to an investigating 10:00:57
22   agency who does investigation and I was found 10:01:00
23   that what I did -- I mean the quote was a 10:01:03
24   good deed and the principal didn't like me, 10:01:07
25   so I brought a suit against her specifically, 10:01:11

Peritz

1
2    but I continued -- can I finish?         10:01:20
3    Q.   Sure, please.                       10:01:21
4    A.   But, I continued working for the    10:01:23
5    other schools and had an exemplary record. 10:01:25
6    Q.   But, you just didn't choose to work 10:01:29
7    at JFK School anymore after that?        10:01:31
8    A.   Right, because I didn't much like   10:01:34
9    her.                                     10:01:36
10   Q.   When you said earlier that the      10:01:37
11   determination of whatever the administrative 10:01:42
12   hearing or the investigation was that you had 10:01:45
13   done a good deed, is part of the quote also 10:01:48
14   that the principal didn't like you or that's 10:01:51
15   what you think?                          10:01:53
16   A.   No, they said that actually.        10:01:53
17   Q.   And do you believe that to be true? 10:01:55
18   A.   Yes.                                10:01:57
19   Q.   Do you have any reason to           10:01:57
20   understand why she wouldn't have liked you? 10:02:00
21   A.   The teachers would say that she     10:02:03
22   only liked the really young people.  I don't 10:02:06
23   know.                                    10:02:11
24   Q.   And other than this suit that's     10:02:11
25   pending and your earlier car accident, have 10:02:13

Page 26

```
 1        Peritz
 2    you brought suit against anyone else?      10:02:16
 3       A.  No.                    10:02:19
 4       Q.  And have you ever been sued?       10:02:19
 5       A.  No.                    10:02:21
 6       Q.  Have you ever been convicted of a  10:02:22
 7    crime?                        10:02:25
 8       A.  No.                    10:02:25
 9       Q.  Is there anything else you feel I  10:02:27
10    should know about any past legal matters?  10:02:28
11       A.  No.                    10:02:31
12       Q.  So you indicated earlier that     10:02:36
13    you're familiar with the process of hiring 10:02:41
14    off the Nassau County Civil Service        10:02:43
15    Commission list; is that correct?         10:02:46
16       A.  Yeah.                   10:02:47
17       Q.  And what is your understanding of  10:02:48
18    that process?                   10:02:49
19       A.  That you fill out a whole lot of   10:02:50
20    documents about your education and your    10:02:57
21    coursework and your after school coursework 10:03:01
22    and your knowledge and so forth and you get a 10:03:05
23    ranking based on all of that.  My ranking was 10:03:08
24    a hundred actually and so out of a hundred 10:03:12
25    points I got a hundred.  And then when jobs 10:03:16
```

Page 27

```
 1        Peritz
 2    open in Nassau County through positions that 10:03:24
 3    are affiliated with the Civil Service       10:03:31
 4    Commission without your in any way advocating 10:03:34
 5    to it your resume and your ranking goes to  10:03:40
 6    that position and then they phone you and   10:03:45
 7    they interview you and if they like you they 10:03:49
 8    offer you a job.  You must respond to every 10:03:53
 9    person who asks you because if -- you don't 10:03:59
10    have to take a job, but you must respond    10:04:03
11    because if you don't respond I'm not sure if 10:04:06
12    it's two or three times then your name is   10:04:09
13    removed from the list.              10:04:12
14       Q.  And how did you get your name      10:04:13
15    placed on the list to begin with?         10:04:16
16       A.  The same way I just described, you 10:04:18
17    fill out this very long form.           10:04:21
18       Q.  Do you have to be a local resident? 10:04:23
19       A.  Yeah, I think you have to reside in 10:04:26
20    Nassau County, although I'm not a hundred   10:04:28
21    percent sure about that because I know people 10:04:31
22    who have been on it who resided in Suffolk. 10:04:33
23       Q.  When did you complete your         10:04:37
24    application?                    10:04:38
25       A.  I'm really not sure.  I currently  10:04:39
```

Page 28

```
 1        Peritz
 2    have one, I mean because once you do it you 10:04:43
 3    just keep it going.                10:04:47
 4       Q.  But, you don't recall when you     10:04:48
 5    first applied?                   10:04:50
 6       A.  No.                    10:04:50
 7       Q.  Have you heard from other employers 10:04:53
 8    other than Nassau BOCES?             10:04:55
 9       A.  Oh, yes.                  10:04:57
10       Q.  And have you taken any jobs other  10:04:57
11    than Nassau BOCES?                10:04:59
12       A.  No, Nassau BOCES was part of the   10:05:01
13    main reason that I put myself on the list   10:05:05
14    because it was my understanding that it was a 10:05:08
15    really good position in terms of -- since I 10:05:10
16    have previous retirement benefits with the  10:05:16
17    DOE I wanted to transfer it over.         10:05:18
18       Q.  What retirement benefits did you   10:05:22
19    have with the DOE?                10:05:24
20       A.  Whatever their plan is.  I'm not   10:05:26
21    exactly sure what it's called, but you get on 10:05:28
22    this New York State retirement thing.      10:05:31
23       Q.  And that continues for life for you 10:05:35
24    just have what you accrued while you were  10:05:38
25    employed?                     10:05:40
```

Page 29

```
 1        Peritz
 2       A.  Right, exactly, but you can       10:05:40
 3    transfer it.  So, if you happen to work for a 10:05:43
 4    New York State agency which Nassau BOCES is 10:05:45
 5    one of them, then you're able to transfer it 10:05:50
 6    here and continue to accrue.           10:05:54
 7       Q.  So are you saying that you applied 10:05:56
 8    to the Nassau County Civil Service Commission 10:05:57
 9    list primarily because of Nassau BOCES     10:06:01
10    accessing the list?                10:06:03
11       A.  Well, it was one of the reasons.   10:06:04
12    But, no, I'm not saying that because at the 10:06:06
13    time I thought well, if I found a school    10:06:08
14    district that it -- school districts I do not 10:06:11
15    believe are part of that retirement, but if I 10:06:14
16    found a school district that I really liked I 10:06:17
17    might decide to go there and again not have 10:06:20
18    to commute quite so far.             10:06:24
19       Q.  And are you on any other lists in  10:06:27
20    any other counties?                10:06:29
21       A.  No.                    10:06:31
22       Q.  Have you interviewed for any other 10:06:32
23    positions as a result of your being on the 10:06:34
24    list?                        10:06:37
25       A.  Yeah.                   10:06:37
```

8  (Pages 26 to 29)



Page 30

```
1              Peritz
2       Q.  How many would you say?        10:06:38
3       A.  I don't know, five.           10:06:39
4       Q.  Five interviews?              10:06:41
5       A.  Yes, and I've also -- as long as   10:06:43
6  you respond you don't have to interview, so   10:06:49
7  I've also responded negatively to some    10:06:52
8  positions.                             10:06:58
9       Q.  Meaning you've responded that you   10:06:58
10  were not interested?                  10:07:00
11      A.  Right.                         10:07:02
12      Q.  When you were hired by Nassau    10:07:03
13  BOCES, you were hired as part-time you said?   10:07:10
14      A.  Yes.                           10:07:12
15      Q.  At anytime did you become a    10:07:14
16  full-time employee?                   10:07:17
17      A.  Yes.                           10:07:18
18      Q.  When was that?                 10:07:18
19      A.  March.  No, April right after    10:07:19
20  Easter break in -- oh, my goodness, I guess   10:07:25
21  like two years ago.                   10:07:34
22      Q.  2014 or 2015?                  10:07:36
23      A.  I'm not sure.                  10:07:40
24      MS. RUDNICKI:  I'm going to ask    10:07:43
25  that this document be marked as       10:07:43
```

Page 31

```
1              Peritz
2  Respondents' A.                       10:07:46
3       (Respondents' Exhibit A, seven page
4  photocopy of notice of claim dated
5  1/31/16, marked for identification, as
6  of this date.)                        10:08:49
7       Q.  Miss Peritz, this is your notice of   10:08:49
8  claim dated January 31, 2016, I'm just going   10:08:51
9  to ask you to take a look at it, it was just   10:08:55
10  marked as Respondents' A.  If you need a few   10:08:57
11  minutes to look it over just let me know   10:09:01
12  (handing).                            10:09:03
13      A.  I recognize it.  So, what do you    10:09:04
14  want me to do with it?                10:09:07
15      Q.  We'll go through it.           10:09:08
16      A.  Okay.                          10:09:10
17      MS. KALLUS:  Just for the record,   10:09:10
18  the copy that's been marked as an    10:09:11
19  exhibit has some notes in it.         10:09:14
20      MS. RUDNICKI:  This one does?      10:09:16
21      MS. KALLUS:  Yes.                 10:09:17
22      MS. RUDNICKI:  Sorry, thank you.   10:09:19
23      Q.  So, Miss Peritz, do you recognize   10:09:34
24  the notice of claim you filed against BOCES   10:09:35
25  (handing)?                            10:09:38
```

Page 32

```
1              Peritz
2       A.  Yes.                           10:09:38
3       Q.  And that's your signature on the   10:09:38
4  last page of the document?            10:09:40
5       A.  Yes.                           10:09:42
6       Q.  Did you review this document before   10:09:43
7  you signed it?                        10:09:45
8       A.  Yes.                           10:09:45
9       Q.  And is the information on this    10:09:46
10  document true and accurate, to your    10:09:48
11  knowledge?                            10:09:50
12      A.  Yes.                           10:09:50
13      Q.  How were you contacted initially   10:09:51
14  regarding the Nassau BOCES open position that   10:10:01
15  you ultimately filled?               10:10:03
16      A.  I got a call from Janet Weisel on   10:10:06
17  the telephone.                        10:10:11
18      Q.  When did you get that call?     10:10:12
19      A.  I don't remember the exact date,   10:10:15
20  but I got it before she actually had the   10:10:18
21  list.  Somehow she had heard that my name was   10:10:21
22  on the list and she was trying to jump the   10:10:24
23  gun.  It might have been before Christmas   10:10:28
24  break in -- but I'm not sure what year.  So,   10:10:31
25  if it was 2015 that I worked here, maybe it   10:10:34
```

Page 33

```
1              Peritz
2  was 2014.                             10:10:37
3       Q.  So what is your basis for        10:10:39
4  understanding that Miss Weisel contacted you   10:10:41
5  not through the list, but off the list?    10:10:47
6       A.  Because technically she knew I was   10:10:50
7  on the list and she was nervous about how   10:10:53
8  long it was going to take her to get through   10:10:56
9  the process and they only have a certain   10:10:59
10  amount of time or something.          10:11:01
11      Q.  But, what is your basis for      10:11:02
12  understand that, did she express that to you?   10:11:05
13      A.  Oh, she told it to me, yes.     10:11:07
14      Q.  And she told you that when she    10:11:09
15  called you on your cell phone on or around   10:11:11
16  let's say December of 2014?            10:11:13
17      A.  Yes.                           10:11:15
18      Q.  That first conversation that you   10:11:16
19  had with her she --                  10:11:17
20      A.  December or January, something like   10:11:19
21  that, and then it would be 2015 I guess.    10:11:20
22      Q.  Fine.  But, when she spoke to    10:11:24
23  you --                                10:11:26
24      A.  She said she didn't yet have the   10:11:26
25  list, therefore, she wasn't going through it,   10:11:29
```



Page 34

```
1        Peritz
2   but she knew I was on it.  I don't really    10:11:31
3   know how because I didn't ask her, I was just 10:11:35
4   excited to get a call.           10:11:38
5        Q.  What is Miss Weisel's position?    10:11:39
6        A.  She's the supervisor of        10:11:41
7   occupational therapists at BOCES.        10:11:44
8        Q.  And what happened subsequent to   10:11:47
9   that call to your cell phone?        10:11:51
10       A.  We arranged an interview.        10:11:53
11       Q.  When was the interview held?    10:11:56
12       A.  Shortly thereafter, a week later in 10:11:58
13  the afternoon.                10:12:01
14       Q.  Where was it held?            10:12:03
15       A.  In her office on Jerusalem Road I  10:12:04
16  think.                    10:12:12
17       Q.  Avenue?                10:12:12
18       A.  I know there's a Jerusalem Road and 10:12:13
19  an avenue, so I get them confused.  I think  10:12:15
20  hers is on Jerusalem Road, but I could be  10:12:18
21  wrong.  I don't think I'm wrong.        10:12:21
22       Q.  And you said this was about a week 10:12:24
23  after the cell phone call?            10:12:27
24       A.  Yes.                10:12:28
25       Q.  So was it after Christmas at this 10:12:28
```

Page 35

```
1        Peritz
2   point?                    10:12:32
3        A.  You know, I'm not sure really.    10:12:32
4        Q.  What did you discuss at the      10:12:35
5   interview?                10:12:37
6        A.  Well, she asked me lots of      10:12:37
7   questions about being an OT and, you know,  10:12:40
8   just employment questions like, you know,  10:12:44
9   what do I like about my job, what population 10:12:47
10  I worked with, where I was working currently, 10:12:50
11  what I was comfortable with, et cetera.  And 10:12:53
12  then I left and I did not hear back for long 10:12:58
13  enough that I just assumed I didn't really  10:13:05
14  get the position.                10:13:08
15       Q.  Was anyone else present at the    10:13:10
16  meeting?                    10:13:13
17       A.  Well, she shares an office with the 10:13:13
18  supervisor of physical therapists, I can't  10:13:17
19  remember her name, and so she was in the  10:13:20
20  office, but she was working at her desk, she 10:13:23
21  was not part of our interview.        10:13:25
22       Q.  But, she was present in the same  10:13:27
23  room when you were having the interview with 10:13:30
24  Miss Weisel?                10:13:34
25       A.  Yes.                10:13:34
```

Page 36

```
1        Peritz
2        Q.  And were you familiar at the time  10:13:34
3   with the structure of Nassau BOCES?        10:13:36
4        A.  What do you mean by that?        10:13:40
5        Q.  How many schools there were in the 10:13:41
6   program.                    10:13:43
7        A.  No, she reviewed it actually.    10:13:43
8        Q.  She explained it to you at that    10:13:46
9   interview?                10:13:48
10       A.  Yes.                10:13:48
11       Q.  So prior to that you were not    10:13:49
12  familiar with it?                10:13:51
13       A.  Not really, no.            10:13:51
14       Q.  And how long went by before you    10:13:53
15  heard from her again?            10:13:57
16       A.  I don't know, a long time.        10:13:59
17       Q.  A month, six months?            10:14:01
18       A.  You know, more than a month, so I  10:14:04
19  just assumed someone else got the job.    10:14:05
20       Q.  And when did you hear from her    10:14:08
21  again?                    10:14:10
22       A.  A month or six weeks later, or    10:14:12
23  something like that, and she called to offer 10:14:14
24  me the job.                10:14:16
25       Q.  And she called your cell phone    10:14:19
```

Page 37

```
1        Peritz
2   again?                    10:14:22
3        A.  Yes.                10:14:22
4        Q.  What did she say other than offer  10:14:24
5   you the job?                10:14:27
6        A.  She said it was a part-time      10:14:28
7   position, it was three days a week, I would 10:14:30
8   be in two schools, and that I needed to    10:14:33
9   decide rather quickly because of the time  10:14:39
10  constraints of the Civil Service Commission. 10:14:44
11  And that was a very stressful situation for 10:14:47
12  me because technically at the DOE, probably 10:14:51
13  the same thing at BOCES, you need to give 30 10:14:57
14  days notice and I think it was like 29 days 10:15:01
15  before I needed to start, so I was very    10:15:04
16  stressed about that.            10:15:09
17       The other thing that had happened    10:15:09
18  that particular day is a student had started 10:15:11
19  with me who was going to be with me for three 10:15:16
20  months and so that also was very stressful  10:15:20
21  because I did not -- but, she wasn't with    10:15:23
22  me -- she was a level two student, but she  10:15:28
23  was from Columbia and she was not with me    10:15:31
24  five days.                10:15:35
25       Q.  And she was with you through the  10:15:36
```



Page 38

```
 1         Peritz
 2   DOE or the through the private practice?    10:15:38
 3        A.  No, through the DOE.  So, I asked    10:15:40
 4   lots of questions to Miss Weisel the most    10:15:44
 5   important of which was how permanent was this    10:15:50
 6   position because in order to take it I would    10:15:55
 7   have to leave my current position and my    10:15:59
 8   current position was, in fact, permanent.  I    10:16:01
 9   loved it, they loved me, the only thing I    10:16:04
10   didn't love was it was a two hour commute.    10:16:08
11        Q.  And when you say your position at    10:16:11
12   the DOE was permanent, can you explain that    10:16:13
13   since you already explained that they don't    10:16:16
14   just a tenure system there?    10:16:20
15        A.  When you've been in good standing    10:16:22
16   for, you know, two years you basically have    10:16:24
17   that position until you retire or die or as    10:16:29
18   permanent as anywhere else.  I mean, you    10:16:34
19   know, if you do something outlandish of    10:16:38
20   course you're going to lose your job, but    10:16:40
21   there's no reason to believe that you would.    10:16:43
22        Q.  So did you have a contract with the    10:16:44
23   DOE?    10:16:47
24        A.  No, you don't get contracts, but --    10:16:48
25   wait.  I don't get contracts, however, OTs in    10:16:51
```

Page 39

```
 1         Peritz
 2   general there is a union contract.    10:16:54
 3        Q.  Sure.  But, your position was    10:16:59
 4   without a contract, an employment contract?    10:17:11
 5        A.  No.  No individual OT gets a    10:17:15
 6   contract, but there is a union contract for    10:17:20
 7   occupational therapists.    10:17:23
 8        Q.  But, does the union contract say    10:17:24
 9   anything about term of employment?    10:17:26
10        A.  I honestly don't know.    10:17:28
11        Q.  So what do you recall Miss Weisel    10:17:40
12   explaining to you about the nature of the    10:17:43
13   position?    10:17:45
14        A.  She said it was, in fact, a    10:17:45
15   permanent position.  I asked about becoming    10:17:47
16   full-time, that I was interested in a    10:17:53
17   full-time position, and she said I couldn't    10:17:54
18   become full-time until a year had past.  But,    10:17:56
19   the part-time position would be a tenure    10:18:04
20   track position and that almost every single    10:18:09
21   therapist gets tenure and so she had every    10:18:13
22   reason to believe it was going to be a    10:18:17
23   permanent position.    10:18:19
24        She said that she couldn't -- you    10:18:22
25   know, if I left the DOE at 29 days she didn't    10:18:27
```

Page 40

```
 1         Peritz
 2   think that 29 days before -- like, you know,    10:18:32
 3   if I sent notice 29 days before as opposed to    10:18:37
 4   30 days before as she's a supervisor she    10:18:42
 5   wouldn't hold that against me, so she didn't    10:18:45
 6   really think that one day more or less was    10:18:47
 7   going to make a difference.    10:18:51
 8        Q.  So when was your start date?    10:18:52
 9        A.  I'm not sure also.    10:19:01
10        Q.  Was it the middle of the term?    10:19:03
11        A.  Yes.    10:19:05
12        Q.  How does BOCES work, does it work    10:19:06
13   with quarters, semesters, or terms, how is    10:19:09
14   the calendar divided?    10:19:12
15        A.  I guess it's a year.  It's a year    10:19:13
16   for the schools I was in.  There are high    10:19:16
17   schools that would work by, you know,    10:19:18
18   semester, but I wasn't placed in any of them.    10:19:21
19        Q.  So the schools you were in didn't    10:19:24
20   have quarters or any divisions?    10:19:27
21        A.  No.    10:19:28
22        Q.  So if you don't recall your start    10:19:28
23   date, do you recall roughly when you began?    10:19:30
24        A.  Sometime in February or March of    10:19:32
25   2015.    10:19:40
```

Page 41

```
 1         Peritz
 2        Q.  So in your conversation with    10:19:43
 3   Miss Weisel, did she explain to you -- you    10:19:45
 4   had mentioned earlier you were on a tenure    10:19:48
 5   track, did she explain to you you were a    10:19:50
 6   probationary employee at that point?    10:19:55
 7        A.  Yes.    10:19:55
 8        Q.  And what was your understanding of    10:19:56
 9   what it meant to be hired as a probationary    10:19:58
10   employee?    10:20:01
11        A.  As she said, it was very different    10:20:01
12   from the teachers position, that I would be    10:20:05
13   observed three times and that they were more    10:20:06
14   or less a formality and that based on my    10:20:09
15   years of experience and the fact that I was    10:20:12
16   working for the DOE for so long and for    10:20:18
17   St. Mary's it -- you know, she had no doubt    10:20:21
18   that I would get tenure.    10:20:24
19        Q.  Did you understand as a    10:20:28
20   probationary employee that you could be fired    10:20:32
21   at anytime during that probationary period?    10:20:34
22        A.  I know what the word probationary    10:20:36
23   means.    10:20:38
24        Q.  Is that a yes or a no?    10:20:38
25        A.  But, no, it was not discussed.    10:20:39
```



Page 42

```
 1        Peritz
 2    Q.  I didn't ask if it was discussed, I  10:20:39
 3  asked if you understood?          10:20:39
 4    A.  Yeah, I know what the word means,  10:20:40
 5    Q.  So you understand that you could be  10:20:42
 6  fired at anytime during a probationary   10:20:45
 7  period?                 10:20:48
 8    A.  Sure, it's also my understanding   10:20:48
 9  that you can be fired anytime based on not  10:20:50
10  doing the right thing.          10:20:53
11    Q.  Miss Peritz, I'd ask you to look at  10:20:57
12  paragraph seven of your notice of claim.   10:21:01
13  Before that I'm going to ask you a couple   10:21:09
14  more questions.  So when you were having a  10:21:12
15  conversation with Miss Weisel regarding   10:21:14
16  leaving your position at DOE and starting,  10:21:17
17  what did you ultimately decide to do?    10:21:21
18    A.  I decided to send in a letter of   10:21:25
19  resignation immediately so that I would have  10:21:29
20  as much -- you know, close to the 30 days as  10:21:32
21  possible and I decided to take the job at   10:21:38
22  BOCES.                  10:21:43
23        And then primarily because I have a  10:21:49
24  student and primarily because I felt really  10:21:54
25  badly about leaving my DOE position I asked  10:22:00
```

Page 43

```
 1        Peritz
 2  them if I could work two days a week since it  10:22:05
 3  was a three day position at BOCES and then I  10:22:08
 4  met with the principals of my current schools  10:22:12
 5  and told them what they were going -- what   10:22:16
 6  was going on and they were amazing.      10:22:19
 7    Q.  So as you testified earlier, you   10:22:21
 8  were still working for the DOE when you    10:22:23
 9  started working for Nassau BOCES?        10:22:26
10    A.  Yes.                10:22:27
11    Q.  Okay, so now I'll ask you to look  10:22:28
12  at paragraph seven, please.         10:22:30
13    A.  Yes.                10:22:31
14    Q.  So in paragraph seven you claim   10:22:31
15  Miss Weisel asked you to become a full-time  10:22:33
16  employee because she told you you were doing  10:22:36
17  a wonderful job; is that accurate?       10:22:37
18    A.  Yes.                10:22:39
19    Q.  When did she ask you to become a   10:22:39
20  full-time position, I believe you had     10:22:43
21  testified earlier it might have been --    10:22:44
22    A.  April it says, so yeah.       10:22:45
23    Q.  Do you recall that it was April; is  10:22:48
24  that accurate?              10:22:50
25    A.  I must have done it from records   10:22:50
```

Page 44

```
 1        Peritz
 2  for the dates for years, so, yeah.       10:22:54
 3    Q.  And previously you had testified   10:22:57
 4  that Miss Weisel said that you were going to  10:23:00
 5  become full-time after a year?         10:23:03
 6    A.  Yes.                10:23:04
 7    Q.  And what was the basis for that   10:23:04
 8  year long?                10:23:07
 9    A.  So she said you could not become   10:23:08
10  full-time until a year, it was the Civil    10:23:11
11  Service Law.  So, in order to make me      10:23:15
12  full-time before the year what happened was  10:23:16
13  one of the other therapists was having     10:23:21
14  surgery so there was a need and because I was  10:23:24
15  doing such a great job she went to the civil  10:23:28
16  service -- she told me all this, she went to  10:23:34
17  the Civil Service Commission and asked     10:23:37
18  special permission to make me full-time.    10:23:40
19    Q.  When did she tell you she had gone  10:23:43
20  to the Civil Service Commission?        10:23:46
21    A.  Just before it happened.       10:23:48
22    Q.  And you said the reason was because  10:23:51
23  a fellow occupational therapist, a permanent,  10:23:55
24  full-time occupational therapist had been   10:23:59
25  injured?                 10:24:01
```

Page 45

```
 1        Peritz
 2    A.  No, he wasn't injured, he was    10:24:01
 3  having knee surgery.           10:24:03
 4    Q.  And so that opened a spot for you?  10:24:07
 5    A.  Yes, and my concern was that since  10:24:09
 6  the opening was because someone was having   10:24:15
 7  surgery he would come back and I did not want  10:24:17
 8  to burn my bridges at DOE and then discover  10:24:20
 9  that this was not permanent at BOCES.     10:24:25
10    Q.  And did you express that to      10:24:28
11  Miss Weisel?               10:24:30
12    A.  I sure did.            10:24:30
13    Q.  When did you express that to her?  10:24:31
14    A.  During the conversation where she  10:24:32
15  offered me the full-time position.       10:24:34
16    Q.  And what did she say in response to  10:24:36
17  that?                   10:24:38
18    A.  She said I didn't need to worry,   10:24:39
19  that they had gotten the special permission  10:24:40
20  from the civil service and I would now be   10:24:43
21  full-time.                10:24:46
22    Q.  Even if the employee who was having  10:24:46
23  surgery returned?            10:24:49
24    A.  Yeah, he did return ultimately and  10:24:50
25  I remained full-time.           10:24:53
```



MAGNA
LEGAL SERVICES

Page 46

Peritz

1
2    Q.  So when you started at Nassau BOCES  10:25:03
3    in March, where were you assigned?        10:25:06
4    A.  I was assigned at CCA and the         10:25:08
5    Jerusalem Avenue school.                  10:25:14
6    Q.  And can you describe the student      10:25:14
7    population at Jerusalem Avenue?           10:25:17
8    A.  Jerusalem Avenue school is            10:25:18
9    elementary school age students who have   10:25:20
10   learning disabilities, emotional          10:25:27
11   disabilities, I guess probably -- no, I think 10:25:33
12   that's it, and cannot function in a regular 10:25:38
13   district program.                         10:25:45
14   Q.  And can you describe the student      10:25:47
15   population briefly at CCA?                10:25:48
16   A.  CCA is high school age students       10:25:51
17   with also learning disabilities or emotional 10:25:56
18   disabilities, but usually a step more than 10:26:02
19   that so they have some sort of a major     10:26:04
20   diagnosis that makes it impossible for them 10:26:07
21   to function in the general population.     10:26:10
22   Q.  And did you describe the ages of       10:26:13
23   the CCA students?                          10:26:16
24   A.  I said high school age.                10:26:17
25   Q.  Thank you.  Were you ever observed     10:26:19

Page 47

Peritz

1
2    while you were at Jerusalem Avenue?       10:26:22
3    A.  No, I was not, not by -- I was        10:26:24
4    observed all the time by colleagues because 10:26:27
5    everybody treats in one room, but I was never 10:26:30
6    observed by Miss Weisel.                  10:26:33
7    Q.  And were you ever observed while      10:26:40
8    you were at CCA?                          10:26:42
9    A.  Yes, I was.                           10:26:43
10   Q.  When were you observed?               10:26:44
11   A.  Does it say it?  It says May 2015.    10:26:46
12   Q.  Do you recall that observation in May 10:26:53
13   May 2000 --                               10:26:55
14   A.  Yes.                                  10:26:56
15   Q.  Did you say '13?                       10:26:56
16   A.  Fifteen, I wasn't working for BOCES 10:26:58
17   in 2013.                                  10:27:01
18   Q.  And who observed you at CCA in May  10:27:03
19   of 2015?                                  10:27:07
20   A.  Miss Weisel.                          10:27:07
21   Q.  Where did she observe you?           10:27:10
22   A.  In the therapy room that was my      10:27:13
23   office.                                   10:27:15
24   Q.  And was it similar to CCA in that    10:27:19
25   all therapists treat in one room?        10:27:25

Page 48

Peritz

1
2    A.  CCA is different.  I shared an        10:27:30
3    office with one therapist and we treated in 10:27:34
4    that room, but there was another room that 10:27:37
5    another OT treated in and then there was  10:27:44
6    another room that the physical therapist  10:27:48
7    treated in.                               10:27:51
8    Q.  So when you were observed in May     10:27:52
9    2015 by Miss Weisel, was anyone else present? 10:27:56
10   A.  No, just the student and me.          10:27:58
11   Q.  What were you doing with the         10:28:02
12   student at the time you were observed?    10:28:05
13   A.  I was working on whatever his goals 10:28:07
14   were, dressing, fine motor buttoning.     10:28:09
15   Dressing meaning buttoning and fine motor. 10:28:18
16   Q.  Did you speak to Miss Weisel during  10:28:23
17   that observation?                         10:28:25
18   A.  During the observation?              10:28:27
19   Q.  Yes.                                  10:28:28
20   A.  Probably briefly.                     10:28:29
21   Q.  Did you speak with her after the    10:28:30
22   observation?                              10:28:32
23   A.  Yes.                                  10:28:33
24   Q.  And what did you discuss?            10:28:33
25   A.  We discussed the observation.        10:28:35

Page 49

Peritz

1
2    During the observation, because again this is 10:28:38
3    a high school aged individual who is aware 10:28:42
4    and knowledgeable, I introduced her to him. 10:28:49
5    I explained that she was there to observe me, 10:28:55
6    not him, and so I did my treatment session. 10:28:58
7    And then at one point in the             10:29:03
8    treatment session he opened the window and -- 10:29:06
9    I mean they don't open that high and we were 10:29:12
10   on the first floor -- and he slipped the  10:29:15
11   shirt that he was supposed to be buttoning 10:29:17
12   out the window onto the bush and so       10:29:20
13   Miss Weisel and I discussed -- and then he 10:29:29
14   was immediately very I'm sorry, I'm sorry, 10:29:33
15   can I go get it.  And so I said well, let's 10:29:37
16   see if it's possible for us to go together to 10:29:41
17   get it because obviously he couldn't leave 10:29:44
18   and her initial reaction was that that was 10:29:47
19   not acceptable and she didn't think I could 10:29:49
20   legally take him outside, but she directed me 10:29:53
21   to go into the office and ask permission and 10:29:56
22   what I did was I -- because I knew, in fact, 10:29:59
23   it was acceptable.                        10:30:03
24   Q.  And how did you know it was          10:30:04
25   acceptable?                               10:30:05



Page 50

1          Peritz
2      A.  Because therapists take kids out    10:30:05
3   all the time at CCA. There are different    10:30:08
4   rules in each school, so what you might do in 10:30:11
5   one school you wouldn't do in another which    10:30:14
6   is why she wasn't really aware. There were    10:30:16
7   other things at CCA that she wasn't aware of. 10:30:19
8   And so I went into the office with him and    10:30:22
9   she stayed in my office and I asked          10:30:25
10  permission for us to go out and get the shirt 10:30:29
11  and we walked around.          10:30:33
12      I explained to her later that one    10:30:35
13  of the reasons that I wanted him to do it    10:30:38
14  since he expressed interest in doing it is I 10:30:41
15  wanted there to be an immediate consequence    10:30:44
16  and I wanted him to realize that, you know,    10:30:47
17  what he did was wrong, but there is a way to    10:30:52
18  rectify it by bringing the shirt back in and 10:30:56
19  buttoning it which is what he did.          10:30:59
20      Q.  And this you explained to          10:30:59
21  Miss Weisel, your rational?
22      A.  Yes, later.          10:31:03
23      Q.  You told this to Miss Weisel    10:31:03
24  immediately after the observation?          10:31:16
25      A.  Yes, once the student had gone back 10:31:17

Page 51

1          Peritz
2   to his room.          10:31:19
3      Q.  And how did she respond to that    10:31:20
4   rational?          10:31:23
5      A.  She thought it made sense, she just 10:31:23
6   was surprised that they allowed us to go out. 10:31:26
7      Q.  And what else did you discuss in    10:31:29
8   terms of the observation afterward?          10:31:30
9      A.  She said that she was pleased to    10:31:33
10  see how I dealt with the student because I    10:31:38
11  was kind of freaked out that the student had 10:31:42
12  dumped the sweater, the shirt, and that, you 10:31:45
13  know, he had been sort of cheeky during the    10:31:49
14  observation and she said "no, I'm looking --    10:31:52
15  that's why these kids are here, they're here 10:31:54
16  because they're not -- they can't function in 10:31:57
17  regular school, I'm pleased to see the way    10:32:02
18  you dealt with it."          10:32:04
19      Q.  How long did you work at Jerusalem 10:32:06
20  Avenue at CCA?          10:32:11
21      A.  Until June and then at CCA I worked 10:32:12
22  all summer and I worked the next fall.          10:32:15
23      Q.  What was your caseload at Jerusalem 10:32:18
24  Avenue?          10:32:23
25      A.  Two days. Well, when I became    10:32:23

Page 52

1          Peritz
2   full-time it was two days.          10:32:26
3      Q.  I meant how many students?          10:32:27
4      A.  Also we treat roughly eight a day,    10:32:29
5   so most kids get two sessions, so eight    10:32:36
6   students.          10:32:42
7      Q.  So eight students for two sessions 10:32:42
8   each?          10:32:45
9      A.  Right.          10:32:46
10     Q.  And what was your caseload like at 10:32:50
11  CCA?          10:32:53
12     A.  It's roughly the same thing. I    10:32:54
13  know the first year it was slightly less    10:32:57
14  because I think initially there was slightly 10:33:05
15  less need and then there was more, so the    10:33:09
16  second year there was more. But, ultimately 10:33:11
17  you treat roughly eight or nine students a    10:33:14
18  day.          10:33:18
19     Q.  And were you observed again at CCA? 10:33:22
20     A.  Well, that year I was not, I was    10:33:25
21  supposed to be observed twice more that year. 10:33:30
22     Q.  At CCA?          10:33:34
23     A.  At CCA and Jerusalem Avenue. But,    10:33:36
24  despite my calling Miss Weisel to ask for the 10:33:41
25  observation because I knew that we were on a 10:33:44

Page 53

1          Peritz
2   time frame and that she had already told me    10:33:48
3   that I needed to be observed twice more that 10:33:52
4   year, so as it got closer and closer to the    10:33:55
5   end of the year I became uncomfortable and    10:34:00
6   phoned her.          10:34:05
7      Q.  When did you phone her generally?    10:34:05
8      A.  At some point towards the end of    10:34:08
9   May, beginning of June.          10:34:12
10     Q.  And when you say you were supposed 10:34:15
11  to be observed two more times, at the end of 10:34:17
12  the school year, not the calendar year?          10:34:20
13     A.  Yeah.          10:34:22
14     Q.  So in 2015 as far as you recollect, 10:34:28
15  you were observed once in May at CCA?          10:34:32
16     A.  Yes.          10:34:35
17     Q.  And when was the next time you were 10:34:39
18  observed?          10:34:41
19     A.  The end of September or beginning    10:34:42
20  of October of the following year.          10:34:47
21     Q.  And where were you working then    10:34:52
22  when you were observed?          10:34:54
23     A.  I was working also at CCA. CCA had 10:34:55
24  specifically asked for me to work there and    10:35:00
25  so I was placed there.          10:35:04



Page 54

Peritz

1
2      Q.  What do you mean they specifically   10:35:05
3  asked for you to work there, who asked you?   10:35:07
4      A.  Mr. Barrett and Mr. Korolczuk, the   10:35:10
5  principal, Mr. Barrett's the AP, phoned Janet   10:35:16
6  Weisel and asked -- said they were so pleased   10:35:20
7  with my work and they asked me to be placed   10:35:22
8  at CCA again.                      10:35:25
9      Q.  And the assistant principal and the   10:35:26
10  principal of CCA would have observed you   10:35:28
11  working at CCA?                    10:35:31
12      A.  No.  Well, they observe you with   10:35:32
13  the students, but they don't come in.   10:35:35
14      Q.  I don't mean formal observation, I   10:35:38
15  mean they would have seen you working with
16  the students?                     10:35:40
17      A.  Yes.                      10:35:40
18      Q.  And you knew them both?        10:35:40
19      A.  Yes.                      10:35:42
20      Q.  And you had met them previously on   10:35:42
21  a number of occasions?               10:35:45
22      A.  Yes.                      10:35:46
23      Q.  Do you know roughly when they   10:35:51
24  phoned Miss Weisel to invite you back?   10:35:54
25      A.  During the summer.           10:35:57

Page 55

Peritz

1
2      Q.  So where were you observed at the   10:35:59
3  end of September or the beginning of October   10:36:01
4  of 2016, at CCA?                   10:36:03
5      A.  I was observed at RKS, Rosemary   10:36:05
6  Kennedy School, and CCA.             10:36:11
7      Q.  At the same time?            10:36:12
8      A.  Well, not the same exact minute,   10:36:14
9  but, yeah.                       10:36:18
10      Q.  The same day?              10:36:18
11      A.  No, like a couple days apart.   10:36:19
12      Q.  But, you don't recall the dates?   10:36:22
13      A.  No, it may say it here.        10:36:25
14      Q.  When did you transition to the   10:36:30
15  Rosemary Kennedy School?             10:36:32
16      A.  In September of 2015.         10:36:34
17      Q.  At the beginning of the month,   10:36:39
18  middle of the month?               10:36:43
19      A.  Whenever school opened.  I didn't   10:36:44
20  start on the first day, but, you know,   10:36:47
21  shortly thereafter.                10:36:53
22      Q.  And why were you transitioned to   10:37:05
23  Rosemary Kennedy School?             10:37:23
24      A.  Because I loved Jerusalem Avenue   10:37:24
25  and I had asked Miss Weisel that she said   10:37:26

Page 56

Peritz

1
2  openings at Jerusalem Avenue didn't occur   10:37:30
3  until midyear and so there was a need at RKS,   10:37:32
4  so that's where I was placed.          10:37:39
5      Q.  What is the student population at   10:37:44
6  RKS?                            10:37:50
7      A.  The RKS population goes from   10:37:51
8  elementary school age until 21.         10:37:55
9      Q.  And what type of issues did those   10:38:00
10  students have?                    10:38:04
11      A.  Those students have medical in both   10:38:05
12  developmental delays diagnoses honestly   10:38:09
13  similar to the population at St. Mary's.   10:38:14
14      Q.  Do you recall what your caseload   10:38:16
15  was at RKS?                      10:38:18
16      A.  Well, it was a rough split, so   10:38:20
17  basically I was two days there and three days   10:38:27
18  at CCA.                          10:38:31
19      Q.  What do you mean by "rough split"?   10:38:32
20      A.  In other words, because they're   10:38:35
21  both in the same building and because the CCA   10:38:37
22  population go out to work sites and because   10:38:40
23  we make our own schedules I didn't do two   10:38:45
24  days in one and three in the other.  There   10:38:49
25  was a day that I started my day at CCA,   10:38:52

Page 57

Peritz

1
2  walked up the stairs to RKS, and then walked   10:38:56
3  back down the stairs to CCA or stayed at RKS   10:39:00
4  depending on how it worked out so that all   10:39:06
5  the kids got the treatment they were   10:39:09
6  warranted.                       10:39:11
7      Q.  So by "rough split" you just meant   10:39:13
8  not perfectly even?                10:39:16
9      A.  Yeah, but I was predominantly at   10:39:18
10  CCA.                            10:39:21
11      Q.  So you stated the next time you   10:39:23
12  were observed after your May 2015 observation   10:39:26
13  at CCA was at the end of September or   10:39:29
14  beginning of October at RKS?          10:39:31
15      A.  Yes.                      10:39:34
16      Q.  Who conducted that observation?   10:39:34
17      A.  Janet Weisel.               10:39:37
18      Q.  Where were you observed?        10:39:39
19      A.  I was observed in the therapy area   10:39:43
20  upstairs, there are several of them.   10:39:51
21      Q.  Was anyone else present other than   10:39:55
22  you, the student, and Miss Weisel?   10:39:57
23      A.  Yeah, lots of people.  There was   10:39:59
24  the student's aid and other therapists, but   10:40:03
25  they weren't, you know, sitting and watching   10:40:11



Page 58

Peritz

1
2  us, they were doing whatever they did.    10:40:14
3      Q.  Do you recall anything in    10:40:17
4  particular happening at that observation?    10:40:24
5      A.  Well, lots of things.  I should    10:40:27
6  start by saying that school must have started    10:40:34
7  sort of late that year because of the Jewish    10:40:39
8  holidays and the way it all worked out and    10:40:43
9  then, as I said, I started later because I    10:40:46
10  had physician appointments and because I    10:40:50
11  needed to get my accommodation in place they    10:40:53
12  would not let me start until that was in    10:40:57
13  place.  So, when I went to get the student it    10:40:59
14  was the second time -- this was the second    10:41:03
15  time I saw him and when I walked into his    10:41:06
16  classroom he was fast asleep and it was    10:41:10
17  impossible to arouse him and --    10:41:13
18      Q.  I just want to be clear, you    10:41:18
19  typically go and get the students somewhere    10:41:19
20  and then bring them to the therapy room?    10:41:22
21      A.  Yes, at that school.    10:41:24
22      Q.  At RKS?    10:41:26
23      A.  Yeah.  And so the teacher suggested    10:41:28
24  to me that he was really out of it, they    10:41:32
25  weren't sure what his mom may have given him,    10:41:34

Page 59

Peritz

1
2  and that she really thought I should just not    10:41:40
3  take him, but I said --    10:41:44
4      Q.  And who was his teacher, what was    10:41:47
5  her name or his name?    10:41:49
6      A.  I have no clue, no idea at all.    10:41:50
7      Q.  Did you recognize him or her?  Was    10:41:53
8  it a female or a male teacher?    10:41:55
9      A.  It was a female teacher.    10:41:58
10      Q.  But, you recognized her as being a    10:41:59
11  teacher at the school?    10:42:02
12      A.  In that room, yeah.    10:42:03
13      Q.  You just don't recall her name?    10:42:04
14      A.  I don't know any of -- you know, I    10:42:05
15  was at RKS a very short time and --    10:42:07
16      Q.  Okay.  So you picked the student up    10:42:12
17  and he was asleep?    10:42:14
18      A.  He was asleep.  Well, we finally    10:42:14
19  got him up, she helped me, and we finally got    10:42:17
20  him into the -- to walk down the hall with    10:42:21
21  his aid to the therapy room and because -- at    10:42:23
22  RKS I didn't actually have especially at that    10:42:33
23  point a place to work because every time I    10:42:37
24  went they sent me to a different area.    10:42:41
25      Q.  Every time you went where?    10:42:44

Page 60

Peritz

1
2      A.  Upstairs to RKS.    10:42:46
3      Q.  Okay.    10:42:48
4      A.  And also it was only the second    10:42:49
5  time he saw me just as it was the second time    10:42:52
6  I saw him.  So, he saw a mat and he had just    10:42:55
7  been sleeping on a mat and he made a bee line    10:42:59
8  for that mat and attempted to lie down and I    10:43:03
9  saw that that was about to happen --    10:43:08
10      Q.  And now, I'm sorry, you're in the    10:43:09
11  room with Miss Weisel observing you where    10:43:12
12  this mat is?    10:43:14
13      A.  Yes.    10:43:15
14      Q.  Okay.    10:43:16
15      A.  So, I made a bee line for the mat    10:43:17
16  to kind of prevent him from totally lying    10:43:21
17  down.  He was sitting on it with his feet out    10:43:24
18  and kind of like reclining half, but he    10:43:26
19  wasn't like sleeping.  Did you have more of    10:43:29
20  the question?  I don't know, maybe I answered    10:43:35
21  it.    10:43:36
22      MS. KALLUS:  Just wait for her    10:43:39
23  question.    10:43:41
24      Q.  So at this observation, did you    10:43:41
25  speak with Miss Weisel during the    10:43:44

Page 61

Peritz

1
2  observation?    10:43:46
3      A.  I'm not sure.    10:43:47
4      Q.  Did you speak with her immediately    10:43:48
5  after?    10:43:51
6      A.  Yes.    10:43:51
7      Q.  And did she review the observation    10:43:52
8  of your performance?    10:43:55
9      A.  Yes.    10:43:56
10      Q.  And what did she say?    10:43:57
11      A.  She said that, you know, obviously    10:43:58
12  it was really not great, he was very out of    10:44:01
13  it and it was almost impossible to arouse him    10:44:05
14  and I --    10:44:09
15      Q.  She said that?    10:44:10
16      A.  She said that, I mean that was    10:44:11
17  obvious that -- you know, she said it, I said    10:44:12
18  it, we both said it.  I told her that the    10:44:14
19  teacher thought I should probably not do it    10:44:18
20  and then I -- but, I only did it because she    10:44:21
21  was there and she said she understood that.    10:44:25
22  She said she really wasn't looking so much at    10:44:27
23  him, but how I dealt with it and then she    10:44:31
24  said that I was panicked and didn't really    10:44:34
25  like deal so well with it which is    10:44:38



Page 62

```
       Peritz
 1
 2   certainly -- you know, I didn't know how to    10:44:40
 3   get him up, I couldn't get him up.        10:44:42
 4         And then we discussed the fact that  10:44:46
 5   he decided to take off his shoes and socks    10:44:50
 6   and I tried to stop him, but most of these    10:44:54
 7   kids are double my size and probably double   10:44:57
 8   all of your size.  And I couldn't physically  10:45:02
 9   stop him, so his shoes and socks came off.    10:45:06
10   But, when it was time to leave I told him to  10:45:09
11   put them on and I started helping him put     10:45:13
12   them on and it became clear to me that he was 10:45:16
13   actually participating in putting them on, so 10:45:20
14   I backed off and I let him put on his shoes   10:45:23
15   and socks.                  10:45:28
16         And what I learned was that, in       10:45:29
17   fact, he was able to do it, almost even tie   10:45:31
18   it.  And so I expressed to Miss Weisel that I 10:45:38
19   was really excited about that because I       10:45:42
20   thought that was a valuable piece of          10:45:45
21   information, but -- and that none of us, the  10:45:50
22   teacher, nobody knew that information, and so 10:45:57
23   we discussed that.               10:46:01
24         And then she said she didn't really   10:46:04
25   want to judge my tenure based on this         10:46:07
```

Page 63

```
       Peritz
 1
 2   observation because it obviously was not a    10:46:11
 3   great observation, so she wanted to come      10:46:16
 4   again and I expressed to her that I barely    10:46:19
 5   knew any of the kids at RKS, that most of     10:46:27
 6   them I had only seen once before, if that,    10:46:32
 7   and that I was so uncomfortable because there 10:46:36
 8   was no guaranteeing that this wasn't going to 10:46:41
 9   happen again with a different kid.  So, I     10:46:43
10   asked her if she could come to CCA and she    10:46:46
11   agreed to come once to CCA and once to RKS,   10:46:49
12   but that --                 10:46:54
13      Q.  Once more to RKS?            10:46:54
14      A.  Yes.                   10:46:57
15      Q.  But, did you appreciate her      10:46:58
16   willingness to view you at CCA?        10:47:00
17      A.  Right.  But, her time frame was  10:47:02
18   very, very limited because all of this was    10:47:05
19   really supposed to be done in the spring and  10:47:08
20   she had to make a really quick            10:47:14
21   recommendation.               10:47:16
22      Q.  But, in the spring of 2015 you had 10:47:16
23   just started working, correct, at Nassau     10:47:20
24   BOCES?                    10:47:23
25      A.  Well, no, not really.  I had     10:47:25
```

Page 64

```
       Peritz
 1
 2   started in early spring, so by the end of the 10:47:26
 3   spring it was certainly much more time with   10:47:31
 4   those kids than I had had with any of the     10:47:35
 5   kids in the fall.              10:47:39
 6      Q.  So when was the evaluation at CCA  10:47:40
 7   done?                     10:47:44
 8      A.  The two evaluations were done one  10:47:45
 9   day apart, if this was like a Thursday on     10:47:48
10   Monday and Tuesday, I'm not sure of the       10:47:53
11   dates, but it was the very next week and then 10:47:54
12   they were done one day apart.          10:47:57
13      Q.  Following the RKS observation you  10:47:59
14   just described?               10:48:02
15      A.  Yes.                   10:48:02
16      Q.  So Miss Weisel observed you at CCA 10:48:03
17   a few days later?              10:48:06
18      A.  Yes.                   10:48:07
19      Q.  But, you don't recall exactly when, 10:48:07
20   it might have been the end of September,      10:48:09
21   early October?               10:48:11
22      A.  Right.                  10:48:12
23      Q.  And where did she observe you at  10:48:13
24   CCA?                      10:48:15
25      A.  In the therapy room where I       10:48:15
```

Page 65

```
       Peritz
 1
 2   treated.                   10:48:18
 3      Q.  And again, was anyone else present? 10:48:19
 4      A.  Not during the entire observation, 10:48:23
 5   but -- oh, maybe actually.  The student this  10:48:26
 6   time that I was observed with was having a    10:48:33
 7   mini meltdown as she came in, so she walked   10:48:39
 8   in with her psychologist, her aid, and her.   10:48:43
 9      Q.  "Her" meaning the student?        10:48:47
10      A.  The student.               10:48:49
11      Q.  So there was the student's        10:48:52
12   psychologist, the student's aid, the student, 10:48:54
13   and who else you said?            10:48:56
14      A.  Me and Miss Weisel.  But, then the 10:48:57
15   psychologist and I conferred and we got       10:49:00
16   something set up that would be agreeable to   10:49:05
17   everybody and then he left.          10:49:10
18      Q.  The psychologist left?          10:49:12
19      A.  Right.                  10:49:15
20      Q.  And did you speak to Miss Weisel   10:49:17
21   during the observation?            10:49:21
22      A.  I don't remember.            10:49:24
23      Q.  And then immediately after, did she 10:49:25
24   review your performance and discuss the       10:49:27
25   observation?                 10:49:29
```



Page 66

```
 1            Peritz
 2       A.  Briefly.                10:49:30
 3       Q.  And what did she discuss?     10:49:32
 4       A.  Well, that she couldn't see all of  10:49:34
 5   it because part of it we were doing in a  10:49:37
 6   closet organizing things and she couldn't  10:49:43
 7   actually see what the student was doing, but  10:49:46
 8   that it looked to her like I gave her too  10:49:51
 9   much help.                       10:49:56
10       Q.  And she stated to you she couldn't  10:49:59
11   see what you were doing?          10:50:01
12       A.  Yes.                  10:50:03
13       Q.  And she also stated that she     10:50:06
14   thought you gave the student too much help?  10:50:08
15       A.  Yes.                  10:50:10
16       Q.  Anything else?            10:50:12
17       A.  Not that I can remember.      10:50:16
18       Q.  When was your annual evaluation  10:50:17
19   conducted, do you recall?          10:50:21
20       A.  The annual observation -- well, the  10:50:22
21   evaluation was conducted in June of the  10:50:27
22   previous year.                 10:50:30
23       Q.  And where were you employed during  10:50:32
24   that time, at CCA and Jerusalem Avenue?  10:50:36
25       A.  Yes.                  10:50:39
```

Page 67

```
 1            Peritz
 2       MS. RUDNICKI:  I'm going to ask    10:50:42
 3   that this document be marked as      10:50:44
 4   Respondents' B, please.            10:50:46
 5       (Respondents' Exhibit B, one page
 6   photocopy of classified employee
 7   evaluation report dated 6/5/15, marked
 8   for identification, as of this date.)  10:51:45
 9       Q.  So, Miss Peritz, this is your    10:51:45
10   annual evaluation dated June 5, 2015    10:51:47
11   (handing).                     10:51:51
12       A.  Yes.                  10:51:51
13       Q.  If you can take a look at it, do  10:51:52
14   you recognize the document?          10:51:56
15       A.  Yeah.                 10:51:57
16       Q.  And this is the annual evaluation  10:51:58
17   that was done by Miss Weisel?        10:52:02
18       A.  Yes.                  10:52:04
19       Q.  Is that your signature on the    10:52:05
20   bottom of the document?            10:52:06
21       A.  Yes.                  10:52:07
22       Q.  Did you review it before you signed  10:52:08
23   it?                            10:52:10
24       A.  Yes.                  10:52:10
25       Q.  Was the information on that true  10:52:11
```

Page 68

```
 1            Peritz
 2   and accurate, to your knowledge?       10:52:13
 3       A.  Yes.                  10:52:14
 4       Q.  You state in your notice of claim  10:52:15
 5   that you considered the evaluation to be very  10:52:19
 6   good, is that still your belief?      10:52:23
 7       A.  Yeah, there are two options and I  10:52:25
 8   was told that -- which is obvious I got the  10:52:30
 9   top option, the other option would be    10:52:35
10   negative.                      10:52:38
11       Q.  So, Miss Peritz, you're referring  10:52:38
12   to the fact that there is a satisfactory and  10:52:39
13   unsatisfactory category and you got marked  10:52:41
14   satisfactory?                  10:52:45
15       A.  Right.                10:52:46
16       Q.  On quality of work, quantity of  10:52:46
17   work, work habits, dependability, attendance,  10:52:49
18   interpersonal skills, under supervisory  10:52:51
19   skills it says "not applicable"?      10:52:53
20       A.  Right.                10:52:54
21       Q.  The first line if you'll read along  10:52:55
22   with me it states "Diane is new to Nassau  10:52:57
23   BOCES as of April 14th 2015," would you  10:52:59
24   describe that as a neutral comment, a very  10:53:02
25   good evaluation, how would you describe that?  10:53:05
```

Page 69

```
 1            Peritz
 2       A.  Neutral.               10:53:07
 3       Q.  "In that short period of time she's  10:53:08
 4   been assigned to a caseload split between The
 5   Center for Community Adjustment as well as
 6   the Jerusalem Avenue School," how would you
 7   describe that comment?             10:53:12
 8       A.  Neutral, just facts.        10:53:12
 9       Q.  "Diane was able to set up a      10:53:18
10   schedule for herself at both programs, not  10:53:20
11   always an easy feat," how would you describe  10:53:23
12   that comment?                  10:53:25
13       A.  Positive.              10:53:26
14       Q.  "She worked with both elementary  10:53:26
15   and high school aged students with learning  10:53:29
16   disabilities and/or emotional difficulties."  10:53:32
17       A.  Neutral.               10:53:34
18       Q.  "Diane is orienting herself to    10:53:36
19   the," quote "BOCES way," unquote, "and is  10:53:39
20   unafraid to ask questions to do this more  10:53:42
21   efficiently."                  10:53:43
22       A.  Positive.              10:53:43
23       Q.  And then it says "well, Diane."  10:53:44
24       A.  And that's positive.        10:53:47
25       Q.  How long had you been working at  10:53:52
```



Page 70

Peritz

1
2   Nassau BOCES at the time this evaluation was   10:53:55
3   done?   10:53:58
4       A.   Obviously from April 14, 2015 to   10:53:58
5   June 5th 2015.   10:54:02
6       Q.   Let's get back to when you were   10:54:06
7   next observed at CCA, the previous   10:54:08
8   observation that you were talking about   10:54:13
9   earlier.   So other than what you testified to   10:54:16
10   earlier that Miss Weisel stated she did not   10:54:37
11   see everything, but that she thought you   10:54:40
12   assisted the student too much, did she state   10:54:42
13   anything to you at that observation?   10:54:45
14       A.   Nothing more than I remember.   10:54:47
15       Q.   When was the next time you were   10:54:49
16   observed, you said you had another   10:54:54
17   observation at RKS?   10:54:56
18       A.   I think it was the next day.   10:54:57
19       Q.   The next day after CCA you were   10:54:59
20   observed again?   10:55:02
21       A.   Yes.   10:55:03
22       Q.   Where were you observed?   10:55:03
23       A.   At RKS.   10:55:04
24       Q.   And that was the second time you   10:55:05
25   were observed at RKS?   10:55:07

Page 71

Peritz

1
2       A.   Yes.   10:55:09
3       Q.   Do you recall again any date?   10:55:09
4       A.   No.   10:55:13
5       Q.   But, it would have been again the   10:55:14
6   end of September or early October when these   10:55:16
7   three observations were occurring?   10:55:19
8       A.   Yes.   10:55:21
9       Q.   And where were you observed at RKS?   10:55:22
10       A.   I don't remember.   It must have   10:55:32
11   been the therapy room, but honestly I don't   10:55:34
12   remember who I was observed with that third   10:55:37
13   time.   10:55:43
14       Q.   So you've testified you were   10:55:45
15   observed in May at CCA, then the end of   10:55:49
16   September or early October at RKS, then at   10:55:52
17   CCA, and now at RKS, so technically this is   10:55:56
18   the fourth observation, correct?   10:56:00
19       A.   Yes.   10:56:01
20       Q.   And you're saying you don't recall   10:56:02
21   the circumstances of that observation?   10:56:03
22       A.   Correct.   10:56:05
23       Q.   Do you recall that Miss Weisel was   10:56:05
24   present?   10:56:07
25       A.   Well, she's the only person who   10:56:09

Page 72

Peritz

1
2   does them, so she had to have been.   10:56:09
3       Q.   But, you don't specifically recall?   10:56:11
4       A.   I don't remember what student it   10:56:13
5   was, I don't remember.   10:56:15
6       Q.   Do you recall any discussion with   10:56:17
7   Miss Weisel during or after?   10:56:19
8       A.   Yeah, the part I remember is that   10:56:21
9   afterwards she asked me to go into one of the   10:56:23
10   principal's offices, Bonnie Heller, and she   10:56:31
11   said that she had a meeting in there.   I   10:56:37
12   afterwards so it would be a good place for us   10:56:40
13   to talk.   And I went in and we were talking   10:56:42
14   and Bonnie Heller walked in in the middle of   10:56:46
15   my observation discussion and sat down and   10:56:52
16   despite the fact that at one point I said I   10:56:59
17   was uncomfortable because that was very   10:57:03
18   unusual, it was a private conversation and   10:57:08
19   nobody was supposed to come in.   Of course it   10:57:10
20   was her office, but it was supposed to be   10:57:13
21   private, and she came in and sat during the   10:57:16
22   entire rest of the conversation.   10:57:19
23       Q.   Did she participate in the   10:57:21
24   conversation?   10:57:23
25       A.   I don't think she did.   10:57:24

Page 73

Peritz

1
2       Q.   And when you says it's unusual for   10:57:25
3   the building principal to be present, what do   10:57:27
4   you base that on, the fact that earlier your   10:57:30
5   three observations were alone with her?   10:57:33
6       A.   I was told that by other therapists   10:57:34
7   that other principals don't do that, it was   10:57:36
8   confidential, normally it would take place in   10:57:40
9   the therapy room, normally it would take   10:57:42
10   place in a hallway, so it was unusual.   10:57:45
11       Q.   When you said "other therapists,"   10:57:50
12   after you left the meeting you spoke to other   10:58:00
13   therapists about it?   10:58:03
14       A.   Yes.   10:58:04
15       Q.   And was it other therapists who   10:58:05
16   told you that observations are confidential?   10:58:07
17       A.   Yes.   10:58:10
18       Q.   But, you weren't told that by   10:58:12
19   anyone else?   10:58:15
20       A.   I didn't ask anyone else.   10:58:16
21       Q.   Now, was that the last time you   10:58:18
22   were observed?   10:58:22
23       A.   Yes.   10:58:22
24       Q.   Was Miss Heller present for any   10:58:23
25   part of the actual interaction with the   10:58:25

Page 74

    Peritz
1
2   student?                              10:58:28
3       A.  No.                           10:58:28
4       Q.  Do you recall what you discussed   10:58:31
5   with Miss Weisel in Miss Heller's present   10:58:35
6   while you were in Miss Heller's office?   10:58:38
7       A.  No.                           10:58:41
8       Q.  You don't recall anything of that   10:58:41
9   conversation?                         10:58:43
10      A.  Nothing, I don't even remember who   10:58:43
11  the student was.                      10:58:48
12      Q.  Do you recall the tenor of the   10:58:48
13  conversation, was it a negative review, was   10:58:50
14  it a positive review?                 10:58:53
15      A.  By then it was my sense that it   10:58:55
16  didn't matter what I did she thought it was   10:58:58
17  negative.                            10:59:00
18      Q.  Who do you mean by "she"?      10:59:01
19      A.  Miss Weisel.                  10:59:03
20      Q.  Miss Peritz, do you know what an   10:59:07
21  IEP is?                               10:59:10
22      A.  Can I add something?          10:59:11
23      Q.  You have to answer the question   10:59:14
24  that's asked.                        10:59:16
25      A.  Yes, I know what an IEP is.    10:59:17

Page 75

    Peritz
1
2       Q.  Can you briefly describe what it   10:59:18
3   is?                                   10:59:22
4       A.  An IEP is an individualized    10:59:22
5   education plan, it's a plan set forth on   10:59:27
6   every student for their goals for the school   10:59:30
7   year.                                 10:59:35
8       Q.  And are you likewise familiar with   10:59:36
9   a BIP?                                10:59:39
10      A.  Yes.                          10:59:39
11      Q.  And what is that, if you can    10:59:40
12  briefly describe it?                  10:59:42
13      A.  Is it a behavioral intervention   10:59:43
14  plan and it is the plan that the psychologist   10:59:46
15  sets forth as to how to deal with the   10:59:50
16  behavior problems of every child.  Not child,   10:59:53
17  students.                            10:59:55
18      Q.  Were you familiar with IEPs and   10:59:56
19  BIPs before your arrival at Nassau BOCES?   10:59:57
20      A.  Yes, of course.               10:59:59
21      Q.  And did you adhere to the      11:00:02
22  recommendations as set forth in the IEPs and   11:00:05
23  BIPs for the students?                11:00:09
24      A.  Yes.                          11:00:10
25      Q.  Did you feel for the most part that   11:00:11

Page 76

    Peritz
1
2   everything you did with students was of a   11:00:14
3   therapeutic nature?                   11:00:16
4       A.  Yes.                          11:00:18
5       Q.  Outside of observations that we've   11:00:23
6   discussed, how often would you see or speak   11:00:26
7   with Miss Weisel?                     11:00:30
8       A.  I spoke with her a couple of --   11:00:33
9   three or four times over the summer and   11:00:41
10  really that's not very often other than that.   11:00:49
11      Q.  And how many times did you      11:00:54
12  personally interact with Miss Heller?   11:00:57
13      A.  Very rarely, maybe three.      11:01:01
14      Q.  Aside from these conversations or   11:01:12
15  the observation that finished in her office,   11:01:15
16  what were the other two times you interacted   11:01:18
17  with Miss Heller?                     11:01:22
18      A.  The first time I had been called to   11:01:23
19  the principal's office to receive a letter   11:01:32
20  and it was signed by Bonnie Heller, so I   11:01:35
21  asked who she was because I had never met her   11:01:38
22  and I went and stood outside her office and I   11:01:41
23  said "are you Bonnie Heller" when she came   11:01:46
24  out because she was in a meeting and she said   11:01:49
25  "yes," and I asked her if I could speak with   11:01:52

Page 77

    Peritz
1
2   her about the letter I had gotten.  Then at   11:01:57
3   the disciplinary meeting --            11:02:01
4       Q.  I'm sorry, before you get to the   11:02:02
5   disciplinary meeting when you stood outside   11:02:04
6   her office waiting for her to be done with   11:02:06
7   the meeting and then asked if she was Bonnie   11:02:08
8   Heller and that you wanted to speak with her,   11:02:11
9   did you indeed have a conversation with her   11:02:13
10  at that time?                         11:02:15
11      A.  Well, very brief.             11:02:15
12      Q.  And what was the conversation   11:02:16
13  about?                                11:02:18
14      A.  I asked her what the letter was   11:02:18
15  about and she said she wasn't at liberty to   11:02:20
16  tell me and she encouraged me to use her   11:02:23
17  phone and all Janet.                  11:02:27
18      Q.  And did you do that?           11:02:29
19      A.  Yes.                          11:02:30
20      Q.  And who handed you the letter or   11:02:31
21  how did you --                        11:02:33
22      A.  The secretary.                11:02:34
23      Q.  The secretary where?           11:02:34
24      A.  At the RKS office.             11:02:36
25      Q.  Did you call Miss Weisel at that   11:02:41



Page 78

```
              Peritz
 1
 2    time?                      11:02:43
 3        A.  Yes.               11:02:43
 4        Q.  Did you reach her?          11:02:49
 5        A.  I think so.        11:02:52
 6        Q.  And did you have a conversation   11:02:53
 7    with her?                  11:02:54
 8        A.  She said she wasn't at liberty to   11:02:54
 9    discuss it either, so she directed me to call   11:02:58
10    the union representative.       11:03:01
11        Q.  And did you do that?         11:03:02
12        A.  And she gave me his information,   11:03:03
13    yes.                      11:03:07
14        Q.  So can you explain to me the dates   11:03:10
15    of the school terms, so when did the 2015   11:03:31
16    school year end?               11:03:34
17        A.  In June.           11:03:38
18        Q.  Middle of June, end of June?   11:03:43
19        A.  I guess technically they end the   11:03:46
20    last week in June, but I'm not sure.   11:03:49
21        Q.  When does summer term begin?   11:03:52
22        A.  Probably the first week of July.   11:03:55
23        Q.  And I think you testified earlier   11:04:01
24    that you worked during the summer term of   11:04:03
25    2015?                      11:04:06
```

Page 79

```
              Peritz
 1
 2        A.  Yes.               11:04:07
 3        Q.  Where were you working during the   11:04:09
 4    summer?                    11:04:11
 5        A.  CCA.               11:04:12
 6        Q.  Exclusively?         11:04:13
 7        A.  Yes.               11:04:14
 8        Q.  And what was your caseload during   11:04:15
 9    the summer?                11:04:17
10        A.  I think it's the same as it is   11:04:19
11    during the year.               11:04:22
12        Q.  So you have about eight children a   11:04:23
13    day for about two days?         11:04:25
14        A.  Actually, no, I was there three   11:04:27
15    days. You probably have more than that   11:04:29
16    because they only go half the day.  No, you   11:04:31
17    could still have eight, it would just be --   11:04:36
18    you still treat eight kids, but they get less   11:04:39
19    therapy and they're only there half the day,   11:04:43
20    so more kids, but the same amount of   11:04:46
21    treatment time if that makes sense. Does   11:04:49
22    that make sense?               11:04:52
23        Q.  Yes.               11:04:54
24        A.  Okay.              11:04:55
25        Q.  In paragraph 14 of your notice of   11:04:55
```

Page 80

```
              Peritz
 1
 2    claim you stated that on August 11th 2015 you   11:04:57
 3    woke up in great pain; is that accurate?   11:05:00
 4        A.  Yes.               11:05:02
 5        Q.  Did you attend work that day?   11:05:02
 6        A.  No.                11:05:03
 7        Q.  When was the next time you went to   11:05:04
 8    work?                      11:05:06
 9        A.  I never went back to work that   11:05:06
10    summer.                    11:05:09
11        Q.  So do you recall what date?  You   11:05:10
12    said the second week of September you started   11:05:12
13    again?                     11:05:15
14        A.  Something like that.         11:05:15
15        Q.  And you stated you were treated for   11:05:17
16    this pain by Dr. Beer?         11:05:19
17        A.  Amongst other people, yes.      11:05:21
18        Q.  When you say you immediately went   11:05:23
19    to Dr. Beer in your notice of claim --   11:05:25
20        A.  He had been recommended to me and   11:05:29
21    so I called and I was lucky enough to get an   11:05:32
22    appointment that morning.       11:05:36
23        Q.  But, you had never been treated by   11:05:37
24    him previously?                11:05:39
25        A.  No, I knew him before.       11:05:40
```

Page 81

```
              Peritz
 1
 2        Q.  You had treated with him prior?   11:05:42
 3        A.  Yes.               11:05:45
 4        Q.  For?                11:05:48
 5        A.  For back pain about four years   11:05:48
 6    earlier, but very different.     11:05:53
 7        Q.  And I take it he's a medical doctor   11:05:57
 8    obviously?                 11:05:59
 9        A.  He's a pain specialist, I guess   11:06:00
10    orthopedic pain specialist.      11:06:03
11        Q.  Did he provide a diagnosis at that   11:06:07
12    first visit?                   11:06:10
13        A.  No, his assumption at the first   11:06:11
14    visit was that it was the previous possible,   11:06:15
15    you know, like back disk herniation that   11:06:23
16    bothered me before and that his -- that it   11:06:26
17    had obviously majorly exacerbated because I   11:06:32
18    could barely stand up, so he said -- the next   11:06:36
19    day he gave epidurals, so he would put me on   11:06:39
20    for an epidural, but if it didn't work then   11:06:42
21    we needed to do an MRI to see if, in fact, it   11:06:45
22    was the same problem or not.     11:06:50
23        Q.  And how did you get to your visits,   11:06:51
24    were you able to drive yourself?   11:06:54
25        A.  I went to the first visit on April   11:06:55
```



Page 82

```
 1            Peritz
 2   11th myself.                    11:06:58
 3       Q.  I'm sorry, August 11th?      11:06:59
 4       A.  August 11th myself, and then by the  11:07:01
 5   next morning I could no longer walk along so  11:07:06
 6   then the next day my friend drove me.       11:07:09
 7       Q.  Can you describe briefly your    11:07:12
 8   symptoms at that time?            11:07:14
 9       A.  I had severe pain in my left     11:07:14
10   buttocks going into my hip and in my low back  11:07:20
11   so severe that I could barely walk and when I  11:07:26
12   stood up for longer than, I don't know, a     11:07:32
13   couple of minutes I started throwing up from  11:07:37
14   pain.                          11:07:39
15       Q.  Did he prescribe any medication   11:07:40
16   other than providing you with an epidural on  11:07:43
17   that first visit?                 11:07:46
18       A.  I think the first visit he just   11:07:48
19   said to take -- I had been previously taking  11:07:51
20   Tylenol which is, you know, benign and just  11:07:57
21   to continue with that.  The hope was because  11:07:59
22   when -- again, my condition was very     11:08:03
23   different four years earlier, but when I had  11:08:05
24   had an epidural four years earlier it had     11:08:12
25   worked right away and I was fine.       11:08:16
```

Page 83

```
 1            Peritz
 2       Q.  And then were the symptoms       11:08:18
 3   initially more pronounced than they became   11:08:21
 4   later on?                       11:08:24
 5       A.  No.  Well, they got worse before  11:08:25
 6   they got better.                 11:08:28
 7       Q.  How long did it take for it to    11:08:29
 8   start improving?                 11:08:35
 9       A.  I had three epidurals by the      11:08:36
10   time it was improving, had been on major     11:08:39
11   painkillers, again I forget what its name     11:08:43
12   was, had gone to the ER, had spent close to  11:08:47
13   three weeks in bed unable to move, and then  11:08:53
14   after the third epidural -- well, actually   11:08:58
15   after the second epidural it started     11:09:02
16   improving and two MRIS and was in acupuncture  11:09:05
17   as well.  And after the second epidural it   11:09:10
18   started improving a little bit and after the  11:09:16
19   third epidural it improved a little more,   11:09:19
20   but then I was also very weak so I needed to  11:09:23
21   built up strength and so forth.       11:09:29
22       Q.  What was the ultimate diagnosis?  11:09:31
23       A.  Spinal stenosis.            11:09:34
24       Q.  And have you treated with anyone  11:09:36
25   else regarding this condition?        11:09:39
```

Page 84

```
 1            Peritz
 2       A.  Yes, I went to --            11:09:41
 3       Q.  Who else did you treat with?     11:09:42
 4       A.  I went to a hip specialist at Lenox  11:09:43
 5   Hill Hospital and he felt it was not my hip  11:09:47
 6   and then --                    11:09:50
 7       Q.  Do you recall his name?         11:09:50
 8       A.  I don't.  Oh, Rodriguez, Dr.      11:09:51
 9   Rodriguez.  And then I am still under the    11:09:54
10   care of Dr. Matusz at Lenox Hill, he's a     11:09:56
11   spinal surgeon, and he evaluated me for     11:10:03
12   surgery, but by the time I saw him I had     11:10:11
13   started to improve and so he said we're     11:10:14
14   not -- surgery is not warranted at this time.  11:10:16
15       Q.  Are you still treating with      11:10:20
16   Dr. Beer?                      11:10:23
17       A.  I guess I'm always treating with  11:10:23
18   Dr. Beer, but only if there's an       11:10:25
19   exacerbation.                  11:10:30
20       Q.  Did you submit a note from Dr. Beer  11:10:30
21   to BOCES after August 11th 2015 when you     11:10:34
22   first woke up with the pain, but before the  11:10:37
23   end of the summer term?           11:10:40
24       A.  No.                     11:10:41
25       Q.  When did you contact your employer  11:10:46
```

Page 85

```
 1            Peritz
 2   to let them know you weren't returning to     11:10:49
 3   work or you couldn't return to work?     11:10:52
 4       A.  Well, I called August 11th the    11:10:54
 5   office at CCA and told them what was going on  11:10:57
 6   because I was supposed to go that morning.    11:11:02
 7       Q.  Did you speak to Miss Weisel on   11:11:05
 8   August 11th?                   11:11:07
 9       A.  No.                     11:11:08
10       Q.  When did you speak to Miss Weisel  11:11:08
11   next?                         11:11:10
12       A.  I think there was one more week of  11:11:11
13   summer session left and I was aware of that  11:11:18
14   and was concerned that I had final paperwork  11:11:22
15   to do, so I called over to CCA and spoke with  11:11:26
16   Mr. Barrett about doing my final paperwork.   11:11:31
17       Q.  And Mr. Barrett you said is the   11:11:35
18   assistant principal at CCA?          11:11:37
19       A.  Right, he was in charge of the    11:11:39
20   summer session.                 11:11:40
21       Q.  What final paperwork, what do you  11:11:41
22   mean by that?                   11:11:44
23       A.  Giving in the attendance, the    11:11:45
24   notes, et cetera.                 11:11:47
25       Q.  What did Mr. Barrett tell you?    11:11:48
```



MAGNA
LEGAL SERVICES

Page 86

Peritz

1
2      A.  Well, I told Mr. Barrett that I was   11:11:50
3  too ill to actually walk to CCA, but that if   11:11:53
4  I had a friend bring me in and I had already   11:12:01
5  called the nurse's office and discovered   11:12:06
6  there was a wheelchair at the entrance that   11:12:08
7  they could provide me with, that if I were to   11:12:11
8  come in could I do my final paperwork and   11:12:14
9  give it to him.   11:12:16
10      Q.  And what did he say?   11:12:17
11      A.  He said yes, and then because I was   11:12:18
12  going to be missing I guess the last week I   11:12:23
13  called over to Janet Weisel and left what   11:12:28
14  I had worked out and what had happened to me   11:12:32
15  and how ill I was.   11:12:35
16      Q.  And what did Miss Weisel say to you   11:12:40
17  at that time?   11:12:42
18      A.  She said she was surprised that   11:12:42
19  Mr. Barrett allowed me to do that, that she   11:12:46
20  wasn't really comfortable with it, but she   11:12:50
21  offered to go and do that final paperwork for   11:12:53
22  me if I could talk her through it.   11:12:56
23      Q.  And is this what happened?   11:12:59
24      A.  Yes.   11:13:00
25      Q.  And the paperwork was completed?   11:13:01

Page 87

Peritz

1
2      A.  Yes.   11:13:04
3      Q.  Did you appreciate Miss Weisel   11:13:05
4  doing that?   11:13:07
5      A.  Yes, of course, and she appreciated   11:13:08
6  the fact that I was so organized, she made a   11:13:10
7  point of saying -- because I was so concerned   11:13:15
8  that this was going to negatively impact on   11:13:17
9  me and she said "you're so organized and you   11:13:19
10  didn't know that I was going to come and look   11:13:22
11  at all of your papers, I'm so impressed with   11:13:25
12  how you work."   11:13:28
13      Q.  You said that to you over the   11:13:28
14  phone?   11:13:30
15      A.  Yes.   11:13:30
16      Q.  Do you recall when?   11:13:30
17      A.  That last day of school in the   11:13:31
18  summer.   11:13:34
19      Q.  Did you have any other   11:13:37
20  conversations during the summer session with   11:13:42
21  the administration, human resources, or any   11:13:45
22  of your supervisors regarding your condition?   11:13:48
23      A.  No.   11:13:50
24      Q.  And you said earlier you don't   11:13:53
25  recall exactly when fall of 2015/2016 began?   11:13:55

Page 88

Peritz

1
2      A.  It was early, but I don't remember.   11:14:01
3      Q.  It was early, I thought you said it   11:14:03
4  was late because of the Jewish holidays?   11:14:06
5      A.  I think maybe the kids came later,   11:14:09
6  but I think it was earlier because they   11:14:16
7  started the teachers first, teachers start   11:14:16
8  before kids.   11:14:19
9      Q.  So you also state in your notice of   11:14:20
10  claim, I believe it's paragraph 21, that you   11:14:23
11  suggested taking more time off until you were   11:14:26
12  stronger before returning in the fall?   11:14:28
13      A.  Yes.   11:14:30
14      Q.  Is that accurate?   11:14:30
15      A.  Yes.   11:14:31
16      Q.  Does that mean you would have   11:14:31
17  preferred not to come back to work at that   11:14:33
18  time?   11:14:35
19      A.  Yeah.   11:14:35
20      Q.  And did you return to work?   11:14:35
21      A.  Yes.   11:14:37
22      Q.  Where were you working?   11:14:37
23      A.  At that point I was going to be   11:14:38
24  working at CCA and I was going to be working   11:14:40
25  at RKS.  But, by the time school started I   11:14:43

Page 89

Peritz

1
2  was obviously able to stand up without   11:14:47
3  throwing up, I was able to walk.  I was   11:14:51
4  walking very slowly, but I was able to walk   11:14:55
5  and I had --   11:14:59
6      Q.  And was there anything you couldn't   11:15:01
7  do?   11:15:02
8      A.  -- and I had lost about 15 pounds   11:15:02
9  from throwing up from pain.   11:15:07
10      Q.  Miss Peritz, going forward I just   11:15:10
11  ask you to answer the question that's asked   11:15:12
12  of you.  Okay?  If I'm asking you a question,   11:15:14
13  you'll have to stop what you're saying and   11:15:16
14  answer the question.  Okay?   11:15:17
15      A.  How come you can interrupt me and I   11:15:18
16  can't interrupt you?   11:15:22
17          MS. KALLUS:  She doesn't have to   11:15:25
18  answer that.  There's no pending   11:15:26
19  question right now, it's about two about   11:15:28
20  hours, do you want to take a little   11:15:30
21  break?   11:15:32
22          THE WITNESS:  Yeah, I'd love to go   11:15:33
23  to the bathroom.   11:15:35
24          (Short recess was taken.)   11:15:36
25      Q.  So when you returned to work in   11:18:34



Page 90

Peritz

1
2  September, Miss Peritz, was there anything   11:23:40
3  you couldn't do?  You said you could walk now   11:23:42
4  and --   11:23:45
5      A.   Yeah, I was very weak and I was   11:23:45
6  told not to do anything that would exacerbate   11:23:51
7  my condition, so not to lift more than five   11:23:55
8  pounds, not to push or pull, not to fall, you   11:23:59
9  know, to basically treat myself with kid   11:24:08
10  gloves.  It's why I wanted to delay my return   11:24:11
11  because I was told by the doctor that I   11:24:16
12  was -- now I was on the mend, but --   11:24:20
13      Q.   When did you first inform BOCES of   11:24:23
14  your request for accommodations?   11:24:27
15      A.   Well, about a week to ten days   11:24:30
16  before school was about to start I called   11:24:37
17  Miss Weisel and told her what was going on   11:24:41
18  and that I still was not fine and that I had   11:24:45
19  been so ill and then she told me that what I   11:24:48
20  needed to do was make a request for   11:24:52
21  accommodations.  I had never heard of that   11:24:55
22  before, so I then phoned my doctor to do   11:24:58
23  that.   11:25:04
24      Q.   When did you submit the note from   11:25:06
25  your doctor?   11:25:09

Page 91

Peritz

1
2      A.   As soon as I received it and I   11:25:10
3  believe it was just before school started   11:25:12
4  because he was away.   11:25:17
5      Q.   Do you recall what the note stated?   11:25:21
6      A.   The first note just said that I   11:25:25
7  shouldn't lift and that my condition was --   11:25:28
8  what my condition was and that I shouldn't   11:25:34
9  lift, I'm not sure what else it said.   11:25:36
10      Q.   And so you transmitted that letter   11:25:39
11  by fax?   11:25:42
12      A.   I don't remember.   11:25:42
13      Q.   And who do you speak with after you   11:25:44
14  submitted the doctor's note?   11:25:47
15      A.   They had a meeting.   11:25:48
16      Q.   They is?   11:25:50
17      A.   They, BOCES, had a meeting here in   11:25:51
18  this room with human resources.  Selma   11:25:55
19  Shelton and Janet and some other man, I don't   11:26:06
20  know what his job was.  And then both the   11:26:11
21  principal of CCA and the principal -- one of   11:26:14
22  the principals, but I didn't know there was   11:26:19
23  more than one of RKS were on the telephone   11:26:22
24  and because RKS and CCA are in the same   11:26:25
25  building they were in the same room.   11:26:29

Page 92

Peritz

1
2      Q.   And you were present for this   11:26:31
3  meeting in this room?   11:26:33
4      A.   I was in this room.   11:26:34
5      Q.   And what was discussed at that   11:26:35
6  conference?   11:26:38
7      A.   They just read the doctor's note   11:26:38
8  and they accepted it and Miss Shelton said   11:26:42
9  that as I worked we would likely find that   11:26:50
10  there might be other things that I needed and   11:26:54
11  I shouldn't hesitate to ask for them and that   11:26:57
12  I should -- when I went to CCA later that day   11:27:02
13  because I was supposed to start at -- I'm   11:27:08
14  sorry, not CCA, RKS later that day that I   11:27:11
15  should go in and introduce myself because I   11:27:14
16  didn't even know the principal and he didn't   11:27:15
17  know me and I guess that was it.   11:27:18
18      Q.   And were you pleased with the   11:27:24
19  outcome, did you feel that you had been   11:27:27
20  heard?   11:27:30
21      A.   Yeah.   11:27:30
22      Q.   Did you, in fact, go and introduce   11:27:31
23  yourself to the RKS principal?   11:27:34
24      A.   Yes, I did.   11:27:36
25      Q.   Was there any additional purpose of   11:27:37

Page 93

Peritz

1
2  introducing yourself to the RKS principal?   11:27:39
3      A.   No.   11:27:42
4      Q.   When did you next speak to a member   11:27:45
5  of the BOCES staff regarding accommodations   11:27:47
6  and where was that?   11:27:50
7      A.   I didn't really.  Oh, actually   11:27:51
8  later that day I started treating at -- no,   11:27:54
9  it probably wasn't that day.  Probably that   11:27:57
10  day I got my caseload and I started putting   11:28:00
11  together a schedule and read IEPs and BIPs.   11:28:03
12  But, then I guess later that week I started   11:28:08
13  treating and when I started treating CCA was   11:28:12
14  not a problem and we didn't expect CCA to be   11:28:15
15  a problem, but --   11:28:18
16      Q.   By "we" who do you mean?   11:28:19
17      A.   Janet, me, the principal,   11:28:21
18  everybody.   11:28:23
19      Q.   Why didn't you expect CCA to be a   11:28:23
20  problem and what do you mean by "problem"?   11:28:26
21      A.   Physically for me because the kids   11:28:28
22  at CCA are older and higher functioning and   11:28:31
23  wouldn't need my physical intervention.  Do   11:28:38
24  you want me to finish your question?   11:28:44
25      Q.   Yes, please, I want to hear about   11:28:45



Page 94

```
          Peritz
1
2  the discussion you had later day or the next  11:28:47
3  day.
4     A.  So when I started treating at RKS  11:28:52
5  the very first kid I saw shoved me and  11:28:54
6  unfortunately because I was so weak at that  11:28:59
7  time I ended up against a table and it hurt a  11:29:06
8  lot and I freaked because my fear was that I  11:29:13
9  was going to go back to the way I was before,  11:29:19
10 not that I just banged my foot and it  11:29:22
11 would -- you know, but that oh, my God, what  11:29:26
12 if that happened again.  11:29:29
13    So, ultimately I brought the  11:29:31
14 student back to her room and rather than  11:29:34
15 treat anyone else I went back down to my  11:29:37
16 office at CCA where I had a phone and I  11:29:41
17 called Janet Weisel and I told her that this  11:29:43
18 was too difficult and I didn't think I could  11:29:47
19 do it.  11:29:50
20    Q.  What do you mean by "freaked"?  11:29:51
21    A.  I was scared and I was in pain and  11:29:54
22 I realized that the strength of these kids  11:29:57
23 was more than mine at that point.  11:30:02
24    Q.  So at that time you called  11:30:04
25 Miss Weisel from your office phone?  11:30:06
```

Page 95

```
          Peritz
1
2     A.  Yes.  11:30:09
3     Q.  And did you reach her?  11:30:09
4     A.  Yes.  11:30:11
5     Q.  Did you inform her about what had  11:30:28
6  happened?  11:30:30
7     A.  Yes.  11:30:31
8     Q.  And what was her response?  11:30:31
9     A.  She said not to panic, that we  11:30:33
10 would deal with it and if we had to we would  11:30:35
11 talk to John Picarello, the principal, and he  11:30:41
12 said they would help me, so I should just  11:30:46
13 relax and it would all be okay.  11:30:50
14    Q.  And did you feel comforted by that  11:30:52
15 conversation?  11:30:56
16    A.  Yes.  11:30:56
17    Q.  And did you feel that you had been  11:30:57
18 heard?  11:30:59
19    A.  Yes.  11:30:59
20    Q.  Was it your understanding at any  11:31:00
21 point that members of the BOCES staff were  11:31:03
22 required to circulate your accommodation  11:31:06
23 request?  11:31:08
24    A.  I didn't think about it.  11:31:09
25    Q.  To what extent had you told BOCES  11:31:11
```

Page 96

```
          Peritz
1
2  staff that you were going to tell people as  11:31:14
3  needed that you were requiring assistance?  11:31:17
4     A.  I did not tell them that.  11:31:21
5     Q.  You never told BOCES that staff  11:31:23
6  that?  11:31:25
7     A.  No.  11:31:25
8     Q.  And then you mentioned John  11:31:31
9  Picarello, you said he was the principal of  11:31:33
10 RKS?  11:31:36
11    A.  Yes.  11:31:37
12    Q.  Did you request any accommodations  11:31:37
13 specifically from him?  11:31:40
14    A.  Well, he was the principal who was  11:31:42
15 on the phone during that accommodation  11:31:44
16 meeting.  11:31:46
17    Q.  Sure, understood.  At any other  11:31:47
18 time, did you go directly to Mr. Picarello  11:31:49
19 and request assistance or an accommodation?  11:31:52
20    A.  No.  11:31:54
21    Q.  Do you feel that Miss Weisel  11:31:55
22 specifically disregarded the terms of the  11:31:56
23 accommodations as you state in your notice of  11:32:00
24 claim?  11:32:01
25    A.  Yes.  11:32:01
```

Page 97

```
          Peritz
1
2     Q.  And how do you feel that?  11:32:02
3     A.  Well, at some point and -- you  11:32:03
4  know, there are lots of things I wasn't  11:32:09
5  privied to at the time, but at some point I  11:32:10
6  now know an aid complained that I was not  11:32:18
7  holding the hand of a student.  This was all  11:32:25
8  told to me and --  11:32:31
9     Q.  I'm sorry, before you continue with  11:32:31
10 that story which we'll probably circle back  11:32:34
11 to --  11:32:37
12    A.  It answers the question about Janet  11:32:37
13 though.  11:32:40
14    Q.  Sure, I'm going to ask you further  11:32:40
15 questions though.  11:32:43
16    A.  Okay.  11:32:44
17    Q.  Did at anytime you ask Miss Weisel  11:32:45
18 for an accommodation that she specifically  11:32:48
19 denied?  11:32:51
20    A.  No.  11:32:52
21    Q.  Did at any point you ask  11:32:52
22 Miss Heller for a specific accommodation that  11:32:54
23 she specifically denied?  11:32:57
24    A.  I didn't know who she was, so I  11:32:59
25 never spoke to her.  11:33:02
```



Page 98

```
1       Peritz
2    Q. So that's a no?              11:33:03
3    A. No.                         11:33:04
4    Q. What do you feel Miss Heller should 11:33:05
5  have done responsive to your accommodation  11:33:08
6  request that she did not do?      11:33:11
7    A. She didn't have I had an    11:33:15
8  accommodation request.           11:33:17
9    Q. So is there any way that she failed 11:33:18
10 to reasonable accommodate you? What do you 11:33:20
11 feel that Miss Heller should have done?  11:33:24
12   A. She should have found that out. I 11:33:25
13 think when she thought there was a problem 11:33:29
14 she should have and probably did speak to 11:33:33
15 Miss Weisel in addition -- please let me 11:33:40
16 finish, in addition to which --   11:33:45
17   Q. It's not responsive to my question, 11:33:45
18 Miss Peritz.                       11:33:47
19   A. Yes, it is.                   11:33:47
20   Q. No, it's not.                 11:33:48
21      MS. KALLUS: We're not going to 11:33:51
22 have an argument between the two of you 11:33:52
23 about it whether it's responsive, so 11:33:53
24 just answer the question with one 11:33:54
25 sentence and then let her move on.  11:33:55
```

Page 99

```
1       Peritz
2      THE WITNESS: But, there is no one 11:33:58
3  sentence.                          11:33:59
4      MS. KALLUS: Okay.              11:34:00
5    Q. How was Miss Heller supposed to 11:34:01
6  know of your accommodation request? 11:34:04
7    A. Miss Weisel should have told her or 11:34:06
8  Mr. Picarello have told her, I did not 11:34:09
9  know who she was.                 11:34:15
10   Q. You state in your notice of claim 11:34:18
11 that you asked Dr. Beer for an updated 11:34:20
12 request on October 11th; is that accurate? 11:34:24
13   A. Yes.                         11:34:25
14   Q. And was that note transmitted? 11:34:26
15   A. Yes.                         11:34:28
16   Q. And what was new in that note that 11:34:28
17 wasn't in the previous doctor's note? 11:34:30
18   A. That note said that I should decide 11:34:37
19 for myself what I could or could not do and 11:34:38
20 that I should not be pushed or pulled by 11:34:43
21 anyone.                           11:34:49
22   Q. Now, when you say you should 11:34:50
23 determine what was needed, could you explain 11:34:53
24 that a little further? You testified earlier 11:34:56
25 that you never told BOCES that you were going 11:35:01
```

Page 100

```
1  to determine your needs on any case by case 11:35:05
2  basis, so how do you --           11:35:08
3    A. I didn't say that.           11:35:09
4    Q. You did, you testified.       11:35:10
5    A. Could you read it back because I 11:35:12
6  don't remember saying that.        11:35:14
7      MS. RUDNICKI: Off the record.  11:35:17
8      (Discussion off the record.)  11:35:18
9    Q. So you've just stated that in your 11:35:29
10 October 11th updated request from Dr. Beer 11:35:33
11 that you were going to determine what you 11:35:36
12 needed on a case by case basis; is that 11:35:38
13 accurate?                          11:35:41
14   A. Not case by case, no, just in 11:35:41
15 general.                          11:35:43
16   Q. And did you do that?          11:35:44
17   A. Yeah.                        11:35:46
18   Q. Who did you convey those requests 11:35:46
19 to?                               11:35:50
20   A. I didn't, I just responded so that 11:35:50
21 if somebody was pushing me I knew I couldn't 11:35:53
22 be pushed. What we had discussed at the 11:35:56
23 meeting was if a child was in jeopardy I 11:36:01
24 trusted that I would be able to put aside my 11:36:06
```

Page 101

```
1       Peritz
2  own physical being and do what was necessary 11:36:09
3  to keep the child safe, but that beyond that 11:36:13
4  if there was a para with me that I based my 11:36:17
5  needs on my safety.               11:36:24
6    Q. And by "para" you mean          11:36:25
7  paraprofessional?                 11:36:29
8    A. Yes.                         11:36:29
9    Q. Such as an aid or someone else in 11:36:30
10 the room with you?                11:36:33
11   A. Yes.                         11:36:33
12   Q. So did you ever make a specific 11:36:41
13 request that was denied to anyone in 11:36:44
14 administration, any teacher, or anyone at 11:36:46
15 BOCES?                            11:36:50
16   A. Not expressly, no.           11:36:50
17   Q. Did you feel your condition    11:36:52
18 affected any other aspects of your work other 11:36:54
19 than the physical interaction with students? 11:36:57
20   A. No.                         11:37:01
21   Q. Is there anything else you'd like 11:37:03
22 to tell me about your accommodations that you 11:37:05
23 haven't already?                  11:37:08
24   A. No.                         11:37:10
25   Q. And is there anything else you'd 11:37:12
```

26 (Pages 98 to 101)


MAGNA
LEGAL SERVICES

Page 102

```
 1          Peritz
 2   like to tell me about your condition that you    11:37:14
 3   haven't told me already?                11:37:16
 4      A.  I'm doing better.        11:37:17
 5      Q.  Did you feel at any point that your    11:37:22
 6   employer or Miss Weisel in particular had    11:37:37
 7   issues with your credibility that they    11:37:41
 8   expressed to you?            11:37:43
 9      A.  No.              11:37:45
10      Q.  And would it be fair to say at some    11:37:46
11   point your employer or Miss Weisel in    11:37:51
12   particular had issues with your job    11:37:52
13   performance?              11:37:54
14      A.  Yes.              11:37:56
15      Q.  When was it first indicated to you    11:37:57
16   that there were issues with your job    11:38:01
17   performance?              11:38:03
18      A.  After my back injury.        11:38:04
19      Q.  Could you be more specific about a    11:38:09
20   date or an incident?          11:38:13
21      A.  When I returned in September and    11:38:14
22   specifically only at RKS.        11:38:25
23      Q.  So when Miss Weisel observed you,    11:38:30
24   she observed you both at RKS and at CCA,    11:38:35
25   correct?                11:38:41
```

Page 103

```
 1          Peritz
 2      A.  Yes.              11:38:41
 3      Q.  And she only had issues with your    11:38:42
 4   job performance at RKS?          11:38:43
 5      A.  She only expressed at RKS with the    11:38:46
 6   exception of saying that I helped a little    11:38:53
 7   bit too much with the student at CCA, but the    11:38:55
 8   rest of BOCES at CCA was very happy with me    11:39:01
 9   and that was not the case at RKS.        11:39:07
10      Q.  And who specifically expressed    11:39:12
11   their happiness to you at CCA?        11:39:15
12      A.  The principal, assistant principal,    11:39:16
13   and teachers and psychologists.        11:39:19
14      Q.  I would like the names, if you    11:39:21
15   recall them?              11:39:23
16      A.  Sure, Mr. Korolczuk, the principal,    11:39:23
17   Mr. Barrett is the AP.  Oh, my goodness,    11:39:28
18   psychologists, Dr. Levy, oh, there are two    11:39:34
19   lady psychologists, I don't remember their    11:39:41
20   names, and many, many teachers.  If I had a    11:39:42
21   roster I could pick them out, but --      11:39:44
22      Q.  And who expressed their displeasure    11:39:47
23   with your job performance at RKS?        11:39:51
24      A.  Miss Heller.          11:39:53
25      Q.  When and how did she express her    11:39:54
```

Page 104

```
 1          Peritz
 2   displeasure?              11:39:58
 3      A.  Oh, sorry, and other therapists    11:39:58
 4   like Leora at CCA.          11:40:00
 5      Q.  Are you answering the previous    11:40:05
 6   question now?              11:40:07
 7      A.  Yeah.  Is that okay?  Leora was my    11:40:07
 8   mentor, she thought I was doing great.  Also    11:40:11
 9   at Jerusalem Avenue the year before everybody    11:40:14
10   thought I was great.  At RKS the supervisor    11:40:16
11   of the OT, like the OT person wasn't    11:40:22
12   particularly positive.          11:40:29
13      Q.  Who was that if not Miss Weisel?    11:40:30
14      A.  Her name was Selena, she's like the    11:40:33
15   lead therapist.            11:40:36
16      Q.  And her last name?        11:40:37
17      A.  I have no idea.          11:40:38
18      Q.  Could it being Roberts?        11:40:40
19      A.  Yeah.              11:40:41
20      Q.  And you just stated that Leora was    11:40:42
21   your mentor?              11:40:46
22      A.  Yeah, Leora.  I'm not sure.      11:40:47
23      Q.  And was Selena Roberts not your    11:40:48
24   mentor?                11:40:51
25      A.  Selena was assigned to me the last    11:40:52
```

Page 105

```
 1          Peritz
 2   two days, but only at RKS, Leora had been my    11:40:54
 3   mentor for a whole year at CCA.        11:41:00
 4      Q.  So Leora was your mentor at CCA,    11:41:02
 5   would it be fair to say Selena was your    11:41:04
 6   mentor at RKS?            11:41:07
 7      A.  I don't know that it would be fair    11:41:08
 8   because I only met her once.        11:41:10
 9      Q.  She wasn't designated in any way as    11:41:11
10   your mentor then?            11:41:13
11      A.  They said she'll be your mentor,    11:41:13
12   but I met with her for 30 minutes.      11:41:16
13      Q.  And what was your issue with    11:41:18
14   Miss Roberts or what was Miss Roberts' issue    11:41:20
15   with you, as far as you can tell?      11:41:24
16      A.  Well, one day she followed me and I    11:41:26
17   specifically asked if she was following me    11:41:30
18   and she said she was, and then I said --    11:41:33
19   asked her if she could help me because the    11:41:38
20   child was giving me a hard time and she said    11:41:41
21   no, she was just there to follow me.      11:41:44
22      Q.  She didn't give you any        11:41:46
23   instruction?              11:41:48
24      A.  No.  She said "you can hold his    11:41:48
25   arms with your hands together," and then she    11:41:50
```

Page 106

```
 1        Peritz
 2  demonstrated, but my arms couldn't go around  11:41:54
 3  him, so it didn't work and she said "okay,    11:41:56
 4  just do what you're doing."           11:41:59
 5      Q.  Did you have any issues with staff  11:42:02
 6  members or paraprofessionals?         11:42:05
 7      A.  Yes, in one room.              11:42:06
 8      Q.  What room was that?           11:42:09
 9      A.  109A.                      11:42:11
10      Q.  What was your issue?          11:42:13
11      A.  Well, I didn't know that was my    11:42:14
12  issue, but there was a staff member who   11:42:17
13  complained that I wouldn't hold a kid's hand  11:42:22
14  or that I had dropped a kid's hand, that I   11:42:26
15  was holding it, but I dropped it.         11:42:29
16      Q.  When were you informed you had been  11:42:44
17  administratively assigned to your home?      11:42:47
18      A.  Oh, my goodness, November 5th.      11:42:50
19      Q.  And when were you informed you had  11:42:58
20  been terminated?                   11:43:01
21      A.  That same day.                11:43:02
22      Q.  And when was your termination        11:43:05
23  affective date?                    11:43:08
24      A.  The last week in November, whatever  11:43:09
25  the last day I was I think.            11:43:12
```

Page 107

```
 1        Peritz
 2      MS. KALLUS:  No, let's clear up the  11:43:15
 3  record, these dates are not reflected in   11:43:17
 4  the notice of claim, the notice of claim   11:43:21
 5  actually contains the proper dates.       11:43:23
 6      MS. RUDNICKI:  Understood.         11:43:26
 7      Q.  You allege in your notice of claim  11:43:26
 8  that you did not receive 30 days notice of   11:43:27
 9  your termination?                  11:43:30
10      A.  Yes.                      11:43:30
11      Q.  Firstly, what is your basis for      11:43:30
12  your claim that you're supposed to receive 30  11:43:35
13  days notice?                     11:43:38
14      A.  The union representative told me     11:43:38
15  that.                          11:43:41
16      Q.  And when did he tell you that?       11:43:42
17      A.  At one of the meetings that we had    11:43:44
18  with BOCES staff.                  11:43:48
19      Q.  As you sit here, can you recall how  11:43:52
20  many days notice you believe you did receive?  11:43:56
21      A.  I can't.                    11:43:59
22      Q.  So you don't know if there was a     11:44:01
23  shortfall or how many days of a shortfall    11:44:03
24  there was?                      11:44:06
25      A.  I don't know.  There was a         11:44:06
```

Page 108

```
 1        Peritz
 2  shortfall, I don't know how many days of a    11:44:08
 3  shortfall there were.               11:44:12
 4      Q.  So after you were notified of your  11:44:13
 5  termination, did you at some point request a  11:44:17
 6  meeting or file a grievance regarding your    11:44:20
 7  termination?                    11:44:23
 8      A.  The union representative did.       11:44:23
 9      Q.  So what was the first meeting you    11:44:27
10  had relative to that union representative's  11:44:35
11  effectuating a conference?            11:44:42
12      A.  I don't know what that means.       11:44:49
13      Q.  Sure, I can rephrase it.  You       11:44:50
14  stated earlier you were informed you were    11:44:55
15  terminated let's say on or around November   11:44:58
16  5th, when did you speak to the union         11:45:00
17  representative?                   11:45:03
18      A.  I started speaking with him when I   11:45:04
19  first got the notice of being called to the   11:45:06
20  principal's office back in, you know, October  11:45:10
21  and then we spoke on and off many, many times  11:45:14
22  up until I had left, way after I left BOCES.   11:45:19
23      Q.  So at any of your requests for       11:45:29
24  accommodation at that meeting that you had   11:45:29
25  discussed earlier, was your union          11:45:31
```

Page 109

```
 1        Peritz
 2  representative present for those?         11:45:33
 3      A.  No, he was disturbed about that      11:45:34
 4  because he was supposed to be, but he wasn't  11:45:36
 5  invited and I didn't know he was supposed to  11:45:39
 6  be.                           11:45:42
 7      Q.  So when in October did you first     11:45:42
 8  meet with your union representative and what  11:45:45
 9  was the circumstances that you first        11:45:47
10  contacted him?                    11:45:49
11      A.  Remember I said I walked into -- 1   11:45:50
12  waited for Bonnie and I asked her if she was  11:55:55
13  Bonnie and then she said she couldn't talk to  11:45:59
14  me, so she directed me to Janet.  I called    11:46:02
15  Janet, Janet said she couldn't talk to me, so  11:46:05
16  Janet directed me to the union rep, so I      11:46:09
17  called him.                      11:46:11
18      Q.  And that was the first interaction   11:46:12
19  you had with him?                  11:46:15
20      A.  Yes, I didn't know who he was        11:46:16
21  before that.                     11:46:18
22      Q.  What was his involvement on your     11:46:18
23  behalf subsequent to that phone conversation?  11:46:21
24      A.  He was amazing, he told me all the  11:46:24
25  rules and regulations.  He represented me, he  11:46:27
```



MAGNA
LEGAL SERVICES

Page 110

Peritz

1
2  e-mailed me.  He e-mailed me once at      11:46:30
3  2 o'clock in the morning saying he couldn't   11:46:33
4  sleep he was so upset that they were doing   11:46:34
5  this to me.  He was just an amazing guy.   11:46:36
6      Q.  When did he request a meeting      11:46:40
7  subsequent to your notice that you were being   11:46:43
8  terminated or administratively reassigned?   11:46:47
9      A.  When did he?               11:46:49
10     Q.  Or when did you have your follow-up   11:46:50
11  meeting after his contacting BOCES.      11:46:54
12     A.  We had lots meetings, so when I --   11:46:56
13  it was at a meeting that I was            11:47:00
14  administratively reassigned.            11:47:04
15     Q.  Who was present at that meeting?   11:47:05
16     A.  He was, I was, I think the head of   11:47:07
17  human recourses, Janet Weisel, and other   11:47:12
18  guy, I don't know what he does, I think his   11:47:21
19  name is Carmine.                  11:47:24
20     Q.  And what was your union         11:47:26
21  representative's name?               11:47:28
22     A.  Bob Dreaper.                11:47:29
23     Q.  So that meeting you had when you   11:47:36
24  were administratively assigned, did you have   11:47:39
25  a subsequent meeting with HR and any other --   11:47:42

Page 111

Peritz

1
2      A.  We had lots of meetings after that   11:47:46
3  because we had to appeal it, there's a      11:47:48
4  process and you have to follow the process.   11:47:51
5      Q.  You're speaking of your grievance   11:47:54
6  process?                        11:47:57
7      A.  Yeah.                    11:47:57
8      Q.  But, before the grievance was      11:47:57
9  initially filed, but after you had the      11:48:00
10  administratively reassigned meeting, did you   11:48:02
11  have any meetings?                  11:48:05
12     A.  I don't think so.              11:48:06
13     Q.  Do you recall when the grievance   11:48:06
14  was filed or when it was initiated?      11:48:10
15     A.  Right away, I mean he did it based   11:48:13
16  on whatever the time frames were.         11:48:16
17     Q.  Did you attend any meeting       11:48:20
18  subsequent to your --               11:48:22
19     A.  I attended every meeting.        11:48:22
20     Q.  So where was the first meeting?   11:48:24
21     A.  Here, and it was with the head of   11:48:26
22  human resources and just to appeal the      11:48:29
23  situation.                      11:48:34
24     Q.  Meaning your termination?       11:48:34
25     A.  Yeah.                    11:48:36

Page 112

Peritz

1
2      Q.  Were you still working at that      11:48:36
3  time?                          11:48:39
4      A.  Administratively reassigned.      11:48:39
5      Q.  How long were you administratively   11:48:42
6  reassigned to home, that would have been   11:48:44
7  from --                        11:48:47
8      A.  Like two weeks.              11:48:48
9      Q.  And what happened at that meeting?   11:48:50
10     A.  They denied it.               11:48:54
11     Q.  They denied it on the spot?      11:48:57
12     A.  I think they called probably you or   11:48:59
13  somebody, some BOCES attorney, because Bob   11:49:03
14  was arguing that what they were doing was   11:49:06
15  illegal, that technically they needed not to   11:49:09
16  let me go because they were not giving me   11:49:13
17  enough notice based on civil service law and   11:49:16
18  that the problem was if they didn't let me go   11:49:20
19  they had to give me tenure.  So they called   11:49:24
20  Selma Shelton who's an attorney for -- but   11:49:30
21  also the assistant to human resources, and   11:49:35
22  she somehow got on the phone with the      11:49:38
23  attorneys.  I don't know if you're the only   11:49:41
24  the attorneys.                   11:49:42
25     Q.  Were there attorneys present at the   11:49:43

Page 113

Peritz

1
2  meeting?                        11:49:46
3      A.  No, I never saw them, they were   11:49:46
4  just on the phone and they said we'll fight   11:49:47
5  it out in court, that was their answer.   11:49:51
6      Q.  And that was the first meeting      11:49:53
7  relative to your grievance over the      11:49:57
8  termination?                    11:50:00
9      A.  Yes.                    11:50:00
10     Q.  Do you recall when your last day of   11:50:01
11  work was?                      11:50:03
12     A.  That day, whatever --           11:50:04
13     Q.  The day of the first grievance      11:50:07
14  meeting?                        11:50:09
15     A.  The day of the first meeting.  I   11:50:09
16  left the grievance meeting -- no, I'm sorry,   11:50:09
17  I left work and came to the grievance      11:50:11
18  meeting.                        11:50:16
19     Q.  Did you hear somebody tell you that   11:50:17
20  they were going to take it up in court or did   11:50:25
21  Mr. Dreaper relay that to you afterwards?   11:50:28
22     A.  Well, they said it during the      11:50:31
23  meeting, the lawyers.               11:50:34
24     Q.  So you heard that?             11:50:34
25     A.  Yeah, the lawyers said that they're   11:50:35

**MAGNA** ▶
LEGAL SERVICES

Page 114

Peritz

1
2  within their rights and we'll take it up in   11:50:38
3  court, they were not going to --   11:50:40
4      Q.  So no offer was made or no   11:50:44
5  settlement?
6      A.  Not at that time, no.   11:50:47
7      Q.  Was there another step in the   11:50:48
8  grievance process?   11:50:53
9      A.  Yeah, I think there were two more   11:50:53
10  steps or one more.  I'm not quite sure, but   11:50:56
11  there was another step where we met with the   11:50:57
12  president of BOCES.  I'm not quite sure   11:51:03
13  that's his title, but upstairs, and a woman   11:51:07
14  who's his assistant president.  I know I'm   11:51:11
15  saying these titles wrong, but I don't know   11:51:15
16  what their names are, I'm sorry, and we   11:51:18
17  also -- there were definitely two meetings   11:51:22
18  with them because one meeting Bob did all the   11:51:25
19  talking and the next meeting I said that I   11:51:28
20  wanted to speak too.   11:51:31
21      Q.  So at the first meeting was any   11:51:32
22  offer made or any settlement negotiation   11:51:38
23  entered into?   11:51:41
24      A.  No.   11:51:42
25      Q.  And you said you may be having the   11:51:42

Page 115

Peritz

1
2  title wrong, but the principal and maybe an   11:51:47
3  assistant?   11:51:48
4      A.  Not principal, president.   11:51:48
5      Q.  Could it have been the   11:51:50
6  superintendent?   11:51:52
7      A.  Yeah.  There you go, thank you.   11:51:52
8      Q.  And you were present with your   11:51:54
9  representative?   11:51:56
10      A.  Yes.   11:51:56
11      Q.  Anyone else present?   11:51:57
12      A.  The assistant superintendent.   11:51:58
13      Q.  What demand did you make, if any,   11:52:03
14  or you and Mr. Dreaper?   11:52:08
15      A.  We just said what they had done was   11:52:12
16  illegal and that I wanted to return to work,   11:52:14
17  that's it.   11:52:18
18      Q.  You didn't make any other demand?   11:52:21
19  Did you want to become --   11:52:24
20      A.  Well, I didn't ask for tenure, but   11:52:27
21  in order to return me to work they had to   11:52:31
22  give me tenure.  That wasn't my demand,   11:52:34
23  unfortunately that's the civil service   11:52:37
24  requirement.   11:52:41
25      Q.  Did you yourself ever ask for that?   11:52:43

Page 116

Peritz

1
2      A.  No.   11:52:46
3      Q.  Then you said there was a third   11:52:49
4  grievance meeting, but a second meeting with   11:52:53
5  the superintendent?   11:52:54
6      A.  And the assistant superintendent.   11:52:57
7      Q.  And it was the same people present,   11:52:59
8  you and Mr. Dreaper?   11:53:01
9      A.  Yes.   11:53:02
10      Q.  And what was discussed at that   11:53:03
11  meeting?   11:53:05
12      A.  Well, the same thing, basically the   11:53:05
13  exact same thing.  The only difference is at   11:53:08
14  that meeting I asked him to speak and I said   11:53:08
15  that I was a really good therapist, that   11:53:12
16  every single place I worked and every family   11:53:16
17  I worked with is really positive to me that I   11:53:20
18  work through St. Mary's with the exact same   11:53:26
19  population that exists at RKS.  In fact, some   11:53:30
20  of those very same kids are at RKS and that I   11:53:34
21  wanted them to realize that they were   11:53:41
22  affecting a huge impact on someone's life.   11:53:43
23  This wasn't just an arbitrary thing, this is   11:53:49
24  my life that is happening and that I'm doing   11:53:52
25  so much better physically and that I wanted   11:53:57

Page 117

Peritz

1
2  to come back.   11:54:01
3      Q.  Was there any response, any offer   11:54:05
4  of settlement, any negotiations entered into?   11:54:08
5      A.  No, they always say that they will   11:54:10
6  get back to us.   11:54:13
7      Q.  At any point did you convey to the   11:54:15
8  superintendent or to anyone present that you   11:54:18
9  had retained counsel?   11:54:20
10      A.  Oh, I kept saying all along I'm   11:54:22
11  going to get an attorney, I'm going to get an   11:54:25
12  attorney, but, no, I did not have counsel at   11:54:27
13  that point.   11:54:32
14      Q.  When did you receive the ultimate   11:54:32
15  ruling on the grievance from the   11:54:37
16  superintendent, do you recall?   11:54:39
17      A.  I don't.  But, at some point Bob   11:54:40
18  called me and said he actually received it on   11:54:43
19  his voice mail the first time and then second   11:54:46
20  time a letter and then we went to meet with a   11:54:50
21  bigger union to appeal this.   11:55:01
22      Q.  And did you appeal it?   11:55:05
23      A.  We started, yes, and --   11:55:07
24      Q.  I'm sorry, by "bigger union" do you   11:55:10
25  know what you mean, a parent union?   11:55:13



Page 118

Peritz

1
2       A.  Yeah, not the BOCES union anymore,   11:55:15
3   but like the -- I don't know. It's actually   11:55:18
4   in Woodbury, it's close to my house.   11:55:22
5       Q.  And how far did you get in that   11:55:25
6   appeal process?   11:55:27
7       A.  I met with this guy who is the   11:55:30
8   union rep with Bob and discussed all the   11:55:36
9   situation and he spoke to a lawyer to find   11:55:42
10  out how it could appeal, how it could be   11:55:45
11  appealed, and they discussed -- what do you   11:55:51
12  call it?  Rights.  I don't know, disabled   11:55:53
13  rights, and why it was not okay.  I forget   11:56:00
14  the exact term, sorry.  And then they were   11:56:09
15  going to file, but -- human rights, sorry.   11:56:15
16      But, then we had again problems   11:56:21
17  with all the time frames and so I   11:56:27
18  decided -- they could only represent me for   11:56:32
19  part of it, not for all of it, and I decided   11:56:36
20  to start investigating attorneys.  And that's   11:56:43
21  what I did and I met with a couple of them   11:56:46
22  and spoke to a couple of people on the phone   11:56:52
23  and then just to like jump you and then BOCES   11:56:55
24  actually made an offer because you asked   11:57:03
25  every time, so --   11:57:06

Page 119

Peritz

1
2       Q.  So after you had received the   11:57:08
3   superintendent's ruling on your grievance,   11:57:12
4   you received an offer or this is before?   11:57:15
5       A.  No, after.   11:57:18
6       Q.  After the district superintendent.   11:57:19
7   Can I presume that he denied the grievance?   11:57:21
8       A.  Yes.   11:57:24
9       Q.  And then you received an offer from   11:57:24
10  BOCES?   11:57:26
11      A.  Yes.   11:57:27
12      Q.  Who did you receive that offer   11:57:27
13  from?   11:57:29
14      A.  Bob, I don't know who made it to   11:57:29
15  Bob.   11:57:31
16      Q.  What was the offer?   11:57:31
17      A.  I think it was health insurance   11:57:35
18  paid until June maybe, something like that.   11:57:42
19      Q.  From the end of November to   11:57:48
20  continue into June?   11:57:51
21      A.  Yes.   11:57:53
22      Q.  Anything else?   11:57:54
23      A.  No.   11:57:55
24      Q.  Just health insurance?   11:57:56
25      A.  Yes.   11:57:57

Page 120

Peritz

1
2       Q.  And then what happened with that   11:58:00
3   offer, did you reply to it?   11:58:03
4       A.  I told Bob that that was a great   11:58:05
5   start, but that I had left a really good job   11:58:10
6   and that I had retirement benefits that I   11:58:13
7   wasn't contributing to anymore, no one was   11:58:18
8   contributing to, that I had no earnings for   11:58:21
9   several months until I started making money   11:58:26
10  again, and that it just wasn't enough.   11:58:30
11      Q.  When you say that you had no   11:58:35
12  earnings, you were not continuing with   11:58:39
13  your --   11:58:43
14      A.  Sorry, no additional earnings.  I   11:58:44
15  was working after school for two to three   11:58:46
16  hours, so it certainly wasn't enough to pay   11:58:51
17  my mortgage let alone anything else and it   11:58:54
18  was right before Christmas, so good luck   11:58:57
19  finding anything else.   11:59:00
20      Q.  So then did you reply to that offer   11:59:03
21  with a counteroffer, did you reject the   11:59:06
22  offer?   11:59:08
23      A.  Yeah, I just said that, what I just   11:59:08
24  told you.   11:59:12
25      Q.  And what was the reply to that?   11:59:12

Page 121

Peritz

1
2       A.  They I guess were in the process of   11:59:15
3   thinking about it, but then we had a deadline   11:59:19
4   and that was the problem.  In order to file   11:59:22
5   maybe for this hearing, I'm not sure, we had   11:59:26
6   to move ahead based on dates and they knew   11:59:28
7   that.  And I said that to Bob, I said, you   11:59:33
8   know, unless they respond really, really fast   11:59:37
9   it all becomes moot because if I don't do   11:59:40
10  something else I'm precluded from doing it   11:59:44
11  and so they didn't do anything else, so --   11:59:47
12      Q.  Is that when the negotiations   11:59:52
13  ended?   11:59:54
14      A.  Yes.   11:59:54
15      Q.  And did you again continue working   11:59:55
16  with Mr. Dreaper?   11:59:59
17      A.  No, he can't.  Once I have an   12:00:00
18  attorney, he can't.   12:00:04
19      Q.  And you don't recall what   12:00:04
20  administrative proceeding or what was   12:00:09
21  actually the deadline moving for?   12:00:09
22      A.  It was for the legal proceeding.   12:00:11
23      Q.  For bringing the action?   12:00:14
24      A.  Yeah, it wasn't for administration,   12:00:14
25  we had gone through it, it just took -- it   12:00:17

Page 122

```
 1        Peritz
 2   takes a long time and it's just that one    12:00:20
 3   deadline was leading on to another. It also  12:00:22
 4   seemed to me at one point that their         12:00:25
 5   deadlines weren't going anywhere, I had -- at 12:00:27
 6   the first meeting I was hopeful, second       12:00:30
 7   meeting I was a little bit less hopeful, even 12:00:32
 8   Bob was hopeful, and then at some point it    12:00:36
 9   became just an exercise in futility, we just  12:00:38
10   have to do it.                                12:00:43
11       Q. So on page six of your notice of      12:00:44
12   claim you make a request for one million      12:00:47
13   dollars, do you feel that's an accurate       12:00:49
14   amount relative to your claims?               12:00:52
15       A. Yes.                                   12:00:54
16       Q. Do you have any documentation to      12:00:55
17   support what your monthly pay would have been 12:00:58
18   if you were tenured?                          12:01:01
19       A. I would have paychecks, but I'm       12:01:02
20   sure you have them as well. I don't have      12:01:04
21   them with me, but what I don't have is -- and 12:01:07
22   I have health benefit, bills. But, what I     12:01:11
23   don't have is things like retirement and so   12:01:14
24   forth because originally I joined the         12:01:18
25   retirement system back in 1978, '80, when I   12:01:21
```

Page 123

```
 1        Peritz
 2   worked at CUNY and then it was transferred to 12:01:27
 3   the DOE and then I ultimately transferred it  12:01:31
 4   to BOCES and it becomes impossible. I mean    12:01:34
 5   I'm sure somebody can estimate it, I just     12:01:41
 6   can't.                                        12:01:44
 7       Q. How long would you calculate you      12:01:44
 8   would have worked had you been tenured?       12:01:46
 9       A. Until I'm 65,                          12:01:46
10       Q. And what health benefits do you       12:01:51
11   understand you would have received as a       12:01:52
12   tenured employee?                             12:01:54
13       A. I think you ultimately get it         12:01:56
14   forever once you do it after a certain time,  12:01:58
15   so it transfers, you know, back up to         12:02:02
16   Medicare or something like that.              12:02:08
17       Q. And that's health insurance?          12:02:10
18       A. Yes.                                   12:02:13
19       Q. Any other health related insurances   12:02:14
20   that you would be provided?                   12:02:17
21       A. My teeth, dentist. I don't know.      12:02:21
22       Q. Do you have any documentation         12:02:25
23   regarding that?                               12:02:27
24       A. Yeah, it's somewhere in the           12:02:28
25   contract. I don't have it with me, but it's   12:02:30
```

Page 124

```
 1        Peritz
 2   in the book.                                  12:02:32
 3       Q. And what retirement benefits do you   12:02:35
 4   understand you would have received upon your  12:02:37
 5   retirement as a tenured employee? You said    12:02:40
 6   you would get health benefits for the rest of 12:02:43
 7   your life?                                    12:02:46
 8       A. Yeah, and you get your retirement,    12:02:46
 9   whatever it is. And I was in a great          12:02:49
10   situation because I joined so long ago and    12:02:51
11   because it was transferred from place to      12:02:55
12   place I did not need to contribute. Like now  12:02:57
13   the laws are changing and you have to         12:03:00
14   contribute, but I never had to, so it was all 12:03:03
15   contributed by BOCES.                         12:03:06
16       Q. And since you were terminated by      12:03:09
17   Nassau BOCES, you stated earlier that you've  12:03:14
18   been self-employed, correct?                  12:03:17
19       A. Yes.                                   12:03:18
20       Q. Have you applied to any other jobs?   12:03:18
21       A. No, just the Nassau County list,      12:03:21
22   but not really.                               12:03:25
23       Q. Did you have to put your name back    12:03:26
24   on the list or apply again?                   12:03:29
25       A. It's still there, but it's midyear    12:03:30
```

Page 125

```
 1        Peritz
 2   still, so --                                  12:03:35
 3       Q. And have you been contacted by any    12:03:35
 4   jobs off that list recently?                  12:03:38
 5       A. Yeah, a couple of times for           12:03:42
 6   part-time things, but now I am working --     12:03:42
 7   like when I originally got the off from BOCES 12:03:45
 8   I was working in the school, now I have       12:03:49
 9   private patients so I can't take a part-time  12:03:52
10   position because I would have to walk out on  12:03:56
11   people.                                       12:03:59
12       Q. So before the events we've           12:03:59
13   discussed, have you ever treated with a       12:04:01
14   psychologist, a psychiatrist, or a mental     12:04:03
15   health professional?                          12:04:08
16       A. Yes.                                   12:04:09
17       Q. Who were you treating with?           12:04:10
18       A. Oh, I don't know. My mom passed       12:04:15
19   away in 2012, so I was treating with a        12:04:15
20   counselor called Sage Hill and then a         12:04:27
21   Columbia program, primarily like that stuff.  12:04:33
22       Q. Was it primarily related to grief    12:04:38
23   counseling?                                   12:04:42
24       A. Yes.                                   12:04:42
25       Q. Have you treated with a mental        12:04:42
```



MAGNA
LEGAL SERVICES

Page 126

```
1          Peritz
2    health professional for any other reason?   12:04:45
3        A.  Yeah, family problems and so forth,  12:04:46
4    yes.                        12:04:49
5        Q.  Any diagnosis, anxiety, depression?  12:04:49
6        A.  No.                   12:04:52
7        Q.  Do you recall any other names of   12:04:57
8    providers?                    12:04:59
9        A.  No, Columbia had a grief thing.   12:05:00
10       Q.  And since the events we've      12:05:05
11   discussed, have you been treating with a  12:05:08
12   mental health professional?          12:05:11
13       A.  Yes.                  12:05:12
14       Q.  Who are you treating with?      12:05:13
15       A.  I'm treating with a social worker,  12:05:14
16   Susan Levine.                  12:05:25
17       Q.  Where is she located?         12:05:26
18       A.  Long Island, Nassau County.     12:05:28
19       Q.  And how long have you been seeing  12:05:30
20   her for?                     12:05:33
21       A.  I don't know.  Six months,      12:05:34
22   something like that, for some family issues  12:05:36
23   primarily.                    12:05:40
24       Q.  And that's individual or group?   12:05:48
25       A.  Individual.  Well, at some point I  12:05:50
```

Page 127

```
1          Peritz
2    had family members there too.        12:05:53
3        Q.  Has there been any diagnosis or   12:05:56
4    medication prescribed relative to that?   12:06:03
5        A.  No.                   12:06:05
6        Q.  Are you treating with anyone else   12:06:06
7    for any other reason related to the events in  12:06:07
8    your claim, any physical issues that have   12:06:10
9    arisen because of your termination and   12:06:17
10   issues?                      12:06:17
11       A.  Not from my claim, just continued   12:06:17
12   back pain, high blood pressure, medical   12:06:21
13   doctor.                      12:06:25
14       Q.  Is there anything you can't do now   12:06:25
15   that you could do before you were terminated?  12:06:27
16       A.  Worse?  Are you asking if there's   12:06:31
17   anything worse in my condition?        12:06:34
18       Q.  No, if there's anything you can't   12:06:36
19   do based on the events that you described   12:06:38
20   based on the termination and subsequent   12:06:41
21   grievance process.  Have you been altered in  12:06:43
22   such a way or affected in such a way that   12:06:47
23   there's things you can't do now?       12:06:50
24       A.  No.                   12:06:51
25       Q.  Is there anything else you'd like   12:06:52
```

Page 128

```
1          Peritz
2    to tell me that you haven't already regarding  12:06:53
3    any damages that you're claiming?      12:06:57
4        A.  No.                   12:06:59
5        Q.  Is there anything else you would   12:07:00
6    like to tell me that you haven't already   12:07:03
7    regarding any emotional distress you may have  12:07:05
8    suffered?                     12:07:09
9        A.  No, I mean just that I was working  12:07:09
10   in the DOE and I never would have left that  12:07:12
11   position and by never I mean until I was 65  12:07:18
12   were it not for the fact that something was  12:07:24
13   promised that didn't happen.         12:07:27
14       Q.  Have you applied back to the DOE?   12:07:30
15       A.  Sadly because I left without giving  12:07:33
16   enough notice I'm not really eligible to go  12:07:39
17   back.                       12:07:42
18       Q.  That's exclusively based on not   12:07:43
19   giving enough notice?             12:07:46
20       A.  Yeah.                  12:07:47
21       Q.  How much notice did you say you   12:07:48
22   gave to the DOE?                12:07:50
23       A.  Well, the first time it was less   12:07:51
24   than 30 days, but the problem was the second  12:07:53
25   time.  The first time it was okay, the second  12:07:57
```

Page 129

```
1          Peritz
2    time they had specifically accommodated me   12:08:02
3    so I could stay two days a week and then   12:08:06
4    when I was offered full-time despite the fact  12:08:12
5    that my principal was amazing and said you   12:08:17
6    have to do what you have to do and if it   12:08:23
7    makes sense because of the commute, the   12:08:25
8    greater like personnel department doesn't see  12:08:31
9    it that way.                  12:08:34
10       Q.  Miss Peritz, have you made any   12:08:38
11   audio recordings or video recordings of any   12:08:41
12   meetings or phone calls or discussion related  12:08:44
13   to these claims?                12:08:46
14       A.  No.                   12:08:47
15       Q.  Have you saved any voice mails or   12:08:47
16   messages related to these claims?       12:08:50
17       A.  I don't know if there are any voice  12:08:52
18   mails, but, no, not specifically.  I don't   12:08:54
19   always erase all of my voice mails, so I may  12:08:57
20   have a voice message saying call me or   12:09:00
21   something, but --               12:09:02
22       MS. RUDNICKI:  I'm just going to   12:09:03
23   ask for a minute, I'm going to go      12:09:04
24   through if there anything else.       12:09:07
25       (Short recess was taken.)       12:13:00
```

Page 130

```
1          Peritz
2      Q.  So, Miss Peritz, I just have a      12:13:00
3   couple of questions for you and then I think  12:13:01
4   we'll be done.                    12:13:04
5      A.  Great.                    12:13:05
6      Q.  What was your rate of paid at DOE   12:13:05
7   or your salary?                  12:13:05
8      A.  Senior OT status, so I don't know,   12:13:10
9   plus longevity.  I don't know the exact   12:13:17
10  number, but it was comparable to BOCES.   12:13:18
11     Q.  I don't know what would be       12:13:22
12  comparable to BOCES, do you have a rough   12:13:23
13  figure?                       12:13:26
14     A.  I don't know, like in the sixties.  12:13:26
15     Q.  And that's what was being offered   12:13:28
16  as a part-time for BOCES?             12:13:31
17     A.  No, of course not, so that's     12:13:33
18  comparable to the full-time in BOCES.      12:13:37
19     Q.  What were you being offered for the  12:13:38
20  part-time at BOCES, what was your rate of   12:13:41
21  pay?                         12:13:44
22     A.  Three-fifths of what the full-time  12:13:44
23  salary is.                    12:13:47
24     Q.  And the full-time you stated was   12:13:48
25  about what you were --              12:13:49
```

Page 131

```
1          Peritz
2      A.  Somewhere in the sixties.       12:13:49
3      Q.  About what you were getting at DOE?  12:13:51
4      A.  Yeah.                    12:13:54
5      Q.  What is your rate or pay scale at   12:13:55
6   your own company, what do you charge?      12:13:59
7      A.  It's very different because I'm --  12:14:03
8   I only have one private patient, everybody   12:14:10
9   else is determined by either St. Mary's or   12:14:14
10  Nassau County early intervention, so early   12:14:18
11  intervention you're -- every case you're paid  12:14:28
12  per session, so St. Mary's we get $63 for 30  12:14:29
13  minutes.  Is that what you're asking?      12:14:36
14     Q.  Sure, yes.                12:14:37
15     A.  And in Nassau County you get $59   12:14:41
16  for 45 minutes and more money if it's a 60   12:14:50
17  minute treatment, there are no 30 minute   12:14:59
18  treatments anymore, and then preschool is   12:15:02
19  something like $40 for 30 minutes.        12:15:06
20         (Jurat contained on next page.)
21
22
23
24
25
```

Page 132

```
1          Peritz
2      Q.  Okay, thank you.             12:15:13
3      A.  If you do it privately, I mean    12:15:15
4   through your own company as opposed to     12:15:17
5   through an agency.                12:15:19
6         MS. RUDNICKI:  Okay, thank you very  12:15:20
7   much for your time today.            12:15:21
8         THE WITNESS:  Sure.
9         (Time noted: 12:15  p.m.)
10
11
12  ------------------------------
13      DIANE PERITZ
14
15  Subscribed and sworn to before me
16  this      day of        2016.
17
18  ------------------------------
19
20
21
22
23
24
25
```

Page 133

```
1
2        C E R T I F I C A T E
3   STATE OF NEW YORK  )
4                 : ss.
5   COUNTY OF SUFFOLK  )
6
7      I, GAIL M. MASCARO, a Notary Public
8   within and for the State of New York, do
9   hereby certify:
10     That DIANE PERITZ, the witness
11  whose deposition is hereinbefore set
12  forth, was sworn and that such
13  deposition is a true record of the
14  testimony given by such witness.
15     I further certify that I am not
16  related to any of the parties to this
17  action by blood or marriage and that I
18  am in no way interested in the outcome
19  of this matter.
20     IN WITNESS WHEREOF, I have hereunto
21  set my hand this 21st day of April,
22  2016.
23
24  _____
25      GAIL M. MASCARO
```

**MAGNA**
**LEGAL SERVICES**

Page 134

```
 1
 2        --------------I N D E X---------------
 3     WITNESS        EXAMINATION BY      PAGE
 4     DIANE PERITZ    MS. RUDNICKI      4
 5
 6     -------------------------------------------
 7     Respondents' Exhibit A, seven    31
       page photocopy of notice of claim
 8     dated 1/31/16
       Respondents' Exhibit B, one page  67
 9     photocopy of classified employee
       evaluation report dated 6/5/15
10
11           (Exhibits retained by counsel)
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```



WORD INDEX

## A

ability 6:10
able 6:22 29:5
   62:17 69:9 81:24
   89:2,3,4 100:25
acceptable 49:19
   49:23,25
accepted 92:8
accessing 29:10
accident 22:10
   25:25
accommodate
   98:10
accommodated
   129:2
accommodation
   58:11 95:22 96:15
   96:19 97:18,22
   98:5,8 99:6
   108:24
accommodations
   19:19 90:14,21
   93:5 96:12,23
   101:22
accrue 29:6
accrued 28:24
accurate 5:6,9
   32:10 43:17,24
   68:2 80:3 88:14
   99:12 100:14
   122:13
action 121:23
   133:17
actual 73:25
acupuncture 83:16
add 74:22
addition 98:15,16
additional 92:25
   120:14
address 4:11 6:24
   7:15 20:7
adhere 75:21
Adjustment 69:5
administration
   87:21 101:14

121:24
administrative
   25:11 121:20
administratively
   106:17 110:8,14
   110:24 111:10
   112:4,5
advocating 27:4
affective 106:23
affiliated 27:3
afternoon 34:13
afterward 51:8
age 11:13 46:9,16
   46:24 56:8
aged 49:3 69:15
agency 11:19 23:9
   23:16,23 24:22
   29:4 132:5
ages 46:22
ago 22:9 30:21
   124:10
agreeable 65:16
agreed 63:11
ahead 121:6
aid 57:24 59:21
   65:8,12 97:6
   101:9
alcohol 6:13
allege 107:7
allowed 51:6 86:19
altered 127:21
amazing 43:6
   109:24 110:5
   129:5
amount 33:10
   79:20 122:14
and/or 69:16
annual 66:18,20
   67:10,16
answer 5:8,10,16
   6:10 11:10 74:23
   89:11,14,18 98:24
   113:5
answered 60:20
answering 6:21
   21:14 104:5

answers 5:3 97:12
anxiety 126:5
anymore 25:7
   118:2 120:7
   131:18
anytime 30:15
   41:21 42:6,9
   97:17
AP 54:5 103:17
apart 55:11 64:9,12
apartment 7:6
appeal 111:3,22
   117:21,22 118:6
   118:10
appealed 118:11
applicable 68:19
application 27:24
applied 19:13 21:2
   28:5 29:7 124:20
   128:14
apply 21:4 124:24
appointment 80:22
appointments
   58:10
appreciate 63:15
   87:3
appreciated 87:5
April 1:17 2:3
   30:19 43:22,23
   68:23 70:4 81:25
   133:21
arbitrary 116:23
area 57:19 59:24
argued 24:4
arguing 112:14
argument 98:22
arisen 127:9
arms 105:25 106:2
arouse 58:17 61:13
arranged 34:10
arrival 75:19
arts 8:22 9:8,16
   20:13
aside 76:14 100:25
asked 5:23 23:23
   35:6 38:3 39:15

42:3,25 43:15
   44:17 50:9 53:24
   54:3,3,6,7 55:25
   63:10 72:9 74:24
   76:21,25 77:7,14
   89:11 99:11
   105:17,19 109:12
   116:14 118:24
asking 89:12
   127:16 131:13
asks 27:9
asleep 58:16 59:17
   59:18
aspects 101:18
assigned 46:3,4
   69:4 104:25
   106:17 110:24
assistance 96:3,19
assistant 54:9 85:18
   103:12 112:21
   114:14 115:3,12
   116:6
assistants 16:10,12
assisted 70:12
Associates 3:10
   4:17
assumed 5:11 35:13
   36:19
assumption 81:13
attempted 60:8
attend 9:11,13 80:5
   111:17
attendance 68:17
   85:23
attended 24:9
   111:19
attorney 4:17 8:11
   8:16 112:13,20
   117:11,12 121:18
attorneys 3:5,11
   112:23,24,25
   118:20
audio 129:11
August 80:2 82:3,4
   84:21 85:4,8
avenue 3:6,12

34:17,19 46:5,7,8
   47:2 51:20,24
   52:23 55:24 56:2
   66:24 69:6 104:9
aware 49:3 50:6,7
   85:13
a.m 2:4

## B

B 67:4,5 134:8
bachelor's 9:17
back 16:19 17:25
   18:2 20:18 35:12
   45:7 50:18,25
   54:24 57:3 70:6
   80:9 81:5,15
   82:10 88:17 94:9
   94:14,15 97:10
   100:6 102:18
   108:20 117:2,6
   122:25 123:15
   124:23 127:12
   128:14,17
backed 62:14
badly 42:25
banged 94:10
barely 63:4 81:18
   82:11
Barrett 54:4 85:16
   85:17,25 86:2,19
   103:17
Barrett's 54:5
base 73:4
based 26:23 41:14
   42:9 62:25 101:4
   111:15 112:17
   121:6 127:19,20
   128:18
basically 14:9
   38:16 56:17 90:9
   116:12
basis 33:3,11 44:7
   100:3,13 107:11
bathroom 89:23
battling 21:7
Bayside 11:18



**becoming** 39:15
**bed** 83:13
**bee** 60:7,15
**Beer** 80:16,19
  84:16,18,20 99:11
  100:11
**began** 40:23 87:25
**beginning** 53:9,19
  55:3,17 57:14
**behalf** 109:23
**behavior** 75:16
**behavioral** 75:13
**belief** 68:6
**believe** 25:17 29:15
  38:21 39:22 43:20
  88:10 91:3 107:20
**benefit** 122:22
**benefits** 28:16,18
  120:6 123:10
  124:3,6
**benign** 82:20
**better** 83:6 102:4
  116:25
**beyond** 101:3
**bigger** 117:21,24
**bills** 122:22
**BIP** 75:9
**BIPs** 75:19,23
  93:11
**birth** 5:20
**bit** 83:18,19 103:7
  122:7
**blood** 6:7 127:12
  133:17
**Board** 1:7 10:13
  13:8,9,13,14
**Bob** 110:22 112:13
  114:18 117:17
  118:8 119:14,15
  120:4 121:7 122:8
**BOCES** 1:9 2:7
  4:18 12:6,16 13:2
  15:9 18:20,22,24
  19:10,14,15 21:2
  21:5 23:20 28:8
  28:11,12 29:4,9

30:13 31:24 32:14
  34:7 36:3 37:13
  40:12 42:22 43:3
  43:9 45:9 46:2
  47:16 63:24 68:23
  69:19 70:2 75:19
  84:21 90:13 91:17
  93:5 95:21,25
  96:5 99:25 101:15
  103:8 107:18
  108:22 110:11
  112:13 114:12
  118:2,23 119:10
  123:4 124:15,17
  125:7 130:10,12
  130:16,18,20
**Bonnie** 1:8 72:10
  72:14 76:20,23
  77:7 109:12,13
**book** 124:2
**bothered** 81:16
**bottom** 67:20
**break** 5:15,17
  30:20 32:24 89:21
**bridges** 45:8
**brief** 77:11
**briefly** 24:14 46:15
  48:20 66:2 75:2
  75:12 82:7
**bring** 22:8,15 58:20
  86:4
**bringing** 50:18
  121:23
**broken** 10:8 23:13
**Bronx** 3:7
**brought** 4:19 22:5
  24:13,25 26:2
  94:13
**building** 56:21 73:3
  91:25
**built** 83:21
**burn** 45:8
**bush** 49:12
**business** 12:8,10
  13:3 15:21
**buttocks** 82:10

**buttoning** 48:14,15
  49:11 50:19

---

## C

**C** 3:2,14 133:2,2
**calculate** 123:7
**calendar** 40:14
  53:12
**call** 32:16,18 34:4,9
  34:23 77:25 78:9
  118:12 129:20
**called** 4:2 8:13
  10:24 28:21 33:15
  36:23,25 76:18
  80:21 85:4,15
  86:5,13 90:16
  94:17,24 108:19
  109:14,17 112:12
  112:19 117:18
  125:20
**calling** 52:24
**calls** 129:12
**car** 22:10 25:25
**card** 24:3
**care** 11:19 12:15
  22:2 23:23 84:10
**Carmine** 110:19
**case** 22:6 100:2,2
  100:13,13,15,15
  103:9 131:11
**caseload** 17:19
  51:23 52:10 56:14
  69:4 79:8 93:10
**category** 68:13
**CCA** 46:4,15,16,23
  47:8,18,24 48:2
  50:3,7 51:20,21
  52:11,19,22,23
  53:15,23,23 54:8
  54:10,11 55:4,6
  56:18,21,25 57:3
  57:10,13 63:10,11
  63:16 64:6,16,24
  66:24 70:7,19
  71:15,17 79:5
  85:5,15,18 86:3

88:24 91:21,24
  92:12,14 93:13,14
  93:19,22 94:16
  102:24 103:7,8,11
  104:4 105:3,4
**cell** 33:15 34:9,23
  36:25
**Center** 69:5
**certain** 10:20 33:9
  123:14
**certainly** 62:2 64:3
  120:16
**certifications** 9:19
  10:23 11:7
**certified** 10:13,15
  10:22 11:5 16:24
**certifies** 10:2,5
**certify** 9:24 17:4
  133:9,15
**cetera** 35:11 85:24
**changing** 20:18
  124:13
**charge** 85:19 131:6
**check** 10:9
**cheeky** 51:13
**child** 23:3,4,5 75:16
  75:16 100:24
  101:3 105:20
**children** 7:21 11:14
  11:18,19,24 79:12
**choose** 23:19 25:6
**Christmas** 32:23
  34:25 120:18
**circle** 97:10
**circulate** 95:22
**circumstances**
  71:21 109:9
**city** 1:16 2:7 13:7
  13:11,13 15:12
  17:23 20:5 21:6
  21:19
**civil** 21:9 26:14
  27:3 29:8 37:10
  44:10,15,17,20
  45:20 112:17
  115:23

**claim** 1:3 4:18,19
  4:20 8:14 31:4,8
  31:24 42:12 43:14
  68:4 80:2,19
  88:10 96:24 99:10
  107:4,4,7,12
  122:12 127:8,11
  134:7
**Claimant** 1:5 3:5
**claiming** 128:3
**claims** 122:14
  129:13,16
**classified** 67:6
  134:9
**classroom** 58:16
**clear** 19:12 58:18
  62:12 107:2
**cleared** 24:16
**clients** 15:16
**Clinton** 2:7
**close** 42:20 83:12
  118:4
**closely** 17:7
**closer** 53:4,4
**closet** 66:6
**clue** 59:6
**colleagues** 47:4
**College** 9:14
**Columbia** 37:23
  125:21 126:9
**come** 45:7 54:13
  63:3,10,11 72:19
  86:8 87:10 88:17
  89:15 117:2
**comfortable** 35:11
  86:20
**comforted** 95:14
**comment** 68:24
  69:7,12
**Commission** 26:15
  27:4 29:8 37:10
  44:17,20
**common** 23:18
**communication**
  8:22 9:8,16 20:13
**Community** 69:5



commute 21:6
29:18 38:10 129:7
company 131:6
132:4
comparable 130:10
130:12,18
complained 97:6
106:13
complete 27:23
completed 86:25
computer 23:14
concern 45:5
concerned 85:14
87:7
condition 82:22
83:25 87:22 90:7
91:7,8 101:17
102:2 127:17
conditions 6:20
condominium 7:8
conducted 57:16
66:19,21
conference 92:6
108:11
conferred 65:15
confidential 73:8
73:16
confused 34:19
consequence 50:15
considered 68:5
constraints 37:10
contact 84:25
contacted 32:13
33:4 109:10 125:3
contacting 110:11
contained 131:20
contains 107:5
continue 29:6 82:21
97:9 119:20
121:15
continued 18:22
25:2,4 127:11
continues 28:23
continuing 15:16
120:12
contract 38:22 39:2

39:4,4,6,6,8
123:25
contracts 38:24,25
contribute 124:12
124:14
contributed 124:15
contributing 120:7
120:8
conversation 33:18
41:2 42:15 45:14
72:18,22,24 74:9
74:13 77:9,12
78:6 95:15 109:23
conversations
76:14 87:20
convey 100:19
117:7
convicted 26:6
COOPERATIVE
1:7
copy 31:18
correct 26:15 63:23
71:18,22 102:25
124:18
counsel 117:9,12
134:11
counseling 125:23
counselor 125:20
counteroffer
120:21
counties 29:20
County 1:8 21:9
26:14 27:2,20
29:8 124:21
126:18 131:10,15
133:5
couple 42:13 55:11
76:8 82:13 118:21
118:22 125:5
130:3
course 6:2 16:9
38:20 72:19 75:20
87:5 130:17
coursework 26:21
26:21
court 5:4 113:5,20

114:3
credibility 102:7
credit 24:2
crime 26:7
CUNY 20:12 123:2
current 20:7 38:7,8
43:4
currently 11:8
27:25 35:10

## D

D 4:2 134:2
damages 128:3
date 5:19 31:6
32:19 40:8,23
67:8 71:3 80:11
102:20 106:23
dated 31:4,8 67:7
67:10 134:8,9
dates 14:5 44:2
55:12 64:11 78:14
107:3,5 121:6
day 16:6 18:20
37:18 40:6 43:3
52:4,18 55:10,20
56:25,25 64:9,12
70:18,19 79:13,16
79:19 80:5 81:19
82:6 87:17 92:12
92:14 93:8,9,10
94:2,3 105:16
106:21,25 113:10
113:12,13,15
132:16 133:21
days 19:6,7 37:7,14
37:14,24 39:25
40:2,3,4 42:20
43:2 51:25 52:2
55:11 56:17,17,24
64:17 79:13,15
90:15 105:2 107:8
107:13,20,23
108:2 128:24
129:3
deadline 121:3,21
122:3

deadlines 122:5
deal 61:25 75:15
95:10
dealt 51:10,18
61:23
December 33:16,20
decide 29:17 37:9
42:17 99:18
decided 42:18,21
62:5 118:18,19
deed 24:24 25:13
definitely 10:21
114:17
degree 9:9,15
degrees 8:20
delay 90:10
delays 56:12
demand 115:13,18
115:22
demonstrated
106:2
denied 97:19,23
101:13 112:10,11
119:7
dentist 123:21
department 9:20
10:2,19 13:11
14:19 17:23 21:19
129:8
dependability
68:17
depending 16:4
57:4
deposition 1:15 2:6
133:11,13
depression 126:5
describe 22:23,24
46:6,14,22 68:24
68:25 69:7,11
75:2,12 82:7
described 27:16
64:14 127:19
designated 105:9
desk 35:20
despite 52:24 72:16
129:4

determination
25:11
determine 99:23
100:2,12
determined 131:9
developmental
11:20 56:12
diagnoses 56:12
diagnosis 46:20
81:11 83:22 126:5
127:3
Diane 1:4,15 2:6
4:10 12:11 68:22
69:9,18,23 132:13
133:10 134:4
die 38:17
difference 40:7
116:13
different 23:20
41:11 48:2 50:3
59:24 63:9 81:6
82:23 131:7
difficult 94:18
difficulties 69:16
direct 17:11
directed 49:20 78:9
109:14,16
directly 96:18
disabilities 23:6
46:10,11,17,18
69:16
disabled 118:12
disciplinary 24:19
77:3,5
discipline 10:8
discover 45:8
discovered 86:5
discuss 4:20 35:4
48:24 51:7 65:24
66:3 78:9
discussed 41:25
42:2 48:25 49:13
62:4,23 74:4 76:6
92:5 100:23
108:25 116:10
118:8,11 125:13



126:11
discussion 72:6,15
    94:2 100:9 129:12
disk 81:15
displeasure 103:22
    104:2
disregarded 96:22
distress 128:7
district 29:14,16
    46:13 119:6
districts 29:14
disturbance 23:5
disturbed 109:3
divided 40:14
divisions 40:20
doctor 81:7 90:11
    90:22,25 127:13
doctor's 91:14 92:7
    99:17
document 30:25
    32:4,6,10 67:3,14
    67:20
documentation
    122:16 123:22
documents 8:12
    26:20
DOE 18:3,23 19:3,4
    19:13,16,19,25
    20:16 21:3 22:14
    23:19 28:17,19
    37:12 38:2,3,12
    38:23 39:25 41:16
    42:16,25 43:8
    45:8 123:3 128:10
    128:14,22 130:6
    131:3
doing 11:13 12:3,4
    12:6,14 16:25
    18:5 21:22 42:10
    43:16 44:15 48:11
    50:14 58:2 66:5,7
    66:11 85:16 87:4
    102:4 104:8 106:4
    110:4 112:14
    116:24 121:10
dollars 122:13

double 62:7,7
doubt 41:17
Dr 80:16,19 84:8,10
    84:16,18,20 99:11
    100:11 103:18
Dreaper 110:22
    113:21 115:14
    116:8 121:16
dressing 48:14,15
drive 4:12 81:24
dropped 106:14,15
drove 82:6
drugs 6:14
duly 4:3
dumped 51:12
duties 16:2

___E___
E 3:2,2 4:2,2 133:2
    133:2 134:2
earlier 25:10,25
    26:12 41:4 43:7
    43:21 70:9,10
    73:4 78:23 81:6
    82:23,24 87:24
    88:6 99:24 108:14
    108:25 124:17
early 11:13 64:2,21
    71:6,16 88:2,3
    131:10,10
earnings 120:8,12
    120:14
Easter 30:20
easy 69:11
education 1:7 8:19
    9:20 10:2,7,19
    13:8,9,11,13,14
    14:19 17:23 21:19
    26:20 75:5
effectuating 108:11
efficiently 69:21
eight 16:5 52:4,5,7
    52:17 79:12,17,18
either 78:9 131:9
elementary 46:9
    56:8 69:14

eligible 128:16
emotional 23:5
    46:10,17 69:16
    128:7
employed 11:8,9
    12:16 13:3,6,7
    19:12,15,25 21:3
    28:25 66:23
employee 30:16
    41:6,10,20 43:16
    45:22 67:6 123:12
    124:5 134:9
employer 84:25
    102:6,11
employers 28:7
employment 22:11
    22:19 35:8 39:4,9
enable 5:8
encouraged 77:16
ended 94:7 121:13
entered 114:23
    117:4
entire 65:4 72:22
entitled 23:11
entrance 86:6
epidural 81:20
    82:16,24 83:14,15
    83:17,19
epidurals 81:19
    83:9
ER 83:12
erase 129:19
especially 59:22
ESQ 3:8,14
estimate 123:5
et 35:11 85:24
evaluated 84:11
evaluation 64:6
    66:18,21 67:7,10
    67:16 68:5,25
    70:2 134:9
evaluations 64:8
events 125:12
    126:10 127:7,19
everybody 47:5
    65:17 93:18 104:9

131:8
exacerbate 90:6
exacerbated 81:17
exacerbation 84:19
exact 32:19 55:8
    116:13,18 118:14
    130:9
exactly 10:5 18:16
    18:19 28:21 29:2
    64:19 87:25
exam 11:3 16:22
EXAMINATION
    4:6 134:3
examined 4:4
exception 103:6
excited 34:4 62:19
exclusively 21:23
    79:6 128:18
exemplary 25:5
exercise 122:9
exhibit 31:3,19
    67:5 134:7,8
Exhibits 134:11
exists 116:19
expect 93:14,19
experience 41:15
explain 38:12 41:3
    41:5 78:14 99:23
explained 36:8
    38:13 49:5 50:12
    50:20
explaining 39:12
express 33:12 45:10
    45:13 103:25
expressed 50:14
    62:18 63:4 102:8
    103:5,10,22
expressly 101:16
extent 95:25
e-mailed 110:2,2

___F___
F 24:12 133:2
fact 16:22,24 20:20
    38:8 39:14 41:15
    49:22 62:4,17

68:12 72:16 73:4
    81:21 87:6 92:22
    116:19 128:12
    129:4
facts 4:21 6:10,22
    69:8
failed 98:9
fair 102:10 105:5,7
fall 51:22 64:5
    87:25 88:12 90:8
familiar 26:13 36:2
    36:12 75:8,18
family 116:16
    126:3,22 127:2
far 29:18 53:14
    105:15 118:5
fast 58:16 121:8
fax 91:11
fear 94:8
feat 69:11
February 40:24
feel 26:9 75:25
    92:19 95:14,17
    96:21 97:2 98:4
    98:11 101:17
    102:5 122:13
feet 60:17
fellow 44:23
felt 42:24 84:5
female 59:8,9
Fifteen 47:16
fight 113:4
figure 130:13
file 108:6 118:15
    121:4
filed 31:24 111:9,14
fill 26:19 27:17
filled 32:15
final 85:14,16,21
    86:8,21
finally 59:18,19
find 92:9 118:9
finding 120:19
fine 9:5 33:22 48:14
    48:15 82:25 90:18
finish 15:19 25:2



93:24 98:16
**finished** 5:7 76:15
**fired** 41:20 42:6,9
**first** 17:12 21:15,21
28:5 33:18 49:10
52:13 55:20 68:21
76:18 78:22 81:12
81:13,25 82:17,18
84:22 88:7 90:13
91:6 94:5 102:15
108:9,19 109:7,9
109:18 111:20
113:6,13,15
114:21 117:19
122:6 128:23,25
**Firstly** 107:11
**five** 14:2,5,7 18:9
23:12 30:3,4
37:24 90:7
**floor** 49:10
**follow** 105:21 111:4
**followed** 105:16
**following** 53:20
64:13 105:17
**follows** 4:5
**follow-up** 110:10
**foot** 94:10
**forever** 123:14
**forget** 83:11 118:13
**form** 27:17
**formal** 54:14
**formality** 41:14
**forth** 18:6 26:22
75:5,15,22 83:21
122:24 126:3
133:12
**forward** 89:10
**foster** 23:5,16,23,25
**found** 24:15,17,22
29:13,16 98:12
**four** 12:24 76:9
81:5 82:23,24
**fourth** 8:3 71:18
**frame** 14:10 53:2
63:17
**frames** 111:16

118:17
**freaked** 51:11 94:8
94:20
**friend** 82:6 86:4
**full** 4:8 8:4
**full-time** 12:7 15:14
15:15 18:25 19:8
30:16 39:16,17,18
43:15,20 44:5,10
44:12,18,24 45:15
45:21,25 52:2
129:4 130:18,22
130:24
**function** 46:12,21
51:16
**functioning** 93:22
**further** 97:14 99:24
133:15
**futility** 122:9

### G

**Gail** 1:21 2:8 133:7
133:25
**gained** 23:15
**Garden** 1:16 2:7
**general** 39:2 46:21
100:16
**generally** 6:17 53:7
**getting** 131:3
**give** 5:3,19 8:4
17:14 20:19 24:21
37:13 86:9 105:22
112:19 115:22
**given** 6:24 58:25
133:14
**gives** 20:24
**giving** 85:23 105:20
112:16 128:15,19
**glasses** 23:7,8,10,11
23:13,23,24 24:2
**gloves** 90:10
**go** 11:22 16:21,23
19:21 29:17 31:15
49:15,16,21 50:10
51:6 56:22 58:19
72:9 79:16 85:6

86:21 89:22 92:15
92:22 94:9 96:18
106:2 112:16,18
115:7 128:16
129:23
**goals** 48:13 75:6
**God** 94:11
**goes** 27:5 56:7
**going** 4:20 23:21
28:3 30:24 31:8
33:8,25 37:19
38:20 39:22 40:7
42:13 43:5,6 44:4
63:8 67:2 82:10
85:5 86:12 87:8
87:10 88:23,24
89:10 90:17 94:9
96:2 97:14 98:21
99:25 100:12
113:20 114:3
117:11,11 118:15
122:5 129:22,23
**good** 4:14 18:4
24:24 25:13 28:15
38:15 68:6,25
72:12 116:15
120:5,18
**goodness** 30:20
103:17 106:18
**gotten** 45:19 77:2
**graduate** 11:2
**great** 44:15 61:12
63:3 80:3 104:8
104:10 120:4
124:9 130:5
**greater** 129:8
**grief** 125:22 126:9
**grievance** 19:22
108:6 111:5,8,13
113:7,13,16,17
114:8 116:4
117:15 119:3,7
127:21
**group** 126:24
**guaranteeing** 63:8
**guess** 9:3,7,23 11:4

30:20 33:21 40:15
46:11 78:19 81:9
84:17 86:12 92:17
93:12 121:2
**guilty** 24:15,18
**gun** 32:23
**guy** 110:5,18 118:7

### H

**habits** 68:17
**half** 60:18 79:16,19
**hall** 59:20
**hallway** 73:10
**Hamilton** 3:12
**hand** 5:24 97:7
106:13,14 133:21
**handed** 77:20
**handing** 31:12,25
67:11
**hands** 105:25
**happen** 29:3 60:9
63:9 128:13
**happened** 18:21
34:8 37:17 44:12
44:21 86:14,23
94:12 95:6 112:9
120:2
**happening** 58:4
116:24
**happiness** 103:11
**happy** 103:8
**hard** 23:8 105:20
**head** 110:16 111:21
**health** 119:17,24
122:22 123:10,17
123:19 124:6
125:15 126:2,12
127:9
**hear** 35:12 36:20
93:25 113:19
**heard** 28:7 32:21
36:15 90:21 92:20
95:18 113:24
**hearing** 24:19,20
25:12 121:5
**held** 2:6 15:10

34:11,14
**Heller** 1:8 72:10,14
73:24 76:12,17,20
76:23 77:8 97:22
98:4,11 99:5
103:24
**Heller's** 74:5,6
**help** 66:9,14 95:12
105:19
**helped** 59:19 103:6
**helping** 62:11
**hereinbefore**
133:11
**hereunto** 133:20
**herniation** 81:15
**hesitate** 92:11
**Hi** 4:15
**high** 6:7 40:16
46:16,24 49:3,9
69:15 127:12
**higher** 93:22
**highest** 8:18
**Hill** 84:5,10 125:20
**hip** 82:10 84:4,5
**hired** 30:12,13 41:9
**hiring** 26:13
**hold** 40:5 105:24
106:13
**holding** 97:7
106:15
**Holiday** 4:12
**holidays** 58:8 88:4
**home** 10:9 11:19
12:15 22:2 106:17
112:6
**homes** 11:25
**honestly** 39:10
56:12 71:11
**hope** 82:21
**hopeful** 122:6,7,8
**Hospital** 11:17 84:5
**hour** 38:10
**hours** 6:4,14 12:18
89:20 120:16
**house** 7:6,7 118:4
**HR** 110:25



huge 116:22
human 87:21 91:18
  110:17 111:22
  112:21 118:15
hundred 26:24,24
  26:25 27:20
hurt 94:7

**I**

idea 59:6 104:17
identification 31:5
  67:8
IEP 74:21,25 75:4
IEPs 75:18,22
  93:11
ill 86:3,15 90:19
illegal 112:15
  115:16
immediate 50:15
immediately 42:19
  49:14 50:24 61:4
  65:23 80:18
impact 87:8 116:22
impair 6:9
impaired 23:3
impairments 6:20
  11:21
important 38:5
impossible 46:20
  58:17 61:13 123:4
impressed 87:11
improve 84:13
improved 83:19
improving 83:8,10
  83:16,18
inappropriate 24:4
incident 102:20
indicate 5:10
indicated 12:14
  26:12 102:15
individual 39:5
  49:3 126:24,25
individualized 75:4
inform 90:13 95:5
information 32:9
  62:21,22 67:25

78:12
informed 106:16,19
  108:14
initial 49:18
initially 18:21
  20:25 32:13 52:14
  83:3 111:9
initiated 111:14
injured 44:25 45:2
injury 102:18
instruction 105:23
insurance 119:17
  119:24 123:17
insurances 123:19
integration 11:6
interact 76:12
interacted 76:16
interaction 73:25
  101:19 109:18
interest 50:14
interested 30:10
  39:16 133:18
interim 21:22
internship 16:16
interpersonal
  68:18
interrupt 89:15,16
intervention 11:13
  75:13 93:23
  131:10,11
interview 13:20
  27:7 30:6 34:10
  34:11 35:5,21,23
  36:9
interviewed 29:22
interviews 30:4
introduce 92:15,22
introduced 49:4
introducing 93:2
investigating 24:21
  118:20
investigation 24:22
  25:12
invite 54:24
invited 109:5
involved 11:14 22:9

22:10
involvement
  109:22
Island 126:18
issue 105:13,14
  106:10,12
issues 56:9 102:7
  102:12,16 103:3
  106:5 126:22
  127:8,10

**J**

Janet 1:10 32:16
  54:5 57:17 77:17
  86:13 91:19 93:17
  94:17 97:12
  109:14,15,15,16
  110:17
January 31:8 33:20
jeopardy 100:24
Jerusalem 34:15,18
  34:20 46:5,7,8
  47:2 51:19,23
  52:23 55:24 56:2
  66:24 69:6 104:9
Jewish 58:7 88:4
JFK 25:7
job 12:7 14:24 16:2
  27:8,10 35:9
  36:19,24 37:5
  38:20 42:21 43:17
  44:15 91:20
  102:12,16 103:4
  103:23 120:5
jobs 26:25 28:10
  124:20 125:4
John 24:12 95:11
  96:8
joined 122:24
  124:10
judge 62:25
July 78:22
jump 32:22 118:23
June 51:21 53:9
  66:21 67:10 70:5
  78:17,18,18,20

119:18,20
Jurat 131:20

**K**

KALLUS 3:4,8
  23:2 31:17,21
  60:22 89:17 98:21
  99:4 107:2
Karen 3:14 4:16
keep 28:3 101:3
Kennedy 1:9 24:12
  55:6,15,23
kept 117:10
kid 23:22 24:7 63:9
  90:9 94:5
kids 17:15 50:2
  51:15 52:5 57:5
  62:7 63:5 64:4,5
  79:18,20 88:5,8
  93:21 94:22
  116:20
kid's 106:13,14
kind 21:14 51:11
  60:16,18
knee 45:3
knew 23:22 33:6
  34:2 49:22 52:25
  54:18 62:22 63:5
  80:25 100:22
  121:6
know 4:24 5:15 7:5
  9:23 10:4 11:10
  16:25 17:17,25
  18:5 20:11 22:23
  25:23 26:10 27:21
  30:3 31:11 34:3
  34:18 35:3,7,8
  36:16,18 38:16,19
  39:10,25 40:2,17
  41:17,22 42:4,20
  49:24 50:16 51:13
  52:13 54:23 55:20
  57:25 59:14,14
  60:20 61:11,17
  62:2,2 74:20,25
  81:15 82:12,20

85:2 87:10 90:9
  91:20,22 92:16,17
  94:11 97:4,6,24
  98:7 99:6,9 105:7
  106:11 107:22,25
  108:2,12,20 109:5
  109:20 110:18
  112:23 114:14,15
  117:25 118:3,12
  119:14 121:8
  123:15,21 125:18
  126:21 129:17
  130:8,9,11,14
knowledge 26:22
  32:11 68:2
knowledgeable
  49:4
Korolczuk 54:4
  103:16

**L**

lady 103:19
late 18:2 58:7 88:4
law 3:4 44:11
  112:17
laws 124:13
lawsuit 22:5,11
  24:13
lawyer 118:9
lawyers 113:23,25
lead 104:15
leading 122:3
learned 62:16
learning 23:6 46:10
  46:17 69:15
leave 38:7 49:17
  62:10
leaving 42:16,25
lecturer 20:13
left 14:2,13 18:8,10
  21:20 35:12 39:25
  65:17,18 73:12
  82:9 85:13 108:22
  108:22 113:16,17
  120:5 128:10,15
legal 1:23 26:10



MAGNA
LEGAL SERVICES

121:22
**legally** 49:20
**Lenox** 84:4,10
**Leora** 104:4,7,20
  104:22 105:2,4
**letter** 42:18 76:19
  77:2,14,20 91:10
  117:20
**let's** 18:8 21:20
  33:16 49:15 70:6
  107:2 108:15
**level** 8:19 37:22
**Levine** 126:16
**Levy** 103:18
**liberty** 77:15 78:8
**license** 11:4,5
**licensed** 16:24
**licensing** 11:3
  16:22
**lie** 60:8
**life** 28:23 116:22,24
  124:7
**lift** 90:7 91:7,9
**liked** 25:20,22
  29:16
**likewise** 75:8
**limited** 63:18
**line** 60:7,15 68:21
**list** 21:9,10,16
  26:15 27:13,15
  28:13 29:9,10,24
  32:21,22 33:5,5,7
  33:25 124:21,24
  125:4
**lists** 29:19
**little** 83:18,19
  89:20 99:24 103:6
  122:7
**live** 7:12,14 19:24
**lived** 7:3,4,13 20:4
  20:5,7
**local** 27:18
**located** 126:17
**location** 16:5
**long** 7:3 12:3 17:21
  18:17 27:17 30:5

33:8 35:12 36:14
  36:16 41:16 44:8
  51:19 69:25 83:7
  112:5 122:2 123:7
  124:10 126:18,19
**longer** 23:21 82:5
  82:12
**longevity** 130:9
**look** 31:9,11 42:11
  43:11 67:13 87:10
**looked** 66:8
**looking** 14:19
  51:14 61:22
**lose** 38:20
**lost** 89:8
**lot** 26:19 94:8
**lots** 35:6 38:4 57:23
  58:5 97:4 110:12
  111:2
**love** 38:10 89:22
**loved** 38:9,9 55:24
**low** 82:10
**luck** 120:18
**lucky** 80:21
**lying** 60:16

---

**M**

**M** 1:21 2:8 133:7
  133:25
**Magna** 1:23
**mail** 14:23 117:19
**mailing** 15:2
**mails** 129:15,18,19
**main** 28:13
**major** 46:19 83:10
**majorly** 81:17
**making** 120:9
**male** 59:8
**man** 24:8 91:19
**Manhattan** 7:13
**March** 30:19 40:24
  46:3
**marked** 30:25 31:5
  31:10,18 67:3,7
  68:13
**marriage** 133:17

**married** 7:17,19
**Mary's** 11:15,16,17
  11:17 41:17 56:13
  116:18 131:9,12
**Mascaro** 1:21 2:8
  133:7,25
**master's** 8:20,23
  13:15,17,18 14:6
**mat** 60:6,7,8,12,15
**matter** 1:3 22:20
  74:16 133:19
**matters** 20:11
  26:10
**Matusz** 84:10
**mean** 14:21 19:10
  22:22 24:23 28:2
  36:4 38:18 49:9
  54:2,14,15 56:19
  61:16 74:18 85:22
  88:16 93:16,20
  94:20 101:6
  111:15 117:25
  123:4 128:9,11
  132:3
**meaning** 30:9 48:15
  65:9 111:24
**means** 41:23 42:4
  108:12
**meant** 41:9 52:3
  57:7
**Medicaid** 23:10
**medical** 11:20
  56:11 81:7 127:12
**medically** 11:14
**Medicare** 123:16
**medication** 6:3
  82:15 127:4
**medications** 6:16
**meet** 109:8 117:20
**meeting** 35:16
  72:11 73:12 76:24
  77:3,5,7 91:15,17
  92:3 96:16 100:24
  108:6,9,24 110:6
  110:11,13,15,23
  110:25 111:10,17

111:19,20 112:9
  113:2,6,14,15,16
  113:18,23 114:18
  114:19,21 116:4,4
  116:11,14 122:6,7
**meetings** 107:17
  110:12 111:2,11
  114:17 129:12
**meltdown** 65:7
**member** 93:4
  106:12
**members** 95:21
  106:6 127:2
**mend** 90:12
**mental** 125:14,25
  126:12
**mentioned** 41:4
  96:8
**mentor** 104:8,21,24
  105:3,4,6,10,11
**message** 129:20
**messages** 129:16
**met** 8:11 24:20 43:4
  54:20 76:21 105:8
  105:12 114:11
  118:7,21
**middle** 40:10 55:18
  72:14 78:18
**midyear** 56:3
  124:25
**million** 122:12
**MINDY** 3:4,8
**mine** 94:23
**mini** 65:7
**minute** 21:13 55:8
  129:23 131:17,17
**minutes** 31:11
  82:13 105:12
  131:13,16,19
**missing** 86:12
**mom** 23:25 58:25
  125:18
**Monday** 64:10
**money** 120:9
  131:16
**month** 36:17,18,22

55:17,18
**monthly** 122:17
**months** 36:17 37:20
  120:9 126:21
**moot** 121:9
**morning** 4:14 80:22
  82:5 85:6 110:3
**mortgage** 120:17
**motor** 48:14,15
**move** 24:14 83:13
  98:25 121:16
**moved** 20:6
**moving** 121:21
**MRI** 81:21
**MRIS** 83:16
**M.D** 16:15

---

**N**

**N** 3:2 4:2 134:2
**name** 4:8,16 12:10
  27:12,14 32:21
  35:19 59:5,5,13
  83:11 84:7 104:14
  104:16 110:19,21
  124:23
**names** 103:14,20
  114:16 126:7
**Nassau** 1:8,9 2:7
  4:18 12:16 13:2
  19:10,14,15 21:2
  21:5,9 26:14 27:2
  27:20 28:8,11,12
  29:4,8,9 30:12
  32:14 36:3 43:9
  46:2 63:23 68:22
  70:2 75:19 124:17
  124:21 126:18
  131:10,15
**National** 10:13
**nature** 39:12 76:3
**NBCOT** 10:5,10,18
  10:22 15:2
**necessary** 101:2
**need** 5:14 10:9
  16:15,21,23 31:10
  37:13 44:14 45:18



52:15 56:3 93:23
124:12
**needed** 13:24 23:7
23:22 37:8,15
53:3 58:11 81:21
83:20 90:20 92:10
96:3 99:23 100:13
112:15
**needs** 100:2 101:5
**negative** 68:10
74:13,17
**negatively** 30:7
87:8
**negotiation** 114:22
**negotiations** 117:4
121:12
**nervous** 33:7
**Netherland** 3:6
**neutral** 68:24 69:2
69:8,17
**never** 47:5 76:21
80:9,23 90:21
96:5 97:25 99:25
113:3 124:14
128:10,11
**new** 1:16 2:8,9 3:7
3:13 4:12 6:25
8:25 9:20 10:2,18
11:3,4 13:7,10,12
15:11 17:22 21:18
28:22 29:4 68:22
99:16 133:3,8
**night** 12:22,24
15:23
**nights** 12:25
**nine** 52:17
**normally** 73:8,9
**Notary** 2:8 4:4
133:7
**note** 84:20 90:24
91:5,6,14 92:7
99:14,16,17,18
**noted** 132:9
**notes** 31:19 85:24
**notice** 4:19,20 8:13
31:4,7,24 37:14

40:3 42:12 68:4
79:25 80:19 88:9
96:23 99:10 107:4
107:4,7,8,13,20
108:19 110:7
112:17 122:11
128:16,19,21
134:7
**notified** 108:4
**November** 106:18
106:24 108:15
119:19
**number** 7:24 8:5
54:21 130:10
**nurse's** 86:5
**NYU** 9:10

---

## O

**observation** 47:12
48:17,18,22,25
49:2 50:24 51:8
51:14 52:25 54:14
57:12,16 58:4
60:24 61:2,7 63:2
63:3 64:13 65:4
65:21,25 66:20
70:8,13,17 71:18
71:21 72:15 76:15
**observations** 71:7
73:5,16 76:5
**observe** 16:19
47:21 49:5 54:12
64:23
**observed** 41:13
46:25 47:4,6,7,10
47:18 48:8,12
52:19,21 53:3,11
53:15,18,22 54:10
55:2,5 57:12,18
57:19 64:16 65:6
70:7,16,20,22,25
71:9,12,15 73:22
102:23,24
**observing** 60:11
**obvious** 61:17 68:8
**obviously** 49:17

61:11 63:2 70:4
81:8,17 89:2
**occasions** 54:21
**occupational** 1:10
8:21,24 10:14,15
10:25 13:18 15:13
16:3,7,14 17:22
17:24 18:11,15,25
20:8,16,21 34:7
39:7 44:23,24
**occur** 56:2
**occurring** 71:7
**occurs** 21:16
**October** 53:20 55:3
57:14 64:21 71:6
71:16 99:12
100:11 108:20
109:7
**offer** 27:8 36:23
37:4 114:4,22
117:3 118:24
119:4,9,12,16
120:3,20,22
**offered** 45:15 86:21
129:4 130:15,19
**office** 3:4 34:15
35:17,20 47:23
48:3 49:21 50:8,9
72:20 74:6 76:15
76:19,22 77:6,24
85:5 86:5 94:16
94:25 108:20
**offices** 72:10
**oh** 10:17 15:20
20:10 28:9 30:20
33:13 65:5 84:8
93:7 94:11 103:17
103:18 104:3
106:18 117:10
125:18
**okay** 4:21,22,25 5:5
5:12,17,18 20:15
21:14 31:16 43:11
59:16 60:3,14
79:24 89:12,14
95:13 97:16 99:4

104:7 106:3
118:13 128:25
132:2,6
**older** 93:22
**once** 28:2 50:25
53:15 63:6,11,11
63:13 105:8 110:2
121:17 123:14
**open** 27:2 32:14
49:9
**opened** 12:12 45:4
49:8 55:19
**opening** 21:16 45:6
**openings** 56:2
**opposed** 23:19 40:3
132:4
**option** 68:9,9
**options** 68:7
**order** 38:6 44:11
115:21 121:4
**organized** 87:6,9
**organizing** 66:6
**orienting** 69:18
**originally** 11:2 20:2
20:5 122:24 125:7
**orthopedic** 81:10
**OT** 9:21,24 10:3,6
12:11 16:24 18:6
18:7 20:12 35:7
39:5 48:5 104:11
104:11 130:8
**OTR** 10:24
**OTs** 14:19 38:25
**outcome** 92:19
133:18
**outlandish** 38:19
**outside** 49:20 76:5
76:22 77:5
**o'clock** 12:20 110:3

---

## P

**P** 3:2,2 4:2
**page** 31:3 32:4 67:5
122:11 131:20
134:3,7,8
**paid** 13:15,23,23

119:18 130:6
131:11
**pain** 80:3,16 81:5,9
81:10 82:9,14
84:22 89:9 94:21
127:12
**painkillers** 83:11
**pair** 23:7,11
**panic** 95:9
**panicked** 61:24
**papers** 87:11
**paperwork** 85:14
85:16,21 86:8,21
86:25
**para** 101:4,6
**paragraph** 42:12
43:12,14 79:25
88:10
**paraprofessional**
101:7
**paraprofessionals**
106:6
**parent** 117:25
**part** 15:17,21 25:13
28:12 29:15 35:21
66:5 72:8 73:25
75:25 118:19
**participate** 72:23
**participating** 62:13
**particular** 24:3
37:18 58:4 102:6
102:12
**particularly** 104:12
**parties** 133:16
**part-time** 15:14
18:22,23 19:2,6
30:13 37:6 39:19
125:6,9 130:16,20
**pass** 16:22
**passed** 125:18
**patient** 131:8
**patients** 125:9
**pay** 120:16 122:17
130:21 131:5
**paychecks** 122:19
**pending** 5:16 22:17



25:25 89:18
**people** 25:22 27:21
  57:23 80:17 96:2
  116:7 118:22
  125:11
**percent** 27:21
**perfectly** 57:8
**performance** 61:8
  65:24 102:13,17
  103:4,23
**period** 41:21 42:7
  69:3
**Peritz** 1:4,15 2:6
  4:1,10,14 5:1,22
  6:1 7:1 8:1,18 9:1
  10:1 11:1 12:1,11
  13:1 14:1 15:1
  16:1 17:1 18:1
  19:1 20:1 21:1
  22:1 23:1 24:1
  25:1 26:1 27:1
  28:1 29:1 30:1
  31:1,7,23 32:1
  33:1 34:1 35:1
  36:1 37:1 38:1
  39:1 40:1 41:1
  42:1,11 43:1 44:1
  45:1 46:1 47:1
  48:1 49:1 50:1
  51:1 52:1 53:1
  54:1 55:1 56:1
  57:1 58:1 59:1
  60:1 61:1 62:1
  63:1 64:1 65:1
  66:1 67:1,9 68:1
  68:11 69:1 70:1
  71:1 72:1 73:1
  74:1,20 75:1 76:1
  77:1 78:1 79:1
  80:1 81:1 82:1
  83:1 84:1 85:1
  86:1 87:1 88:1
  89:1,10 90:1,2
  91:1 92:1 93:1
  94:1 95:1 96:1
  97:1 98:1,18 99:1

100:1 101:1 102:1
103:1 104:1 105:1
106:1 107:1 108:1
109:1 110:1 111:1
112:1 113:1 114:1
115:1 116:1 117:1
118:1 119:1 120:1
121:1 122:1 123:1
124:1 125:1 126:1
127:1 128:1 129:1
129:10 130:1,2
131:1 132:1,13
133:10 134:4
**permanent** 38:5,8
  38:12,18 39:15,23
  44:23 45:9
**permission** 23:16
  23:24 44:18 45:19
  49:21 50:10
**person** 27:9 71:25
  104:11
**personally** 76:12
**personnel** 129:8
**phaseout** 17:8
**phone** 24:3 27:6
  33:15 34:9,23
  36:25 53:7 77:17
  87:14 94:16,25
  96:15 109:23
  112:22 113:4
  118:22 129:12
**phoned** 24:2 53:6
  54:5,24 90:22
**photocopy** 31:4
  67:6 134:7,9
**physical** 35:18 48:6
  93:23 101:2,19
  127:8
**physically** 62:8
  93:21 116:25
**physician** 58:10
**Picarello** 95:11
  96:9,18 99:8
**pick** 103:21
**picked** 59:16
**piece** 62:20

**pills** 6:7
**place** 58:11,13
  59:23 72:12 73:8
  73:10 116:16
  124:11,12
**placed** 8:3 16:5
  27:15 40:18 53:25
  54:7 56:4
**Plains** 3:13
**plan** 28:20 75:5,5
  75:14,14
**planning** 17:16
**please** 4:8,24 5:7,20
  8:4 22:25 25:3
  43:12 67:4 93:25
  98:15
**pleased** 51:9,17
  54:6 92:18
**PLLC** 12:11
**plus** 130:9
**point** 4:23 5:14
  14:18 35:2 41:6
  49:7 53:8 59:23
  72:16 87:7 88:23
  94:23 95:21 97:3
  97:5,21 102:5,11
  108:5 117:7,13,17
  122:4,8 126:25
**points** 26:25
**population** 35:9
  46:7,15,21 56:5,7
  56:13,22 116:19
**position** 15:10
  17:21 18:22 19:13
  27:6 28:15 32:14
  34:5 35:14 37:7
  38:6,7,8,11,17
  39:3,13,15,17,19
  39:20,23 41:12
  42:16,25 43:3,20
  45:15 125:10
  128:11
**positions** 27:2
  29:23 30:8
**positive** 69:13,22
  69:24 74:14

104:12 116:17
**possible** 42:21
  49:16 81:14
**postcard** 14:18,21
  14:22,22 15:3,5
**posting** 14:24
**pounds** 89:8 90:8
**practically** 17:2
**practice** 11:12 14:3
  14:16 16:23 38:2
**precluded** 121:10
**predominantly**
  57:9
**preferred** 88:17
**prepare** 8:8
**preschool** 11:14
  131:18
**prescribe** 82:15
**prescribed** 127:4
**present** 6:24 7:15
  35:15,22 48:9
  57:21 65:3 71:24
  73:3,24 74:5 92:2
  109:2 110:15
  112:25 115:8,11
  116:7 117:8
**president** 114:12
  114:14 115:4
**pressure** 6:8 127:12
**presume** 119:7
**prevent** 6:20 60:16
**previous** 28:16
  66:22 70:7 81:14
  99:17 104:5
**previously** 44:3
  54:20 80:24 82:19
**primarily** 29:9
  42:23,24 125:21
  125:22 126:23
**principal** 1:8 24:4,5
  24:24 25:14 54:5
  54:9,10 73:3
  85:18 91:21,21
  92:16,23 93:2,17
  95:11 96:9,14
  103:12,12,16

115:2,4 129:5
**principals** 43:4
  73:7 91:22
**principal's** 72:10
  76:19 108:20
**prior** 13:2 36:11
  81:2
**privacy** 8:2
**private** 14:3 38:2
  72:18,21 125:9
  131:8
**privately** 132:3
**privied** 97:5
**probably** 12:4
  16:10 37:12 46:11
  48:20 61:19 62:7
  78:22 79:15 93:9
  93:9 97:10 98:14
  112:12
**probationary** 41:6
  41:9,20,21,22
  42:6
**problem** 81:22
  93:14,15,20,20
  98:13 112:18
  121:4 128:24
**problems** 75:16
  118:16 126:3
**proceeding** 121:20
  121:22
**process** 19:22 20:17
  20:18 23:17 26:13
  26:18 33:9 111:4
  111:4,6 114:8
  118:6 121:2
  127:21
**professional** 125:15
  126:2,12
**program** 13:16,17
  13:19 16:14,15,21
  20:24 21:2,5
  23:14 36:6 46:13
  125:21
**programs** 69:10
**promise** 13:21
**promised** 128:13



pronounced 83:3
proper 107:5
provide 81:11 86:7
provided 123:20
providers 126:8
providing 82:16
psychiatrist 125:14
psychologist 65:8
    65:12,15,18 75:14
    125:14
psychologists
    103:13,18,19
Public 2:9 4:4
    133:7
pull 90:8
pulled 99:20
purchase 23:24
purchased 23:9
purchases 23:10
purpose 92:25
push 90:8
pushed 99:20
    100:23
pushing 100:22
put 28:13 62:11,11
    62:14 81:19
    100:25 124:23
putting 62:13 93:10
p.m 132:9

**Q**

quality 68:16
quantity 68:16
quarters 40:13,20
Queens 9:14
question 4:24 5:8
    5:10,16 15:19
    21:15 60:20,23
    74:23 89:11,12,14
    89:19 93:24 97:12
    98:17,24 104:6
questions 6:11,21
    21:12 35:7,8 38:4
    42:14 69:20 97:15
    130:3
quick 63:20

quickly 37:9
quite 29:18 114:10
    114:12
quote 24:23 25:13
    69:19

**R**

R 3:2 4:2 133:2
raise 5:23
range 9:7
ranking 26:23,23
    27:5
rarely 76:13
rate 130:6,20 131:5
rational 50:21 51:4
reach 78:4 95:3
reaction 49:18
read 68:21 92:7
    93:11 100:6
realize 5:5 50:16
    116:21
realized 94:22
really 10:4 23:22
    25:22 27:25 28:15
    29:16 34:2 35:3
    35:13 36:13 40:6
    42:24 50:6 58:24
    59:2 61:12,22,24
    62:19,24 63:19,20
    63:25 76:10 86:20
    93:7 116:15,17
    120:5 121:8,8
    124:22 128:16
reason 19:22 20:25
    25:19 28:13 38:21
    39:22 44:22 126:2
    127:7
reasonable 98:10
reasons 8:2 29:11
    50:13
reassigned 110:8
    110:14 111:10
    112:4,6
recall 6:10,22 14:5
    28:4 39:11 40:22
    40:23 43:23 47:12

55:12 56:14 58:3
    59:13 64:19 66:19
    71:3,20,23 72:3,6
    74:4,8,12 80:11
    84:7 87:16,25
    91:5 103:15
    107:19 111:13
    113:10 117:16
    121:19 126:7
receive 8:23 9:15
    76:19 107:8,12,20
    117:14 119:12
received 14:18 91:2
    117:18 119:2,4,9
    123:11 124:4
recess 89:24 129:25
reclining 60:18
recognize 31:13,23
    59:7 67:14
recognized 59:10
recollect 53:14
recommendation
    63:21
recommendations
    75:22
recommended
    80:20
record 4:9 5:6,9 8:3
    25:5 31:17 100:8
    100:9 107:3
    133:13
recordings 129:11
    129:11
records 43:25
recourses 110:17
recreational 6:14
rectify 50:18
referring 68:11
reflected 107:3
regarding 4:18
    32:14 42:15 83:25
    87:22 93:5 108:6
    123:23 128:2,7
registered 10:25
regular 20:22 46:12
    51:17

regulations 109:25
reject 120:21
related 123:19
    125:22 127:7
    129:12,16 133:16
relative 108:10
    113:7 122:14
    127:4
relax 95:13
relay 113:21
remained 45:25
remember 9:4 20:4
    32:19 35:19 65:22
    66:17 70:14 71:10
    71:12 72:4,5,8
    74:10 88:2 91:12
    100:7 103:19
    109:11
removed 27:13
rent 7:9
rep 109:16 118:8
rephrase 4:25
    108:13
reply 120:3,20,25
report 67:7 134:9
REPORTED 1:21
reporter 5:4,23
represent 4:18
    118:18
representative
    78:10 107:14
    108:8,17 109:2,8
    115:9
representative's
    108:10 110:21
represented 109:25
request 19:18 90:14
    90:20 95:23 96:12
    96:19 98:6,8 99:6
    99:12 100:11
    101:13 108:5
    110:6 122:12
requests 100:19
    108:23
required 95:22
requirement 16:13

115:24
requiring 96:3
reside 27:19
resided 27:22
resident 27:18
resignation 42:19
resources 87:21
    91:18 111:22
    112:21
respond 27:8,10,11
    30:6 51:3 121:8
responded 14:20
    15:4 30:7,9
    100:21
Respondents 1:12
    3:11 31:2,3,10
    67:4,5 134:7,8
response 45:16
    95:8 117:3
responsible 17:15
responsive 98:5,17
    98:23
rest 72:22 103:8
    124:6
result 29:23
resume 27:5
resume's 21:17
retained 117:9
    134:11
retire 38:17
retirement 28:16
    28:18,22 29:15
    120:6 122:23,25
    124:3,5,8
return 45:24 85:3
    88:20 90:10
    115:16,21
returned 15:6 18:7
    18:7,13 45:23
    89:25 102:21
returning 85:2
    88:12
review 8:12 32:6
    61:7 65:24 67:22
    74:13,14
reviewed 36:7



**right** 5:24 10:21
  17:9 18:12 20:18
  25:8 29:2 30:11
  30:19 42:10 52:9
  63:17 64:22 65:19
  68:15,20 82:25
  85:19 89:19
  111:15 120:18
**rights** 114:2 118:12
  118:13,15
**RKS** 55:5 56:3,6,7
  56:15 57:2,3,14
  58:22 59:15,22
  60:2 63:5,11,13
  64:13 70:17,23,25
  71:9,16,17 77:24
  88:25 91:23,24
  92:14,23 93:2
  94:4 96:10 102:22
  102:24 103:4,5,9
  103:23 104:10
  105:2,6 116:19,20
**Road** 2:7 34:15,18
  34:20
**Roberts** 104:18,23
  105:14,14
**Rodriguez** 84:8,9
**room** 35:23 47:5,22
  47:25 48:4,4,6
  51:2 58:20 59:12
  59:21 60:11 64:25
  71:11 73:9 91:18
  91:25 92:3,4
  94:14 101:10
  106:7,8
**Rosemary** 1:9 55:5
  55:15,23
**roster** 103:21
**rough** 56:16,19
  57:7 130:12
**roughly** 13:25
  40:23 52:4,12,17
  54:23
**Rudnicki** 3:14 4:7
  4:16 30:24 31:20
  31:22 67:2 100:8

107:6 129:22
  132:6 134:4
**rules** 50:4 109:25
**ruling** 117:15 119:3

─────────────

### S

**S** 3:2
**Sadly** 128:15
**safe** 101:3
**safety** 101:5
**Sage** 125:20
**salary** 130:7,23
**sat** 72:15,21
**satisfactory** 68:12
  68:14
**saved** 129:15
**saw** 58:15 60:5,6,6
  60:9 84:12 94:5
  113:3
**saying** 29:7,12 58:6
  71:20 87:7 89:13
  100:7 103:6 110:3
  114:15 117:10
  129:20
**says** 43:22 47:11
  68:19 69:23 73:2
**scale** 131:5
**scared** 94:21
**schedule** 69:10
  93:11
**schedules** 56:23
**scholarship** 13:15
  18:10
**school** 1:9 11:13,22
  11:22 12:19 16:4
  16:5 23:9,18,21
  24:5,11,12 25:7
  26:21 29:13,14,16
  46:5,8,9,16,24
  49:3 50:4,5 51:17
  53:12 55:6,15,19
  55:23 56:8 58:6
  58:21 59:11 69:6
  69:15 75:6 78:15
  78:16 87:17 88:25
  90:16 91:3 120:15

125:8
**schools** 25:5 36:5
  37:8 40:16,17,19
  43:4
**sciences** 8:22 9:9,16
  20:14
**second** 15:11 17:14
  20:6 52:16 58:14
  58:14 60:4,5
  70:24 80:12 83:15
  83:17 116:4
  117:19 122:6
  128:24,25
**secretary** 77:22,23
**Security** 7:23 8:5
**see** 15:16 16:13
  23:15 49:16 51:10
  51:17 66:4,7,11
  70:11 76:6 81:21
  129:8
**seeing** 126:19
**seen** 54:15 63:6
**Selena** 104:14,23
  104:25 105:5
**self-employed**
  124:18
**Selma** 91:18 112:20
**semester** 40:18
**semesters** 40:13
**send** 42:18
**senior** 15:13 16:2,6
  17:22,24 18:6,7
  18:11,14,25 20:8
  20:16,20 130:8
**sense** 51:5 74:15
  79:21,22 129:7
**sensory** 11:6
**sent** 15:2 21:17
  40:3 59:24
**sentence** 98:25 99:3
**September** 15:6
  18:14,17 53:19
  55:3,16 57:13
  64:20 71:6,16
  80:12 90:2 102:21
**service** 21:10 26:14

27:3 29:8 37:10
  44:11,16,17,20
  45:20 112:17
  115:23
**services** 1:7,23
  11:21
**session** 49:6,8
  85:13,20 87:20
  131:12
**sessions** 52:5,7
**set** 65:16 69:9 75:5
  75:22 133:11,21
**sets** 75:15
**settlement** 114:5,22
  117:4
**seven** 17:14 31:3
  42:12 43:12,14
  134:7
**severe** 82:9,11
**shadow** 17:11,13
  17:20
**shared** 48:2
**shares** 35:17
**Shelton** 91:19 92:8
  112:20
**she'll** 105:11
**shirt** 49:11 50:10
  50:18 51:12
**shoes** 62:5,9,14
**short** 59:15 69:3
  89:24 129:25
**shortfall** 107:23,23
  108:2,3
**shortly** 34:12 55:21
**shoved** 94:5
**shown** 18:5
**signature** 32:3
  67:19
**signed** 32:7 67:22
  76:20
**significant** 11:20
  21:6
**Silverman** 3:10
  4:17
**similar** 47:24 56:13
**single** 39:20 116:16

**sit** 107:19
**sites** 56:22
**sitting** 57:25 60:17
**situation** 22:3
  37:11 111:23
  118:9 124:10
**six** 16:18 17:7,12
  36:17,22 122:11
  126:21
**sixties** 130:14 131:2
**size** 62:7,8
**skills** 68:18,19
**sleep** 110:4
**sleeping** 60:7,19
**slightly** 52:13,14
**slipped** 49:10
**slowly** 89:4
**social** 7:23 8:5
  126:15
**society** 10:7
**socks** 62:5,9,15
**somebody** 21:8
  100:22 112:13
  113:19 123:5
**someone's** 116:22
**soon** 91:2
**sorry** 15:20 31:22
  49:14,14 60:10
  77:4 82:3 92:14
  97:9 104:3 113:16
  114:16 117:24
  118:14,15 120:14
**sort** 17:10 22:11,21
  22:22 46:19 51:13
  58:7
**speak** 8:15 48:16
  48:21 60:25 61:4
  65:20 76:6,25
  77:8 85:7,10
  91:13 93:4 98:14
  108:16 114:20
  116:14
**speaking** 108:18
  111:5
**special** 44:18 45:19
**specialist** 81:9,10



84:4
specific 97:22
    101:12 102:19
specifically 21:4
    24:25 53:24 54:2
    72:3 96:13,22
    97:18,23 102:22
    103:10 105:17
    129:2,18
spent 83:12
spinal 83:23 84:11
split 56:16,19 57:7
    69:4
spoke 33:22 73:12
    76:8 85:15 97:25
    108:21 118:9,22
spot 45:4 112:11
spring 63:19,22
    64:2,3
ss 133:4
St 11:15,16,17,17
    41:17 56:13
    116:18 131:9,12
staff 93:5 95:21
    96:2,5 106:5,12
    107:18
stairs 57:2,3
stand 10:12 81:18
    89:2
standing 18:4
    38:15
start 37:15 40:8,22
    55:20 58:6,12
    83:8 88:7 90:16
    92:13 118:20
    120:5
started 15:9 17:8
    18:20,21,24 19:14
    21:21 37:18 43:9
    46:2 56:25 58:6,9
    62:11 63:23 64:2
    80:12 82:13 83:15
    83:18 84:13 88:7
    88:25 91:3 93:8
    93:10,12,13 94:4
    108:18 117:23

120:9
starting 14:15
    42:16
state 2:9 4:8 9:20
    10:2,19 11:4,5
    23:7 28:22 29:4
    68:4 70:12 88:9
    96:23 99:10 133:3
    133:8
stated 57:11 66:10
    66:13 70:10 80:2
    80:15 91:5 100:10
    104:20 108:14
    124:17 130:24
states 68:22
status 130:8
stay 129:3
stayed 13:25 19:5
    50:9 57:3
stenosis 83:23
step 46:18 114:7,11
steps 114:10
stood 76:22 77:5
    82:12
stop 62:6,9 89:13
stopped 19:9
story 97:10
strength 83:21
    94:22
stressed 37:16
stressful 37:11,20
stronger 88:12
structure 36:3
student 16:8,10,11
    16:19 17:4,19
    37:18,22 42:24
    46:6,14 48:10,12
    50:25 51:10,11
    56:5 57:22 58:13
    59:16 65:5,9,10
    65:12 66:7,14
    70:12 72:4 74:2
    74:11 75:6 94:14
    97:7 103:7
students 16:6 46:9
    46:16,23 52:3,6,7

52:17 54:13,16
    56:10,11 58:19
    69:15 75:17,23
    76:2 101:19
student's 57:24
    65:11,12
stuff 125:21
submit 84:20 90:24
submitted 91:14
Subscribed 132:15
subsequent 14:7
    18:10 34:8 109:23
    110:7,25 111:18
    127:20
sued 26:4
suffered 128:8
Suffolk 27:22 133:5
suggested 21:8
    58:23 88:11
suit 22:15 24:25
    25:24 26:2
Suite 3:12
summer 51:22
    54:25 76:9 78:21
    78:24 79:4,9
    80:10 84:23 85:13
    85:20 87:18,20
superintendent
    115:6,12 116:5,6
    117:8,16 119:6
superintendent's
    119:3
supervise 16:8
supervising 16:18
supervisor 1:10
    17:3 34:6 35:18
    40:4 104:10
supervisors 87:22
supervisory 68:18
support 122:17
supposed 17:18,19
    49:11 52:21 53:10
    63:19 72:19,20
    85:6 92:13 99:5
    107:12 109:4,5
sure 10:4 18:19

22:16 25:3 27:11
    27:21,25 28:21
    30:23 32:24 35:3
    39:3 40:9 42:8
    45:12 58:25 61:3
    64:10 78:20 91:9
    96:17 97:14
    103:16 104:22
    108:13 114:10,12
    121:5 122:20
    123:5 131:14
    132:8
surgeon 84:11
surgery 44:14 45:3
    45:7,23 84:12,14
surprised 51:6
    86:18
Susan 126:16
suspended 24:14
sweater 51:12
swore 5:24
sworn 4:3 132:15
    133:12
symptoms 82:8
    83:2
system 38:14
    122:25

T

T 4:2 133:2,2
table 94:7
take 5:14,17 6:6,7
    6:17 11:3 16:7
    27:10 31:9 33:8
    38:6 42:21 49:20
    50:2 59:3 62:5
    67:13 73:8,9 81:7
    82:19 83:7 89:20
    113:20 114:2
    125:9
taken 5:9 6:3,17
    28:10 89:24
    129:25
takes 122:2
talk 72:13 86:22
    95:11 109:13,15

talking 70:8 72:13
    114:19
teacher 20:24 58:23
    59:4,8,9,11 61:19
    62:22 101:14
teachers 25:21
    41:12 88:7,7
    103:13,20
teaching 16:17
technically 33:6
    37:12 71:17 78:19
    112:15
teeth 123:21
telephone 32:17
    91:23
tell 5:24 44:19
    77:16 85:25 96:2
    96:4 101:22 102:2
    105:15 107:16
    113:19 128:2,6
ten 90:15
tenor 74:12
tenure 20:19,24
    38:14 39:19,21
    41:4,18 62:25
    112:19 115:20,22
tenured 20:15
    122:18 123:8,12
    124:5
term 39:9 40:10
    78:21,24 84:23
    118:14
terminated 106:20
    108:15 110:8
    124:16 127:15
termination 106:22
    107:9 108:5,7
    111:24 113:8
    127:9,20
terms 28:15 40:13
    51:8 78:15 96:22
testified 4:5 43:7,21
    44:3 70:9 71:14
    78:23 99:24 100:5
testifying 8:7
testimony 133:14



**thank** 20:15 21:11
   31:22 46:25 115:7
   132:2,6
**theoretically** 17:2
**therapeutic** 76:3
**therapist** 10:16,25
   15:13 16:3,7,18
   16:20 17:22,25
   18:11,15 19:2,6
   20:9,16,21,22
   23:22 39:21 44:23
   44:24 48:3,6
   104:15 116:15
**therapists** 1:11
   10:14 16:8 17:4
   34:7 35:18 39:7
   44:13 47:25 50:2
   57:24 73:6,11,13
   73:15 104:3
**therapy** 8:21,24
   13:18 16:14 47:22
   57:19 58:20 59:21
   64:25 71:11 73:9
   79:19
**thing** 22:12 28:22
   37:13,17 38:9
   42:10 52:12
   116:12,13,23
   126:9
**things** 50:7 58:5
   66:6 92:10 97:4
   122:23 125:6
   127:23
**think** 10:6,8 18:4
   25:15 27:19 34:16
   34:19,21 37:14
   40:2,6 46:11
   49:19 52:14 70:18
   72:25 78:5,23
   79:10 82:18 85:12
   88:5,6 94:18
   95:24 98:13
   106:25 110:16,18
   111:12 112:12
   114:9 119:17
   123:13 130:3

**thinking** 121:3
**third** 71:12 83:14
   83:19 116:3
**thought** 29:13 51:5
   59:2 61:19 62:20
   66:14 70:11 74:16
   88:3 98:13 104:8
   104:10
**three** 16:10 19:7
   27:12 37:7,19
   41:13 43:3 56:17
   56:24 71:7 73:5
   76:9,13 79:14
   83:9,13 120:15
**Three-fifths** 130:22
**throwing** 82:13
   89:3,9
**Thursday** 64:9
**tie** 62:17
**time** 12:15 13:22,25
   14:9 15:11 16:17
   17:17 18:3 19:24
   20:6 21:20,21
   29:13 33:10 36:2
   36:16 37:9 47:4
   48:12 50:3 53:2
   53:17 55:7 57:11
   58:14,15 59:15,23
   59:25 60:5,5
   62:10 63:17 64:3
   65:6 66:24 69:3
   70:2,15,24 71:13
   73:21 76:18 77:10
   78:2 79:21 80:7
   82:8 83:10 84:12
   84:14 86:17 88:11
   88:18,25 94:7,24
   96:18 97:5 105:20
   111:16 112:3
   114:6 117:19,20
   118:17,25 122:2
   123:14 128:23,25
   128:25 129:2
   132:7,9
**times** 27:12 41:13
   53:11 76:9,11,16

   108:21 125:5
**tired** 21:7
**title** 114:13 115:2
**titles** 114:15
**today** 4:19 8:7
   132:7
**told** 33:13,14 43:5
   43:16 44:16 50:23
   53:2 61:18 62:10
   68:8 73:6,16,18
   85:5 86:2,13 90:6
   90:11,17,19 94:17
   95:25 96:5 97:8
   99:7,8,25 102:3
   107:14 109:24
   120:4,24
**top** 68:9
**totally** 24:16 60:16
**track** 39:20 41:5
**traffic** 21:8
**transfer** 28:17 29:3
   29:5
**transferred** 23:20
   123:2,3 124:11
**transferring** 23:17
**transfers** 123:15
**transition** 55:14
**transitioned** 55:22
**transmitted** 91:10
   99:14
**treat** 16:4 47:25
   52:4,17 79:18
   84:3 90:9 94:15
**treated** 23:3,4 48:3
   48:5,7 65:2 80:15
   80:23 81:2 83:24
   125:13,25
**treating** 16:20
   17:16,18 84:15,17
   93:8,13,13 94:4
   125:17,19 126:11
   126:14,15 127:6
**treatment** 17:13
   49:6,8 57:5 79:21
   131:17
**treatments** 17:16

   131:18
**treats** 47:5
**tried** 23:8 24:13
   62:6
**true** 25:17 32:10
   67:25 133:13
**trusted** 100:25
**truth** 5:25
**truthfully** 6:11,21
**trying** 32:22
**Tuesday** 1:17 64:10
**twice** 52:21 53:3
**two** 6:7 8:20 13:23
   13:24 17:15 18:3
   19:6 27:12 30:21
   37:8,22 38:10,16
   43:2 51:25 52:2,5
   52:7 53:11 56:17
   56:23 64:8 68:7
   76:16 79:13 83:16
   89:19 98:22
   103:18 105:2
   112:8 114:9,17
   120:15 129:3
**Tylenol** 82:20
**type** 56:9
**typically** 58:19

### U

**ultimate** 83:22
   117:14
**ultimately** 13:10
   16:20 32:15 42:17
   45:24 52:16 94:13
   123:3,13
**unable** 83:13
**unafraid** 69:20
**uncomfortable**
   53:5 63:7 72:17
**undergrad** 9:11
**underlying** 4:21
**understand** 4:24
   5:11,12,22 25:20
   33:12 41:19 42:5
   123:11 124:4
**understanding**

   131:18
   9:25 26:17 28:14
   33:4 41:8 42:8
   95:20
**understood** 21:18
   42:3 61:21 96:17
   107:6
**unfortunately** 94:6
   115:23
**union** 39:2,6,8
   78:10 107:14
   108:8,10,16,25
   109:8,16 110:20
   117:21,24,25
   118:2,8
**University** 8:25
**unquote** 69:19
**unsatisfactory**
   68:13
**unusual** 72:18 73:2
   73:10
**updated** 99:11
   100:11
**upset** 110:4
**upstairs** 57:20 60:2
   114:13
**use** 77:16
**usually** 46:18

### V

**valuable** 62:20
**verbal** 5:3
**video** 129:11
**view** 63:16
**virtue** 13:19,21
   20:19 21:15
**visit** 81:12,14,25
   82:17,18
**visits** 81:23
**voice** 117:19 129:15
   129:17,19,20
**vs** 1:6

### W

**wait** 5:7 38:25
   60:22
**waited** 109:12



waiting 77:6
walk 59:20 82:5,11
  86:3 89:3,4 90:3
  125:10
walked 50:11 57:2
  57:2 58:15 65:7
  72:14 109:11
walking 89:4
want 9:3 23:12
  31:14 45:7 58:18
  62:25 89:20 93:24
  93:25 115:19
wanted 28:17 50:13
  50:15,16 63:3
  77:8 90:10 114:20
  115:16 116:21,25
ward 23:6
warranted 57:6
  84:14
wasn't 20:23 24:20
  33:25 37:21 40:18
  45:2 47:16 50:6,7
  60:19 61:22 63:8
  77:15 78:8 86:20
  93:9 97:4 99:17
  104:11 105:9
  109:4 115:22
  116:23 120:7,10
  120:16 121:24
watching 57:25
way 20:23 27:4,16
  50:17 51:17 58:8
  69:19 94:9 98:9
  105:9 108:22
  127:22,22 129:9
  133:18
weak 83:20 90:5
  94:6
week 12:18 16:21
  17:14,18 19:7,7
  34:12,22 37:7
  43:2 64:11 78:20
  78:22 80:12 85:12
  86:12 90:15 93:12
  106:24 129:3
weeks 16:19 17:7

17:12 36:22 83:13
  112:8
weird 22:24
Weisel 1:10 32:16
  33:4 35:24 38:4
  39:11 41:3 42:15
  43:15 44:4 45:11
  47:6,20 48:9,16
  49:13 50:21,23
  52:24 54:6,24
  55:25 57:17,22
  60:11,25 62:18
  64:16 65:14,20
  67:17 70:10 71:23
  72:7 74:5,19 76:7
  77:25 85:7,10
  86:13,16 87:3
  90:17 94:17,25
  96:21 97:17 98:15
  99:7 102:6,11,23
  104:13 110:17
Weisel's 34:5
went 18:25 24:7
  36:14 44:15,16
  50:8 58:13 59:24
  59:25 72:13 76:22
  80:7,9,18 81:25
  84:2,4 92:12
  94:15 117:20
weren't 57:25
  58:25 73:18 85:2
  122:5
we'll 21:11 31:15
  97:10 113:4 114:2
  130:4
we're 4:20 84:13
  98:21
we've 76:5 125:12
  126:10
wheelchair 86:6
WHEREOF
  133:20
White 3:13
willingness 63:16
win 13:20
window 49:8,12

witness 4:3 89:22
  99:2 132:8 133:10
  133:14,20 134:3
woke 80:3 84:22
woman 114:13
wonderful 43:17
Woodbury 4:12
  6:25 118:4
word 41:22 42:4
words 56:20
work 11:24 12:15
  13:12,21,24 15:9
  15:24 16:11 17:6
  17:10 18:3,18
  23:19 25:6 29:3
  40:12,12,17 43:2
  51:19 53:24 54:3
  54:7 56:22 59:23
  68:16,17,17 80:5
  80:8,9 81:20 85:3
  85:3 87:12 88:17
  88:20 89:25
  101:18 106:3
  113:11,17 115:16
  115:21 116:18
worked 14:4,7 15:8
  18:19 20:12 32:25
  35:10 51:21,22
  57:4 58:8 69:14
  78:24 82:25 86:14
  92:9 116:16,17
  123:2,8
worker 126:15
working 11:9,11,12
  12:5 15:11 18:9
  19:9 21:5,23
  23:14 25:4 35:10
  35:20 41:16 43:8
  43:9 47:16 48:13
  53:21,23 54:11,15
  63:23 69:25 79:3
  88:22,24,24 112:2
  120:15 121:15
  125:6,8 128:9
worry 45:18
worse 83:5 127:16

127:17
wouldn't 25:20
  40:5 50:5 93:23
  106:13
wrong 34:21,21
  50:17 114:15
  115:2
www.MagnaLS.c...
  1:25

**X**

X 1:2,13 134:2
XXX-XX-4551 8:6

**Y**

yeah 5:5 10:17
  12:23 14:25 22:18
  26:16 27:19 29:25
  42:4 43:22 44:2
  45:24 53:13 55:9
  57:9,23 58:23
  59:12 67:15 68:7
  72:8 88:19 89:22
  90:5 92:21 100:18
  104:7,19,22 111:7
  111:25 113:25
  114:9 115:7 118:2
  120:23 121:24
  123:24 124:8
  125:5 126:3
  128:20 131:4
year 9:2 12:5 13:22
  13:23 14:8 18:2
  32:24 39:18 40:15
  40:15 44:5,8,10
  44:12 52:13,16,20
  52:21 53:4,5,12
  53:12,20 58:7
  66:22 75:7 78:16
  79:11 104:9 105:3
years 7:5 13:24,25
  14:2,5,7 18:3,9
  22:9 23:12 30:21
  38:16 41:15 44:2
  81:5 82:23,24
York 1:16 2:8,9 3:7

3:13 4:13 6:25
  8:25 9:20 10:2,19
  11:3,4 13:7,11,12
  15:11 17:23 21:18
  28:22 29:4 133:3
  133:8
young 24:8 25:22

**Z**

Z 4:2

**$**

$40 131:19
$59 131:15
$63 131:12

**0**

09:37:56 4:13,14
09:38:01 4:15,16
09:38:03 4:17
09:38:06 4:18
09:38:08 4:19
09:38:10 4:20
09:38:12 4:21
09:38:14 4:22,23
09:38:16 4:24
09:38:18 4:25
09:38:20 5:2
09:38:22 5:3
09:38:24 5:4
09:38:26 5:5
09:38:27 5:6
09:38:30 5:7
09:38:31 5:8
09:38:33 5:9
09:38:36 5:10
09:38:37 5:11
09:38:40 5:12
09:38:42 5:13
09:38:43 5:14
09:38:46 5:15
09:38:48 5:16
09:38:50 5:17
09:38:52 5:18,19
09:38:54 5:20
09:38:55 5:21



| | | | | |
|---|---|---|---|---|
| 09:39:00 5:22 | 09:40:54 8:9 | 09:42:57 10:10 | 09:45:36 12:13 | 09:48:29 14:18 |
| 09:39:03 5:23 | 09:40:55 8:10 | 09:43:00 10:11,12 | 09:45:41 12:14 | 09:48:34 14:19 |
| 09:39:05 5:24 | 09:40:56 8:11 | 09:43:02 10:13 | 09:45:43 12:15 | 09:48:38 14:20 |
| 09:39:08 5:25 6:2 | 09:40:58 8:12 | 09:43:08 10:14,15 | 09:45:46 12:16 | 09:48:40 14:21 |
| 09:39:09 6:3 | 09:41:01 8:13 | 09:43:12 10:16,17 | 09:45:48 12:17,18 | 09:48:42 14:22 |
| 09:39:10 6:4 | 09:41:05 8:14,15 | 09:43:13 10:18 | 09:45:54 12:19 | 09:48:46 14:23,24 |
| 09:39:11 6:5,6 | 09:41:07 8:16 | 09:43:17 10:19 | 09:45:57 12:20 | 09:48:47 14:25 |
| 09:39:13 6:7 | 09:41:08 8:17 | 09:43:18 10:20,21 | 09:46:05 12:21,22 | 09:48:49 15:2 |
| 09:39:17 6:8,9 | 09:41:10 8:18 | 09:43:21 10:22 | 09:46:07 12:23 | 09:48:53 15:3 |
| 09:39:20 6:10 | 09:41:12 8:19 | 09:43:24 10:23 | 09:46:11 12:24 | 09:48:54 15:4 |
| 09:39:22 6:11 | 09:41:13 8:20 | 09:43:25 10:24 | 09:46:14 12:25 | 09:48:55 15:5 |
| 09:39:23 6:12,13 | 09:41:19 8:21 | 09:43:29 10:25 | 09:46:18 13:2 | 09:48:56 15:6 |
| 09:39:26 6:14 | 09:41:22 8:22 | 09:43:33 11:2 | 09:46:21 13:3 | 09:49:03 15:7 |
| 09:39:29 6:15,16 | 09:41:26 8:23 | 09:43:37 11:3 | 09:46:22 13:4 | 09:49:05 15:8 |
| 09:39:31 6:17 | 09:41:28 8:24 | 09:43:41 11:4 | 09:46:23 13:5 | 09:49:10 15:9 |
| 09:39:33 6:18 | 09:41:30 8:25 | 09:43:46 11:5 | 09:46:24 13:6 | 09:49:11 15:10 |
| 09:39:34 6:19 | 09:41:31 9:2 | 09:43:49 11:6 | 09:46:25 13:7 | 09:49:14 15:11 |
| 09:39:37 6:20 | 09:41:35 9:3 | 09:43:56 11:7 | 09:46:30 13:8,9 | 09:49:16 15:12,13 |
| 09:39:41 6:21 | 09:41:36 9:4 | 09:43:58 11:8 | 09:46:31 13:10 | 09:49:19 15:14 |
| 09:39:45 6:22 | 09:41:38 9:5,6 | 09:44:00 11:9 | 09:46:46 13:11,12 | 09:49:21 15:15 |
| 09:39:46 6:23,24 | 09:41:43 9:7 | 09:44:04 11:10 | 09:46:52 13:13,14 | 09:49:22 15:16 |
| 09:39:49 6:25 | 09:41:46 9:8 | 09:44:06 11:11 | 09:46:53 13:15 | 09:49:24 15:17 |
| 09:39:51 7:3 | 09:41:50 9:9 | 09:44:08 11:12 | 09:46:59 13:16,17 | 09:49:26 15:18 |
| 09:39:52 7:4 | 09:41:52 9:10 | 09:44:12 11:13 | 09:47:00 13:18 | 09:49:27 15:19 |
| 09:39:59 7:5 | 09:41:57 9:11 | 09:44:17 11:14 | 09:47:04 13:19 | 09:49:28 15:20 |
| 09:40:01 7:6 | 09:41:59 9:12,13 | 09:44:22 11:15 | 09:47:09 13:20 | 09:49:29 15:21 |
| 09:40:02 7:7 | 09:42:01 9:14 | 09:44:23 11:16 | 09:47:14 13:21 | 09:49:30 15:22 |
| 09:40:06 7:8,9 | 09:42:03 9:15 | 09:44:25 11:17 | 09:47:17 13:22 | 09:49:33 15:23 |
| 09:40:08 7:10 | 09:42:05 9:16 | 09:44:27 11:18 | 09:47:22 13:23 | 09:49:35 15:24 |
| 09:40:09 7:11 | 09:42:09 9:17 | 09:44:31 11:19 | 09:47:25 13:24 | 09:49:36 15:25 |
| 09:40:11 7:12,13 | 09:42:10 9:18 | 09:44:36 11:20 | 09:47:28 13:25 | 09:49:38 16:2 |
| 09:40:13 7:14 | 09:42:12 9:19 | 09:44:41 11:21 | 09:47:31 14:2 | 09:49:42 16:3 |
| 09:40:16 7:15 | 09:42:15 9:20 | 09:44:45 11:22 | 09:47:37 14:3 | 09:49:44 16:4 |
| 09:40:17 7:16 | 09:42:19 9:21 | 09:44:48 11:23,24 | 09:47:47 14:4 | 09:49:49 16:5 |
| 09:40:18 7:17 | 09:42:21 9:22 | 09:44:50 11:25 | 09:47:49 14:5 | 09:49:55 16:6 |
| 09:40:19 7:18,19 | 09:42:24 9:23 | 09:44:51 12:2 | 09:47:50 14:6 | 09:50:02 16:7 |
| 09:40:21 7:20,21 | 09:42:27 9:24 | 09:44:53 12:3 | 09:47:53 14:7 | 09:50:06 16:8 |
| 09:40:22 7:22 | 09:42:30 9:25 | 09:44:54 12:4 | 09:47:56 14:8 | 09:50:10 16:9 |
| 09:40:23 7:23 | 09:42:32 10:2 | 09:45:05 12:5 | 09:48:01 14:9 | 09:50:14 16:10 |
| 09:40:24 7:24,25 | 09:42:34 10:3 | 09:45:12 12:6 | 09:48:03 14:10 | 09:50:20 16:11 |
| 09:40:25 8:2 | 09:42:35 10:4 | 09:45:15 12:7 | 09:48:04 14:11 | 09:50:25 16:12,13 |
| 09:40:28 8:3 | 09:42:38 10:5 | 09:45:22 12:8 | 09:48:08 14:12 | 09:50:28 16:14 |
| 09:40:30 8:4 | 09:42:42 10:6 | 09:45:24 12:9 | 09:48:09 14:13 | 09:50:31 16:15 |
| 09:40:32 8:5,6 | 09:42:48 10:7 | 09:45:25 12:10 | 09:48:12 14:14 | 09:50:34 16:16 |
| 09:40:49 8:7 | 09:42:51 10:8 | 09:45:27 12:11 | 09:48:13 14:15 | 09:50:37 16:17 |
| 09:40:52 8:8 | 09:42:55 10:9 | 09:45:33 12:12 | 09:48:17 14:16,17 | 09:50:40 16:18 |



| | | | | |
|---|---|---|---|---|
| 09:50:44 16:19 | 09:53:07 18:21 | 09:55:39 20:19 | 09:58:05 22:19 | 10:00:38 24:15 |
| 09:50:49 16:20 | 09:53:10 18:22 | 09:55:44 20:20 | 09:58:07 22:20 | 10:00:45 24:16 |
| 09:50:52 16:21 | 09:53:15 18:23 | 09:55:46 20:21 | 09:58:08 22:21 | 10:00:47 24:17 |
| 09:50:58 16:22 | 09:53:19 18:24 | 09:55:50 20:22 | 09:58:10 22:22 | 10:00:50 24:18 |
| 09:51:00 16:23 | 09:53:23 18:25 | 09:55:53 20:23 | 09:58:12 22:23 | 10:00:51 24:19 |
| 09:51:02 16:24 | 09:53:25 19:2 | 09:55:56 20:24 | 09:58:15 22:24 | 10:00:53 24:20 |
| 09:51:09 16:25 | 09:53:26 19:3 | 09:56:02 20:25 | 09:58:18 22:25 | 10:00:57 24:21 |
| 09:51:14 17:2 | 09:53:28 19:4 | 09:56:04 21:2 | 09:58:21 23:2 | 10:01:00 24:22 |
| 09:51:16 17:3 | 09:53:30 19:5 | 09:56:08 21:3 | 09:58:22 23:3 | 10:01:04 24:23 |
| 09:51:18 17:4 | 09:53:34 19:6 | 09:56:10 21:4 | 09:58:24 23:4 | 10:01:07 24:24 |
| 09:51:22 17:5,6 | 09:53:37 19:7 | 09:56:12 21:5 | 09:58:28 23:5 | 10:01:11 24:25 |
| 09:51:24 17:7 | 09:53:40 19:8 | 09:56:18 21:6 | 09:58:33 23:6 | 10:01:20 25:2 |
| 09:51:26 17:8 | 09:53:46 19:9 | 09:56:21 21:7 | 09:58:39 23:7 | 10:01:21 25:3 |
| 09:51:27 17:9 | 09:53:47 19:10 | 09:56:26 21:8 | 09:58:47 23:8 | 10:01:23 25:4 |
| 09:51:28 17:10 | 09:53:50 19:11 | 09:56:29 21:9 | 09:58:54 23:9 | 10:01:25 25:5 |
| 09:51:30 17:11 | 09:53:56 19:12 | 09:56:33 21:10 | 09:58:58 23:10 | 10:01:29 25:6 |
| 09:51:33 17:12 | 09:53:58 19:13 | 09:56:34 21:11 | 09:59:04 23:11 | 10:01:31 25:7 |
| 09:51:35 17:13 | 09:54:01 19:14 | 09:56:37 21:12 | 09:59:08 23:12 | 10:01:34 25:8 |
| 09:51:38 17:14 | 09:54:04 19:15 | 09:56:40 21:13,14 | 09:59:11 23:13 | 10:01:36 25:9 |
| 09:51:41 17:15 | 09:54:06 19:16 | 09:56:42 21:15 | 09:59:15 23:14 | 10:01:37 25:10 |
| 09:51:44 17:16 | 09:54:07 19:17 | 09:56:45 21:16 | 09:59:19 23:15 | 10:01:42 25:11 |
| 09:51:47 17:17 | 09:54:08 19:18 | 09:56:48 21:17 | 09:59:24 23:16 | 10:01:45 25:12 |
| 09:51:51 17:18 | 09:54:11 19:19 | 09:56:51 21:18 | 09:59:28 23:17 | 10:01:48 25:13 |
| 09:51:54 17:19 | 09:54:13 19:20 | 09:56:59 21:19 | 09:59:30 23:18 | 10:01:51 25:14 |
| 09:51:56 17:20 | 09:54:14 19:21 | 09:57:01 21:20 | 09:59:32 23:19 | 10:01:53 25:15,16 |
| 09:52:01 17:21 | 09:54:16 19:22 | 09:57:05 21:21 | 09:59:36 23:20 | 10:01:55 25:17 |
| 09:52:03 17:22 | 09:54:17 19:23 | 09:57:07 21:22 | 09:59:42 23:21 | 10:01:57 25:18,19 |
| 09:52:07 17:23,24 | 09:54:19 19:24 | 09:57:11 21:23 | 09:59:46 23:22 | 10:02:00 25:20 |
| 09:52:10 17:25 | 09:54:20 19:25 | 09:57:13 21:24,25 | 09:59:49 23:23 | 10:02:03 25:21 |
| 09:52:15 18:2 | 09:54:24 20:2 | 09:57:15 22:2 | 09:59:53 23:24 | 10:02:06 25:22 |
| 09:52:19 18:3 | 09:54:38 20:3 | 09:57:18 22:3 | 09:59:55 23:25 | 10:02:11 25:23,24 |
| 09:52:22 18:4 | 09:54:44 20:4 | 09:57:20 22:4 | | 10:02:13 25:25 |
| 09:52:25 18:5 | 09:54:46 20:5 | 09:57:22 22:5 | **1** | 10:02:16 26:2 |
| 09:52:26 18:6 | 09:54:49 20:6 | 09:57:28 22:6 | 1/31/16 31:5 134:8 | 10:02:19 26:3,4 |
| 09:52:31 18:7 | 09:54:54 20:7 | 09:57:30 22:7 | 10:00:00 24:2 | 10:02:21 26:5 |
| 09:52:33 18:8 | 09:55:02 20:8 | 09:57:32 22:8 | 10:00:04 24:3 | 10:02:22 26:6 |
| 09:52:38 18:9 | 09:55:04 20:9 | 09:57:35 22:9 | 10:00:05 24:4 | 10:02:25 26:7,8 |
| 09:52:39 18:10 | 09:55:08 20:10 | 09:57:37 22:10 | 10:00:12 24:5 | 10:02:27 26:9 |
| 09:52:43 18:11 | 09:55:10 20:11 | 09:57:48 22:11 | 10:00:14 24:6 | 10:02:28 26:10 |
| 09:52:45 18:12,13 | 09:55:15 20:12 | 09:57:52 22:12 | 10:00:16 24:7 | 10:02:31 26:11 |
| 09:52:47 18:14 | 09:55:21 20:13 | 09:57:53 22:13 | 10:00:17 24:8 | 10:02:36 26:12 |
| 09:52:48 18:15,16 | 09:55:26 20:14 | 09:57:54 22:14 | 10:00:19 24:9 | 10:02:41 26:13 |
| 09:52:49 18:17 | 09:55:27 20:15 | 09:57:57 22:15 | 10:00:20 24:10,11 | 10:02:43 26:14 |
| 09:52:51 18:18 | 09:55:32 20:16 | 09:57:59 22:16 | 10:00:21 24:12 | 10:02:46 26:15 |
| 09:52:55 18:19 | 09:55:35 20:17 | 09:58:01 22:17 | 10:00:26 24:13 | 10:02:47 26:16 |
| 09:53:01 18:20 | 09:55:37 20:18 | 09:58:02 22:18 | 10:00:33 24:14 | 10:02:48 26:17 |



| | | | | |
|---|---|---|---|---|
| 10:02:49 26:18 | 10:05:22 28:18 | 10:07:25 30:20 | 10:10:39 33:3 | 10:12:37 35:5,6 |
| 10:02:50 26:19 | 10:05:24 28:19 | 10:07:34 30:21 | 10:10:41 33:4 | 10:12:40 35:7 |
| 10:02:57 26:20 | 10:05:26 28:20 | 10:07:36 30:22 | 10:10:47 33:5 | 10:12:44 35:8 |
| 10:03:01 26:21 | 10:05:28 28:21 | 10:07:40 30:23 | 10:10:50 33:6 | 10:12:47 35:9 |
| 10:03:05 26:22 | 10:05:31 28:22 | 10:07:43 30:24,25 | 10:10:53 33:7 | 10:12:50 35:10 |
| 10:03:08 26:23 | 10:05:35 28:23 | 10:07:46 31:2 | 10:10:56 33:8 | 10:12:53 35:11 |
| 10:03:12 26:24 | 10:05:38 28:24 | 10:07:49 31:6,7 | 10:10:59 33:9 | 10:12:58 35:12 |
| 10:03:16 26:25 | 10:05:40 28:25 29:2 | 10:08:51 31:8 | 10:11:01 33:10 | 10:13:05 35:13 |
| 10:03:24 27:2 | 10:05:43 29:3 | 10:08:55 31:9 | 10:11:02 33:11 | 10:13:08 35:14 |
| 10:03:31 27:3 | 10:05:45 29:4 | 10:08:57 31:10 | 10:11:05 33:12 | 10:13:10 35:15 |
| 10:03:34 27:4 | 10:05:50 29:5 | 10:09:01 31:11 | 10:11:07 33:13 | 10:13:13 35:16,17 |
| 10:03:40 27:5 | 10:05:54 29:6 | 10:09:03 31:12 | 10:11:09 33:14 | 10:13:17 35:18 |
| 10:03:45 27:6 | 10:05:56 29:7 | 10:09:04 31:13 | 10:11:11 33:15 | 10:13:20 35:19 |
| 10:03:49 27:7 | 10:05:57 29:8 | 10:09:07 31:14 | 10:11:13 33:16 | 10:13:23 35:20 |
| 10:03:53 27:8 | 10:06:01 29:9 | 10:09:08 31:15 | 10:11:15 33:17 | 10:13:25 35:21 |
| 10:03:59 27:9 | 10:06:03 29:10 | 10:09:10 31:16,17 | 10:11:16 33:18 | 10:13:27 35:22 |
| 10:04:03 27:10 | 10:06:04 29:11 | 10:09:11 31:18 | 10:11:17 33:19 | 10:13:30 35:23 |
| 10:04:06 27:11 | 10:06:06 29:12 | 10:09:14 31:19 | 10:11:19 33:20 | 10:13:34 35:24,25 |
| 10:04:09 27:12 | 10:06:08 29:13 | 10:09:16 31:20 | 10:11:20 33:21 | 36:2 |
| 10:04:12 27:13 | 10:06:11 29:14 | 10:09:17 31:21 | 10:11:24 33:22 | 10:13:36 36:3 |
| 10:04:13 27:14 | 10:06:14 29:15 | 10:09:19 31:22 | 10:11:26 33:23,24 | 10:13:40 36:4 |
| 10:04:16 27:15 | 10:06:17 29:16 | 10:09:34 31:23 | 10:11:29 33:25 | 10:13:41 36:5 |
| 10:04:18 27:16 | 10:06:20 29:17 | 10:09:35 31:24 | 10:11:31 34:2 | 10:13:43 36:6,7 |
| 10:04:21 27:17 | 10:06:24 29:18 | 10:09:38 31:25 32:2 | 10:11:35 34:3 | 10:13:46 36:8 |
| 10:04:23 27:18 | 10:06:27 29:19 | 32:3 | 10:11:38 34:4 | 10:13:48 36:9,10 |
| 10:04:26 27:19 | 10:06:29 29:20 | 10:09:40 32:4 | 10:11:39 34:5 | 10:13:49 36:11 |
| 10:04:28 27:20 | 10:06:31 29:21 | 10:09:42 32:5 | 10:11:41 34:6 | 10:13:51 36:12,13 |
| 10:04:31 27:21 | 10:06:32 29:22 | 10:09:43 32:6 | 10:11:44 34:7 | 10:13:53 36:14 |
| 10:04:33 27:22 | 10:06:34 29:23 | 10:09:45 32:7,8 | 10:11:47 34:8 | 10:13:57 36:15 |
| 10:04:37 27:23 | 10:06:37 29:24,25 | 10:09:46 32:9 | 10:11:51 34:9 | 10:13:59 36:16 |
| 10:04:38 27:24 | 10:06:38 30:2 | 10:09:48 32:10 | 10:11:53 34:10 | 10:14:01 36:17 |
| 10:04:39 27:25 | 10:06:39 30:3 | 10:09:50 32:11,12 | 10:11:56 34:11 | 10:14:04 36:18 |
| 10:04:43 28:2 | 10:06:41 30:4 | 10:09:51 32:13 | 10:11:58 34:12 | 10:14:05 36:19 |
| 10:04:47 28:3 | 10:06:43 30:5 | 10:10:01 32:14 | 10:12:01 34:13 | 10:14:08 36:20 |
| 10:04:48 28:4 | 10:06:49 30:6 | 10:10:03 32:15 | 10:12:03 34:14 | 10:14:10 36:21 |
| 10:04:50 28:5,6 | 10:06:52 30:7 | 10:10:06 32:16 | 10:12:04 34:15 | 10:14:12 36:22 |
| 10:04:53 28:7 | 10:06:58 30:8,9 | 10:10:11 32:17 | 10:12:12 34:16,17 | 10:14:14 36:23 |
| 10:04:55 28:8 | 10:07:00 30:10 | 10:10:12 32:18 | 10:12:13 34:18 | 10:14:16 36:24 |
| 10:04:57 28:9,10 | 10:07:02 30:11 | 10:10:15 32:19 | 10:12:15 34:19 | 10:14:19 36:25 |
| 10:04:59 28:11 | 10:07:03 30:12 | 10:10:18 32:20 | 10:12:18 34:20 | 10:14:22 37:2,3 |
| 10:05:01 28:12 | 10:07:10 30:13 | 10:10:21 32:21 | 10:12:21 34:21 | 10:14:24 37:4 |
| 10:05:05 28:13 | 10:07:12 30:14 | 10:10:24 32:22 | 10:12:24 34:22 | 10:14:27 37:5 |
| 10:05:08 28:14 | 10:07:14 30:15 | 10:10:28 32:23 | 10:12:27 34:23 | 10:14:28 37:6 |
| 10:05:10 28:15 | 10:07:17 30:16 | 10:10:31 32:24 | 10:12:28 34:24,25 | 10:14:30 37:7 |
| 10:05:16 28:16 | 10:07:18 30:17,18 | 10:10:34 32:25 | 10:12:32 35:2,3 | 10:14:33 37:8 |
| 10:05:18 28:17 | 10:07:19 30:19 | 10:10:37 33:2 | 10:12:35 35:4 | 10:14:39 37:9 |



| | | | | |
|---|---|---|---|---|
| 10:14:44 37:10 | 10:17:26 39:9 | 10:20:01 41:10,11 | 10:22:30 43:12 | 10:24:36 45:16 |
| 10:14:47 37:11 | 10:17:28 39:10 | 10:20:05 41:12 | 10:22:31 43:13,14 | 10:24:38 45:17 |
| 10:14:51 37:12 | 10:17:40 39:11 | 10:20:06 41:13 | 10:22:33 43:15 | 10:24:39 45:18 |
| 10:14:57 37:13 | 10:17:43 39:12 | 10:20:09 41:14 | 10:22:36 43:16 | 10:24:40 45:19 |
| 10:15:01 37:14 | 10:17:45 39:13,14 | 10:20:12 41:15 | 10:22:37 43:17 | 10:24:43 45:20 |
| 10:15:04 37:15 | 10:17:47 39:15 | 10:20:18 41:16 | 10:22:39 43:18,19 | 10:24:46 45:21,22 |
| 10:15:09 37:16,17 | 10:17:53 39:16 | 10:20:21 41:17 | 10:22:43 43:20 | 10:24:49 45:23 |
| 10:15:11 37:18 | 10:17:54 39:17 | 10:20:24 41:18 | 10:22:44 43:21 | 10:24:50 45:24 |
| 10:15:16 37:19 | 10:17:56 39:18 | 10:20:28 41:19 | 10:22:45 43:22 | 10:24:53 45:25 |
| 10:15:20 37:20 | 10:18:04 39:19 | 10:20:32 41:20 | 10:22:48 43:23 | 10:25:03 46:2 |
| 10:15:23 37:21 | 10:18:09 39:20 | 10:20:34 41:21 | 10:22:50 43:24,25 | 10:25:06 46:3 |
| 10:15:28 37:22 | 10:18:13 39:21 | 10:20:36 41:22 | 10:22:54 44:2 | 10:25:08 46:4 |
| 10:15:31 37:23 | 10:18:17 39:22 | 10:20:38 41:23,24 | 10:22:57 44:3 | 10:25:14 46:5,6 |
| 10:15:35 37:24 | 10:18:19 39:23 | 10:20:39 41:25 42:2 | 10:23:00 44:4 | 10:25:17 46:7 |
| 10:15:36 37:25 | 10:18:22 39:24 | 42:3 | 10:23:03 44:5 | 10:25:18 46:8 |
| 10:15:38 38:2 | 10:18:27 39:25 | 10:20:40 42:4 | 10:23:04 44:6,7 | 10:25:20 46:9 |
| 10:15:40 38:3 | 10:18:32 40:2 | 10:20:42 42:5 | 10:23:07 44:8 | 10:25:27 46:10 |
| 10:15:44 38:4 | 10:18:37 40:3 | 10:20:45 42:6 | 10:23:08 44:9 | 10:25:33 46:11 |
| 10:15:50 38:5 | 10:18:42 40:4 | 10:20:48 42:7,8 | 10:23:11 44:10 | 10:25:38 46:12 |
| 10:15:55 38:6 | 10:18:45 40:5 | 10:20:50 42:9 | 10:23:15 44:11 | 10:25:45 46:13 |
| 10:15:59 38:7 | 10:18:47 40:6 | 10:20:53 42:10 | 10:23:16 44:12 | 10:25:47 46:14 |
| 10:16:01 38:8 | 10:18:51 40:7 | 10:20:57 42:11 | 10:23:21 44:13 | 10:25:48 46:15 |
| 10:16:04 38:9 | 10:18:52 40:8 | 10:21:01 42:12 | 10:23:24 44:14 | 10:25:51 46:16 |
| 10:16:08 38:10 | 10:19:01 40:9 | 10:21:09 42:13 | 10:23:28 44:15 | 10:25:56 46:17 |
| 10:16:11 38:11 | 10:19:03 40:10 | 10:21:12 42:14 | 10:23:34 44:16 | 10:26:02 46:18 |
| 10:16:13 38:12 | 10:19:05 40:11 | 10:21:14 42:15 | 10:23:37 44:17 | 10:26:04 46:19 |
| 10:16:16 38:13 | 10:19:06 40:12 | 10:21:17 42:16 | 10:23:40 44:18 | 10:26:08 46:20 |
| 10:16:20 38:14 | 10:19:09 40:13 | 10:21:21 42:17 | 10:23:43 44:19 | 10:26:10 46:21 |
| 10:16:22 38:15 | 10:19:12 40:14 | 10:21:25 42:18 | 10:23:46 44:20 | 10:26:13 46:22 |
| 10:16:24 38:16 | 10:19:13 40:15 | 10:21:29 42:19 | 10:23:48 44:21 | 10:26:16 46:23 |
| 10:16:29 38:17 | 10:19:16 40:16 | 10:21:32 42:20 | 10:23:51 44:22 | 10:26:17 46:24 |
| 10:16:34 38:18 | 10:19:18 40:17 | 10:21:38 42:21 | 10:23:55 44:23 | 10:26:19 46:25 |
| 10:16:38 38:19 | 10:19:21 40:18 | 10:21:43 42:22 | 10:23:59 44:24 | 10:26:22 47:2 |
| 10:16:40 38:20 | 10:19:24 40:19 | 10:21:49 42:23 | 10:24:01 44:25 45:2 | 10:26:24 47:3 |
| 10:16:43 38:21 | 10:19:27 40:20 | 10:21:54 42:24 | 10:24:03 45:3 | 10:26:27 47:4 |
| 10:16:44 38:22 | 10:19:28 40:21,22 | 10:22:00 42:25 | 10:24:07 45:4 | 10:26:30 47:5 |
| 10:16:47 38:23 | 10:19:30 40:23 | 10:22:05 43:2 | 10:24:09 45:5 | 10:26:33 47:6 |
| 10:16:48 38:24 | 10:19:32 40:24 | 10:22:08 43:3 | 10:24:15 45:6 | 10:26:40 47:7 |
| 10:16:51 38:25 | 10:19:40 40:25 | 10:22:12 43:4 | 10:24:17 45:7 | 10:26:42 47:8 |
| 10:16:54 39:2 | 10:19:43 41:2 | 10:22:16 43:5 | 10:24:20 45:8 | 10:26:43 47:9 |
| 10:16:59 39:3 | 10:19:45 41:3 | 10:22:19 43:6 | 10:24:25 45:9 | 10:26:44 47:10 |
| 10:17:11 39:4 | 10:19:48 41:4 | 10:22:21 43:7 | 10:24:28 45:10 | 10:26:46 47:11 |
| 10:17:15 39:5 | 10:19:50 41:5 | 10:22:23 43:8 | 10:24:30 45:11,12 | 10:26:53 47:12 |
| 10:17:20 39:6 | 10:19:55 41:6,7 | 10:22:26 43:9 | 10:24:31 45:13 | 10:26:55 47:13 |
| 10:17:23 39:7 | 10:19:56 41:8 | 10:22:27 43:10 | 10:24:32 45:14 | 10:26:56 47:14,15 |
| 10:17:24 39:8 | 10:19:58 41:9 | 10:22:28 43:11 | 10:24:34 45:15 | 10:26:58 47:16 |



| | | | | |
|---|---|---|---|---|
| **10:27:01** 47:17 | **10:29:44** 49:17 | **10:32:11** 51:20 | **10:34:52** 53:21 | **10:37:23** 55:23 |
| **10:27:03** 47:18 | **10:29:47** 49:18 | **10:32:12** 51:21 | **10:34:54** 53:22 | **10:37:24** 55:24 |
| **10:27:07** 47:19,20 | **10:29:49** 49:19 | **10:32:15** 51:22 | **10:34:55** 53:23 | **10:37:26** 55:25 |
| **10:27:10** 47:21 | **10:29:53** 49:20 | **10:32:18** 51:23 | **10:35:00** 53:24 | **10:37:30** 56:2 |
| **10:27:13** 47:22 | **10:29:56** 49:21 | **10:32:23** 51:24,25 | **10:35:04** 53:25 | **10:37:32** 56:3 |
| **10:27:15** 47:23 | **10:29:59** 49:22 | **10:32:26** 52:2 | **10:35:05** 54:2 | **10:37:39** 56:4 |
| **10:27:19** 47:24 | **10:30:03** 49:23 | **10:32:27** 52:3 | **10:35:07** 54:3 | **10:37:44** 56:5 |
| **10:27:25** 47:25 | **10:30:04** 49:24 | **10:32:29** 52:4 | **10:35:10** 54:4 | **10:37:50** 56:6 |
| **10:27:30** 48:2 | **10:30:05** 49:25 50:2 | **10:32:36** 52:5 | **10:35:16** 54:5 | **10:37:51** 56:7 |
| **10:27:34** 48:3 | **10:30:08** 50:3 | **10:32:42** 52:6,7 | **10:35:20** 54:6 | **10:37:55** 56:8 |
| **10:27:37** 48:4 | **10:30:11** 50:4 | **10:32:45** 52:8 | **10:35:22** 54:7 | **10:38:00** 56:9 |
| **10:27:44** 48:5 | **10:30:14** 50:5 | **10:32:46** 52:9 | **10:35:25** 54:8 | **10:38:04** 56:10 |
| **10:27:48** 48:6 | **10:30:16** 50:6 | **10:32:50** 52:10 | **10:35:26** 54:9 | **10:38:05** 56:11 |
| **10:27:51** 48:7 | **10:30:19** 50:7 | **10:32:53** 52:11 | **10:35:28** 54:10 | **10:38:09** 56:12 |
| **10:27:52** 48:8 | **10:30:22** 50:8 | **10:32:54** 52:12 | **10:35:31** 54:11 | **10:38:14** 56:13 |
| **10:27:56** 48:9 | **10:30:25** 50:9 | **10:32:57** 52:13 | **10:35:32** 54:12 | **10:38:16** 56:14 |
| **10:27:58** 48:10 | **10:30:29** 50:10 | **10:33:05** 52:14 | **10:35:35** 54:13 | **10:38:18** 56:15 |
| **10:28:02** 48:11 | **10:30:33** 50:11 | **10:33:09** 52:15 | **10:35:38** 54:14 | **10:38:20** 56:16 |
| **10:28:05** 48:12 | **10:30:35** 50:12 | **10:33:11** 52:16 | **10:35:40** 54:16,17 | **10:38:27** 56:17 |
| **10:28:07** 48:13 | **10:30:38** 50:13 | **10:33:14** 52:17 | 54:18 | **10:38:31** 56:18 |
| **10:28:09** 48:14 | **10:30:41** 50:14 | **10:33:18** 52:18 | **10:35:42** 54:19,20 | **10:38:32** 56:19 |
| **10:28:18** 48:15 | **10:30:44** 50:15 | **10:33:22** 52:19 | **10:35:45** 54:21 | **10:38:35** 56:20 |
| **10:28:23** 48:16 | **10:30:47** 50:16 | **10:33:25** 52:20 | **10:35:46** 54:22 | **10:38:37** 56:21 |
| **10:28:25** 48:17 | **10:30:52** 50:17 | **10:33:30** 52:21 | **10:35:51** 54:23 | **10:38:40** 56:22 |
| **10:28:27** 48:18 | **10:30:56** 50:18 | **10:33:34** 52:22 | **10:35:54** 54:24 | **10:38:45** 56:23 |
| **10:28:28** 48:19 | **10:30:59** 50:19,20 | **10:33:36** 52:23 | **10:35:57** 54:25 | **10:38:49** 56:24 |
| **10:28:29** 48:20 | **10:31:03** 50:22,23 | **10:33:38** 52:24 | **10:35:59** 55:2 | **10:38:52** 56:25 |
| **10:28:30** 48:21 | **10:31:16** 50:24 | **10:33:44** 52:25 | **10:36:01** 55:3 | **10:38:56** 57:2 |
| **10:28:32** 48:22 | **10:31:17** 50:25 | **10:33:48** 53:2 | **10:36:03** 55:4 | **10:39:00** 57:3 |
| **10:28:33** 48:23,24 | **10:31:19** 51:2 | **10:33:52** 53:3 | **10:36:05** 55:5 | **10:39:06** 57:4 |
| **10:28:35** 48:25 | **10:31:20** 51:3 | **10:33:55** 53:4 | **10:36:11** 55:6 | **10:39:09** 57:5 |
| **10:28:38** 49:2 | **10:31:23** 51:4,5 | **10:34:00** 53:5 | **10:36:12** 55:7 | **10:39:11** 57:6 |
| **10:28:42** 49:3 | **10:31:26** 51:6 | **10:34:05** 53:6,7 | **10:36:14** 55:8 | **10:39:13** 57:7 |
| **10:28:49** 49:4 | **10:31:29** 51:7 | **10:34:08** 53:8 | **10:36:18** 55:9,10 | **10:39:16** 57:8 |
| **10:28:55** 49:5 | **10:31:30** 51:8 | **10:34:12** 53:9 | **10:36:19** 55:11 | **10:39:18** 57:9 |
| **10:28:58** 49:6 | **10:31:33** 51:9 | **10:34:15** 53:10 | **10:36:22** 55:12 | **10:39:21** 57:10 |
| **10:29:03** 49:7 | **10:31:38** 51:10 | **10:34:17** 53:11 | **10:36:25** 55:13 | **10:39:23** 57:11 |
| **10:29:06** 49:8 | **10:31:42** 51:11 | **10:34:20** 53:12 | **10:36:30** 55:14 | **10:39:26** 57:12 |
| **10:29:12** 49:9 | **10:31:45** 51:12 | **10:34:22** 53:13 | **10:36:32** 55:15 | **10:39:29** 57:13 |
| **10:29:15** 49:10 | **10:31:49** 51:13 | **10:34:28** 53:14 | **10:36:34** 55:16 | **10:39:31** 57:14 |
| **10:29:17** 49:11 | **10:31:52** 51:14 | **10:34:32** 53:15 | **10:36:39** 55:17 | **10:39:34** 57:15,16 |
| **10:29:20** 49:12 | **10:31:54** 51:15 | **10:34:35** 53:16 | **10:36:43** 55:18 | **10:39:37** 57:17 |
| **10:29:29** 49:13 | **10:31:57** 51:16 | **10:34:39** 53:17 | **10:36:44** 55:19 | **10:39:39** 57:18 |
| **10:29:33** 49:14 | **10:32:02** 51:17 | **10:34:41** 53:18 | **10:36:47** 55:20 | **10:39:43** 57:19 |
| **10:29:37** 49:15 | **10:32:04** 51:18 | **10:34:42** 53:19 | **10:36:53** 55:21 | **10:39:51** 57:20 |
| **10:29:41** 49:16 | **10:32:06** 51:19 | **10:34:47** 53:20 | **10:37:05** 55:22 | **10:39:55** 57:21 |



MAGNA
LEGAL SERVICES

| | | | | |
|---|---|---|---|---|
| **10:39:57** 57:22 | **10:42:23** 59:21 | **10:44:25** 61:21 | **10:47:14** 63:20 | **10:49:25** 65:23 |
| **10:39:59** 57:23 | **10:42:33** 59:22 | **10:44:27** 61:22 | **10:47:16** 63:21,22 | **10:49:27** 65:24 |
| **10:40:03** 57:24 | **10:42:37** 59:23 | **10:44:31** 61:23 | **10:47:20** 63:23 | **10:49:29** 65:25 |
| **10:40:11** 57:25 | **10:42:41** 59:24 | **10:44:34** 61:24 | **10:47:25** 63:25 | **10:49:30** 66:2 |
| **10:40:14** 58:2 | **10:42:44** 59:25 | **10:44:38** 61:25 | **10:47:26** 64:2 | **10:49:32** 66:3 |
| **10:40:17** 58:3 | **10:42:46** 60:2 | **10:44:40** 62:2 | **10:47:31** 64:3 | **10:49:34** 66:4 |
| **10:40:24** 58:4 | **10:42:48** 60:3 | **10:44:42** 62:3 | **10:47:35** 64:4 | **10:49:37** 66:5 |
| **10:40:27** 58:5 | **10:42:49** 60:4 | **10:44:46** 62:4 | **10:47:39** 64:5 | **10:49:43** 66:6 |
| **10:40:34** 58:6 | **10:42:52** 60:5 | **10:44:50** 62:5 | **10:47:40** 64:6 | **10:49:46** 66:7 |
| **10:40:39** 58:7 | **10:42:55** 60:6 | **10:44:54** 62:6 | **10:47:44** 64:7 | **10:49:51** 66:8 |
| **10:40:43** 58:8 | **10:42:59** 60:7 | **10:45:00** 62:7 | **10:47:45** 64:8 | **10:49:56** 66:9 |
| **10:40:46** 58:9 | **10:43:03** 60:8 | **10:45:02** 62:8 | **10:47:48** 64:9 | **10:49:59** 66:10 |
| **10:40:50** 58:10 | **10:43:08** 60:9 | **10:45:06** 62:9 | **10:47:53** 64:10 | **10:50:01** 66:11 |
| **10:40:53** 58:11 | **10:43:09** 60:10 | **10:45:09** 62:10 | **10:47:54** 64:11 | **10:50:03** 66:12 |
| **10:40:57** 58:12 | **10:43:12** 60:11 | **10:45:13** 62:11 | **10:47:57** 64:12 | **10:50:06** 66:13 |
| **10:40:59** 58:13 | **10:43:14** 60:12 | **10:45:16** 62:12 | **10:47:59** 64:13 | **10:50:08** 66:14 |
| **10:41:03** 58:14 | **10:43:15** 60:13 | **10:45:20** 62:13 | **10:48:02** 64:14,15 | **10:50:10** 66:15 |
| **10:41:06** 58:15 | **10:43:16** 60:14 | **10:45:23** 62:14 | **10:48:03** 64:16 | **10:50:12** 66:16 |
| **10:41:10** 58:16 | **10:43:17** 60:15 | **10:45:28** 62:15 | **10:48:06** 64:17 | **10:50:16** 66:17 |
| **10:41:13** 58:17 | **10:43:21** 60:16 | **10:45:29** 62:16 | **10:48:07** 64:18,19 | **10:50:17** 66:18 |
| **10:41:18** 58:18 | **10:43:24** 60:17 | **10:45:31** 62:17 | **10:48:09** 64:20 | **10:50:21** 66:19 |
| **10:41:19** 58:19 | **10:43:26** 60:18 | **10:45:38** 62:18 | **10:48:11** 64:21 | **10:50:22** 66:20 |
| **10:41:22** 58:20 | **10:43:29** 60:19 | **10:45:42** 62:19 | **10:48:12** 64:22 | **10:50:27** 66:21 |
| **10:41:24** 58:21 | **10:43:35** 60:20 | **10:45:45** 62:20 | **10:48:13** 64:23 | **10:50:30** 66:22 |
| **10:41:26** 58:22 | **10:43:36** 60:21 | **10:45:50** 62:21 | **10:48:15** 64:24,25 | **10:50:32** 66:23 |
| **10:41:28** 58:23 | **10:43:39** 60:22 | **10:45:57** 62:22 | **10:48:18** 65:2 | **10:50:36** 66:24 |
| **10:41:32** 58:24 | **10:43:41** 60:23,24 | **10:46:01** 62:23 | **10:48:19** 65:3 | **10:50:39** 66:25 |
| **10:41:34** 58:25 | **10:43:44** 60:25 | **10:46:04** 62:24 | **10:48:23** 65:4 | **10:50:42** 67:2 |
| **10:41:40** 59:2 | **10:43:46** 61:2 | **10:46:07** 62:25 | **10:48:26** 65:5 | **10:50:44** 67:3 |
| **10:41:44** 59:3 | **10:43:47** 61:3 | **10:46:11** 63:2 | **10:48:33** 65:6 | **10:50:46** 67:4 |
| **10:41:47** 59:4 | **10:43:48** 61:4 | **10:46:16** 63:3 | **10:48:39** 65:7 | **10:51:45** 67:8,9 |
| **10:41:49** 59:5 | **10:43:51** 61:5,6 | **10:46:19** 63:4 | **10:48:43** 65:8 | **10:51:47** 67:10 |
| **10:41:50** 59:6 | **10:43:52** 61:7 | **10:46:27** 63:5 | **10:48:47** 65:9 | **10:51:51** 67:11,12 |
| **10:41:53** 59:7 | **10:43:55** 61:8 | **10:46:32** 63:6 | **10:48:49** 65:10 | **10:51:52** 67:13 |
| **10:41:55** 59:8 | **10:43:56** 61:9 | **10:46:36** 63:7 | **10:48:52** 65:11 | **10:51:56** 67:14 |
| **10:41:58** 59:9 | **10:43:57** 61:10 | **10:46:41** 63:8 | **10:48:54** 65:12 | **10:51:57** 67:15 |
| **10:41:59** 59:10 | **10:43:58** 61:11 | **10:46:43** 63:9 | **10:48:56** 65:13 | **10:51:58** 67:16 |
| **10:42:02** 59:11 | **10:44:01** 61:12 | **10:46:46** 63:10 | **10:48:57** 65:14 | **10:52:02** 67:17 |
| **10:42:03** 59:12 | **10:44:05** 61:13 | **10:46:49** 63:11 | **10:49:00** 65:15 | **10:52:04** 67:18 |
| **10:42:04** 59:13 | **10:44:09** 61:14 | **10:46:54** 63:12,13 | **10:49:05** 65:16 | **10:52:05** 67:19 |
| **10:42:05** 59:14 | **10:44:10** 61:15 | **10:46:57** 63:14 | **10:49:10** 65:17 | **10:52:06** 67:20 |
| **10:42:07** 59:15 | **10:44:11** 61:16 | **10:46:58** 63:15 | **10:49:12** 65:18 | **10:52:07** 67:21 |
| **10:42:12** 59:16 | **10:44:12** 61:17 | **10:47:00** 63:16 | **10:49:15** 65:19 | **10:52:08** 67:22 |
| **10:42:14** 59:17,18 | **10:44:14** 61:18 | **10:47:02** 63:17 | **10:49:17** 65:20 | **10:52:10** 67:23,24 |
| **10:42:17** 59:19 | **10:44:18** 61:19 | **10:47:05** 63:18 | **10:49:21** 65:21 | **10:52:11** 67:25 |
| **10:42:21** 59:20 | **10:44:21** 61:20 | **10:47:08** 63:19 | **10:49:24** 65:22 | **10:52:13** 68:2 |



MAGNA
LEGAL SERVICES

| | | | | |
|---|---|---|---|---|
| **10:52:14** 68:3 | **10:54:37** 70:10 | **10:56:40** 72:12 | **10:58:55** 74:15 | **11:00:41** 76:9 |
| **10:52:15** 68:4 | **10:54:40** 70:11 | **10:56:42** 72:13 | **10:58:58** 74:16 | **11:00:49** 76:10 |
| **10:52:19** 68:5 | **10:54:42** 70:12 | **10:56:46** 72:14 | **10:59:00** 74:17 | **11:00:54** 76:11 |
| **10:52:23** 68:6 | **10:54:45** 70:13 | **10:56:52** 72:15 | **10:59:01** 74:18 | **11:00:57** 76:12 |
| **10:52:25** 68:7 | **10:54:47** 70:14 | **10:56:59** 72:16 | **10:59:03** 74:19 | **11:01:01** 76:13 |
| **10:52:30** 68:8 | **10:54:49** 70:15 | **10:57:03** 72:17 | **10:59:07** 74:20 | **11:01:12** 76:14 |
| **10:52:35** 68:9 | **10:54:54** 70:16 | **10:57:08** 72:18 | **10:59:10** 74:21 | **11:01:15** 76:15 |
| **10:52:38** 68:10,11 | **10:54:56** 70:17 | **10:57:10** 72:19 | **10:59:11** 74:22 | **11:01:18** 76:16 |
| **10:52:39** 68:12 | **10:54:57** 70:18 | **10:57:13** 72:20 | **10:59:14** 74:23 | **11:01:22** 76:17 |
| **10:52:41** 68:13 | **10:54:59** 70:19 | **10:57:16** 72:21 | **10:59:16** 74:24 | **11:01:23** 76:18 |
| **10:52:45** 68:14 | **10:55:02** 70:20 | **10:57:19** 72:22 | **10:59:17** 74:25 | **11:01:32** 76:19 |
| **10:52:46** 68:15,16 | **10:55:03** 70:21,22 | **10:57:21** 72:23 | **10:59:18** 75:2 | **11:01:35** 76:20 |
| **10:52:49** 68:17 | **10:55:04** 70:23 | **10:57:23** 72:24 | **10:59:22** 75:3,4 | **11:01:38** 76:21 |
| **10:52:51** 68:18 | **10:55:05** 70:24 | **10:57:24** 72:25 | **10:59:27** 75:5 | **11:01:41** 76:22 |
| **10:52:53** 68:19 | **10:55:07** 70:25 | **10:57:25** 73:2 | **10:59:30** 75:6 | **11:01:46** 76:23 |
| **10:52:54** 68:20 | **10:55:09** 71:2,3 | **10:57:27** 73:3 | **10:59:35** 75:7 | **11:01:49** 76:24 |
| **10:52:55** 68:21 | **10:55:13** 71:4 | **10:57:30** 73:4 | **10:59:36** 75:8 | **11:01:52** 76:25 |
| **10:52:57** 68:22 | **10:55:14** 71:5 | **10:57:33** 73:5 | **10:59:39** 75:9,10 | **11:01:57** 77:2 |
| **10:52:59** 68:23 | **10:55:16** 71:6 | **10:57:34** 73:6 | **10:59:40** 75:11 | **11:02:01** 77:3 |
| **10:53:02** 68:24 | **10:55:19** 71:7 | **10:57:36** 73:7 | **10:59:42** 75:12 | **11:02:02** 77:4 |
| **10:53:05** 68:25 | **10:55:21** 71:8 | **10:57:40** 73:8 | **10:59:43** 75:13 | **11:02:04** 77:5 |
| **10:53:07** 69:2 | **10:55:22** 71:9 | **10:57:42** 73:9 | **10:59:46** 75:14 | **11:02:06** 77:6 |
| **10:53:08** 69:3 | **10:55:32** 71:10 | **10:57:45** 73:10 | **10:59:50** 75:15 | **11:02:08** 77:7 |
| **10:53:12** 69:7,8 | **10:55:34** 71:11 | **10:57:50** 73:11 | **10:59:53** 75:16 | **11:02:11** 77:8 |
| **10:53:18** 69:9 | **10:55:37** 71:12 | **10:58:00** 73:12 | **10:59:55** 75:17 | **11:02:13** 77:9 |
| **10:53:20** 69:10 | **10:55:43** 71:13 | **10:58:03** 73:13 | **10:59:56** 75:18 | **11:02:15** 77:10,11 |
| **10:53:23** 69:11 | **10:55:45** 71:14 | **10:58:04** 73:14 | **10:59:57** 75:19 | **11:02:16** 77:12 |
| **10:53:25** 69:12 | **10:55:49** 71:15 | **10:58:05** 73:15 | **10:59:59** 75:20 | **11:02:18** 77:13,14 |
| **10:53:26** 69:13,14 | **10:55:52** 71:16 | **10:58:07** 73:16 | **1046** 3:7 | **11:02:20** 77:15 |
| **10:53:29** 69:15 | **10:55:56** 71:17 | **10:58:10** 73:17 | **1060** 1 3:13 | **11:02:23** 77:16 |
| **10:53:32** 69:16 | **10:56:00** 71:18 | **10:58:12** 73:18 | **109A** 106:9 | **11:02:27** 77:17 |
| **10:53:34** 69:17 | **10:56:01** 71:19 | **10:58:15** 73:19 | **11th** 80:2 82:2,3,4 | **11:02:29** 77:18 |
| **10:53:36** 69:18 | **10:56:02** 71:20 | **10:58:16** 73:20 | 84:21 85:4,8 | **11:02:30** 77:19 |
| **10:53:39** 69:19 | **10:56:03** 71:21 | **10:58:18** 73:21 | 99:12 100:11 | **11:02:31** 77:20 |
| **10:53:42** 69:20 | **10:56:05** 71:22,23 | **10:58:22** 73:22,23 | **11:00:02** 75:21 | **11:02:33** 77:21 |
| **10:53:43** 69:21,22 | **10:56:07** 71:24,25 | **10:58:23** 73:24 | **11:00:05** 75:22 | **11:02:34** 77:22,23 |
| **10:53:44** 69:23 | **10:56:09** 72:2 | **10:58:25** 73:25 | **11:00:09** 75:23 | **11:02:36** 77:24 |
| **10:53:47** 69:24 | **10:56:11** 72:3 | **10:58:28** 74:2,3 | **11:00:10** 75:24 | **11:02:41** 77:25 |
| **10:53:52** 69:25 | **10:56:13** 72:4 | **10:58:31** 74:4 | **11:00:11** 75:25 | **11:02:43** 78:2,3 |
| **10:53:55** 70:2 | **10:56:15** 72:5 | **10:58:35** 74:5 | **11:00:14** 76:2 | **11:02:49** 78:4 |
| **10:53:58** 70:3,4 | **10:56:17** 72:6 | **10:58:38** 74:6 | **11:00:16** 76:3 | **11:02:52** 78:5 |
| **10:54:02** 70:5 | **10:56:19** 72:7 | **10:58:41** 74:7,8 | **11:00:18** 76:4 | **11:02:53** 78:6 |
| **10:54:06** 70:6 | **10:56:21** 72:8 | **10:58:43** 74:9,10 | **11:00:23** 76:5 | **11:02:54** 78:7,8 |
| **10:54:08** 70:7 | **10:56:23** 72:9 | **10:58:48** 74:11,12 | **11:00:26** 76:6 | **11:02:58** 78:9 |
| **10:54:13** 70:8 | **10:56:31** 72:10 | **10:58:50** 74:13 | **11:00:30** 76:7 | **11:03:01** 78:10 |
| **10:54:16** 70:9 | **10:56:37** 72:11 | **10:58:53** 74:14 | **11:00:33** 76:8 | **11:03:02** 78:11 |



| | | | | |
|---|---|---|---|---|
| **11:03:03** 78:12 | **11:05:15** 80:13,14 | **11:07:39** 82:14 | **11:10:14** 84:13 | **11:12:32** 86:14 |
| **11:03:07** 78:13 | **11:05:17** 80:15 | **11:07:40** 82:15 | **11:10:16** 84:14 | **11:12:35** 86:15 |
| **11:03:10** 78:14 | **11:05:19** 80:16 | **11:07:43** 82:16 | **11:10:20** 84:15 | **11:12:40** 86:16 |
| **11:03:31** 78:15 | **11:05:21** 80:17 | **11:07:46** 82:17 | **11:10:23** 84:16,17 | **11:12:42** 86:17,18 |
| **11:03:34** 78:16 | **11:05:23** 80:18 | **11:07:48** 82:18 | **11:10:25** 84:18 | **11:12:46** 86:19 |
| **11:03:38** 78:17 | **11:05:25** 80:19 | **11:07:51** 82:19 | **11:10:30** 84:19,20 | **11:12:50** 86:20 |
| **11:03:43** 78:18 | **11:05:29** 80:20 | **11:07:57** 82:20 | **11:10:34** 84:21 | **11:12:53** 86:21 |
| **11:03:46** 78:19 | **11:05:32** 80:21 | **11:07:59** 82:21 | **11:10:37** 84:22 | **11:12:56** 86:22 |
| **11:03:49** 78:20 | **11:05:36** 80:22 | **11:08:03** 82:22 | **11:10:40** 84:23 | **11:12:59** 86:23 |
| **11:03:52** 78:21 | **11:05:37** 80:23 | **11:08:05** 82:23 | **11:10:41** 84:24 | **11:13:00** 86:24 |
| **11:03:55** 78:22 | **11:05:39** 80:24 | **11:08:12** 82:24 | **11:10:46** 84:25 | **11:13:01** 86:25 |
| **11:04:01** 78:23 | **11:05:40** 80:25 | **11:08:16** 82:25 | **11:10:49** 85:2 | **11:13:04** 87:2 |
| **11:04:03** 78:24 | **11:05:42** 81:2 | **11:08:18** 83:2 | **11:10:52** 85:3 | **11:13:05** 87:3 |
| **11:04:06** 78:25 | **11:05:45** 81:3 | **11:08:21** 83:3 | **11:10:54** 85:4 | **11:13:07** 87:4 |
| **11:04:07** 79:2 | **11:05:48** 81:4,5 | **11:08:24** 83:4 | **11:10:57** 85:5 | **11:13:08** 87:5 |
| **11:04:09** 79:3 | **11:05:53** 81:6 | **11:08:25** 83:5 | **11:11:02** 85:6 | **11:13:10** 87:6 |
| **11:04:11** 79:4 | **11:05:57** 81:7 | **11:08:28** 83:6 | **11:11:05** 85:7 | **11:13:15** 87:7 |
| **11:04:12** 79:5 | **11:05:59** 81:8 | **11:08:29** 83:7 | **11:11:07** 85:8 | **11:13:17** 87:8 |
| **11:04:13** 79:6 | **11:06:00** 81:9 | **11:08:35** 83:8 | **11:11:08** 85:9,10 | **11:13:19** 87:9 |
| **11:04:14** 79:7 | **11:06:03** 81:10 | **11:08:36** 83:9 | **11:11:10** 85:11 | **11:13:22** 87:10 |
| **11:04:15** 79:8 | **11:06:07** 81:11 | **11:08:39** 83:10 | **11:11:11** 85:12 | **11:13:25** 87:11 |
| **11:04:17** 79:9 | **11:06:10** 81:12 | **11:08:43** 83:11 | **11:11:18** 85:13 | **11:13:28** 87:12,13 |
| **11:04:19** 79:10 | **11:06:11** 81:13 | **11:08:47** 83:12 | **11:11:22** 85:14 | **11:13:30** 87:14,15 |
| **11:04:22** 79:11 | **11:06:15** 81:14 | **11:08:53** 83:13 | **11:11:26** 85:15 | 87:16 |
| **11:04:23** 79:12 | **11:06:23** 81:15 | **11:08:58** 83:14 | **11:11:31** 85:16 | **11:13:31** 87:17 |
| **11:04:25** 79:13 | **11:06:26** 81:16 | **11:09:02** 83:15 | **11:11:35** 85:17 | **11:13:34** 87:18 |
| **11:04:27** 79:14 | **11:06:32** 81:17 | **11:09:05** 83:16 | **11:11:37** 85:18 | **11:13:37** 87:19 |
| **11:04:29** 79:15 | **11:06:36** 81:18 | **11:09:10** 83:17 | **11:11:39** 85:19 | **11:13:42** 87:20 |
| **11:04:31** 79:16 | **11:06:39** 81:19 | **11:09:16** 83:18 | **11:11:40** 85:20 | **11:13:45** 87:21 |
| **11:04:36** 79:17 | **11:06:42** 81:20 | **11:09:19** 83:19 | **11:11:41** 85:21 | **11:13:48** 87:22 |
| **11:04:39** 79:18 | **11:06:45** 81:21 | **11:09:23** 83:20 | **11:11:44** 85:22 | **11:13:50** 87:23 |
| **11:04:43** 79:19 | **11:06:50** 81:22 | **11:09:29** 83:21 | **11:11:45** 85:23 | **11:13:53** 87:24 |
| **11:04:46** 79:20 | **11:06:51** 81:23 | **11:09:31** 83:22 | **11:11:47** 85:24 | **11:13:55** 87:25 |
| **11:04:49** 79:21 | **11:06:54** 81:24 | **11:09:34** 83:23 | **11:11:48** 85:25 | **11:14:01** 88:2 |
| **11:04:52** 79:22 | **11:06:55** 81:25 | **11:09:36** 83:24 | **11:11:50** 86:2 | **11:14:03** 88:3 |
| **11:04:54** 79:23 | **11:06:58** 82:2 | **11:09:39** 83:25 | **11:11:53** 86:3 | **11:14:06** 88:4 |
| **11:04:55** 79:24,25 | **11:06:59** 82:3 | **11:09:41** 84:2 | **11:12:01** 86:4 | **11:14:09** 88:5 |
| **11:04:57** 80:2 | **11:07:01** 82:4 | **11:09:42** 84:3 | **11:12:06** 86:5 | **11:14:16** 88:6,7 |
| **11:05:00** 80:3 | **11:07:06** 82:5 | **11:09:43** 84:4 | **11:12:08** 86:6 | **11:14:19** 88:8 |
| **11:05:02** 80:4,5 | **11:07:09** 82:6 | **11:09:47** 84:5 | **11:12:11** 86:7 | **11:14:20** 88:9 |
| **11:05:03** 80:6 | **11:07:12** 82:7 | **11:09:50** 84:6,7 | **11:12:14** 86:8 | **11:14:23** 88:10 |
| **11:05:04** 80:7 | **11:07:14** 82:8,9 | **11:09:51** 84:8 | **11:12:16** 86:9 | **11:14:26** 88:11 |
| **11:05:06** 80:8,9 | **11:07:20** 82:10 | **11:09:54** 84:9 | **11:12:17** 86:10 | **11:14:28** 88:12 |
| **11:05:09** 80:10 | **11:07:26** 82:11 | **11:09:56** 84:10 | **11:12:18** 86:11 | **11:14:30** 88:13,14 |
| **11:05:10** 80:11 | **11:07:32** 82:12 | **11:10:03** 84:11 | **11:12:23** 86:12 | **11:14:31** 88:15,16 |
| **11:05:12** 80:12 | **11:07:37** 82:13 | **11:10:11** 84:12 | **11:12:28** 86:13 | **11:14:33** 88:17 |


MAGNA
LEGAL SERVICES

| | | | | |
|---|---|---|---|---|
| 11:14:35 88:18,19 | 11:24:53 90:20 | 11:27:30 92:20,21 | 11:29:54 94:21 | 11:32:09 97:4 |
| 88:20 | 11:24:55 90:21 | 11:27:31 92:22 | 11:29:57 94:22 | 11:32:10 97:5 |
| 11:14:37 88:21,22 | 11:24:58 90:22 | 11:27:34 92:23 | 11:30:02 94:23 | 11:32:18 97:6 |
| 11:14:38 88:23 | 11:25:04 90:23 | 11:27:36 92:24 | 11:30:04 94:24 | 11:32:25 97:7 |
| 11:14:40 88:24 | 11:25:06 90:24 | 11:27:37 92:25 | 11:30:06 94:25 | 11:32:31 97:8,9 |
| 11:14:43 88:25 | 11:25:09 90:25 | 11:27:39 93:2 | 11:30:09 95:2,3 | 11:32:34 97:10 |
| 11:14:47 89:2 | 11:25:10 91:2 | 11:27:42 93:3 | 11:30:11 95:4 | 11:32:37 97:11,12 |
| 11:14:51 89:3 | 11:25:12 91:3 | 11:27:45 93:4 | 11:30:28 95:5 | 11:32:40 97:13,14 |
| 11:14:55 89:4 | 11:25:17 91:4 | 11:27:47 93:5 | 11:30:31 95:6,7,8 | 11:32:43 97:15 |
| 11:14:59 89:5 | 11:25:21 91:5 | 11:27:50 93:6 | 11:30:33 95:9 | 11:32:44 97:16 |
| 11:15:01 89:6 | 11:25:25 91:6 | 11:27:51 93:7 | 11:30:35 95:10 | 11:32:45 97:17 |
| 11:15:02 89:7,8 | 11:25:28 91:7 | 11:27:54 93:8 | 11:30:41 95:11 | 11:32:48 97:18 |
| 11:15:07 89:9 | 11:25:34 91:8 | 11:27:57 93:9 | 11:30:46 95:12 | 11:32:51 97:19 |
| 11:15:10 89:10 | 11:25:36 91:9 | 11:28:00 93:10 | 11:30:50 95:13 | 11:32:52 97:20,21 |
| 11:15:12 89:11 | 11:25:39 91:10 | 11:28:03 93:11 | 11:30:52 95:14 | 11:32:54 97:22 |
| 11:15:14 89:12 | 11:25:42 91:11,12 | 11:28:08 93:12 | 11:30:56 95:15,16 | 11:32:57 97:23 |
| 11:15:16 89:13 | 11:25:44 91:13 | 11:28:12 93:13 | 11:30:57 95:17 | 11:32:59 97:24 |
| 11:15:17 89:14 | 11:25:47 91:14 | 11:28:15 93:14 | 11:30:59 95:18,19 | 11:33:02 97:25 |
| 11:15:18 89:15 | 11:25:48 91:15 | 11:28:18 93:15 | 11:31:00 95:20 | 11:33:03 98:2 |
| 11:15:22 89:16 | 11:25:50 91:16 | 11:28:19 93:16 | 11:31:03 95:21 | 11:33:04 98:3 |
| 11:15:25 89:17 | 11:25:51 91:17 | 11:28:21 93:17 | 11:31:06 95:22 | 11:33:05 98:4 |
| 11:15:26 89:18 | 11:25:55 91:18 | 11:28:23 93:18,19 | 11:31:09 95:23,24 | 11:33:08 98:5 |
| 11:15:28 89:19 | 11:26:06 91:19 | 11:28:26 93:20 | 11:31:11 95:25 | 11:33:11 98:6 |
| 11:15:30 89:20 | 11:26:11 91:20 | 11:28:28 93:21 | 11:31:14 96:2 | 11:33:15 98:7 |
| 11:15:32 89:21 | 11:26:14 91:21 | 11:28:31 93:22 | 11:31:17 96:3 | 11:33:17 98:8 |
| 11:15:33 89:22 | 11:26:19 91:22 | 11:28:38 93:23 | 11:31:21 96:4 | 11:33:18 98:9 |
| 11:15:35 89:23 | 11:26:22 91:23 | 11:28:44 93:24 | 11:31:23 96:5 | 11:33:20 98:10 |
| 11:15:36 89:24 | 11:26:25 91:24 | 11:28:45 93:25 | 11:31:25 96:6,7 | 11:33:24 98:11 |
| 11:18:34 89:25 | 11:26:29 91:25 | 11:28:47 94:2 | 11:31:31 96:8 | 11:33:25 98:12 |
| 11:23:40 90:2 | 11:26:31 92:2 | 11:28:52 94:4 | 11:31:33 96:9 | 11:33:29 98:13 |
| 11:23:42 90:3 | 11:26:33 92:3 | 11:28:54 94:5 | 11:31:36 96:10 | 11:33:33 98:14 |
| 11:23:45 90:4,5 | 11:26:34 92:4 | 11:28:59 94:6 | 11:31:37 96:11,12 | 11:33:40 98:15 |
| 11:23:51 90:6 | 11:26:35 92:5 | 11:29:06 94:7 | 11:31:40 96:13 | 11:33:45 98:16,17 |
| 11:23:55 90:7 | 11:26:38 92:6,7 | 11:29:13 94:8 | 11:31:42 96:14 | 11:33:47 98:18,19 |
| 11:23:59 90:8 | 11:26:42 92:8 | 11:29:19 94:9 | 11:31:44 96:15 | 11:33:48 98:20 |
| 11:24:08 90:9 | 11:26:50 92:9 | 11:29:22 94:10 | 11:31:46 96:16 | 11:33:51 98:21 |
| 11:24:11 90:10 | 11:26:54 92:10 | 11:29:26 94:11 | 11:31:47 96:17 | 11:33:52 98:22 |
| 11:24:16 90:11 | 11:26:57 92:11 | 11:29:29 94:12 | 11:31:49 96:18 | 11:33:53 98:23 |
| 11:24:20 90:12 | 11:27:02 92:12 | 11:29:31 94:13 | 11:31:52 96:19 | 11:33:54 98:24 |
| 11:24:23 90:13 | 11:27:08 92:13 | 11:29:34 94:14 | 11:31:54 96:20 | 11:33:55 98:25 |
| 11:24:27 90:14 | 11:27:11 92:14 | 11:29:37 94:15 | 11:31:55 96:21 | 11:33:58 99:2 |
| 11:24:30 90:15 | 11:27:14 92:15 | 11:29:41 94:16 | 11:31:56 96:22 | 11:33:59 99:3 |
| 11:24:37 90:16 | 11:27:15 92:16 | 11:29:43 94:17 | 11:32:00 96:23 | 11:34:00 99:4 |
| 11:24:41 90:17 | 11:27:18 92:17 | 11:29:47 94:18 | 11:32:01 96:24,25 | 11:34:01 99:5 |
| 11:24:45 90:18 | 11:27:24 92:18 | 11:29:50 94:19 | 11:32:02 97:2 | 11:34:04 99:6 |
| 11:24:48 90:19 | 11:27:27 92:19 | 11:29:51 94:20 | 11:32:03 97:3 | 11:34:06 99:7 |


MAGNA
LEGAL SERVICES

| | | | | |
|---|---|---|---|---|
| **11:34:09** 99:8 | **11:36:41** 101:12 | **11:39:15** 103:11 | **11:41:18** 105:13 | **11:43:41** 107:15 |
| **11:34:15** 99:9 | **11:36:44** 101:13 | **11:39:16** 103:12 | **11:41:20** 105:14 | **11:43:42** 107:16 |
| **11:34:18** 99:10 | **11:36:46** 101:14 | **11:39:19** 103:13 | **11:41:24** 105:15 | **11:43:44** 107:17 |
| **11:34:20** 99:11 | **11:36:50** 101:15,16 | **11:39:21** 103:14 | **11:41:26** 105:16 | **11:43:48** 107:18 |
| **11:34:24** 99:12 | **11:36:52** 101:17 | **11:39:23** 103:15,16 | **11:41:30** 105:17 | **11:43:52** 107:19 |
| **11:34:25** 99:13 | **11:36:54** 101:18 | **11:39:28** 103:17 | **11:41:33** 105:18 | **11:43:56** 107:20 |
| **11:34:26** 99:14 | **11:36:57** 101:19 | **11:39:34** 103:18 | **11:41:37** 105:19 | **11:43:59** 107:21 |
| **11:34:28** 99:15,16 | **11:37:01** 101:20 | **11:39:41** 103:19 | **11:41:41** 105:20 | **11:44:01** 107:22 |
| **11:34:30** 99:17 | **11:37:03** 101:21 | **11:39:42** 103:20 | **11:41:44** 105:21 | **11:44:03** 107:23 |
| **11:34:33** 99:18 | **11:37:05** 101:22 | **11:39:44** 103:21 | **11:41:46** 105:22 | **11:44:06** 107:24,25 |
| **11:34:38** 99:19 | **11:37:08** 101:23 | **11:39:47** 103:22 | **11:41:48** 105:23,24 | **11:44:08** 108:2 |
| **11:34:43** 99:20 | **11:37:10** 101:24 | **11:39:51** 103:23 | **11:41:50** 105:25 | **11:44:12** 108:3 |
| **11:34:49** 99:21 | **11:37:12** 101:25 | **11:39:53** 103:24 | **11:41:54** 106:2 | **11:44:13** 108:4 |
| **11:34:50** 99:22 | **11:37:14** 102:2 | **11:39:54** 103:25 | **11:41:56** 106:3 | **11:44:17** 108:5 |
| **11:34:53** 99:23 | **11:37:16** 102:3 | **11:39:58** 104:2,3 | **11:41:59** 106:4 | **11:44:20** 108:6 |
| **11:34:56** 99:24 | **11:37:17** 102:4 | **11:40:00** 104:4 | **11:42:02** 106:5 | **11:44:23** 108:7,8 |
| **11:35:01** 99:25 | **11:37:22** 102:5 | **11:40:05** 104:5 | **11:42:05** 106:6 | **11:44:27** 108:9 |
| **11:35:05** 100:2 | **11:37:37** 102:6 | **11:40:07** 104:6,7 | **11:42:06** 106:7 | **11:44:35** 108:10 |
| **11:35:08** 100:3 | **11:37:41** 102:7 | **11:40:11** 104:8 | **11:42:09** 106:8 | **11:44:42** 108:11 |
| **11:35:09** 100:4 | **11:37:43** 102:8 | **11:40:14** 104:9 | **11:42:11** 106:9 | **11:44:49** 108:12 |
| **11:35:10** 100:5 | **11:37:45** 102:9 | **11:40:16** 104:10 | **11:42:13** 106:10 | **11:44:50** 108:13 |
| **11:35:12** 100:6 | **11:37:46** 102:10 | **11:40:22** 104:11 | **11:42:14** 106:11 | **11:44:55** 108:14 |
| **11:35:14** 100:7 | **11:37:51** 102:11 | **11:40:29** 104:12 | **11:42:17** 106:12 | **11:44:58** 108:15 |
| **11:35:17** 100:8 | **11:37:52** 102:12 | **11:40:30** 104:13 | **11:42:22** 106:13 | **11:45:00** 108:16 |
| **11:35:18** 100:9 | **11:37:54** 102:13 | **11:40:33** 104:14 | **11:42:26** 106:14 | **11:45:03** 108:17 |
| **11:35:29** 100:10 | **11:37:56** 102:14 | **11:40:36** 104:15 | **11:42:29** 106:15 | **11:45:04** 108:18 |
| **11:35:33** 100:11 | **11:37:57** 102:15 | **11:40:37** 104:16 | **11:42:44** 106:16 | **11:45:06** 108:19 |
| **11:35:36** 100:12 | **11:38:01** 102:16 | **11:40:38** 104:17 | **11:42:47** 106:17 | **11:45:10** 108:20 |
| **11:35:38** 100:13 | **11:38:03** 102:17 | **11:40:40** 104:18 | **11:42:50** 106:18 | **11:45:14** 108:21 |
| **11:35:41** 100:14,15 | **11:38:04** 102:18 | **11:40:41** 104:19 | **11:42:58** 106:19 | **11:45:19** 108:22 |
| **11:35:43** 100:16 | **11:38:09** 102:19 | **11:40:42** 104:20 | **11:43:01** 106:20 | **11:45:27** 108:23 |
| **11:35:44** 100:17 | **11:38:13** 102:20 | **11:40:46** 104:21 | **11:43:02** 106:21 | **11:45:29** 108:24 |
| **11:35:46** 100:18,19 | **11:38:14** 102:21 | **11:40:47** 104:22 | **11:43:05** 106:22 | **11:45:31** 108:25 |
| **11:35:50** 100:20,21 | **11:38:25** 102:22 | **11:40:48** 104:23 | **11:43:08** 106:23 | **11:45:33** 109:2 |
| **11:35:53** 100:22 | **11:38:30** 102:23 | **11:40:51** 104:24 | **11:43:09** 106:24 | **11:45:34** 109:3 |
| **11:35:56** 100:23 | **11:38:35** 102:24 | **11:40:52** 104:25 | **11:43:12** 106:25 | **11:45:36** 109:4 |
| **11:36:01** 100:24 | **11:38:41** 102:25 | **11:40:54** 105:2 | **11:43:15** 107:2 | **11:45:39** 109:5 |
| **11:36:06** 100:25 | 103:2 | **11:41:00** 105:3 | **11:43:17** 107:3 | **11:45:42** 109:6,7 |
| **11:36:09** 101:2 | **11:38:42** 103:3 | **11:41:02** 105:4 | **11:43:21** 107:4 | **11:45:45** 109:8 |
| **11:36:13** 101:3 | **11:38:43** 103:4 | **11:41:04** 105:5 | **11:43:23** 107:5 | **11:45:47** 109:9 |
| **11:36:17** 101:4 | **11:38:46** 103:5 | **11:41:07** 105:6 | **11:43:26** 107:6,7 | **11:45:49** 109:10 |
| **11:36:24** 101:5 | **11:38:53** 103:6 | **11:41:08** 105:7 | **11:43:27** 107:8 | **11:45:50** 109:11 |
| **11:36:25** 101:6 | **11:38:55** 103:7 | **11:41:10** 105:8 | **11:43:30** 107:9,10 | **11:45:55** 109:12 |
| **11:36:29** 101:7,8 | **11:39:01** 103:8 | **11:41:11** 105:9 | 107:11 | **11:45:59** 109:13 |
| **11:36:30** 101:9 | **11:39:07** 103:9 | **11:41:13** 105:10,11 | **11:43:35** 107:12 | **11:46:02** 109:14 |
| **11:36:33** 101:10,11 | **11:39:12** 103:10 | **11:41:16** 105:12 | **11:43:38** 107:13,14 | **11:46:05** 109:15 |



| | | | | |
|---|---|---|---|---|
| **11:46:09** 109:16 | **11:48:22** 111:18,19 | **11:50:34** 113:23,24 | **11:52:53** 116:4 | **11:55:25** 118:5 |
| **11:46:11** 109:17 | **11:48:24** 111:20 | **11:50:35** 113:25 | **11:52:54** 116:5 | **11:55:27** 118:6 |
| **11:46:12** 109:18 | **11:48:26** 111:21 | **11:50:38** 114:2 | **11:52:57** 116:6 | **11:55:30** 118:7 |
| **11:46:15** 109:19 | **11:48:29** 111:22 | **11:50:40** 114:3 | **11:52:59** 116:7 | **11:55:36** 118:8 |
| **11:46:16** 109:20 | **11:48:34** 111:23,24 | **11:50:44** 114:4 | **11:53:01** 116:8 | **11:55:42** 118:9 |
| **11:46:18** 109:21,22 | **11:48:36** 111:25 | **11:50:47** 114:6 | **11:53:02** 116:9 | **11:55:45** 118:10 |
| **11:46:21** 109:23 | 112:2 | **11:50:48** 114:7 | **11:53:03** 116:10 | **11:55:51** 118:11 |
| **11:46:24** 109:24 | **11:48:39** 112:3,4 | **11:50:53** 114:8,9 | **11:53:05** 116:11,12 | **11:55:53** 118:12 |
| **11:46:27** 109:25 | **11:48:42** 112:5 | **11:50:56** 114:10 | **11:53:08** 116:13,14 | **11:56:00** 118:13 |
| **11:46:30** 110:2 | **11:48:44** 112:6 | **11:50:57** 114:11 | **11:53:12** 116:15 | **11:56:09** 118:14 |
| **11:46:33** 110:3 | **11:48:47** 112:7 | **11:51:03** 114:12 | **11:53:16** 116:16 | **11:56:15** 118:15 |
| **11:46:34** 110:4 | **11:48:48** 112:8 | **11:51:07** 114:13 | **11:53:20** 116:17 | **11:56:21** 118:16 |
| **11:46:36** 110:5 | **11:48:50** 112:9 | **11:51:11** 114:14 | **11:53:26** 116:18 | **11:56:27** 118:17 |
| **11:46:40** 110:6 | **11:48:54** 112:10 | **11:51:15** 114:15 | **11:53:30** 116:19 | **11:56:32** 118:18 |
| **11:46:43** 110:7 | **11:48:57** 112:11 | **11:51:18** 114:16 | **11:53:34** 116:20 | **11:56:36** 118:19 |
| **11:46:47** 110:8 | **11:48:59** 112:12 | **11:51:22** 114:17 | **11:53:41** 116:21 | **11:56:43** 118:20 |
| **11:46:49** 110:9 | **11:49:03** 112:13 | **11:51:25** 114:18 | **11:53:43** 116:22 | **11:56:46** 118:21 |
| **11:46:50** 110:10 | **11:49:06** 112:14 | **11:51:28** 114:19 | **11:53:47** 116:23 | **11:56:52** 118:22 |
| **11:46:54** 110:11 | **11:49:09** 112:15 | **11:51:31** 114:20 | **11:53:52** 116:24 | **11:56:55** 118:23 |
| **11:46:56** 110:12 | **11:49:13** 112:16 | **11:51:32** 114:21 | **11:53:57** 116:25 | **11:57:03** 118:24 |
| **11:47:00** 110:13 | **11:49:16** 112:17 | **11:51:38** 114:22 | **11:54:01** 117:2 | **11:57:06** 118:25 |
| **11:47:04** 110:14 | **11:49:20** 112:18 | **11:51:41** 114:23 | **11:54:05** 117:3 | **11:57:08** 119:2 |
| **11:47:05** 110:15 | **11:49:24** 112:19 | **11:51:42** 114:24,25 | **11:54:08** 117:4 | **11:57:12** 119:3 |
| **11:47:07** 110:16 | **11:49:30** 112:20 | **11:51:47** 115:2 | **11:54:10** 117:5 | **11:57:15** 119:4 |
| **11:47:12** 110:17 | **11:49:35** 112:21 | **11:51:48** 115:3,4 | **11:54:13** 117:6 | **11:57:18** 119:5 |
| **11:47:21** 110:18 | **11:49:38** 112:22 | **11:51:50** 115:5 | **11:54:15** 117:7 | **11:57:19** 119:6 |
| **11:47:24** 110:19 | **11:49:41** 112:23 | **11:51:52** 115:6,7 | **11:54:18** 117:8 | **11:57:21** 119:7 |
| **11:47:26** 110:20 | **11:49:42** 112:24 | **11:51:54** 115:8 | **11:54:20** 117:9 | **11:57:24** 119:8,9 |
| **11:47:28** 110:21 | **11:49:43** 112:25 | **11:51:56** 115:9,10 | **11:54:22** 117:10 | **11:57:26** 119:10 |
| **11:47:29** 110:22 | **11:49:46** 113:2,3 | **11:51:57** 115:11 | **11:54:25** 117:11 | **11:57:27** 119:11,12 |
| **11:47:36** 110:23 | **11:49:47** 113:4 | **11:51:58** 115:12 | **11:54:27** 117:12 | **11:57:29** 119:13,14 |
| **11:47:39** 110:24 | **11:49:51** 113:5 | **11:52:03** 115:13 | **11:54:32** 117:13,14 | **11:57:31** 119:15,16 |
| **11:47:42** 110:25 | **11:49:53** 113:6 | **11:52:08** 115:14 | **11:54:37** 117:15 | **11:57:35** 119:17 |
| **11:47:46** 111:2 | **11:49:57** 113:7 | **11:52:12** 115:15 | **11:54:39** 117:16 | **11:57:42** 119:18 |
| **11:47:48** 111:3 | **11:50:00** 113:8,9 | **11:52:14** 115:16 | **11:54:40** 117:17 | **11:57:48** 119:19 |
| **11:47:51** 111:4 | **11:50:01** 113:10 | **11:52:18** 115:17 | **11:54:43** 117:18 | **11:57:51** 119:20 |
| **11:47:54** 111:5 | **11:50:03** 113:11 | **11:52:21** 115:18 | **11:54:46** 117:19 | **11:57:53** 119:21 |
| **11:47:57** 111:6,7,8 | **11:50:04** 113:12 | **11:52:24** 115:19 | **11:54:50** 117:20 | **11:57:54** 119:22 |
| **11:48:00** 111:9 | **11:50:07** 113:13 | **11:52:27** 115:20 | **11:55:01** 117:21 | **11:57:55** 119:23 |
| **11:48:02** 111:10 | **11:50:09** 113:16 | **11:52:31** 115:21 | **11:55:05** 117:22 | **11:57:56** 119:24 |
| **11:48:05** 111:11 | **11:50:11** 113:17 | **11:52:34** 115:22 | **11:55:07** 117:23 | **11:57:57** 119:25 |
| **11:48:06** 111:12,13 | **11:50:16** 113:18 | **11:52:37** 115:23 | **11:55:10** 117:24 | **11:58:00** 120:2 |
| **11:48:10** 111:14 | **11:50:17** 113:19 | **11:52:41** 115:24 | **11:55:13** 117:25 | **11:58:03** 120:3 |
| **11:48:13** 111:15 | **11:50:25** 113:20 | **11:52:43** 115:25 | **11:55:15** 118:2 | **11:58:05** 120:4 |
| **11:48:16** 111:16 | **11:50:28** 113:21 | **11:52:46** 116:2 | **11:55:18** 118:3 | **11:58:10** 120:5 |
| **11:48:20** 111:17 | **11:50:31** 113:22 | **11:52:49** 116:3 | **11:55:22** 118:4 | **11:58:13** 120:6 |



MAGNA

LEGAL SERVICES

| | | | | |
|---|---|---|---|---|
| **11:58:18** 120:7 | **12:00:32** 122:7 | **12:02:46** 124:7,8 | **12:05:08** 126:11 | **12:07:24** 128:12 |
| **11:58:21** 120:8 | **12:00:36** 122:8 | **12:02:49** 124:9 | **12:05:11** 126:12 | **12:07:27** 128:13 |
| **11:58:26** 120:9 | **12:00:38** 122:9 | **12:02:51** 124:10 | **12:05:12** 126:13 | **12:07:30** 128:14 |
| **11:58:30** 120:10 | **12:00:43** 122:10 | **12:02:55** 124:11 | **12:05:13** 126:14 | **12:07:33** 128:15 |
| **11:58:35** 120:11 | **12:00:44** 122:11 | **12:02:57** 124:12 | **12:05:14** 126:15 | **12:07:39** 128:16 |
| **11:58:39** 120:12 | **12:00:47** 122:12 | **12:03:01** 124:13 | **12:05:25** 126:16 | **12:07:42** 128:17 |
| **11:58:43** 120:13 | **12:00:49** 122:13 | **12:03:03** 124:14 | **12:05:26** 126:17 | **12:07:43** 128:18 |
| **11:58:44** 120:14 | **12:00:52** 122:14 | **12:03:06** 124:15 | **12:05:28** 126:18 | **12:07:46** 128:19 |
| **11:58:46** 120:15 | **12:00:54** 122:15 | **12:03:09** 124:16 | **12:05:30** 126:19 | **12:07:47** 128:20 |
| **11:58:51** 120:16 | **12:00:55** 122:16 | **12:03:14** 124:17 | **12:05:33** 126:20 | **12:07:48** 128:21 |
| **11:58:54** 120:17 | **12:00:58** 122:17 | **12:03:17** 124:18 | **12:05:34** 126:21 | **12:07:50** 128:22 |
| **11:58:57** 120:18 | **12:01:01** 122:18 | **12:03:18** 124:19,20 | **12:05:36** 126:22 | **12:07:51** 128:23 |
| **11:59:00** 120:19 | **12:01:02** 122:19 | **12:03:21** 124:21 | **12:05:40** 126:23 | **12:07:53** 128:24 |
| **11:59:03** 120:20 | **12:01:04** 122:20 | **12:03:25** 124:22 | **12:05:48** 126:24 | **12:07:57** 128:25 |
| **11:59:06** 120:21 | **12:01:07** 122:21 | **12:03:26** 124:23 | **12:05:50** 126:25 | **12:08:02** 129:2 |
| **11:59:08** 120:22,23 | **12:01:11** 122:22 | **12:03:29** 124:24 | **12:05:53** 127:2 | **12:08:06** 129:3 |
| **11:59:12** 120:24,25 | **12:01:14** 122:23 | **12:03:30** 124:25 | **12:05:56** 127:3 | **12:08:12** 129:4 |
| **11:59:15** 121:2 | **12:01:18** 122:24 | **12:03:35** 125:2,3 | **12:06:03** 127:4 | **12:08:17** 129:5 |
| **11:59:19** 121:3 | **12:01:21** 122:25 | **12:03:38** 125:4 | **12:06:05** 127:5 | **12:08:23** 129:6 |
| **11:59:22** 121:4 | **12:01:27** 123:2 | **12:03:39** 125:5 | **12:06:06** 127:6 | **12:08:25** 129:7 |
| **11:59:26** 121:5 | **12:01:31** 123:3 | **12:03:42** 125:6 | **12:06:07** 127:7 | **12:08:31** 129:8 |
| **11:59:28** 121:6 | **12:01:34** 123:4 | **12:03:45** 125:7 | **12:06:10** 127:8 | **12:08:34** 129:9 |
| **11:59:33** 121:7 | **12:01:41** 123:5 | **12:03:49** 125:8 | **12:06:17** 127:9,10 127:11 | **12:08:38** 129:10 |
| **11:59:37** 121:8 | **12:01:44** 123:6,7 | **12:03:52** 125:9 | **12:06:21** 127:12 | **12:08:41** 129:11 |
| **11:59:40** 121:9 | **12:01:46** 123:8,9 | **12:03:56** 125:10 | **12:06:25** 127:13,14 | **12:08:44** 129:12 |
| **11:59:44** 121:10 | **12:01:51** 123:10 | **12:03:59** 125:11,12 | **12:06:27** 127:15 | **12:08:46** 129:13 |
| **11:59:47** 121:11 | **12:01:52** 123:11 | **12:04:01** 125:13 | **12:06:31** 127:16 | **12:08:47** 129:15 |
| **11:59:52** 121:12 | **12:01:54** 123:12 | **12:04:03** 125:14 | **12:06:34** 127:17 | **12:08:50** 129:16 |
| **11:59:54** 121:13,14 | **12:01:56** 123:13 | **12:04:08** 125:15 | **12:06:36** 127:18 | **12:08:52** 129:17 |
| **11:59:55** 121:15 | **12:01:58** 123:14 | **12:04:09** 125:16 | **12:06:38** 127:19 | **12:08:54** 129:18 |
| **11:59:59** 121:16 | **12:02:02** 123:15 | **12:04:10** 125:17 | **12:06:41** 127:20 | **12:08:57** 129:19 |
| **1102** 3:12 | **12:02:08** 123:16 | **12:04:12** 125:18 | **12:06:43** 127:21 | **12:09:00** 129:20 |
| **112** 4:12 | **12:02:10** 123:17 | **12:04:15** 125:19 | **12:06:47** 127:22 | **12:09:02** 129:21 |
| **11797** 4:13 | **12:02:13** 123:18 | **12:04:27** 125:20 | **12:06:50** 127:23 | **12:09:03** 129:22 |
| **12** 16:21 17:17 | **12:02:14** 123:19 | **12:04:33** 125:21 | **12:06:51** 127:24 | **12:09:04** 129:23 |
| **12:00:00** 121:17 | **12:02:17** 123:20 | **12:04:38** 125:22 | **12:06:52** 127:25 | **12:09:07** 129:24 |
| **12:00:04** 121:18,19 | **12:02:21** 123:21 | **12:04:42** 125:23,24 125:25 | **12:06:53** 128:2 | **12:13:00** 129:25 130:2 |
| **12:00:09** 121:20,21 | **12:02:25** 123:22 | **12:04:45** 126:2 | **12:06:57** 128:3 | **12:13:01** 130:3 |
| **12:00:11** 121:22 | **12:02:27** 123:23 | **12:04:46** 126:3 | **12:06:59** 128:4 | **12:13:04** 130:4 |
| **12:00:14** 121:24 | **12:02:28** 123:24 | **12:04:49** 126:4,5 | **12:07:00** 128:5 | **12:13:05** 130:5,6 |
| **12:00:17** 121:25 | **12:02:30** 123:25 | **12:04:52** 126:6 | **12:07:03** 128:6 | **12:13:09** 130:7 |
| **12:00:20** 122:2 | **12:02:32** 124:2 | **12:04:57** 126:7 | **12:07:05** 128:7 | **12:13:10** 130:8 |
| **12:00:22** 122:3 | **12:02:35** 124:3 | **12:04:59** 126:8 | **12:07:09** 128:8,9 | **12:13:17** 130:9 |
| **12:00:25** 122:4 | **12:02:37** 124:4 | **12:05:00** 126:9 | **12:07:12** 128:10 | **12:13:18** 130:10 |
| **12:00:27** 122:5 | **12:02:40** 124:5 | **12:05:05** 126:10 | **12:07:18** 128:11 | **12:13:22** 130:11 |
| **12:00:30** 122:6 | **12:02:43** 124:6 | | | |



**12:13:23** 130:12
**12:13:26** 130:13,14
**12:13:28** 130:15
**12:13:31** 130:16
**12:13:33** 130:17
**12:13:37** 130:18
**12:13:38** 130:19
**12:13:41** 130:20
**12:13:44** 130:21,22
**12:13:47** 130:23
**12:13:48** 130:24
**12:13:49** 130:25
  131:2
**12:13:51** 131:3
**12:13:54** 131:4
**12:13:55** 131:5
**12:13:59** 131:6
**12:14:03** 131:7
**12:14:10** 131:8
**12:14:14** 131:9
**12:14:18** 131:10
**12:14:28** 131:11
**12:14:29** 131:12
**12:14:36** 131:13
**12:14:37** 131:14
**12:14:41** 131:15
**12:14:50** 131:16
**12:14:59** 131:17
**12:15** 132:9
**12:15:02** 131:18
**12:15:06** 131:19
**12:15:13** 132:2
**12:15:15** 132:3
**12:15:17** 132:4
**12:15:19** 132:5
**12:15:20** 132:6
**12:15:21** 132:7
**13** 47:15
**14** 70:4 79:25
**14th** 68:23
**15** 89:8
**16** 7:5
**19** 1:17 2:3
**1957** 5:21
**1978** 122:25
**1980** 9:10

**2**

**2** 110:3
**2000** 12:5,12 47:13
**2000s** 18:2
**2002** 14:11 18:8
  21:20
**2012** 14:3,17 15:7
  18:14,17 21:21
  125:19
**2013** 47:17
**2014** 30:22 33:2,16
**2015** 30:22 32:25
  33:21 40:25 47:11
  47:19 48:9 53:14
  55:16 57:12 63:22
  67:10 68:23 70:4
  70:5 78:15,25
  80:2 84:21
**2015/2016** 87:25
**2016** 1:17 2:3 31:8
  55:4 132:16
  133:22
**21** 56:8 88:10
**21st** 133:21
**24** 6:4,14
**29** 37:14 39:25 40:2
  40:3

**3**

**3** 12:20
**3:30** 12:20
**30** 37:13 40:4 42:20
  105:12 107:8,12
  128:24 131:12,17
  131:19
**31** 31:8 134:7
**3220** 3:6

**4**

**4** 134:4
**445** 3:12
**45** 131:16

**5**

**5** 67:10
**5D** 3:6

**5th** 70:5 106:18
  108:16

**6**

**6/5/15** 67:7 134:9
**6:30** 12:20
**60** 131:16
**65** 123:9 128:11
**67** 134:8

**7**

**71** 2:7

**8**

**8/17** 5:21
**80** 122:25
**866-624-6221** 1:24

**9**

**9:40** 2:4
**98** 9:6 14:6

