1

2   UNITED STATES DISTRICT COURT          CONDENSED

3   EASTERN DISTRICT OF NEW YORK

4   ----------------------------------------X
    DIANE PERITZ
5                   Plaintiff,

6        -against-

7

8   NASSAU COUNTY BOARD OF CORPORATIVE        16-CV-05478
    EDUCATIONAL SERVICES, BONNIE HELLER,      (SJF) (AYS)
    and JANET WEISEL
9
                    Defendants.
10  ----------------------------------------X

11                      Nassau Supreme Court
                        100 Supreme Court Drive
12                      Mineola, New York 11501

13

14                      July 7, 2017
                        10:01 a.m.
15

16          EXAMINATION BEFORE TRIAL of DIANE PERITZ,

17  a Plaintiff herein, taken by the Defendants,

18  pursuant to Article 31 of the Civil Practice Law &

19  Rules of Testimony, and Court Order, held at the

20  above-mentioned time and place, before

21  JOANNA MARTINEZ a Notary Public of the State of

22  New York.

23
                    SANDY SAUNDERS REPORTING
24            254 South Main Street, Suite 216
                    New City, New York 10956
25                      (845) 634-7561

## Page 2

```
 1
 2              A P P E A R A N C E S :
 3
 4   SILVERMAN & ASSOCIATES
     Attorney for Defendants
 5   445 Hamilton Avenue, Suite 1102
     White Plains, New York 10601
 6   (914) 574-4510
     FILE #:  5001.421
 7   BY:  CAROLYN B. LINEEN, ESQ.
 8
     LAW OFFICE OF MINDY KALLUS
 9   Attorney for Plaintiff
     3220 Netherland Avenue, Suite 5D
10   Bronx, New York 10463
     BY:  MINDY KALLUS, ESQ.
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

## Page 3

```
 1
 2   221. UNIFORM RULES FOR THE
 3        CONDUCT OF DEPOSITIONS
 4   221.1 Objections at Depositions
 5   (a) Objections in general. No objections shall be
 6   made at a deposition except those which, pursuant to
 7   subdivision (b), (c) or (d) of Rule 3115 of the
 8   Civil Practice Law and Rules, would be waived if not
 9   interposed, and except in compliance with
10   subdivision (e) of such rule. All objections made at
11   a deposition shall be noted by the officer before
12   whom the deposition is taken, and the answer shall
13   be given and the deposition shall proceed subject to
14   the objection and to the right of a person to apply
15   for appropriate relief pursuant to Article 31 of the
16   CPLR.
17   (b) Speaking objections restricted. Every objection
18   raised during a deposition shall be stated
19   succinctly and framed so as not to suggest an answer
20   to the deponent and, at the request of the
21   questioning attorney, shall include a clear
22   statement as to any defect in form or other basis of
23   error or irregularity. Except to the extent
24   permitted by CPLR Rule 3115 or by this rule, during
25   the course of the examination persons in attendance
```

## Page 4

```
 1
 2   shall not make statements or comments that interfere
 3   with the questioning.
 4        221.2 Refusal to answer when objection is made. A
 5   deponent shall answer all questions at a deposition,
 6   except (i) to preserve a privilege or right of
 7   confidentiality, (ii) to enforce a limitation set
 8   forth in an order of the court, or (iii) when the
 9   question is plainly improper and would, if answered,
10   cause significant prejudice to any person. An
11   attorney shall not direct a deponent not to answer
12   except as provided in CPLR Rule 3115 or this
13   subdivision. Any refusal to answer or direction not
14   to answer shall be accompanied by a succinct and
15   clear statement of the basis therefor. If the
16   deponent does not answer a question, the examining
17   party shall have the right to complete the remainder
18   of the deposition.
19   221. UNIFORM RULES FOR THE
20        CONDUCT OF DEPOSITIONS
21   221.3 Communication with the deponent
22     An attorney shall not interrupt the deposition
23   for the purpose of communicating with the deponent
24   unless all parties consent or the communication is
25   made for the purpose of determining whether the
```

## Page 5

```
 1
 2   question should not be answered on the grounds set
 3   forth in section 221.2 of these rules and, in such
 4   event, the reason for the communication shall be
 5   stated for the record succinctly and clearly.
 6     IT IS FURTHER STIPULATED AND AGREED that the
 7   transcript may be signed before a Notary Public with
 8   the same force and effect as if signed before a
 9   clerk or a Judge of the court.
10     IT IS FURTHER STIPULATED AND AGREED that the
11   examination before trial may be utilized for all
12   purposes as provided by the CPLR.
13     IT IS FURTHER STIPULATED AND AGREED that all
14   rights provided to all parties by the CPLR cannot be
15   deemed waived and the appropriate sections of the
16   CPLR shall be controlling with respect hereto.
17     IT IS FURTHER STIPULATED AND AGREED by and
18   between the attorneys for the respective parties
19   hereto that a copy of this examination shall be
20   furnished, without charge, to the attorneys
21   representing the witness testifying herein.
22
23
24
25
```

**Page 6**

1
2  D I A N E   P E R I T Z, after having first been
3  duly sworn by a Notary Public of the State of New
4  York, was examined and testified as follows:
5  EXAMINATION
6  BY MS. LINEEN:
7    Q   State your name for the record, please.
8    A   Diane Peritz.
9    Q   State your address for the record, please.
10   A   112 Holiday Drive, Woodbury, New York
11  11797.
12   Q   Good morning, Ms. Peritz. My name is
13  Carolyn Lineen. I'm an attorney with the law firm
14  of Silverman and Associates, and I represent
15  Nassau BOCES, Janet Weisel, and John Miller in a
16  lawsuit that you filed against them. I'm going to
17  be asking you some questions about your lawsuit and
18  the facts underlining the allegations that you've
19  made.
20        If you don't understand any of my
21  questions, please let me know and I'll try to
22  rephrase the question for you. If you go ahead and
23  answer the question and don't indicate to me that
24  you don't understand it when you answer, I'm going
25  to assume that you understood the question as it was

**Page 7**

1              D. PERITZ
2  posed. Okay?
3    A   Sure.
4    Q   Make sure to give verbal answers. I know
5  sometimes in common conversation it's easy to
6  gesture or nod and do "uh-huh" and that sort of
7  thing, but we need the court reporter to be able to
8  take down everything both you and I say here today
9  and get an accurate record.
10        So please try to remind yourself to
11  give verbal answers. If I notice you giving a
12  nonverbal answer I'll remind you to go ahead.
13  Everyone tends to do it so don't worry.
14   A   Okay.
15   Q   Also, you need to let me get my entire
16  question out before you start answering. It is very
17  difficult for the court reporter to take down
18  testimony if two people are talking at the same
19  time.
20        Also, allowing me to get my entire
21  question out and giving a little time before for you
22  answer allows your attorney to place any objections
23  on the record if she feels the need to do so.
24   A   Okay.
25   Q   Plus, you may think you know exactly what

**Page 8**

1              D. PERITZ
2  I'm asking, but I could surprise you and ask
3  something different if you don't let me get my
4  entire question out before you answer. I want to
5  make sure that you're actually answering the
6  questions I pose to you --
7    A   Sure.
8    Q   -- so that we get an accurate record. And
9  also if you answer the questions as posed, it will
10  probably keep this shorter for you because it'll
11  make less work that we'll have to do to go back and
12  actually get the answer to the question I was trying
13  to get.
14   A   Okay.
15   Q   If you need to take a break at any time,
16  that's that fine; I'm more than happy to accommodate
17  that, whether that's to get a drink, use the phone,
18  go to the restroom. That's fine.
19        The only thing that I ask us that you
20  make sure you answer any pending questions that are
21  on the record before we take that break so we don't
22  leave anything unanswered.
23   A   Sure.
24   Q   Okay. Do you have any disabilities or
25  impairments that would prevent you from

**Page 9**

1              D. PERITZ
2  understanding my questions?
3    A   No.
4    Q   Or any disabilities or impairments that
5  would prevent you from recalling facts or testifying
6  accurately?
7    A   No.
8    Q   Okay. And have you taken any medications
9  today that would affect your ability to understand
10  my questions?
11   A   No. I did take Tylenol; that's it.
12   Q   Okay. What time did you take the Tylenol?
13   A   I left at like nine o'clock, so maybe a
14  quarter to 9:00.
15   Q   Okay. And does that affect your ability
16  to understand --
17   A   No, of course not.
18   Q   -- all of my questions? Does it affect
19  your ability to recall facts or --
20   A   No, no, no. I was just having -- you
21  know, it's raining -- pain.
22   Q   Okay.
23   A   Not even head pain.
24   Q   I understand. I fractured my femur a few
25  years ago when it rains I get very achy in that leg.

Page 10

D. PERITZ

1
2       Have you used any alcohol or
3   recreational drugs in the last 24 hours?
4       A   No.
5       Q   And are any medications that you are
6   supposed to take on a daily basis that you haven't
7   taken today?
8       A   No.
9       Q   Okay. And you understand -- do you
10  understand that you have an obligation to tell the
11  truth here today?
12      A   Yes, of course.
13      Q   Is there any reason that you would be
14  unable to recall facts and testify accurately?
15      A   No. If I can't recall I've been told to
16  tell you that I don't remember.
17      Q   All right. Right. But as you sit here,
18  there's nothing that you're aware of that would
19  impede you from recalling facts?
20      A   No, no, no, no.
21      Q   And yes, that's correct; if you don't know
22  the answer to my question or you can't recall, you
23  can tell me that. I don't want you to guess. I'm
24  sure your attorney doesn't want you to guess, so --
25      A   Right.

Page 11

D. PERITZ

1
2       Q   Are you married?
3       A   No.
4       Q   Have you ever been married?
5       A   No.
6       Q   Do you have any children?
7       A   No.
8       Q   Okay. Now, without telling you what you
9   said, did you talk to anyone in preparation to
10  testify here today?
11      A   Just Mindy.
12      Q   Meaning your attorney?
13      A   Yes.
14      Q   When did you talk to her?
15          THE WITNESS: Was it Saturday or Sunday?
16          MS. KALLUS: I can't answer.
17      Q   She can't answer for you.
18      A   Over the weekend.
19      Q   Okay.
20      A   And then last night.
21      Q   Okay. Over the weekend. Did you meet in
22  person?
23      A   Yes, we did.
24      Q   Do you know for how long for?
25      A   Maybe two hours.

Page 12

D. PERITZ

1
2       Q   Okay.
3       A   It's a guess, though.
4       Q   Last night did you speak in person or over
5   the phone?
6       A   Phone.
7       Q   Do you know how long that conversation
8   was?
9       A   It was a couple, and it was maybe
10  ten-minute intervals.
11      Q   Okay. And in preparation to testify here
12  today, did you review any documents?
13      A   Yes, I did.
14      Q   What did you review?
15      A   I reviewed the complaint document. I
16  reviewed the letter -- or the end of the year
17  evaluation as well as the evaluation that was done
18  upon my termination.
19          I reviewed my -- I reviewed the
20  letter that they wrote after the disciplinary
21  meeting and my letter back to them. And finally,
22  some emails from Selma Selften (phonetic) regarding
23  my accommodation and my disability.
24      Q   Any other documents that you recall
25  looking at in preparation to testify here today?

Page 13

D. PERITZ

1
2       A   No.
3       Q   Do you remember being questioned by an
4   attorney from my office under oath in April 2016?
5       A   Yes.
6       Q   Did you ever review that testimony?
7       A   I didn't; it's long.
8       Q   So you never looked at that testimony?
9       A   I looked at that the -- I think I had to
10  send back something with corrections, so I did look
11  at it then.
12      Q   Okay. And you haven't looked at it since
13  then?
14      A   No.
15      Q   And you didn't look it --
16      A   Should I have?
17          MS. KALLUS: Don't ask any questions.
18          MS. LINEEN: No, I'm just trying to figure
19  out -- you know, there's no right answer or
20  anything. I'm just trying to ask you some
21  questions to figure out a few facts.
22          Did you -- you didn't look at testimony in
23  preparation to testify here?
24      A   No.
25      Q   And when you looked at it -- when you

Page 14

D. PERITZ

1
2  reviewed it and made some corrections and sent that
3  back, was everything, to your knowledge, true and
4  accurate in the testimony?
5      A  I think I made some corrections, but yeah,
6  my testimony was accurate, absolutely.
7      Q  All right.  And other than any of the
8  corrections that you would have made and returned,
9  is there anything, as we sit here today, that you
10  feel like needs to be changed or corrected from that
11  testimony?
12     A  No.
13        (Whereupon, documents, Plaintiff's Exhibit
14        A-D were marked for Identification.)
15     Q  While you're doing that I'm just going to
16  place an exhibit that was just marked Defendant's
17  Exhibit A, B, C, and D in front of you for the
18  record.
19        A is Bates No. Defendant 53, B is
20  Bates No. Defendant's 56, 58, and 59.  Bates 57 was
21  removed because it -- I don't believe it was part of
22  the actual document.  I think it was just a page
23  that was produced in the middle of the document
24  (handing).
25        Defendant's C is Bates No. DEF 54 and

Page 15

D. PERITZ

1
2  55 and Defendant's D is DEF72, 73 and 74.
3  (handing).
4      A  Oh, is that for me?
5      Q  Yeah, just take a second to look at it
6  when you have a chance.  I'm not going to ask you a
7  really detailed question about them at this point.
8  We are probably going to get into them later, but I
9  just want you to take a look at each of them really
10  quickly.
11     A  Sure.
12     Q  And then let me know when you're ready and
13  I'll ask you a question.
14     A  That's the documents I reviewed.
15     Q  Okay.  That was going to be my question.
16  Defendant's Exhibit A, B, C and D, are those all
17  documents that you reviewed in preparation to
18  testify here today?
19     A  Yes.
20     Q  Okay.  And from your testimony I
21  understand that other documents that you looked at
22  were some emails between you and Thomas Shelton?
23     A  Yes.
24     Q  Okay.  I'll take these.  We'll look at
25  them again later.

Page 16

D. PERITZ

1
2        And how long have you lived at your
3  current address?
4      A  My goodness -- I don't know.  Fifteen
5  years, wow.
6      Q  Okay.  Does anyone currently live there
7  with you?
8      A  No.
9      Q  In 2014 and 2015, did anyone live at that
10  address with you?
11     A  No.
12     Q  Okay.  And since you testified at your
13  50-h examination on April 2016, had there been any
14  changes to your educational background or degrees or
15  certifications or credits or anything like that?
16     A  No, not -- not degrees, but we take
17  courses every year, so I've taken courses, but
18  that's it.
19     Q  Okay.  So you have haven't obtained any
20  additional degrees since your examination?
21     A  No.
22     Q  And have you obtained any additional
23  educational credits beyond your masters --
24     A  No.
25     Q  -- since then?  And the courses that you

Page 17

D. PERITZ

1
2  take -- are those essentially continuing education?
3      A  Yes.
4      Q  Now, are you a licensed occupational
5  therapist?
6      A  Yes.
7      Q  Are you licensed by the state of New York,
8  or is it --
9      A  Yes, and registered.
10     Q  Okay.  And are you certificated to work as
11  an occupational therapist in an educational setting?
12     A  There's no special certification to allow
13  you to work in a educational setting.
14     Q  Okay.  So you don't have any certification
15  or license separate through the New York State
16  educational department as it pertains to working to
17  in a school setting?
18     A  Nothing exists like that.
19     Q  Okay.  And have you obtained any
20  additional certifications or professional licenses
21  since your examination in April of 2016?
22     A  No, not since that time.
23     Q  Okay.  Has your license as an occupational
24  therapist ever been suspended or censured?
25     A  No.



Page 18

D. PERITZ

1
2  Q   Revoked?
3  A   No.
4  Q   And is it a permanent license, or do you
5  have to renew it every --
6  A   You have to renew it.  I think it's -- I'm
7  not sure -- every three or five years something like
8  that, and then you need to take your continuing
9  education credits as part of the renewal process.
10  Q   Okay.  Do you know when you last renewed
11  it?
12  A   I don't -- I don't know exactly, but since
13  that time, yes.  Like since --
14  Q   Since the examination you had in April of
15  2016?
16  A   That was just -- no, maybe not.
17  Q   Oh.
18  A   But --
19  Q   If you don't know, that's fine.  You can
20  tell me that.
21      Now, I understand you worked at
22  Nassau BOCES at point; is that correct?
23  A   Yes.
24  Q   Prior to the Nassau BOCES, did you have
25  any employment in the public education setting?

Page 19

D. PERITZ

1
2  A   Yes.
3  Q   Okay.  Where?
4  A   I worked for the New York City Department
5  of Education.
6  Q   Okay.  Well, did you have the one position
7  there or more than one position?
8      Did it ever change, or did you have
9  that same position the entire time?
10  A   My position -- way, way, way back when I
11  was getting my masters I was once a
12  paraprofessional.  Is that what you're asking?
13  Q   Well, let me ask this:  When did you work
14  for the New York City Department of Education?
15  A   As on OT or --
16  Q   Sure, we'll take that.
17  A   As an OT and I think I -- again, I'm
18  guessing, but it's something like 1998 for five
19  years hence.  Is that working?  Yeah, I think so.
20      And then I left and I did my own
21  practice.  Am I giving information you don't want?
22  Q   No, this is fine.
23  A   Some of that was performed in schools as
24  well as in home care, early intervention, and
25  preschool, and then in 2012, I returned to the

Page 20

D. PERITZ

1
2  New York City Board of Education and worked there
3  until I started at BOCES, but during the whole time
4  I also had my own practice.
5  Q   Okay.  So -- and is it correct that you
6  once worked as a paraprofessional for the New York
7  City Department of Education?
8  A   Yeah, I think it was like 19 -- let's see
9  -- '80.
10  Q   Okay.
11  A   But for six -- you know, for like a short
12  of period of time while I was doing my degree.
13  Q   Do you have an approximation of what you
14  mean by a short period of time?
15  A   Like six months.
16  Q   And that was while you were getting your
17  masters degree?
18  A   My first masters; I have two.
19  Q   What are your masters degrees in, just to
20  refresh me?
21  A   The first one is in communication arts and
22  sciences and the second one is occupational therapy.
23  Q   When did you obtain your masters in
24  occupational therapy?
25  A   I believe it was 1998.

Page 21

D. PERITZ

1
2  Q   Okay.  Where is it that from?
3  A   NYU.
4  Q   Okay.  So when you worked for the New York
5  Department of Education from 1998 and approximately
6  five years after that, were you a occupational
7  therapist the entire time?
8  A   Yes.
9  Q   And was that a civil service position?
10  A   I'm not sure.
11  Q   Okay.  Were you -- when you started at
12  that position, was it a probationary position?
13  A   It's initially probationary and then it
14  becomes permanent, and then I moved up and became a
15  senior occupational therapist.
16  Q   When did you become a senior occupational
17  therapist?
18  A   Approximately two years after I started.
19  Q   Okay.  When you worked for the New York
20  City Department of Education from 1998, in that
21  five-year period -- after that did you have one
22  supervisor or more than one?
23  A   I had more than one.
24  Q   Okay.
25  A   I had one for the two years 'till I became

Page 22

D. PERITZ

1
2  senior, and then it changed, but not because my
3  position changed.  Just because the department
4  changed how they did things.
5      Q.  Okay.  Do you remember any of their names?
6      A.  Jackie Turbert (phonetic) was the first
7  one -- which is kind of amazing -- but I don't
8  remember after that.
9      Q.  Okay.
10     A.  'Cause she's the one that I had the most
11 dealing with.
12     Q.  Is it correct that you obtained permanent
13 status in the position?
14     A.  Yeah -- well, okay.  So with the New York
15 City Board of Ed, back then there are was nothing --
16 because as a therapist there was nothing considered
17 permanent status.  We were all -- because we weren't
18 teachers -- it's now changed and there is
19 permanence, but there wasn't at that time.  But you
20 were permanent; it just wasn't an official status.
21     Q.  Okay.  But when you took the position in
22 1998, were you given a probationary period?
23     A.  You're given that for six months but then
24 you move out of that position.  So obviously they
25 have a time period that if they're not pleased with

Page 23

D. PERITZ

1
2  your work they don't keep you, but then -- it's just
3  because of the way in which the system worked back
4  then there was nothing considered permanent.
5      Q.  Okay.
6      A.  So there were certain benefits we didn't
7  get as part of that, but now it's changed and you
8  are.
9      Q.  Okay.
10     A.  And then I -- it became civil service.  So
11 ultimately -- so maybe it wasn't way back when I
12 started.  Ultimately in the -- since 2012, maybe
13 2015, or something, you have to take a civil service
14 exam and then started becoming permanent.
15     Q.  So when you were there in 1998 to five
16 years after approximately, were you subject to any
17 formal discipline like a suspension or --
18     A.  No.
19     Q.  -- demotion?  Fine?  Termination?
20     A.  Nothing --
21     Q.  Okay.
22     A.  -- like that.
23     Q.  And I know you said left and you were
24 working in your own private practice --
25     A.  Yes.

Page 24

D. PERITZ

1
2      Q.  And had done that at the same time that
3  you were employed as well --
4      A.  In 1998 I didn't do it at the same time
5  because I was just starting, but after -- but
6  sometime during that period of time I started doing
7  it at the same time.
8      Q.  Okay.  And what was the name of that
9  practice?
10     A.  I have a PLLC, so it's Dinae Peritz OT,
11 PLLC.
12     Q.  Okay.  And when you returned to -- well,
13 actually let me ask you this:  Why did you leave the
14 New York City Department of Education after you had
15 worked there for five years?
16     A.  So initially -- for the first two years I
17 was paying back -- I had the scholarship and that
18 they paid for my masters program so I was paying
19 that back to them.
20         After that period I just stayed
21 because I liked my job, but then the commute was
22 hard, and honestly, as a therapist in a private
23 practice you make more money despite the fact that
24 you don't get -- that you have you to pay for your
25 benefits but you make for money than you do working

Page 25

D. PERITZ

1
2  for a facility, so I decided to leave and do that.
3      Q.  Okay.  And then in 2012 you returned to
4  the New York City Board of Education; is that
5  correct?
6      A.  Yes.
7      Q.  And what was your position then?
8      A.  Senior occupational therapist.
9      Q.  Did you have a supervisor in that role?
10     A.  Well, I mean, you always do, but you don't
11 have day-to-day contact with that person.
12     Q.  Okay.  Do you remember that person's name?
13     A.  I don't.  I started -- I interviewed
14 initially with someone and he retired shortly
15 thereafter and then there was someone else.
16     Q.  Okay.  And when you were there in 2012
17 until when you started working for Nassau BOCES, did
18 -- were you subject to any formal discipline by the
19 New York City Department of Education?
20     A.  Not formal discipline, no.
21     Q.  Well --
22     A.  I'll let you have your question.
23     Q.  Okay.  Well, it seemed like you wanted to
24 continue that answer.  Were you subject to any form
25 of discipline?

Page 26

D. PERITZ

1
2     A   I was -- there was a suspension during
3   which -- following which I was found to be innocent
4   and everything resumed as it was.
5     Q   Okay.  So did that proceed to a hearing?
6     A   No.
7     Q   Okay.  How long were you suspended for?
8     A   It was like four months or something.
9     Q   Was it with or without pay?
10    A   It was initially without pay but I got all
11  my pay retroactive.
12    Q   Okay.  Were there any incidents where you
13  were -- excuse me, withdrawn.
14        Were there any times that you were
15  disciplined when you were working with the Board of
16  Education or Department of Education?
17    A   No.
18    Q   And then why did you leave the position at
19  the New York City Department of Education after you
20  returned to 2012?
21    A   Well, because I was offered this position
22  by BOCES.  Initially, I reduced my position in New
23  York City to three days -- no, wait, sorry -- to two
24  days because I was in BOCES three days, and then
25  when they increased me to full-time I gave notice

Page 27

D. PERITZ

1
2   and left altogether, and the why is because it was a
3   two-hour commute.
4     Q   Okay.  Now, when you were hired by BOCES,
5   were you contacted by BOCES or did you seek out
6   employment with them?
7     A   I was contacted by Janet Weisel, but in
8   order for that to happen, somebody had recommended
9   to me, another therapist, that I should fill out the
10  civil service exam, and I did that.
11    Q   Okay.
12    A   And then Janet Weisel contacted me.
13    Q   When was that that you took the civil
14  service exam?
15    A   I'm not sure.  Something like 2014 or '15
16  -- '14.
17        MS. KALLUS:  Don't guess.
18    A   '14.
19    Q   And do you remember who it was that
20  recommended you take it?
21    A   Yes, a therapist that I knew.  I don't
22  remember her name, but --
23    Q   Did she tell you why she recommended you
24  take it?
25    A   'Cause she had done it and she was working

Page 28

D. PERITZ

1
2   in a school out here and there was no lengthy
3   commute.
4     Q   Around the time that you became employed
5   by BOCES, had you been looking for employment in
6   other school districts?
7     A   No.
8     Q   Or had you been looking for other
9   employment even outside of the school district at
10  that time?
11    A   No.
12    Q   Prior to working for the New York City
13  Department of Education, had you had any other
14  employment experience in the educational setting?
15    A   No.  Except as I told you before as a
16  paraprofessional.
17    Q   And I know you mentioned when you were
18  working at your own private practice between the
19  time that you left the New York City Department of
20  Education and the time that you returned and then
21  while you were still working with the New York City
22  Department of Education, that you did some work for
23  other schools; is that correct?
24    A   Uh-huh.
25    Q   Yes?

Page 29

D. PERITZ

1
2     A   Yes.  I'm sorry.
3     Q   It's okay.  Everyone does it.  Do you
4   remember the names of any of those schools?
5     A   Well, like, I have a Nassau County
6   contract where I do CPSC, so -- which is made for
7   preschool education, and so I go into schools and
8   treat children or treat them in their home,
9   depending upon what is deemed appropriate by their
10  IEPs, and then -- I think.  But I don't remember the
11  dates.  At some point I worked part-time in a local
12  school district.  I'm sorry.
13        Can you repeat your question.  I'm
14  confused of dates.
15    Q   Sure.
16        MS. LINEEN:  Do you mind reading back the
17  question.
18        (Whereupon, the last question was read
19  back.)
20    A   So I really just should have said yes.
21    Q   It's okay.  I think I had asked what -- if
22  you recall the names of any of the school districts
23  that you worked in?
24    A   During the time that I worked for New York
25  City Department I did not work for any other

Page 30

D. PERITZ
1
2  districts since I was working in the school during
3  the whole day, so there would be no time to do that.
4       During the interim time I worked for
5  a local district, I think I worked for Syosett for,
6  you know, some cases. When -- when districts --
7  you're contract, so when districts don't -- when
8  they either have their own therapists and they have
9  extra or many, many districts do not hire their own,
10  so therefore you could be called to do different
11  contract work at different districts. So I've
12  worked in Wantagh, and I worked in Huntington --
13       Q    Okay.
14       A    -- that I can recall. There may be others
15  but nothing -- none of those were permanent
16  positions with benefits.
17       Q    In -- when you were in Syosett, Wantagh,
18  Huntington, were you actually an employee of the
19  district --
20       A    No.
21       Q    -- or were you a contract?
22       A    Other.
23       Q    Were you retained pursuant to a contract?
24       A    Yes.
25       Q    And were you paid by that school district

Page 31

D. PERITZ
1
2  or the county?
3       A    You're paid -- once it's a -- once it
4  ends -- once it's not preschool, you're paid by the
5  district. However, I wasn't paid by the district;
6  the district pays the agencies who then pays me.
7       Q    And which agency were you working for at
8  the time?
9       A    I worked for many, many.
10       Q    Can I have the names of the agencies
11  you've work for?
12       A    You can, except for -- I'll be very honest
13  with you. I do not want anybody at BOCES having
14  that information.
15           MS. KALLUS: Can we go off the record
16  right now.
17           MS. LINEEN: Sure.
18           (Discussion held off the record.)
19           MS. LINEEN: I'm going to actually call
20  the judge.
21           (Discussion held off the record.)
22           (Phone call made to the judge.)
23           MS. LINEEN: Hi, good morning. This is
24  Carolyn Lineen. I'm defense counsel on the
25  Peritz versus Nassau BOCES case, and I'm here

Page 32

D. PERITZ
1
2  with plaintiff's counsel. We're at a
3  deposition and we have a little bit of an issue
4  that's come up that we want a ruling from the
5  judge on.
6           MS. CASALINI: Okay. What is the case
7  docket number?
8       Q    It is 16CV5478.
9       A    Okay.
10       Q    Now, the judge is not in right now, so if
11  you'd like I can just go over the discovery -- the
12  deposition dispute, and see if we can come to some
13  resolution; however, it's nothing that's going to be
14  an order that's put on the record today.
15           MS. LINEEN: Okay. So the issue is we're
16  still kind of in the general background phase
17  of the deposition. I'm taking the plaintiff's
18  deposition and --
19           MS. CASALINI: Wait. Can you just tell me
20  -- first of all, let me pull up the docket
21  number, and it is 165478.
22           MS. KALLUS: Yes.
23           MS. LINEEN: Yes.
24           MS. CASALINI: Okay. Hold on. And it's
25  Peritz, all right. Can you tell me who is on

Page 33

D. PERITZ
1
2  the phone.
3           MS. LINEEN: Carolyn Lineen from Silverman
4  & Associates, and I represent all of the
5  defendants.
6           MS. KALLUS: And I'm Mindy Kallus for the
7  plaintiff, Diane Peritz.
8           MS. CASALINI: Okay. So what is the
9  issue?
10           MS. LINEEN: So we're -- we're still in
11  the kind of general background phase of my
12  questioning, and I was asking the plaintiff
13  about her prior employment experience, which I
14  normally do in the course of any deposition
15  just to get a sense of the person's experience.
16       And she has testified that she did work in
17  school districts as an occupational therapist
18  through certain agencies. And I asked for the
19  name of the agencies, and she's refusing to
20  give them to me because she has expressed that
21  she has a concern that my clients will call and
22  badmouth her to those agencies.
23       We had a discussion off the record and I
24  advised that I don't -- I have no issue
25  stipulating to the fact that those names will

Page 34

D. PERITZ

1
2 only be used for purposes of this litigation
3 instructing my clients of the same, and -- but
4 she is still refusing to answer. I'll let
5 plaintiff's counsel speak.
6    MS. KALLUS: Yeah, so she's refusing to
7 answer because of the -- well, the underlining
8 lawsuit involves a termination of a
9 probationary period and her reputation as an
10 occupational therapist in the community, which
11 until the events of this lawsuit were
12 completely fine, and she's really panicked that
13 two of the individual defendants will abuse
14 that information, and so I recommended to
15 defense counsel that there might be a way for
16 her to sort of firewall the information, so
17 that it's information that's in the case but
18 not necessarily shared with the defendants.
19    It's happened to me in other cases where I
20 managed to work with lawyers who will just
21 basically, you know, keep the information where
22 it has to be, but not, you know -- make sure
23 she's not harmed by conveying this information.
24    MS. LINEEN: Well, the individuals are
25 named defendants in this case, so you know, if

Page 35

D. PERITZ

1
2 they were to ask me about testimony, I can't
3 withhold it because they have a right to know
4 what has been disclosed in discovery.
5    But certainly we could stipulate that it
6 will be kept confidential among me and the
7 defendants and anyone that we would normally
8 include in the stipulation like that and not
9 used for anything other than this litigation.
10    MS. KALLUS: And not to contact anyone. I
11 might be able to persuade her. As long as
12 you're not contacting. I mean, if the purpose
13 is like a discovery position then you're going
14 to call them. Then we're going to have a
15 problem.
16    MS. LINEEN: First of all, I -- I, as an
17 attorney, could seek out records. I don't
18 think my clients could. This is speculation
19 that my clients would make any effort to
20 contact these people.
21    And while plaintiff's counsel says
22 her client's reputation was untarnished before this,
23 she did have a lawsuit against her prior employers,
24 so you know, I think this is information that we're
25 entitled to explore in the course of discovery.

Page 36

D. PERITZ

1
2    MS. KALLUS: She wasn't unwilling to talk
3 about that prior employer. I mean, that was
4 ultimately information that didn't have any
5 impact on her reputation, basically. We can
6 take that --
7    MS. CASALINI: So it sounds like the two
8 of you might be able to work this out. I mean,
9 I can tell you that my experience with Judge
10 Shelton -- she usually does have parties answer
11 questions and -- you know, unless there's an
12 objection as to privilege or if it was
13 something that is really -- you know, like a
14 social security number or something that could
15 be, you know -- that would just be used for
16 harassment -- then it's usually directed that
17 the person answer, not withstanding any
18 objection.
19    With that being said, I can't give you any
20 direction -- any order, but it does sound like
21 both of you might be able to work this out with
22 some kind of stipulation.
23    MS. LINEEN: You know, the issue is I
24 think even if we stipulated it on the record,
25 it sounds like the plaintiff is still not going

Page 37

D. PERITZ

1
2 to answer that.
3    MS. KALLUS: I think she needs to get a
4 ruling from the judge because she's --
5    MS. CASALINI: Well, then what I can
6 recommend is that you continue with your
7 deposition and any questions that you would
8 have issues with.
9    At that point you can submit them to the
10 judge or you can call on Monday with a list of
11 the different issues because more might come up
12 individually; however, you're not going to be
13 getting a ruling necessarily today.
14    MS. LINEEN: Okay. So if we are to do it
15 on Monday, should we just call with both
16 parties on the line, or should we submit a
17 letter before, or --
18    MS. CASALINI: Well, if you have specific
19 deposition questions that came up, it might
20 make sense just to submit, you know, a motion
21 maybe for a conference call at a specific time.
22 List the times and also print in that motion of
23 what the actual deposition issues were.
24    MS. LINEEN: Okay.
25    MS. CASALINI: Does that make sense? That

Page 38

D. PERITZ

1
2  way the judge can review it. We can look at
3  it, and then based upon whatever time is
4  available for both of you as well as for the
5  judge, we can put in on a conference call.
6      MS. KALLUS: Monday might not work for me.
7  I have a trial. A one-day trial.
8      MS. LINEEN: Okay.
9      MS. CASALINI: So you can also put down a
10 different day that would work or a different
11 time that would work.
12     MS. LINEEN: We'll actually be together on
13 Tuesday for another deposition, so we could try
14 to give a call then.
15     MS. CASALINI: Okay. And, you know, I
16 don't know what implications this would have if
17 the judge, you know, does rule whichever way --
18 if the party will have to come back for a
19 deposition.
20     MS. KALLUS: Right.
21     MS. CASALINI: And that's something that
22 you both might want to consider as well. Maybe
23 there is some kind of resolution that you can
24 come up with.
25     MS. LINEEN: Okay.

Page 39

D. PERITZ

1
2      MS. CASALINI: Okay.
3      MS. LINEEN: All right. Thank you. Can I
4  just make sure I have your name.
5      MS. CASALINI: My name is
6  Rosalind Casalini. I'm Judge Shields' law
7  clerk.
8      MS. LINEEN: All right. Thank you.
9      MS. CASTELINO: You're welcome.
10     MS. LINEEN: All right.
11     (Discussion held off the record.)
12     MS. LINEEN: We have just made an call to
13 the judge's chambers. The judge is not in, but
14 we did speak to her law clerk who directed us
15 to either try and find a way to work it out or
16 save the question for a ruling.
17     I would like the question of the names of
18 the agencies for whom the plaintiff worked to
19 be marked for a ruling. I intend to seek that,
20 and I intend to hold the deposition open until
21 we get that information.
22     I have agreed to enter into a stipulation
23 of confidentiality that those names will be
24 kept confidential and only used for the
25 purposes of this litigation.

Page 40

D. PERITZ

1
2      My understanding is that that is not
3  sufficient for plaintiff. So we're going to
4  leave the question for a ruling, and I'll seek
5  that ruling.
6      And if the ruling is that the plaintiff
7  has to answer the question, I will either seek
8  a further deposition or a continued deposition
9  of the plaintiff to get those questions or
10 submit questions in writing. I'm not sure, but
11 I reserve my right to call the plaintiff back
12 to obtain answers to those questions.
13  A  Can I ask for clarification?
14     MS. KALLUS: Maybe off the record.
15     MS. LINEEN: Well, I want this all on the
16 record now.
17     MS. KALLUS: Okay.
18  A  So you just said that you offered for this
19 to be confidential, which means what exactly?
20  Q  Well, your attorney is going to explain to
21 you that I've offered -- there's generally a
22 confidentiality agreement in cases on certain types
23 of information.
24     That means that the information is
25 not to be shared with outside or third parties.

Page 41

D. PERITZ

1
2  It's only to be kept -- to be shared or discussed or
3  reviewed among the parties of the case, their
4  attorneys, anyone who works for their office. This
5  would be the standard kind of agreement. Any
6  witnesses or affiants in the case and to only be
7  used for purposes of the litigation. So in
8  preparation of the defense of the litigation or in
9  your case, preparation of support of your claim.
10 But your attorney can certainly explain it more to
11 you if needed.
12     MS. KALLUS: Do you want me to?
13     I mean, she's basically saying it will be
14 confidential and it wouldn't be used for
15 anything but the litigation.
16     The question is whether that would
17 include -- not -- whether or not the individual
18 defendants could be contacting your --
19  A  Right. Yeah, that's the part that I have
20 -- that would include that?
21     MS. KALLUS: We're --
22  A  Okay. So we better just stick with the
23 original answer.
24  Q  Okay. I'm going get a ruling on that, and
25 we'll take it up when the court gives us a ruling.



Page 42

D. PERITZ

1
2    A   Okay.
3    Q   So -- now, did you ever file any claims
4  for discrimination of harassment against the
5  New York City Department of Education or Board of
6  Education?
7    A   I don't think so.
8    Q   Did you ever file a lawsuit against the
9  New York City Department of Education?
10   A   Yes.
11   Q   Do you remember what you're alleging in
12  that case, even generally?
13   A   Yeah, it was specifically involving the
14  time that I mentioned that -- at which was my only
15  issue.  When I bought glasses for a child and the
16  principal had issue with it.
17        The foster child -- and I had written
18  permission from his agency to do it, and he could
19  not see without the glasses.  So as I previously
20  mentioned, I was found not guilty and got all my
21  money back.
22   Q   Okay.  When you say you were found not
23  guilty, was that through the loss that you filed?
24   A   Well, the union's sort of -- yeah, it was
25  elaborate, but yeah -- but yes.

Page 43

D. PERITZ

1
2    Q   Where was --
3    A   It wasn't really a guilt -- not guilty
4  sounds like there was an allege of guilt.  It wasn't
5  not guilty I was -- you know, I got all my money
6  back.
7    Q   Where was your lawsuit filed?  Was it in
8  state court or federal court?
9    A   I don't know.
10   Q   Okay.  And did it proceed to trial?
11   A   No.
12   Q   Okay.  How was it resolved?  Was there a
13  settlement?
14   A   Just a meeting.  Yeah, a settlement.
15   Q   And was there anything else included in
16  that -- well, actually -- withdrawn.
17        Was part of the settlement getting
18  your wages back?
19   A   Uh-huh.
20   Q   Yes?
21   A   Yes.  Sorry.
22   Q   It's okay.  Was there anything including
23  in that settlement?
24   A   Anything else?  Like what?
25   Q   Did you get anything else?

Page 44

D. PERITZ

1
2    A   Above the wages?  Yes, I did.
3    Q   What did you get?
4    A   A little bit of money.
5    Q   Do you recall how much money?
6    A   I don't know, like $20,000 maybe.  I'm not
7  sure.
8    Q   Did you get any sort of -- actually --
9  withdrawn.
10   A   I returned to work.
11   Q   Okay.  Was there anything in the
12  settlement where the Department of Education agreed
13  to give you any sort of reference for future
14  employment?
15   A   No, 'cause I didn't ask for it.
16   Q   Okay.  Did you sign any actual written
17  agreement about the settlement and what you were
18  getting?
19   A   I don't know.
20        MS. LINEEN:  Okay.  I'm going call for
21  production of any written settlement agreement
22  and I'll follow up in writing, and I'm also
23  going to demand an authorization to get the
24  plaintiff's employment record from the New York
25  City Department of Education and I'll follow up

Page 45

D. PERITZ

1
2  in writing as well.
3    Q   Now, other than the employment that we've
4  talked about that you had in the public school
5  setting before working at BOCES and the work that
6  you've done through the agencies, have you ever been
7  employed directly by any sort of private school?
8    A   No.
9    Q   When you were -- when did your employment
10  with BOCES start?
11   A   March 2015, maybe.
12   Q   Okay.  What was your position at that
13  time?
14   A   Occupational therapist.
15   Q   Now, you had previously testified that
16  Janet Weisel contacted you?
17   A   Yes.
18   Q   Did you have any interviews for that
19  position?
20   A   Yes, I did.
21   Q   Do you remember how many?
22   A   I think only one.
23   Q   Okay.  Do you remember who was present at
24  the interview?
25   A   Only Janet.  Her -- the PT supervisor was

Page 46

D. PERITZ

1
2 in the room. I can't remember her name, but she
3 was -- they share an office, so Janet was with me
4 and she was working at her desk.
5     Q   Okay.  And you don't remember her name?
6     A   I don't.
7     Q   And where was it?
8     A   In Janet's office -- well, in their
9 office.
10     Q   And which building?
11     A   It's like an adjunct building to the CCA
12 building, but --
13     Q   Is that the center for community
14 adjustment or --
15     A   Uh-huh.
16     Q   Yes?
17     A   Yes.
18     Q   Okay.  Okay.  And what do you recall being
19 discussed in that interview?
20     A   She asked me my experience.  She asked
21 me -- I think she asked me for references.  She
22 asked me what I liked about New York City Board of
23 Ed, working at a school, if I -- what populations I
24 worked with, what was I comfortable doing,
25 et cetera, et cetera.

Page 47

D. PERITZ

1
2     Q   Let me just back up a little bit.  At the
3 time you worked for the New York City Board of Ed,
4 did you make any claims or file any charges or
5 complaints alleging that you were being subject to a
6 hostile work environment?
7     A   No.
8     Q   Is there anything else that you recall
9 being discussed at this interview with Janet Weisel
10 that you haven't told me about?
11     A   No.
12     Q   Was there any discussion about the
13 position?
14     A   Oh, yeah.  Well, she told me she was
15 looking for a couple of different therapists to fill
16 out the vacancies that they were having at BOCES,
17 and that she had heard my name -- actually, I do
18 remember.
19         She had not yet gotten the civil
20 service list, but someone told her about me -- I
21 don't know who -- and that I came highly
22 recommended, so she decided to start her interview
23 process before actually receiving the list.
24     Q   Okay.  And I know you mentioned
25 references.  Do you remember whether you gave her

Page 48

D. PERITZ

1
2 references?
3     A   Yeah, of course.
4     Q   Did you give anyone from the New York City
5 Board of Education?
6     A   I did not.
7     Q   During that interview, was there any
8 discussion about whether the position would be
9 probationary?
10     A   Yeah, she said that it starts out
11 probationary but that tenure for OTs and PTs are
12 almost automatic.  She said -- because I asked over
13 and over again because I was permanent at the New
14 York City Board of Ed and I didn't want to give that
15 up for something that was not permanent.
16         She said initially she was looking
17 for somebody three days and that was a concern to me
18 as well because I worked five days, and so she said
19 it would start as three days but then they did know
20 that they were people that were retiring so
21 eventually it would go up to five days.
22     Q   Did you ask her any more questions about
23 obtaining permanent status from a probationary
24 period?
25     A   She just said you're observed three times.

Page 49

D. PERITZ

1
2 You submit your résumé and a copy of an evaluation
3 you do while you're working there, and again that
4 if -- for -- unlike the probationary period for
5 teachers that becomes very elaborate, for therapists
6 it's more or less automatic.
7     Q   Now, you said she said you were observed
8 three times.  Is that meaning three times in the
9 entire probationary period?  Or three times the
10 school year?  What was your understanding?
11     A   The probationary period is only six
12 months, so it's -- for OT's and PT's it's a very
13 quick process and she explained that, but I knew
14 that anyway.  Again, because we're a different
15 status than teachers.
16     Q   Okay.  I'm -- go ahead.
17     A   And she said I would be observed twice in
18 the spring which is when I was starting so that
19 would give me four to six weeks to get comfortable
20 and then she would observe me twice and then once in
21 the fall right before the papers would be submitted.
22     Q   Okay.  So when you were first employed by
23 BOCES, was that -- that was part-time?
24     A   Three days, yes.
25     Q   Okay.  And where were you assigned then?

Page 50

D. PERITZ

1
2    A   I was assigned to CCA, and I was assigned
3  to the Jerusalem Avenue School.
4    Q   Okay. Did you have a supervisor there?
5    A   Well, Janet Weisel remained the supervisor
6  at the Jerusalem Avenue School. There is a lead
7  therapist, and her name is Althea, A-L-T-H-E-A. I
8  don't remember her last name but there can't be many
9  with that name -- and she got me situated and helped
10  me and so forth and got me started.
11        At the other school, CCA, there was
12  no one who had that type of position, but that's
13  where I was assigned. When you're a therapist
14  you're always assigned a mentor and so my mentor was
15  Leora. Again I don't know her last name. And then
16  --
17    Q   Do you know what her position was?
18    A   Occupational therapist.
19    Q   Was she a lead therapist or just -- just?
20    A   No, no. She happened to share the office
21  with me.
22    Q   All right. And those were the only two
23  places you are assigned when you were in that
24  part-time role at BOCES?
25    A   Yes -- well, I went from part-time to

Page 51

D. PERITZ

1
2  full-time, but it remained in those two places.
3    Q   So at some point you went to full-time
4  during the '14-'15 school year; is that correct?
5    A   Yes. I'm just debating the date.
6        MS. KALLUS:  Well, I don't think she ever
7    worked there for '14.
8    A   Yeah, I started in '15.
9    Q   Right. The '14-15 school year?
10    A   Right.
11    Q   At some point after you were first hired,
12  did you go to full-time status as BOCES?
13    A   Yes.
14    Q   Do you remember when that was?
15    A   Right after Easter break Janet had asked
16  me to do it, and she had to get special permission
17  from civil service to allow it, because actually the
18  law said that you could not go from part-time to
19  full-time. You had to wait 'till the end of your
20  probationary period, but she said to me there was a
21  need, and also that she was hearing just good things
22  about my work; that they wanted me to be full-time.
23    Q   Okay. Just to back up a little bit. When
24  you were in the part-time role -- well, actually --
25  withdrawn.

Page 52

D. PERITZ

1
2        When you first started working for
3  BOCES in that part-time role, what was your
4  understanding of the length of the probationary
5  period of your position?
6    A   Something like six months.
7    Q   And what was your understanding of what a
8  probationary period meant or was?
9    A   Just what I said before. That a
10  probationary period for therapists was automatic to
11  go to tenure and at the end of that -- that you
12  would be observed three times, and at the end of
13  that process you needed to submit your updated
14  résumé as well as an evaluation that you performed
15  during the time you were working at BOCES, and then
16  you would become full-time -- I mean permanent.
17    Q   Now, what do you mean an evaluation that
18  you performed while you are were working st BOCES?
19  Something you drafted?
20    A   There were all those kids that needed to
21  have OT evals anywhere you go, so -- yeah, you do
22  the eval, you write it up --
23    Q   All right?
24    A   -- they get therapy or don't, and you need
25  to submit that.

Page 53

D. PERITZ

1
2    Q   I just want to clarify whether that
3  evaluation you referenced was one that would have
4  been drafted by you.
5    A   Yes.
6    Q   And submitted?
7    A   Yes, yes.
8    Q   Now, at this time that you started working
9  for BOCES in the part-time position, did you
10  understand that a probationary period during that
11  time you could be fired?
12    A   Well, not really, because I asked over and
13  over again -- because what happened was when Janet
14  called me and offered me the position, there wasn't
15  quite 30 days before she wanted me to start, and I
16  would have to notify New York City Board of Ed, and
17  technically you're supposed to give 30 days' notice.
18    Q   To New York City?
19    A   To BOCES, to anywhere that you work as a
20  therapist, but yes, to New York City.
21        Secondly, it was a part-time
22  position, and I had a full-time position, and so --
23  and -- and -- and finally, I really wanted to start
24  in the fall. Not, you know -- I never wanted to
25  leave midyear, so -- but it was also a very

Page 54

D. PERITZ

1
2  difficult winter with lots and lots of snow and ice
3  and my two-hour commute was taking more than that.
4  And so -- and you would get to the city and not be
5  able to park because they wouldn't shovel spots, and
6  so I was -- it was a very stressful commute. So I
7  was open to talking about it but only if it was
8  something that was almost granted.
9      Q. Okay. But my question to you was: At the
10  time that you started with BOCES -- in that
11  part-time role, was -- did you understand that a
12  probationary period -- that serving a probationary
13  period meant that in that time that you could be
14  terminated?
15     A  Again, as she said it was --
16     Q  Yes or no?
17     A  It's not a yes or no question.
18     Q  It is.
19     A  It's really not, because --
20     Q  Did you understand that or not?
21     A  I guess not, no.
22     Q  All right. When you worked for the New
23  York City Department of Education, had you been in a
24  probationary position before?
25     A  As I said, you are for the first six

Page 55

D. PERITZ

1
2  months, but because I had a scholarship for them --
3  I don't think -- I don't think it's ever been heard
4  of that anyone doesn't finish.
5      Q. Okay. But when you first took a job with
6  them and you were in a probationary capacity, did
7  you have an understanding that in that probationary
8  capacity you could be fired?
9      A  I guess not, no.
10     Q. Okay. At any time that you worked in the
11  field of education, did you understand that
12  probationary period meant that you could be fired
13  during that probationary period?
14     A  Again, no, because of what I just --
15  therapists are just a different breed and I don't
16  think teachers get probationary periods, if they get
17  tenure or not.
18     Q. Okay. I'm not asking about the teacher
19  and their probationary period. I'm asking whether
20  you ever had an understanding that during the
21  probationary period you could be terminated?
22     A  No.
23     Q. Okay. Now, when you -- oh, actually --
24  before you went to full-time at BOCES, had you been
25  formally observed by anyone at BOCES?

Page 56

D. PERITZ

1
2     A  Only Leora. Not formally, no.
3     Q  You said only Leora?
4     A  Yes.
5     Q  Had she done an observation of you?
6     A  No, she was -- her office was in the same
7  office as me, and her treatment was in the same
8  treatment area as me. So she had, according to
9  Janet, told -- that I was doing a great job.
10      I think also the AP -- again, she
11  didn't observe me formally -- gave really good
12  feedback about me, so that's, according to Janet,
13  how they decided to ask for the part-time to
14  full-time status.
15     Q. And who was that AP?
16     A  Frank Barrett.
17     Q. And --
18     A  Oh, and also at Jerusalem Avenue School,
19  every therapist observed every other therapist,
20  because again, it's not formal, but you're all
21  treating in the same room. So any time there's an
22  issue people help you. It's a very cohesive
23  environment.
24     Q. Okay. I'm talking a formal observation --
25     A  No.

Page 57

D. PERITZ

1
2     Q. -- done for evaluation purposes?
3     A  No. Janet is the only one who does those.
4     Q. Okay. And it's your testimony that Janet
5  told you Frank Barrett said good things about you to
6  her?
7     A  Yes.
8     Q. And now when you went full-time, did you
9  remain assigned to CCA in Jerusalem Avenue School
10  for the reminder of that school year?
11     A  Yes, I did.
12     Q. And did your supervisor change at all in
13  that role?
14     A  No.
15     Q. And when you were -- when you went to
16  full-time status, was that position probationary?
17     A  I don't know how to answer that question.
18  It was the same --
19      Could you ask your question again.
20     MS. LINEEN: Sure.
21      Can you repeat the question.
22      (Whereupon, the last question was read
23  back.)
24     A  The position didn't change, so it was
25  still part -- the dates didn't change, the tenure

Page 58

D. PERITZ

1     process didn't change; they just got a special
2     permission to increase my status from part-time to
3     full-time.
4        Q   So it was still probationary at that time,
5     correct?
6        A   Yes.
7        Q   Okay.
8        A   Yes.
9        Q   Now, as an occupational therapist at
10    BOCES, in that -- well, withdrawn.
11            As an occupational therapist at
12    BOCES, what were your duties and responsibilities?
13       A   To evaluate and treat students, to make up
14    a schedule -- so you could do that. I don't know
15    what you're asking.
16       Q   Well, I'm just asking for you to describe
17    to me your general duties and responsibilities in
18    the role to the best you can.
19       A   I think I just did.
20       Q   Okay.
21       A   Oh, you treat based on their IEP.
22       Q   Anything else that you can think of?
23       A   Not really. Eventually -- but that wasn't
24    true -- it actually wasn't true for me ever; you
25

Page 59

D. PERITZ

1     need to actually -- well, maybe it was at the end.
2     You need to write IEP goals, go to the IEP meetings
3     and so forth, but it certainly wasn't true during
4     the -- during the spring.
5        Q   Okay. And when you say go to the IEP
6     meetings, are you referring to the special education
7     meetings or something else?
8        A   I guess it's done in the office. You
9     know, the principal's office.
10            You know, I think -- I think if you
11    worked in a regular -- typical -- like a general
12    school, there is a CSC. I'm not sure in BOCES if
13    there is because all the kids have IEPs.
14       Q   Well, let me ask you this: Were you ever,
15    in your role as an OT at Nassau BOCES -- did ever
16    have to attend CSCs at the home school districts for
17    the students?
18       A   No, but there was a period that home
19    school districts -- I think it was on the phone once
20    during one of our meetings and possibly a
21    representative came.
22       Q   Okay.
23            MS. LINEEN: Can I have this marked.
24            (Whereupon, document, Defendant's Exhibit
25

Page 60

D. PERITZ

1     E was marked for Identification.)
2        Q   Okay. I'm going to ask you to look at
3     what has been marked Defendant's as Exhibit E. The
4     job description for occupational therapists. It's
5     Bates No. DEF114 and 115, the same thing you're look
6     at.
7            Have you had a second to look at this
8     document?
9        A   No. I -- I may have seen it when I first
10    applied, but no.
11       Q   I was just going ask you if you ever seen
12    this. Now, you can take a second to look at it if
13    you need to, but is this an accurate description of
14    your typical job duties and responsibilities in the
15    role of OT with Nassau BOCES?
16       A   There were no OT assistants at BOCES while
17    I was there.
18       Q   Okay.
19       A   I don't know. I should look at the whole
20    thing 'cause that is just a --
21       Q   Okay. You can take a look if you need to.
22       A   It's interesting. I think how they're
23    calling students patients here.
24       Q   Okay. So my question to you is: Looking
25

Page 61

D. PERITZ

1     at it, is that an accurate description or reflection
2     or your job duties and responsibilities when you
3     were in the role as an OT at Nassau BOCES?
4        A   Well, not totally, because I never did a
5     whole year, so I don't think there were any staff
6     conferences.
7        Q   Okay.
8        A   I didn't put -- I didn't ask for supplies
9     and equipment. I mean, except pads and paper and
10    stuff like that, and as for home care I really
11    wasn't involved in that there. The rest of it, I
12    think so.
13       Q   Okay. And is it your testimony that you
14    think you saw this job description when you were
15    first hired?
16       A   I don't remember, honestly. I just -- I
17    find it interesting that they're calling students
18    patients in this 'cause usually they don't, so I
19    don't remember, honestly.
20       Q   You don't remember when you saw it?
21       A   Right.
22       Q   Okay. Is there anything that you feel was
23    within your job duties and responsibilities when you
24    were an occupational therapist at BOCES that's not
25

Page 62

D. PERITZ

1
2 included in here?
3      MS. KALLUS: I think she has to review
4 that.
5      MS. LINEEN: And I told her she can take a
6 look at that it.
7      MS. KALLUS: Not take a look but actually
8 read it.
9      MS. LINEEN: Whatever you need.
10      A   I don't think so. I mean -- it doesn't
11 specifically say BOCES, so again I would venture to
12 say that an OT who worked under physician scripts,
13 but I have never seen in any other -- like any
14 district where they call students therapists -- I
15 mean patients.
16      Q   But my question to you again is: Is there
17 anything --
18      A   Yeah -- no, no -- yeah. That's basically
19 what a therapist does.
20      Q   Okay, thank you. Now, were you a member
21 of a union while you were employed by BOCES?
22      A   Yes.
23      Q   Do you know the name of the union?
24      A   No.
25      Q   Okay. Did you have -- hold any official

Page 63

D. PERITZ

1
2 title or position in that union?
3      A   No.
4      Q   Was there a contracted or a collective
5 bargaining agreement that applied to the terms and
6 conditions of your employment?
7      A   Yes.
8      Q   Did you ever see a copy of that?
9      A   Only after termination.
10      Q   Okay. When you were employed by New York
11 City Board of Ed, were you a member of a union?
12      A   Yes.
13      Q   Okay. And did you have hold any --
14      A   No.
15      Q   Official title or position in that union?
16      A   No.
17      Q   For the 2014-'15 school year -- so for the
18 remainder of the year -- well, actually not -- for
19 the 2014-'15 year -- I know you started in March of
20 2015, correct?
21      A   Right.
22      Q   Were you ever formally observed by anyone
23 in that school year?
24      A   Yes.
25      Q   Okay. How many times?

Page 64

D. PERITZ

1
2      A   Once.
3      Q   Okay. And by who?
4      A   Janet Weisel.
5      Q   Okay. Do you remember when it was?
6      A   In -- somewhere like May.
7      Q   Okay. And before that observation, did
8 you have any sort of pre-observation conference or
9 meeting with Janet?
10      A   No. She just phoned and said she needed
11 to do two observations by the end the year and that
12 it worked to do one on whatever date.
13      Q   Okay. And the date for the other one
14 wasn't scheduled?
15      A   No. She was supposed to schedule it
16 after.
17      Q   And during that phone call there was no
18 discussion about what would be going on during the
19 observation like some sort of therapy or anything?
20      A   Yes. There was -- she said not to worry
21 about and the focus was on my interaction with the
22 students not -- 'cause I was concerned because BOCES
23 kids are unpredictable, so my concern was that if
24 somebody observed me during a home care session I
25 can almost only know what I'm going to -- how the

Page 65

D. PERITZ

1
2 kid is going respond because the reason kids are at
3 BOCES is because they have significant issues.
4      So she said no, no, no, don't worry
5 about it. It's really about how you interact with
6 the students, not necessarily how they respond, and
7 that -- and that she had heard good things about me
8 so I really shouldn't be worried.
9      Q   Okay. Did you record that phone call at
10 all?
11      A   No.
12      Q   Did you make any notes or summaries or
13 records of it?
14      A   Not that I know of, no.
15      Q   Did you follow up in email memorializing
16 that conversation with Janet?
17      A   No.
18      Q   And in that conversation, was there any
19 discussion on your behalf about what you were
20 expecting to do during the session that was
21 observed?
22      A   No. She just said is this time okay, and
23 I looked and saw who I treated during that time, and
24 honestly, the only reason I remember who it was is
25 because he plays baseball on a team that my nephew

Page 66

D. PERITZ

1
2 played on; otherwise, I -- I don't remember the
3 names of all of kids from two years ago or three
4 years ago.
5    Q.  Okay.  So I'm going to ask you the name of
6 the student that you were working with when you were
7 observed, and for the record we'll only put initials
8 for the student.
9    A.  I was going say that because it needs to
10 be confidential -- R.C.
11    Q.  Okay.  And before that observation, did
12 you submit any sort of materials or anything in
13 writing about what you planned to do during the
14 session with Janet?
15    A.  No.
16    Q.  And how long was the observation?
17    A.  A 30-minute session.  It may have gone a
18 little bit longer because he had a little bit of an
19 outburst during the session.
20    Q.  Why do you mean by an outburst?
21    A.  We were working on -- he's sort of a
22 jokester, and so we were working on his ability to
23 button a sweater, and he decided all of a sudden to
24 -- he was well aware I was being observed and it was
25 explained that it was my observation and not his

Page 67

D. PERITZ

1
2 observation so he would be comfortable and so forth,
3 and he took the sweater and threw it out the window
4 and he felt immediately remorseful and asked if me
5 could go get it, and so I turned to Janet and said
6 "Can I do that" and she said "I don't know.  You
7 need to ask the office."
8       So he said "please," and I thought it
9 was actually important for him to get it because he
10 did feel badly and it was a way for him to kind of
11 make amends, and so we went to the office and Janet
12 was surprised they said yes, go get the sweater.  So
13 we walked around the building and got the sweater
14 and he continued to put it on and button it.
15    Q.  Do you remember anything that occurred
16 during that observation?
17    A.  No, that was pretty significant.
18    Q.  Now, was anyone else present during it
19 other than you, Janet, and the student?
20    A.  I don't remember if Leora was there or not
21 to be honest with you.
22    Q.  Okay.  Where did that take place?
23    A.  In the OT office/therapy room at CCA.
24    Q.  Okay.  Other than what you've told me
25 about your interactions with Janet during the

Page 68

D. PERITZ

1
2 observation, did you have any discussions or
3 interactions with her?
4    A.  After?
5    Q.  During it.  During it other than what
6 you've already told me.
7    A.  No.
8    Q.  Now, did you get any feedback from Janet
9 or had any discussion with Janet after the
10 observation?
11    A.  Yes.
12    Q.  How soon off?
13    A.  Right away.  I brought the student back to
14 his room and then we spoke about the observation
15 right then.
16    Q.  Okay.  What was the substance of that
17 discussion?
18    A.  Well, I was really concerned because the
19 kid had just dropped the sweater out the window and
20 my concern was that that wasn't such a good thing,
21 and so she assured me that that was not something
22 that bothered her at all because -- again, that's
23 why they're at BOCES, and that she was pleased at
24 the interaction I had with the student, and that I
25 was able to realize that he wanted to make amends

Page 69

D. PERITZ

1
2 and we went and got permission and went got the
3 sweater, then worked on putting it on and buttoning
4 it.
5       So we kind of completed the activity
6 so she thought it was a very good observation.  It
7 just didn't go perfectly smoothly, but I handled it
8 well.
9    Q.  That's what Janet said to you?
10    A.  Yes.
11    Q.  Is there anything that she said that you
12 recall?
13    A.  No.
14    Q.  Okay.  Do you know recall anything else
15 that --
16    A.  Yeah, one more thing.  So she said -- she
17 actually told me about an evaluation that she did on
18 someone else that the kid took off his clothes
19 during the observation and the therapist was freaked
20 out, and she said that therapist wasn't doing the
21 wrong thing.
22       They were able to take instructional
23 control and get the child to put back on the what he
24 had taken off.  And so the goal is how you interact
25 with the kid, and then on her way out she said "I'll

Page 70

D. PERITZ

1  be calling you and we'll schedule the next
2  evaluation. Don't worry. It's good."
3      Q   Did you record that conversation at all?
4      A   No, I don't recall people's conversations.
5      Q   Just yes or no.
6          MS. KALLUS:  You know, it's a very rude
7  kind of question. In this world that we live
8  in everyone is always taping, but you know,
9  things may be true or false based on actual
10  observation.
11         MS. LINEEN:  That's not a rude question.
12  How is it a rude question? It's a perfectly
13  normal question. "Did you record it?"
14         You can think it's rude. It's evidence.
15  So if she recorded it it would be evidence.
16  I'm entitled to it. There's nothing rude about
17  that question.
18         MS. KALLUS:  Okay. That's fine.
19     A   But would it be legal to record somebody?
20     Q   Yes, but I'm not here to answer legal
21  questions for you, but yes, actually it is.
22         MS. KALLUS:  Isn't that shocking?
23     A   Without telling you?
24     Q   I'm not saying that I think it's

Page 71

D. PERITZ

1  appropriate when people do it, but...
2      A   Without telling people?
3          MS. KALLUS:  You don't need the consent of
4  the other party, just so you know as your
5  lawyer.
6      A   I never -- I want to say --
7          THE WITNESS:  So you can write that down?
8      A   I never thought I needed evidence to prove
9  any of this while it was happening.
10     Q   Okay. My question was simply yes or no.
11  So I'm going to ask you that question about multiple
12  conversations you had, and again, it would be a yes
13  or no.
14     A   There is no records of anything.
15     Q   Okay. I'm going to ask you anyway.
16     A   Okay.
17     Q   Where was this conversation that you had?
18     A   It was in the OT room treatment and office
19  at CCA.
20     Q   The same place where you had done the
21  observation?
22     A   Yes.
23     Q   Okay. So Jim Lackey came into the room
24  and you had the conversation?

Page 72

D. PERITZ

1      A   Right.
2      Q   Was anyone else present at that time?
3      A   Again, I don't remember if it was Leora's
4  day and she was present. I somehow think not.
5      Q   Okay. Did you make any notes or summaries
6  or records of that conversation?
7      A   No.
8      Q   Did you follow up in an email
9  memorializing what was discussed with Janet or
10  anyone else?
11     A   No. I probably -- well, I went to the
12  office to get permission to get the sweater, so
13  therefore, I mentioned it in the office, and I'm
14  sure that afterwards I mentioned it to another
15  therapist.
16     Q   Okay. When you say you're sure you
17  mentioned "it" to another therapist, what's the "it"
18  that you're referring go?
19     A   The kid dropping the sweater out the
20  window.
21     Q   What I'm trying to figure out though, is,
22  did you make any notes, records, summaries, any sort
23  of written memorialization, even an email to Janet
24  memorializing what the two of you discussed

Page 73

D. PERITZ

1  following the observation where she provided
2  feedback to you?
3      A   No.
4      Q   Okay. Did you actually receive any sort
5  of written report or write-up of the observation?
6      A   Well that's open to interpretation. I
7  don't remember. I thought I did, but it's not part
8  -- it's not a "yes" or "no" thing. I thought I did.
9  I was sure I did and you guys don't have to, but I
10  know she sat there and took notes --
11     Q   Okay.
12     A   -- during the meeting.
13     Q   During the observation?
14     A   Yes.
15     Q   Okay. Did you ever get handed or
16  forwarded or sent any sort of written write-up?
17     A   Again, I don't remember.
18     Q   Okay.
19     A   I thought yes.
20     Q   But you don't remember?
21     A   Well, I never doubted that I did until
22  nobody could produce it.
23     Q   Okay. But --
24     A   I can't answer that. I'm not hedging you.

Page 74

D. PERITZ

1 
2  I thought I did.
3     Q   What are you basing that thought on?
4     A   I thought it saw it.  I thought I got
5  something that I read.
6     Q   When did you think you got that?
7     A   After the evaluation.
8     Q   And how long after that?
9     A   A week.
10    Q   And how do you think you got it?
11    A   You know, the same way I thought somebody
12 sent it to me in the office.
13    Q   Does your office --
14    MS. LINEEN:  A mail box?
15    A   Or maybe I had to go and get it and sign
16 it, possibly.
17    Q   You don't know?
18    A   Again, I was a 100 percent sure, but
19 remember, this is two years ago, and I was
20 absolutely sure that I got it.
21        (Telephonic interruption.)
22    Q   Do you need to take that?
23    A   I don't need to take it.  It's a parent,
24 though.
25    Q   If you need to take it that's fine.

Page 75

D. PERITZ

1 
2     A   I missed it already so it's okay.
3        I was sure I got it but it can't be
4  produced, so I'm starting to doubt my recollection.
5  But I know she took notes.  A 100 percent positive
6  of that.
7     Q   Okay, okay.  And in your normal practice
8  while you are worked for BOCES, did you keep your
9  own copies of observation reports or evaluations?
10    A   Yes, but again, I'm not hedging you.  I
11 just have to clarify.  When -- but I didn't ever
12 question that I would need anything and so I did
13 keep copies of everything but then when I met with
14 Bob, the union rep, and then I met with Mindy as an
15 attorney I gave people things that were handed back
16 to me.  They made copies, et cetera, and I don't
17 know -- I didn't mark them as B, C, and D.  I should
18 have.
19    Q   Right, understood.  Okay.  But you --
20 before you handed anything to Bob --
21        I just want to make sure I understand
22 when you say "Bob" you're referring to your union
23 representative?
24    A   Yes.
25    Q   And Mindy, your attorney -- before you

Page 76

D. PERITZ

1 
2  handed anything to them, did you --
3     A   Make a copy before?
4     Q   No -- just.
5     A   I'm sorry.
6     Q   Did you keep copies of your own -- of the
7  evaluations or any observations you received while
8  you were at BOCES?
9     A   No.  Before, no.
10    Q   Okay.  So if you were handed an evaluation
11 while you are worked at BOCES you wouldn't make a
12 copy of your own?
13    A   No, that was my copy and I kept the copy.
14    Q   You kept that?
15    A   But when then when I handed it to people
16 during this time period and they said here's back
17 your papers, I did not -- I hadn't numbered them, so
18 I assumed I got everything back but I may not have.
19    Q   Okay.
20    A   You know it happens.  I know it happened
21 to me when I'm xeroxing notes for home care, that
22 you know, you put them through the machine and you
23 think you get all the copies, and you don't actually
24 get them all because the machine ate one or
25 something -- or something happened.

Page 77

D. PERITZ

1 
2     Q   So let me ask you this:  If you had
3  received a written write-up of the observation that
4  Ms. Weisel did in May 2015, where you were working
5  with R██ C█████ you would have maintained that,
6  correct?
7     A   You're asking me the same question.  I
8  would have before I handed it to someone.
9     Q   That's my question.  Right before you
10 would have handed it to anyone you would have made
11 changes to that written report?
12    A   Because it would have been given to me, so
13 therefore, yes.
14    Q   Yes, okay.  And so if you had a copy of
15 that observation report would that have been
16 something that you would have just given to Bob
17 and/or your attorney?
18    A   Yes.
19    Q   Do you recall submitting any sort of
20 written rebuttal or response to the observation that
21 was done in May 2015?
22    A   No, because it was a positive one.
23    Q   Did you ever receive anything okay --
24 withdrawn.
25        Other than the -- actually --



**Page 78**

D. PERITZ

1
2    withdrawn.
3          Is there anything else that you
4    remember Janet conveying to you about the
5    observation that you haven't told me about yet?
6    A   No.
7    Q   Did she give you any sort of actual
8    rating, satisfactory, unsatisfactory, numbers or
9    anything, or was it just the discussion you told me
10   about?
11   A   Just the discussion but she said it was a
12   good observation.  Relax.
13   Q   Okay.  Did you have any other formal
14   observations that year?
15   A   No, besides the fact that I phoned her
16   because she said I would.  I did not.
17   Q   I understand you phoned her.  Did you
18   actually speak to her?
19   A   Yes.
20   Q   And what was the substance of that
21   discussion?
22   A   I asked her when I would have the next
23   evaluation because she had told me that I would and
24   she said "Don't worry.  We'll schedule it."
25   Q   Oh, okay.  When was that phone call?

**Page 79**

D. PERITZ

1
2    A   A couple of weeks after the discussion.
3    Q   Was it in June?  Was it in May?
4    A   I don't remember the dates.
5    Q   And did you have any communication in that
6    school year with Janet about another observation?
7    A   I'm not sure.
8    Q   Okay.  Did you make any notes or records
9    at the time that you called Janet and asked about an
10   additional observation that year?
11   A   No.
12   Q   Do you receive -- other than an
13   observation, did you receive an end-of-the-year
14   summary evaluation for the '14-'15 school year?
15   A   Yes, I did.
16   Q   And did you physically receive a copy of
17   that?
18   A   Yes.
19   Q   And prior to giving that to anyone, did
20   you maintain that document?
21   A   Well, as I said, when I gave it to Mindy
22   and/or Bob they made copies and handed it back to
23   me, so yes, I do have a copy of that.
24   Q   Okay.  But my question was really --
25   A   I didn't make the copy.

**Page 80**

D. PERITZ

1
2    Q   Okay.  That's not my question.
3    A   Okay.  What is your question?
4    Q   Just listen to my question, please.
5          When you were given the evaluation,
6    you kept it, correct, before you handed it to anyone
7    else?
8    A   Yes.
9    Q   Okay.  Would that evaluation report -- was
10   one of the documents that you provided to
11   Bob Dreaper and/or your attorney?
12   A   Yes.
13   Q   Okay.  And do you remember who completed
14   the observation report?
15   A   Janet Weisel.
16   Q   Okay.  Let's take a quick look at what was
17   marked as Defendant's Exhibit A, Bates No. 53.  Take
18   a second look at it and let me know when you're
19   ready for a question.
20   A   Yeah, that's it.
21   Q   Are you ready?
22   A   Yes.
23   Q   Is this the evaluation that you received
24   at the conclusion of the 2014-'15 school year?
25   A   Yes.

**Page 81**

D. PERITZ

1
2    Q   Did you file any response or rebuttal to
3    it?
4    A   No.
5    Q   During the 2014-'15 school year, did you
6    have any sort of physical disability, conditions, or
7    impairment?
8    A   No.
9    Q   Okay.  During that school year, did you
10   make any requests for any sort of accommodations to
11   assist you with your position because of a physical
12   limitation or impairment?
13   A   No.
14       MS. KALLUS:  I'm sorry, what year are we
15   talking about?
16       MS. LINEEN:  '14-'15.
17   Q   Now, at any point after the discussion
18   that you had with Janet prior to the taking the job
19   at BOCES -- so we talked about what you discussed
20   with Janet when she interviewed you.  Other than
21   that discussion, did you have any further
22   communications with anyone at BOCES of any type
23   regarding your probationary status?  Whether it
24   would become permanent at any time during the
25   '14-'15 school year?

Page 82

D. PERITZ

1
2    A    Any time?
3    Q    Yeah.
4    A    What do you mean?  Like the orientation or
5    --
6    Q    So what I'm trying to figure out is at any
7    point during that '14-'15 school year, other than
8    what you already told me about your conversation
9    with Janet during the interview, did you have any
10   discussions with anyone about the probationary
11   status of your position and whether and when it
12   would be become permanent?
13   A    No, not that I can recall.
14   Q    Did you work over the summer between the
15   2014-'15 school year and '16?
16   A    Yes, I did.
17   Q    Did you work at BOCES?
18   A    Yes.
19   Q    And was that a separate position you had
20   to be appointed for?
21   A    Yes.
22   Q    Okay.  What was the position?
23   A    Occupational therapist.
24   Q    Was that for the summer program or --
25   A    Yeah, it was for a summer program.  They

Page 83

D. PERITZ

1
2    asked if people are interested in doing it, and I
3    said yes.  I also did my own practice during that
4    time as well.
5    Q    Right.
6    A    And so they asked me how many days, saying
7    that I could do five if I wanted to, and I think I
8    did three because of my own practice.
9    Q    Okay.  So let me ask you this:  You said
10   they asked the people were interested in doing it?
11   Who is "they"?  Is there a specific person, or --
12   A    Probably --
13   Q    Was it a posting or --
14   A    No, not posting.  There's no place for
15   posting for therapists.  I mean, there might be, but
16   you don't go there in the adjunct building.  Janet
17   and -- I think we took -- you know what, Janet and
18   the PT person probably asked, but I don't know
19   remember details about it.
20   Q    Are you sure it was Janet and the PT
21   person?
22   A    Yeah, yeah.  There's nobody else.  They're
23   the people who assign and choose and so forth.
24   Q    And what was the name of the PT person?
25   A    I don't remember her name.

Page 84

D. PERITZ

1
2    Q    Is it a female?
3    A    Yes.  I obviously have limited dealings
4    with her.
5    Q    And do you remember any conversation --
6    any specific conversations with Janet or the PT
7    person about the summer role?
8    A    Well, they just said it was a separate
9    position and the pay was different.  A lot of people
10   don't do it because it's less money, but I would
11   have most of the same case load that I had plus
12   extra kids at CCA, and that's about it.
13   Q    Okay.  Now, you know you said "they."  Do
14   you remember which one told you that?
15   A    Always Janet.
16   Q    Do you remember what the pay was?
17   A    No.
18   Q    Was it a per diem rate?
19   A    Per day?  Is that per day?
20        You know, I think it was hourly, but
21   different.  But I really --
22   Q    Okay.  If you don't remember, that's fine.
23        And you said you think you worked
24   three days in role, correct?
25   A    Yes.

Page 85

D. PERITZ

1
2    Q    Was it -- did the -- that summer role --
3    so from the end of the '14-15 school year until
4    right up the start of '15-16 year?
5    A    No.  Those things usually go like from
6    July 5th to August 12th or -- I'm approximating the
7    days but always like two weeks at the end of summer
8    where everybody is off.
9    Q    Okay.  Now, did you have a supervisor when
10   you were in the summer role?
11   A    Again, only Janet.
12        (Discussion held off the record.)
13   A    Good luck.  Because the reason it took so
14   long for me to get back to work is that it took that
15   long for them to ever get any of the documents they
16   tried to get.
17   Q    What are you talking about?
18   A    New York City Board of Ed bureaucracy.  It
19   takes a very long time.
20   Q    Oh, in terms of getting documents?  Well,
21   we'll work it out.
22   A    Okay.
23   Q    So getting back to the examination about
24   this case.  Exhibit A is front of you.  Other than
25   that document, as we sit here today, are you aware

Page 86

D. PERITZ

1
2 of any other written report or evaluations of your
3 performance that you received in that school year?
4     A   Well, that goes back to the same question.
5 I thought I did but nobody has it.
6     Q   Including you?
7     A   Including me.
8     Q   Okay.
9         MS. KALLUS:  And you've already set the
10 record straight that you don't have the
11 document and evaluation.
12        MS. LINEEN:  Well, I don't want to say I
13 don't want to have that document.  I don't
14 think a document ever existed.
15        MS. KALLUS:  Okay.  But you're not aware
16 of such document in existence?
17        MS. LINEEN:  No, that's why I wanted to
18 ask the client --
19        MS. KALLUS:  Well, that's fine.
20        MS. LINEEN:  -- what the basis for her
21 statement that she believed one existed is, but
22 I think we've gotten her testimony that she's
23 not sure whether she actually got one, correct?
24     A   Well, I was 100 percent sure before nobody
25 could --

Page 87

D. PERITZ

1
2     Q   Okay.  So let me ask you about that.
3         What makes you 100 percent sure?
4     A   I thought I saw it.
5     Q   Anything other than you thought you saw
6 it?
7     A   I am 100 percent sure that the notes that
8 were sent do not include it and that they existed.
9 That, I am 100 percent sure.
10    Q   I'm not asking about notes.
11    A   Yeah, but that's part of it.
12    Q   It's not.  I'm asking about --
13    A   It is.  I want to talk about the record
14 too.
15    Q   Ms. Peritz, you have to answer my
16 question.  You don't get to tell me what my question
17 is.
18    A   But honestly, your question can be
19 misleading so again, call the judge.
20    Q   Ms. Peritz, you don't control this
21 examination.
22    A   And --
23        MS. KALLUS:  You have to answer her
24 question.
25    Q   My question to you as has been repeatedly

Page 88

D. PERITZ

1
2 was --
3     A   I thought it existed.
4     Q   Excuse me.  Let me finish.
5     A   Okay, finish.
6     Q   Are you, as we sit here today, sure that
7 you actually received a written write-up -- that you
8 received one of your observation in May 2015?
9     A   It is the same answer I gave you over and
10 over as of --
11    Q   It's a yes or a no, actually.
12    A   It's not because --
13        MS. LINEEN:  Counsel, can you speak to
14 your client?
15    A   So okay.  Then I'm 100 percent sure.
16    Q   Okay.  So what makes you 100 percent sure?
17    A   'Cause I remember seeing it.
18    Q   You remember seeing an actual written
19 write-up handed to you?
20    A   Yes, I did.
21    Q   Well, what did you do it?
22    A   I thought it was in the papers that I gave
23 to Bob and Mindy.
24    Q   And --
25    A   And the only reason I am doubting my

Page 89

D. PERITZ

1
2 recollection is that nobody has it.
3     Q   Okay.  You don't have it?
4     A   I don't have it.  I looked through
5 everything, but there are other things that I don't
6 have it because I gave them to people, and obviously
7 I don't have all the copies.  And I -- you know --
8 and again --
9     Q   Look, there's no more question pending.
10    A   Okay, fine.
11    Q   All right.  Now, let me ask you this:  Did
12 you ever -- when you got a written report or
13 evaluation -- ever scan it to your computer?
14    A   No.  I don't have a scanner.
15    Q   Did you ever -- now, when -- actually --
16 withdrawn.
17        Do you remember -- I may have asked
18 you this but I'm going to ask you again, 'cause I
19 think there's some confusion.
20        Do you have any recollection as to
21 how you received this report that you believe you
22 received?
23    A   Again, I'm not sure because the way things
24 were received were multiple ways.  One way was in
25 her office.  One was you get a call from the



Page 90

D. PERITZ

1
2   secretary asking you to come and in the office and
3   sign it. I actually did see this document. I had
4   to go twice.
5       Q   Meaning, Exhibit A you're looking at?
6       A   Yes. And I guess those were the two ways.
7       Q   Okay. And do you remember what this
8   report that you believe you received looked like?
9   Was it a chart? Was it a narrative? Something
10  else?
11      A   It was like -- you know, again a narrative
12  with checks.
13      Q   And do you recall what the rating on it
14  was?
15      A   Everything has always been satisfactory
16  until the fall.
17      Q   So your testimony is that this report you
18  think you received with a chart form of a rating of
19  satisfactory?
20      A   Yeah -- well, just not a chart form; a
21  narrative as well.
22      Q   But you think it was a form from the
23  May 2015, observations that had a check mark that
24  said satisfactory?
25      A   Yes.

Page 91

D. PERITZ

1
2       Q   And you don't have it?
3       A   No.
4       Q   After -- well, withdraw.
5           Did you have observations in the
6   '15-'16 school year? The next school year?
7       A   Yes.
8       Q   Who were those by?
9       A   Therapy were all by Janet Weisel.
10      Q   And how many did you have in the '15-'16
11  school year?
12      A   I'm not sure if it was two or three.
13      Q   Okay. Now, when you had those
14  observations in the '15-'16 school year did you see
15  any written reports?
16      A   No, I did not.
17      Q   Okay. Now, did you work the entire summer
18  session that we talked about?
19      A   So -- no. Do you want me to expand?
20      Q   Sure.
21      A   Okay. So I worked up until the last week.
22  And the last week is when I woke up I think on the
23  Monday morning and was in intense pain. I think I
24  worked Tuesday, Wednesday, Thursday at BOCES, so
25  when I was in so much pain I called -- well, do you

Page 92

D. PERITZ

1
2   want me to tell you all this?
3       Q   Let me stop you there.
4       A   Okay.
5       Q   And you said the last weeks. Would that
6   have been the beginning of August?
7       A   I think it was the second week of August.
8       Q   Second week of August, okay. And prior to
9   that, have you taken any leave during that summer
10  session?
11      A   No.
12      Q   And you woke up in intense pain? What
13  kind of pain? Where was it?
14      A   In my back and my leg and my hip.
15      Q   And prior to that had you had any injury
16  or chronic condition with your back leg or hip?
17      A   During that summer session or ever in
18  life?
19      Q   Ever.
20      A   Yes.
21      Q   Okay. Was it with all three or one of
22  those areas of your body or some combination?
23      A   I think it was my back, really.
24      Q   And when did you first have issues with
25  your back?

Page 93

D. PERITZ

1
2       A   About five years before I herniated a
3   disk.
4       Q   Okay. And did you receive any treatment?
5       A   I did.
6       Q   Who did you treat with?
7       A   Dr. Beer, B-E-E-R.
8       Q   Anyone else?
9       A   I probably saw an orthopedist.
10      Q   And at that time were you diagnosed with
11  anything other than a herniated disc?
12      A   No.
13      Q   Was it one herniation or more than one?
14      A   I think it was two.
15      Q   Do you know -- were they in the lumbar?
16  The thoracic?
17      A   The lumbar.
18      Q   And did you get prescribed any medication?
19      A   Physical therapy, and Dr. Beer did a
20  series of three injections which is what they are
21  supposed to do, but then he did a fourth because I
22  needed one more.
23      Q   Okay. And after the fourth, was there any
24  change in your condition?
25      A   Well, there was a change after the first.

Page 94

D. PERITZ

1
2    Q   Okay.
3    A   And then after the second it got better
4  and so forth, and then I had a little exacerbation
5  because my mom was in the hospital and I was lifting
6  her and sleeping in a chair, so that's why they did
7  the fourth and one epidural and I -- knock on wood
8  did not have pain for five years.
9    Q   Okay. And now, at that time --
10   A   Or I should clarify, I had achiness on
11 occasions but nothing horrible.
12   Q   Debilitating?
13   A   Yes.
14   Q   Okay. In that -- how long would you say
15 that period lasted when you first started
16 experiencing the pain?
17   A   Back in --
18   Q   Yes.
19   A   Five years ago?
20   Q   Yes.
21   A   Or more than five years ago? It was
22 bizarre, but it was a totally different experience
23 than what happened later. I was putting laundry in
24 the machine and I literally fell to the floor unable
25 to move and what I learned in retrospect was my disk

Page 95

D. PERITZ

1
2  herniated.
3        So I was in agony for about three
4  hours and I was in pain subsequent and needed
5  the shots, but -- and PT, but I was, you know -- I
6  was -- I had to -- but I was functional once the
7  intense pain passed.
8    Q   Okay. Once the intense pain passed, were
9  you given any limitations or restrictions by the
10 doctor?
11   A   Back then she said -- yeah, to rest for a
12 couple of weeks and do physical therapy and as it
13 progressed then have epidurals and have an MRI.
14   Q   Right. Any anything else in terms of
15 restrictions --
16   A   No.
17   Q   -- of things you shouldn't or couldn't do?
18   A   Once the two weeks -- no, I was okay.
19   Q   Were you working at that time?
20   A   I was in my own practice. It was before I
21 went back to the DOE.
22   Q   So you weren't employed with any other
23 employers? Just your own practice?
24   A   No -- yes, and I just took time off and
25 made up with the various kids.

Page 96

D. PERITZ

1
2    Q   Now, prior to waking up in intense pain
3  that second week of August 2015, actually --
4  withdrawn.
5        Between the time that you started
6  BOCES and until the time that you woke up in intense
7  pain on that August date in 2015, did you have any
8  issues with your back while you were working to
9  BOCES for that period?
10   A   No.
11   Q   And had you done anything that triggered
12 intense pain that you're aware of?
13   A   No.
14   Q   And I just want to make sure I understand
15 your testimony. You think that was a Monday morning
16 that you woke up in intense pain?
17   A   Yes.
18   Q   And am I correct that you think you worked
19 the Tuesday, Wednesday, and Thursday after?
20   A   No, I did not work then. Those were my
21 days to work.
22   Q   Okay. I just wanted to clarify that.
23   A   And those were the last days of the summer
24 session.
25   Q   Okay. So the Thursday would have been the

Page 97

D. PERITZ

1
2  -- Friday of the week would have the last day,
3  really?
4    A   Yes.
5    Q   But you don't work Fridays?
6    A   It's possible that my recollection is
7  wrong and there was one more week following. I'm
8  not sure.
9    Q   Okay. Well, let me ask you this: Did you
10 ever go back to work a that summer session?
11   A   No, I did not.
12   Q   Okay. Did you -- that Monday morning you
13 didn't report to work I assume, correct?
14   A   I didn't need to on Monday, but Tuesday --
15   Q   That was normal day you didn't work?
16   A   Right.
17   Q   That Monday did you have any contact with
18 anyone from BOCES about your back?
19   A   No.
20   Q   For the pain -- intense pain?
21   A   No. I -- I expected it was going to be
22 how it had been before; that it lasted three hours.
23 I fully expected that it would, you know, subside
24 and I would fine. I thought oh, my Gosh I herniated
25 a disc. I don't know how but --

Page 98

D. PERITZ

1
2    Q    So did you have any treatment that Monday?
3    A    Yeah.  It was really bad pain so I called
4  Dr. Beer's office and I had an appointment with him
5  and we set up that if I still had the pain that I
6  would have an epidural on Wednesday, and he ordered
7  an MRI but because of insurance, et cetera.  It
8  couldn't be performed until after the epidural.  He
9  said he would do the epidural based on my previous
10  condition and hopefully it would be okay.
11    Q    Okay.  So did you go to work on that
12  Tuesday?  No, correct?
13    A    No, because it was worse by Tuesday.
14    Q    It was worse by Tuesday.  And did you have
15  any contact with anyone at BOCES about not coming in
16  that day?
17    A    Yeah, I definitely called.  I don't know
18  who I spoke with.
19    Q    Okay.  Do you remember what you said?
20    A    That I was not feeling well and I hoped --
21  'cause I fully expected that I was going be fine the
22  next day, you know.
23    Q    Right.  And you didn't go to work the day
24  after that, the Wednesday?
25    A    No.

Page 99

D. PERITZ

1
2    Q    And did you speak to anyone at BOCES that
3  day?
4    A    Again, I would have done the same thing
5  but I don't remember.  If you weren't going you
6  would phone the office.
7    Q    Right.  I'm just asking if you have any
8  specific recollection of any conversation or
9  communication that day?
10    A    No.
11    Q    And what about that Thursday?  Did you --
12    A    So by then, yeah, because then I called
13  the CCA office -- I mean, I have been calling them
14  all along, but then I asked Mr. Barrett, and I said
15  I need to do my end of the year summaries and I am
16  in a lot of pain and I can't --
17         The CCA is a very -- you park in one
18  space and it's a very long walk to get into the
19  building and to get into the office.  I mean, long
20  if you're not able to walk, so at that point I said
21  how can we work this out?  I said is there a
22  wheelchair on site?  Because I can get somebody to
23  bring me and I do my work if there is, but I can't
24  walk it.
25         And so he said yeah, absolutely.  No

Page 100

D. PERITZ

1
2  problem, you know, the nurse had a wheelchair.  We
3  can arrange to leave it at the front door for you.
4  I'm so sorry you're feeling like that.  I hope you
5  feel better quickly, blah, blah, blah, and you know,
6  touch base with Janet and let her know what's going
7  on and that's fine.  So I did.
8         So I called Janet and she had
9  significant issues with the concept of my coming to
10  school unable to walk.
11    Q    Now, what do you mean she had significant
12  issues?
13    A    She said she didn't think it was really
14  okay.
15    Q    Did she tell you why?
16    A    She was surprised that it was okay.  That
17  she wasn't sure if it was safe, blah, blah.
18    Q    Now, let me stop you there.  What was the
19  "blah, blah, blah"?
20    A    Just that, you know, it wasn't necessarily
21  permitted that I come to work in a wheelchair, but I
22  wasn't really working -- that's what I said to her.
23  I was just doing the end-of-year paperwork.  I
24  didn't expect to see students from a wheelchair.
25    Q    Did she say anything else about her

Page 101

D. PERITZ

1
2  concerns?
3    A    Just that.  She said "Don't worry about
4  the end-of-the-year paperwork.  I can go to the
5  office and do it for you.  What I will do is call
6  you from there and you can talk me through it," so I
7  said okay.
8         And I'm not sure if it was the next
9  day or that day that she went to the office to my
10  desk and did the paperwork.  She called me and did
11  that end-of-year paperwork.
12    Q    Okay.  At any point that week did you
13  contact anyone at human resources at BOCES?
14    A    No.
15    Q    And after that the conversation where she
16  called and you talked her through the paperwork, did
17  you have any further communications with Janet --
18    A    Yes.
19    Q    -- that summer?
20    A    Well, right then.  She said that wanted to
21  commend me because I was so organized and it made
22  doing the end-of-the-year paperwork easier for her;
23  that I had everything where it was supposed to be
24  and laid out and so forth.
25    Q    And that was a phone call?

Page 102

D. PERITZ

1
2    A   Yes.
3    Q   Did you tape or record that call?
4    A   No.
5    Q   Did you make any notes, records, summaries
6    of it?
7    A   No.  I could barely move, no.
8    Q   Did you send any further email to Janet
9    memorializing your conversation or what had been
10   done?
11   A   I could barely move.
12   Q   Okay.  Now, did you have any further
13   communications with Janet at all that summer prior
14   to the start of the next school year?
15   A   Yes.
16   Q   Were they in person or over the phone or
17   over email?
18   A   Over the phone.
19   Q   And how many times?
20   A   A couple.
21   Q   And do you remember how long it was after
22   your conversation with her where you went over the
23   paperwork until the next time you spoke to her next
24   time?
25   A   Like a week before school was about to

Page 103

D. PERITZ

1
2    restart.
3    Q   Do you remember when school started that
4    year?
5    A   September.  Sometime after Labor Day.
6    Q   It was -- I was going ask you, was it
7    before or after Labor Day.
8        And what was the substance of your
9    conversation then?
10   A   That I was doing better but I was -- I was
11   majorly impaired because during the two weeks
12   following my -- her doing the interview paperwork, I
13   had three epidurals.  I had MRIs, seen physicians,
14   although some of them I couldn't get appointments
15   like 'till school was starting, and I literally
16   could not stand up on my own.
17   Q   Is this all information that you relayed
18   to Janet in that call?
19   A   Yes.  So I said I didn't know what was
20   going to happen.  And I hoped -- and I kept being
21   assured by doctors that this was going to pass, but
22   that at the time that I initially spoke with her I
23   was really ill.
24   Q   At this time that you spoke with her --
25   the conversation that we're talking about now -- had

Page 104

D. PERITZ

1
2    doctors given you any directive about whether or not
3    you could return to work at the start of school
4    year?
5    A   No.  I kept being assured this was going
6    pass, and you know, as I had this first epidural
7    which didn't do anything.  And the previous time I
8    had done it, it did.
9        Then it turns out that I had an MRI,
10   and the MRI showed the spinal stenosis that I'm
11   diagnosed with.  So then I had the second epidural
12   that did, in fact, help.  And then I had a third,
13   so -- but you have to have, like, you know, time in
14   between each one, and even though I improved I was
15   debilitated; I couldn't really --
16       I mean, people were helping me to
17   stand up.  I had somebody bring me food and take --
18   I literally -- I wasn't allowed to drive but my goal
19   was to the get back to work, so you know, I kept
20   saying it to everybody "Am I going be okay?  Am I
21   going be okay," and they kept saying yes, but it's
22   going to take time.
23   Q   Meaning your doctors?
24   A   Yes.
25   Q   So that phone conversation that you had

Page 105

D. PERITZ

1
2    with Janet -- did you tape record it?
3    A   No, I tape recorded none of anything.
4    Q   Did you make any notes or records or
5    summaries of that call?
6    A   No.
7    Q   Did you follow up in writing --
8    A   No.
9    Q   -- in any way with Janet?
10   A   No.
11   Q   And then how soon after you that
12   conversation was your next communication with Janet
13   before the start of the school year?
14   A   I guess, you know, it was -- I don't
15   remember that, but it was right before school was
16   going start.
17   Q   Meaning weeks or days or --
18   A   I think I kept putting it off because --
19   because everybody kept saying -- the doctors kept
20   saying "You're going get better, you're going to get
21   better."  So I probably -- and then at one point I
22   called her and she wasn't well, but ultimately I
23   spoke with her right before the Labor Day weekend.
24   Q   Over the phone?
25   A   Uh-huh.

Page 106

D. PERITZ

1
2    Q   Yes?
3    A   Yes.
4    Q   And what was discussed in that call?
5    A   I said I was doing much better but I was
6    really concerned about the walk to the CCA.
7        I was concerned about whether I would
8    be really able to do my job and that I was debating
9    whether I should take a leave of absence or whether
10   I could do it, but I was getting better and that
11   maybe I would need to start a little bit later in
12   the school year and just get myself back to being
13   okay.
14   Q   Did Janet say anything during this
15   conversation?
16   A   Yes, of course. She said that, you know,
17   I shouldn't worry. I should try to speak to my
18   doctor and get a letter of accommodation, but I did
19   not know at that time what that meant, and she said
20   the doctor would know. And that -- that we would be
21   able to work it all out and I shouldn't worry.
22   Q   Okay.
23   A   Just get well.
24   Q   Okay. Did you report to school for the
25   first day of school in that year?

Page 107

D. PERITZ

1
2    A   No.
3    Q   How soon after the start of the school
4    year until you reported to work?
5    A   I don't remember the dates but I think
6    I -- whenever school was supposed to start I
7    remember I had a doctor's appointment with either of
8    hip specialist or the -- or the orthopedist, with
9    both of them. But of course it was the end of the
10   summer. People are on vacation, so you can't get in
11   to anybody.
12   Q   Okay. But do you remember how many days
13   until into the start of the school year that you
14   first reported?
15   A   I want to say it was the second week but
16   I'm not sure.
17   Q   Okay. In between the start of the school
18   year and the time you reported it, did you speak to
19   anyone in human resources?
20   A   No. Janet did it for me.
21   Q   Okay. Well, let me just stop you there.
22   So it's a "no" to whether you personally spoke to
23   anyone at human resources?
24   A   Right.
25   Q   Okay. During that same time, did you have

Page 108

D. PERITZ

1
2    any communication of any type with Janet?
3    A   Yes.
4    Q   Were they -- how many times would you say
5    you communicated with her during that time period?
6    A   I don't know. Once or twice.
7    Q   And was it over the phone? In person? In
8    email?
9    A   Everything was over the phone and it's not
10   recorded or make notes or kept anything.
11   Q   Okay. So what was the substance of first
12   conversation you had with her during the first time?
13   A   It was all about my returning and whether
14   it would be all okay, and initially it was about the
15   fact that my doctor was on vacation and I couldn't
16   really get a letter saying what I could and couldn't
17   do but that I would get it as soon as I got back and
18   I had left a message about it.
19   Q   Okay. Did Janet say anything during that
20   call?
21   A   She said that I needed to get that letter
22   and then they would arrange a meeting and then after
23   that I could come back.
24   Q   Did she ask you how you were feeling or
25   expressed any concern about your condition?

Page 109

D. PERITZ

1
2    A   Yes, I'm sure she did. I really don't
3    remember exactly what she said, you know. She was
4    very empathetic about that I wasn't feeling well.
5    Q   So then do you remember how long it was
6    between that call and your next phone call with
7    Janet?
8    A   I really don't.
9    Q   Okay. Do you remember the substance of
10   next call?
11   A   The next call -- I had the letter from the
12   doctor. I think he had faxed it to them or I just
13   had it. I really don't remember and -- and so she
14   was setting up a meeting at BOCES human resources to
15   discuss the accommodations --
16   Q   Okay.
17   A   -- that I needed.
18   Q   Now, you said they had the letter. Did
19   you see a copy of this letter before it went to
20   BOCES?
21   A   Yeah -- well, I don't know if I saw it
22   before.
23   Q   You saw it at some point?
24   A   I saw it.
25       MS. LINEEN: Can I have that marked,

Page 110

D. PERITZ

1
2      please.
3           (Whereupon, document, Defendant's Exhibit
4      F was marked for Identification.)
5       Q   Okay.  I'm going to ask you to take a look
6    at what was just marked Defendant's F.  A letter
7    from the Long Island Spine and Rehabilitation
8    Medicine 8/31/2015, and it's Bates stamped DEF52.
9           Do you recognize this document?
10      A   Yes.
11      Q   Is this a copy of the doctor's note that
12   you were just referencing when you testified about
13   what was provided to BOCES?
14      A   Yes.
15      Q   Okay.  Now, do you recall how that was
16   provided, whether it provided by you or directly by
17   the doctor?
18      A   I really don't.
19      Q   Okay.  And you mentioned that they were
20   setting up a meeting.  Did, in fact, a meeting occur
21   with human resources at BOCES?
22      A   Yes.
23      Q   Okay.  And when the meeting occurred did
24   you attend that?
25      A   Yes.

Page 111

D. PERITZ

1
2       Q   Okay.  At the time of the meeting had you
3    yet returned to work?
4       A   No.
5       Q   And then at the time of meeting, had your
6    doctor, Dr. Beer, recommended or directed any sort
7    of other restrictions or limitations other than
8    what's referenced in Exhibit F?
9       A   Well, I mean -- yeah, there were a -- you
10   now just be careful, don't pull, push, lift.  You
11   know, you need to take it easy.  This needs to heal,
12   so yes.
13      Q   Okay.  At the time of the meeting though,
14   was this the only doctor's letter that you had
15   submitted?
16      A   Yes.
17      Q   And who was present at that meeting?
18      A   Who was?
19      Q   Yes.
20      A   I was, Janet Weisel was, Thelma Shelton,
21   who I only know her name because I saw a lot of
22   documents -- some document resource something but
23   also an attorney, and I think maybe someone else or
24   two other people, but --
25      Q   Did you have a union representative with

Page 112

D. PERITZ

1
2    you?
3       A   I didn't.  I asked about it, actually.  I
4    said do I need -- like is this a big deal?  And
5    Janet said "No, it's not a big deal," so I didn't
6    ask for anything else.  And I didn't know anyone to
7    ask.
8       Q   Now, at the time of this meeting, what
9    would you describe --
10      A   Oh, I'm so sorry.
11      Q   It's okay.
12      A   So also on the phone there were two
13   principals.  So there was the principal -- I was
14   assigned to two schools.  One of them was CCA again,
15   so Chris Corelcheck -- good luck spelling it -- was
16   on one of the phones, and I think they were
17   together, actually, because CCA and Jerusalem school
18   share a building.
19           So they -- I think the other
20   principal went to Chris's office, and John Picarello
21   who I never met but had worked with Chris -- he was
22   also in Chris's office, so they were part of meeting
23   but on the phone.
24      Q   So for the '15-'16 school year you had
25   been assigned to CCA and Rosemary Kennedy School?

Page 113

D. PERITZ

1
2       A   Right.
3       Q   At the time of the meeting, what was your
4    physical condition?
5       A   I was better than I was or I couldn't have
6    stood up or walked where I walked, but I was
7    debilitated.  I could not -- I was -- I was babying
8    myself because I didn't want to it to recur, and I
9    was not -- I had lost a lot of muscle strength
10   according to the doctor.  I had also lost a
11   considerable amount of weight, because every time I
12   was in pain for --
13           Well, actually when I stood upright I
14   was in a lot of pain and then I would get nauseous
15   and I would throw up.  So -- so I was -- but school
16   was starting and -- and -- and I was told that it
17   would be okay, they would accommodate me -- so I was
18   really trying to make it work.
19      Q   Who told you that?
20      A   Janet.
21      Q   Okay.  Was that before --
22      A   And then at the meeting Selma and Janet.
23      Q   So at the time of the meeting --
24      A   And the principals actually at the meeting
25   said it will be okay.

Page 114

D. PERITZ

2  Q  Okay.  At the time of the meeting though,
3  was there anything you that physically could not do
4  at all?
5  A  Yeah, lots of things.  Well, of course, I
6  couldn't lift, but also if you pushed me I fell.  I
7  mean, I was very --
8  Q  Anything else?
9  A  I was weak.
10  Q  Anything else that you physically couldn't
11  do that you can identify?
12  A  Just -- I was walking short distances.  I
13  was walking slowly.  I tried to not carry too much
14  because I didn't want to because I felt -- I felt
15  every movement I made.
16  Q  Okay.  Now, is it correct that you were
17  diagnosed with spinal stenosis by Dr. Beer?
18  A  I'm not sure if he made the diagnosis or
19  the MRI made the diagnosis and -- but yeah, that is
20  my diagnosis.
21  Q  And that was over my summer of 2015?
22  A  Yes.
23  Q  Have you ever been diagnosed with spinal
24  stenosis before?
25  A  No.

Page 115

D. PERITZ

2  Q  And other than disc herniation that you
3  suffered prior -- years prior to that, had you ever
4  been diagnosed with any degenerative back or spinal
5  issue?
6  A  No.
7  Q  Okay.
8  A  I'm not sure disc herniation is
9  degenerative.  I don't know.
10  Q  Okay.
11  MS. KALLUS:  Don't come up with stuff you
12  don't know.  That's my advice to you.
13  Q  Were you taking any medications at the
14  time of your meeting?
15  A  At the time of the meeting, no -- maybe
16  Tylenol.
17  Q  Okay.  And other than -- well, what was
18  the sum and substance of the discussion at that
19  meeting?
20  A  Just what my condition was and that the
21  accommodation would be in place and I should not
22  hesitate to speak with the principal if there was a
23  problem and that it would all be okay.
24  Q  So okay.  When you say "what my condition
25  was," was that something they inquired about and you

Page 116

D. PERITZ

2  relayed to them?
3  A  Well, doesn't the letter -- oh -- don't.
4  Yeah, I mean, I said I had spinal stenosis, and I
5  was -- I had this horrible attack that I had never
6  had before and so forth.
7  Q  Was there any discussion about how you
8  condition affected you and your limitations?
9  A  Sure.
10  Q  And what was that information relayed by
11  you?
12  A  Yes.
13  Q  What did you tell them?
14  A  Just what I already told you that I had
15  woken up, you know.  It was August and I couldn't
16  move and I was in agony and that I then became very
17  debilitated following that, but I was doing so much
18  better by that point, and that I was assured that,
19  you know, that despite the fact that at some point I
20  will require surgery, that I was going be okay.
21  Q  That was what your doctors told you?
22  A  Uh-huh.
23  Q  I just want to make sure I understand.
24  A  Yup.
25  Q  So during the meeting -- I'm looking at

Page 117

D. PERITZ

2  Exhibit F -- your doctor, Dr. Beer, indicates that
3  letter that you were prohibited from lifting more
4  than ten pounds until further notice.  Do you see in
5  that?
6  A  Right.
7  Q  Was that discussed during the meeting?
8  A  Yes.
9  Q  And what was the substance of the
10  discussion on than issue?
11  A  That it wouldn't be a problem.
12  Q  Who said that wouldn't be a problem?
13  A  I don't know.
14  Q  Okay.  Now, was there any discussion about
15  how they would make sure that wouldn't be a problem?
16  A  Did -- well, there wasn't that much to
17  lift, and just I should ask for help if I need it.
18  Q  Did you agree to do so?
19  A  Yeah.
20  Q  Did you ask for any other specific forms
21  of assistance or accommodations during that meeting?
22  A  No.
23  Q  Other than requesting some accommodations
24  and not being able to lift more than ten pounds, did
25  you express that there was anything else that you

Page 118

D. PERITZ

1
2  could not do or needed assistance with during that
3  meeting?
4     A  No.  I probably said about walking, you
5  know, that it was challenging at this point, but no.
6     Q  Did you request any sort of assistance for
7  walking --
8     A  No.
9     Q  -- or transversing the campuses you worked
10  on?
11     A  In advance I had actually investigated
12  somebody driving me but by then I was able to drive.
13     Q  Okay.  But aside from that during the
14  meeting, did you have any -- did you make any
15  request or have any discussion about needing any
16  sort of assistance to help you ambulate around the
17  buildings?
18     A  No.
19     Q  Is there anything else that you recall
20  being discussed during the meeting that you haven't
21  told me?
22     A  No.
23     Q  Was there any discussion at that meeting
24  about how --
25     A  Oh, they told me to stop in and meet

Page 119

D. PERITZ

1
2  John Picarello when I was in school --
3     Q  Okay.
4     A  -- 'cause I had never met him.
5     Q  Okay.  Now, during that meeting was there
6  any discussion about who would be advised of your
7  condition and your need to avoid lifting more than
8  ten pounds or your need to assistance with lifting?
9     A  No.
10     Q  Was there any discussion about whether you
11  would share that information with people on an
12  as-needed basis?
13     A  Not during that meeting, no.
14     Q  After -- well, let me ask you this first:
15  Did you tape record that meeting?
16     A  No.
17     Q  Did you make any notes --
18     A  Somebody probably did.
19     Q  I'm asking whether you did.
20     A  I did not take notes.  I didn't tape
21  record it, anything.
22     Q  Did you made a summary of it?
23     A  No.
24     Q  Did you ever type anything summarizing --
25     A  I feel like making a joke and telling you

Page 120

D. PERITZ

1
2  I'm tape recording you, but no, I don't tape record
3  --
4     Q  All right.  Well, you're not here to make
5  jokes.  You're here to answer my questions.
6     MS. KALLUS:  You know what?  You're way to
7  too serious right now.  I need a break.
8     MS. LINEEN:  Well, first I think I have a
9  question I need to ask then you can take
10  whatever break you need.
11     Q  During that meeting -- I know I asked you
12  if you tape-recorded.  Did you take make any notes,
13  records, or summaries?
14     A  No.
15     Q  And did you memorialize what happened at
16  that meeting in any writing that you drafted?
17     A  No.
18     Q  Okay.  All right.  If you need to take a
19  break we can take whatever break you need.
20     A  Okay.  And we're only into the beginning
21  of the problem, so yeah -- I don't know -- yeah, I
22  guess we should probably take half an hour -- I
23  don't know how long do people take generally for
24  lunch.
25     Q  It's whatever you need.

Page 121

D. PERITZ

1
2     THE WITNESS:  So how long did you want?
3     MS. LINEEN:  Half an hour is fine.
4  Whatever you guys need.
5     (Whereupon, a recess was taken.)
6     Q  So before we took the break we were
7  discussing a meeting that was had with a number of
8  individuals to discuss --
9     A  -- accommodations.
10     Q  -- accommodations.  Were you satisfied
11  with the accommodations offered during that meeting?
12     A  Yeah.
13     Q  And did you return to work after that?
14     A  Yeah.  So in the afternoon I was supposed
15  to go I guess to see CCA and to pop up and meet
16  John Picarello.
17     Q  And did you do that?
18     A  Uh-huh.
19     Q  I'm sorry.  Was that a "yes"?
20     A  Yes.
21     Q  Sorry.  It's okay.  Did you have a
22  discussion with Mr. Picarello at that time?
23     A  Not a discussion, but I just thanked him
24  and said it was nice to meet him and so forth.
25     Q  Was there any discussion at all at the

Page 122

D. PERITZ

1
2 time about your limitations or any accommodations or
3 assistance you were provided?
4     A   No, because we had just had it at the
5 meeting and I hadn't met any of the kids at all or
6 anything.
7     Q   Okay.  So after that did you start
8 reporting to work on a normal basis?
9     A   Yes.
10    Q   Okay.  And did you discuss the
11 accommodation that you would not be required to
12 lift -- was it more than ten pounds -- was that
13 implemented?
14    A   Well, I don't know how it would be
15 implemented, but I didn't need to do that.  So I
16 think when the doctor wrote it he was just thinking
17 --
18    Q   Avoid this?
19    A   -- avoid lifting, but he wasn't really
20 like thinking oh, my goodness -- like, I don't empty
21 boxes, you know.
22    Q   Right.  So let me ask you this:  So after
23 that meeting that you had, were there any occasions
24 that you were required to lift more than ten pounds?
25    A   So what happened was at CCA there -- I was

Page 123

D. PERITZ

1
2 already comfortable, I already knew the school,
3 everybody knew me, I knew what my caseload was going
4 to be and so forth, so I just started in, you know,
5 quickly read all the papers you needed to read and
6 started treating.  At the Rosemary Kennedy School,
7 though, I had to make a schedule.  I had to read the
8 documents.  I had to meet the kids.  I had to meet
9 the teachers, et cetera.  Not necessarily in at that
10 order.
11    Q   Okay.  And --
12    A   So I did all those required things, and
13 I'm not sure exactly when, but the very first day of
14 my treating there was an incident.
15    Q   Okay.  What was that incident?
16    A   So nobody had told me first of all where
17 to treat.  I was not -- when I was started at CCA
18 and then when I started at Jerusalem Avenue there
19 were people who kind of acclimated you with what and
20 where and how and so forth.
21         At Rosemary Academy I was handed a
22 caseload and was told there's the office.  You can
23 go read their stuff, and I did and made a schedule.
24 And the first day I went -- and my schedule --
25 because there's literally -- there is a elevator or

Page 124

D. PERITZ

1
2 staircase that separating the schools, so my first
3 day that I was going be there I went up there and I
4 went to take a child who was -- I don't know, eight
5 or something, but I'm guessing -- she was small but
6 not small small -- and I took her to treat I had I
7 walked into a couple of different places.
8         There were no places to treat, but I
9 knew that my office and my treatment room was
10 totally available, so I brought her down 'cause
11 Leora wasn't there that day and I had treated there
12 in the morning -- So it was afternoon -- so I
13 brought her to my office and worked with her there.
14         And so she didn't want to do
15 something that I gave her to do, and she pushed me.
16 And back then I -- as I previously said -- I was
17 very weak and so I couldn't stay totally upright and
18 I ended up hitting my lower back on the desk.
19    Q   Okay.
20    A   And I thought, oh, goodness, this is not
21 good and then I kind of got my bearings and I
22 finished the treatment being really careful and I
23 brought her back to her room.  And I went downstairs
24 back to my office and I picked up the phone and
25 called Janet Weisel and I said, "This is not going

Page 125

D. PERITZ

1
2 to work."
3     Q   Okay.  And did you tell her anything else?
4     A   Yeah.  I told her what happened.  I said I
5 think I should think about reduced -- 'cause I was
6 three days at CCA, and I knew I could handle CCA
7 physically 'cause the kids are not --
8         First of all, it's a smaller
9 environment.  They're higher functioning, and
10 they're older, so technically if they're older they
11 could be more forceful but on the other hand because
12 it's all one floor there's aides and there's help
13 and there's, you know, so forth, and most of the
14 kids are not aggressive.
15         In fact, if they are they get
16 transferred up or to a different building.  So --
17 and I don't think this kid was very aggressive but
18 she pushed and I couldn't stand -- I couldn't
19 literally stand, so -- so I said to Janet, "I think
20 I need to either reduce to three days and just stay
21 at CCA or take a leave of absence.  I'm not sure,
22 but this did not go well."
23         And so she said let her talk to
24 someone named Selina and let them figure it out and
25 it was going be okay.  I shouldn't worry about it.

Page 126

D. PERITZ

1
2  So she said "Go upstairs. Let's talk with Selina,"
3  so I went upstairs and there was another situation
4  because poor Selina -- it was her birthday and
5  people had brought in food for her and she ate
6  something she shouldn't have eaten and she has a
7  head injury having gotten it at the school and all
8  of a sudden she's talking to me and her eyes roll
9  back in her head it and she falls to the floor into
10  a grand mal seizure.
11         And so I yelled for help. Nobody was
12  around, and I went running into the hallway and
13  running to -- like, yelling the whole way "Somebody
14  is having a seizure, somebody is having a seizure."
15  I saw a phone, I picked it up and dialed zero, and
16  somehow people appeared -- thank God -- and they
17  knew what it was.
18         I didn't know she had seizures and
19  here she is, an adult, and I didn't know anything of
20  it. I made sure she was safe before I ran out, but
21  I didn't know what was going on. So at that point
22  the nurse came and the principal -- maybe the
23  principal came, I don't remember.
24         The nurse came and definitely some
25  aides -- and -- and I didn't know her. I didn't

Page 127

D. PERITZ

1
2  know any of them. I felt very out of my element,
3  like I was just standing there. And so ultimately I
4  said "Okay. We'll talk about this another time."
5  It was like the end of the week anyway, and I went
6  downstairs and I called Janet, and I said I spoke to
7  Selina but in the middle of our conversation she had
8  a seizure and I called for help.
9         I said I made sure people would help
10  her, so people are with her but I don't know. So
11  she said, "Don't worry. I'm going work to out." So
12  I really trusted that and didn't worry about it.
13     Q   Well, let me stop you there. Did you
14  follow up with human resources or contact anyone at
15  human resources about the incident with the student
16  pushing you?
17     A   No. I mentioned it to Janet but I did not
18  mention it to anyone else.
19     Q   Other than what you told me during the
20  conversation you had with Janet about it, did you
21  ask for any specific accommodation or assistance?
22     A   No -- well, except I wanted -- I thought
23  at that point I needed to a leave of absence or to
24  reduce to three days and just stay at CCA.
25     Q   Did you ever submit anything to human

Page 128

D. PERITZ

1
2  resources about taking a leave of absence or
3  reducing your time at CCA?
4     A   No, 'cause when I said it to Janet she
5  assured me that I was jumping the gun and I was
6  going to be okay, so I said okay. And you know, I
7  went home and that's what I thought.
8     Q   Now, at that time that student -- the
9  incident where the student pushed you -- had there
10  been any plan for you have an aide accompany you
11  during your day?
12     A   No.
13     Q   And had you requested anything like that
14  up until that time?
15     A   No. I didn't know what to request. And I
16  think that was part of the issue. I didn't know
17  somebody was going to push -- look, I didn't -- I
18  didn't anticipate --
19     Q   Okay.
20     A   -- that anything would happen that --
21  when -- when the doctor said don't -- don't -- he
22  didn't say push or pull, but he wrote "lift," and he
23  just wanted me to be careful, like that was in my
24  mind, and I think the reason he wrote honestly ten
25  pounds was that I had specifically asked -- because

Page 129

D. PERITZ

1
2  I have a cat, can I bring the kitty litter home, or
3  do I need to carry -- to get help. Like that was
4  like how he said -- yeah, but it can't be more than
5  ten pounds.
6     Q   Okay. Understood. Now, during the
7  meeting you had with human resources prior to this
8  incident with the student, was there any discussion
9  in that meeting about needing any sort of assistance
10  or accommodations in case students push you or
11  physically engaged you?
12     A   No. They just said if you need help just
13  let us know, and I let Janet know I had never met
14  the principal except once. I felt really
15  uncomfortable immediately going into the principal
16  and saying -- and Janet assured me it was going to
17  be okay, so really, when I left there I thought
18  okay, we're going to somehow figure this out and I
19  didn't think about it anymore.
20     Q   Okay. But I was focusing on the meeting
21  that you had with HR. Was there any discussion in
22  that meeting before this incident about needing any
23  sort of assistance or accommodations in case
24  students engaged with you physically?
25     A   No.

130–133

Page 130

D. PERITZ

1
2    Q   Okay. Was it really about lifting in that
3    meeting?
4       A   Yeah, I think so. I mean, that's what
5    they wrote. They said be careful. If you need more
6    help let us know.
7       MS. KALLUS: Who?
8       THE WITNESS: Selina Shelton.
9       A   She said if you need -- if we need to
10   readdress this, we'll readdress this.
11      Q   Okay.
12      A   She was -- I thought honestly she was
13   really really nice, and it was fine.
14      Q   Okay. Now, did you ever bring about this
15   incident with the student to the attention of anyone
16   at human resource and request additional
17   accommodations or assistance?
18      A   No. I trusted that Janet was going to,
19   you know, help. Remember, I didn't know --
20      Q   It's a "yes" or "no."
21      A   No.
22      Q   Okay. Did you have any further
23   discussions with Janet about that incident after
24   what you already told me?
25      A   The following week, yes.

Page 131

D. PERITZ

1
2    Q   Okay. Was it in person or over the phone?
3    A   Over the phone.
4    Q   What was the substance of the
5    conversation?
6       A   So the following week she told me to go
7    and see Selina, that she had spoken to her over the
8    weekend, and that they were going to assign a
9    caseload to me that they thought I could physically
10   manage.
11      Q   Okay. Did you go see Selina?
12      A   Yes.
13      Q   Was that was an in person --
14      A   Yes.
15      Q   -- interaction?
16      A   Just upstairs.
17      Q   What was the substance of your discussion
18   then?
19      A   So she said that she had redone the
20   caseload and that hopefully it was going to be okay,
21   and that, you know, she didn't realize that I had
22   any physical issues before, and I asked her how she
23   was, et cetera, and that was that.
24      Q   Did you have any substantive discussion
25   about your physical condition or limitation with

Page 132

D. PERITZ

1
2    Selina?
3       A   I think I probably said that I have a back
4    issue and, you know, I was -- had an exacerbation
5    over the end of the summer, and at some point during
6    the year I should be fine but right now I'm not.
7       Q   Okay. And during that conversation, did
8    you request anything else of Selina or the school?
9       A   No.
10      Q   Or any accommodation or assistance?
11      A   No.
12      Q   Were there any incidents after that where
13   you either were pushed or pulled or physically
14   engaged by a student?
15      A   Yes, but I wasn't alone. But you know,
16   the kids in Rosemary Academy are somewhat aggressive
17   or just low functioning, so as you walk down the
18   hallway holding their hands they had yank you -- and
19   so I try to just -- 'cause I -- at that point I was
20   just aware that this wasn't okay for me and that I
21   needed to be careful.
22      Q   Okay.
23      A   But that's all. And then I actually spoke
24   to my doctor and he said really try just not to
25   be -- we don't want you to lose your balance, we

Page 133

D. PERITZ

1
2    don't want you to lose your balance, so just, you
3    know, be careful. So -- and he said only you can
4    know what that means.
5       Q   Let me ask you this: After the meeting
6    you had with human resources that we talked about,
7    were there any incidents where you found yourself in
8    the position where you had to have to lift more than ten
9    pounds?
10      A   Yes, so kids would -- again, at Rosemary
11   Academy kids would drop to the floor, and I mean --
12   but, you know, when that happened they were all --
13   'cause it was in a hallway so it wasn't like alone
14   so there was always somebody -- I heard later that
15   people just thought I wasn't really nice person
16   because I didn't go to help anybody off the floor.
17      Q   So you didn't actually have to lift
18   anyone?
19      A   Well, I didn't do it. If I had been -- if
20   it had been now despite the fact that I'm careful
21   and I have a condition, I would have gone to help
22   but I couldn't. I knew I couldn't.
23      Q   All right. What I'm trying to figure out
24   is you didn't actually lift --
25      A   No.

**Page 134**

D. PERITZ

1
2    Q   -- any student or anything more than ten
3    pounds after that meeting at Rosemary Kennedy?
4    A   No.
5    Q   So in those occasions if a student would
6    drop to the floor, did you just request that someone
7    else assist with it, or --
8    A   Yeah.  I mean, I need help.
9    Q   Okay.  And I'm sorry -- that was a "yes"?
10   A   Yes, I need help I would say.
11   Q   And then did someone else assist or come
12   deal with it?
13   A   Yeah.
14   Q   Okay.
15   A   But usually more than -- you know, again,
16   these kids aren't little, so it's not just one
17   person doing it.
18   Q   Okay.  Understood.  Now, I know you said
19   you talked to doctor about being careful, and he
20   said only you can determine.  Did you have any --
21   did you ever go to human resources at any other time
22   and said look, I need to be careful or I'm -- I need
23   more assistance or accommodation?
24   A   At some point we had a meeting -- another
25   meeting at this time over the phone.  I didn't go

**Page 135**

D. PERITZ

1
2    there.  I don't remember honestly what precipitated
3    it, but -- but it was a phone meeting.
4        It was done maybe -- it was done
5    after complaints had started.  I'm not sure -- but I
6    know they had to rush to have it because Janet was
7    going to be away and they wanted her part of it.
8    Q   Okay.  What was discussed?
9    A   That -- that's when the second letter of
10   accommodation came up 'cause the doctor had to write
11   another letter saying that I shouldn't push or pull
12   in addition.
13   Q   That was from your doctor?
14   A   Yes.
15       MS. LINEEN:  Can I have that marked.
16       (Whereupon, document, Defendant's
17       Exhibit G was marked for Identification.)
18   Q   Let me ask you to take a look at what has
19   been marked Defendant's Exhibit G.  A October 7th,
20   2015 letter of from Dr. Beer.
21       Let me know when you've had a second
22   to look at it (handing).
23   A   Yup.
24   Q   Do you recognize this document?
25   A   Yes.

**Page 136**

D. PERITZ

1
2    Q   Is it this -- you mentioned a second
3    letter of accommodation.  Is this the letter you
4    were referring to?
5    A   Yes.
6    Q   Now, do you know if this was provided to
7    BOCES?
8    A   No.
9    Q   Okay.  And was this letter -- and the
10   directive -- the directives from your doctor
11   discussed during this conversation that you had with
12   human resources that we were just talking about?
13   A   They needed the letter in order to have
14   the conversation, yes.
15   Q   And did you discuss the letter during the
16   conversation?
17   A   Yes.
18   Q   And would you remember the substance of
19   discussion at that time?
20   A   They said that they needed to amend the
21   accommodations, and that hopefully -- that only I
22   would know what is really safe or not safe, or you
23   know -- but that I should let them know if I needed
24   more accommodations.
25   Q   So let me just back up.  Who was involved

**Page 137**

D. PERITZ

1
2    in this conversation?
3    A   It was on the phone.  I was in my office
4    at CCA.  I think it was like a -- you know, Janet
5    and Selma.  I know at that point they tried to get
6    the union guy but he wasn't there that day, and
7    again, they needed to have it because Janet was
8    going to be away and I don't know if anyone else was
9    on the phone.  You know, it was a phone meeting so
10   honestly I don't remember.
11   Q   And were there any questions posed to you
12   about your physical condition or limitations at that
13   time?
14   A   No.  They already knew what my condition
15   was, and so -- no.
16   Q   Okay.  Was there any discussion about what
17   your concerns were?
18   A   Probably, but I don't remember.  You know,
19   I don't remember details of like what else we
20   discussed.
21   Q   Was there any discussion about what would
22   be done to assist you or to help you in this
23   situation?
24   A   Again, just, you know, ask for help.
25   Don't do more than, you know, you feel is safe and

Page 138

D. PERITZ

1
2 so forth.
3    Q   Okay. Did you request anything
4 specifically?
5    A   No.
6    Q   Okay. I mean this.
7    A   When you say "this" -- not specifics.
8    Q   So you didn't request any specific devices
9 or assistance or --
10    A   There is not really a device to help with
11 it, so no, and -- and, I mean, therapists don't get
12 one-to-one assistance, so I know that, so I didn't
13 ask for that. You know, and I think I said although
14 I can't guarantee it -- I think I said what I said
15 to Janet and, you know, I'm wondering -- even though
16 at this point I was getting better, but then I was
17 really wondering if I should be taking a leave; that
18 it's maybe too much.
19    Q   Okay. So let me just ask you though: Do
20 you know for a fact whether you said it or not?
21    A   I know I said it to Janet. Whether I said
22 it to Selma, I don't.
23    Q   Okay. And what I'm trying to figure
24 out -- what was the actual agreed-upon course of
25 action going forward or plan going forward?

Page 139

D. PERITZ

1
2    A   Just this -- just that, you know, that I
3 shouldn't let kids push or pull me and that they
4 would give me a place to treat. They really
5 didn't -- and that they already had redone my
6 caseload, which didn't necessarily, you know -- it
7 was -- as I said it was a young girl who originally
8 did it.
9        There was no talk about let's just
10 keep you at CCA or at Jerusalem Avenue because at
11 that point everybody was positioned.
12    Q   Okay. Now, in that conversation, was
13 there any discussion about how you wouldn't let
14 students push or pull or what you would do to avoid
15 that?
16    A   Well, no. I didn't ask and they didn't
17 ask, but I assumed I'm not going to, you know, hold
18 somebody.
19    Q   Okay.
20    A   Or if I feel -- you know, I did hold hands
21 but I felt someone yanking away that unless I felt
22 it was really unsafe I wasn't going to -- I mean,
23 for the kid -- I was going to not going try to
24 resist.
25    Q   And that was agreed upon in the

Page 140

D. PERITZ

1
2 discussion?
3    A   Uh-huh.
4    Q   Yes?
5    A   Yes. Sorry.
6    Q   It's all right. Everyone does it. And
7 you don't recall requesting anything else any other
8 specific --
9    A   No.
10    Q   -- accommodations, assistance --
11    A   No.
12    Q   -- action, anything, during that meeting?
13    A   No.
14    Q   Okay. Did you tape or record that?
15    A   No.
16    Q   Did you make any notes, records, or
17 summaries?
18    A   No, but the next time I have this sort of
19 problem I will remember this and do that -- no.
20    Q   Did you make any notes or records of it?
21    A   No. But Selma followed it up in the email
22 --
23    Q   Okay.
24    A   -- and I have that.
25    Q   Okay.

Page 141

D. PERITZ

1
2    A   Because I must have printed it out at some
3 point before I left BOCES, and you guys all have it.
4    Q   Now, at any point after that
5 conversation -- it was a phone conversation, right?
6    A   Yes.
7    Q   And at any point after that conversation,
8 did you have any issues where you were forced to
9 lift anything more than ten pounds --
10    A   No.
11    Q   -- while you were at BOCES?
12    A   No.
13    Q   Or any issues where you were pushed or
14 pulled --
15    A   Yes.
16    Q   -- by a student?
17    A   Yes.
18    Q   And what did you do in those
19 circumstances?
20    A   I dropped the kid's hand. Again, it was
21 always in the hallway where other people around and
22 I just tried to make it honestly as non-eventful and
23 not obvious as possible.
24    Q   Did you request assistance from anyone
25 else during those times?

Page 142

D. PERITZ

2    A    No. I almost always -- I almost always
3  had an aide with me for the more difficult kids
4  because they have aide-to-ones, so no.
5         There was one room I think -- 109 or
6  something where there was more difficulty, and at
7  one point I had said I need help, and honestly --
8  but I didn't get more specific than that and an aide
9  helped me, but then there was another time that I
10  was told there's really nobody to help you.
11    Q    Well, let me back up a little bit. The
12  room -- 109 you mentioned. What do you mean by
13  there was more difficulty?
14    A    The kids were new to the school, and
15  more -- you know, just that's -- that's the room
16  where the kid had pushed me and they just, you know,
17  they weren't into the routine yet, so it was hard
18  for them.
19    Q    You said you needed help. Who did you say
20  that to?
21    A    Probably the teacher. The teacher.
22    Q    And who was that?
23    A    I have no idea.
24    Q    Okay. And your testimony is you didn't
25  get more specific than "I need help"?

Page 143

D. PERITZ

2    A    No.
3    Q    Did you tell her what you needed help
4  with?
5    A    You know, so and so is difficult to get to
6  the therapy room.
7    Q    Did you tell her you needed help because
8  --
9    A    No.
10    Q    -- of a physical condition or anything?
11    A    No.
12    Q    No?
13    A    No.
14    Q    Did you request any sort of specific help
15  when you asked the teacher?
16    A    Just help to walk the child into the
17  therapy room.
18    Q    And did you get that help?
19    A    As I said, one of the times, yes. Another
20  time, no.
21    Q    What happened on the time that you didn't
22  get help? Who did you make a request to?
23    A    The same teacher, but it was just about
24  whether there was a child -- an extra body there who
25  could help me or not because there weren't always.

Page 144

D. PERITZ

2    Q    Did you ever raise that issue with the
3  principal?
4    A    No.
5    Q    Okay. Did you ever tell HR about that
6  issue?
7    A    No.
8    Q    Okay. Did any time -- you didn't ever go
9  to any of the principals of either CCA and
10  Rosemary Kennedy that you were at, correct?
11    A    Right. I didn't have any problems at CCA.
12    Q    Okay.
13    A    As for Rosemary Kennedy, no, I didn't go
14  back to him. I wanted us to resolve it between us,
15  because honestly as I said later, I felt like a
16  tattletale.
17    Q    Okay. So I just want to understand this.
18  You said you want us to resolve it through us. Who
19  --
20    A    Through -- I mean in the classroom with
21  the teacher if I asked for help. I just didn't
22  think it was a big deal to say can somebody help me
23  get the kid to the room. And honestly, in Jerusalem
24  Avenue School where I had been the year before, you
25  always had help to do those things.

Page 145

D. PERITZ

2    Q    Okay. But you didn't go to the principal
3  --
4    A    No.
5    Q    -- of Rosemary Kennedy and say I've asked
6  for help and they're not giving it to me --
7    A    No.
8    Q    -- or anything to that effect?
9    A    Well, I did get help. I just didn't get
10  it one of the times. I only asked a couple of
11  times.
12    Q    Okay.
13    A    And it was one of the times, and it wasn't
14  like they said no, we don't want to help you. They
15  said there's nobody here to help you.
16    Q    Okay. But did you ever raised that with
17  the principal?
18    A    No.
19    Q    And did you ever raise that issue with HR,
20  human resources?
21    A    No.
22    Q    Were there any other times you feel you
23  needed assistance or requested assistance that you
24  weren't provided it?
25    A    No.

**Page 146**

D. PERITZ

1
2   Q   The phone conversation that you had with
3   human resources after your second doctor's note --
4   were you satisfied with the agreement that was mode
5   arrangements made pursuant --
6   A   Yes.
7   Q   -- to that conversation?
8   A   Yes.
9   Q   Did you have any other communications with
10  human resources after that about physical
11  limitations or your condition or a need to have
12  additional support or accommodations?
13  A   Well, as I said, she followed it up with
14  an email which I got, and I wrote back "thank you."
15  Q   Okay.  Anything other than that?
16  A   No, not at that point.  Not until they
17  were, you know, bringing me on charges and so forth.
18  No.
19  Q   Okay.  To your knowledge, were you
20  actually brought up with any disciplinary charges by
21  BOCES?
22  A   Well, we had a disciplinary meeting and I
23  think you have a letter to that effect.
24  Q   Okay.  Prior to that meeting, let's say,
25  did you have any further communications with anyone

**Page 147**

D. PERITZ

1
2   in human resources --
3   A   No.
4   Q   -- about a need of additional assistance
5   or accommodations or support?
6   A   No.
7   Q   During the phone conversation that you had
8   with human resources after the second doctor's note,
9   was there any discussion sharing information with
10  other staff in the buildings with regard to your
11  condition and your need for assistance?
12  A   No.  There was only that discussion after
13  the disciplinary meeting.
14  Q   And is it your testimony that during that
15  meeting during -- during that phone conversation,
16  you never said you would share with the other staff
17  in the buildings that you worked in --
18  A   Yes.
19  Q   -- about your condition and what you
20  needed?
21  A   Yes.
22  Q   So you didn't have that conversation
23  during the phone call?
24  A   No.
25  Q   I just want to clarify, because my

**Page 148**

D. PERITZ

1
2   question may have been confusing.
3       Now, after you had that first meeting
4   in September with human resources after the first
5   doctor's note, is there anything that you feel
6   wasn't implemented that was agreed upon in that
7   meeting?
8   A   No.  I just felt, like, later that
9   principals don't know the day-to-day realty, so
10  there is not always an extra aide.
11      There's not -- I mean, you know, had
12  we really wanted me not to push or pull or lift or
13  so forth, I needed the one-to-one, not the kids,
14  because -- again, only in that school.
15  Q   Okay.
16  A   In the other school --
17  Q   In Rosemary Academy?
18  A   Right.  In the other school -- in CCA
19  there are people in the hallway.  There's movement
20  and I guess maybe also the OT area is more centrally
21  located.  I'm not sure if that's why.
22      But there -- there was one incident
23  where a kid acted out and ended up, like, dropping
24  on the floor but there were a million -- not a
25  million but there were several people and it wasn't

**Page 149**

D. PERITZ

1
2   necessarily my kid, but I was one of them -- like,
3   one who was saying well, what can we do and there
4   was the principal who came and the AP and there are
5   people sitting at desks and there's a lot more
6   support somehow --
7   Q   Right.
8   A   -- than at Rosemary Kennedy.
9   Q   Okay.  Did you ever actually request a
10  one-to-one aide?
11  A   No, because therapists don't -- it's not
12  something I've ever heard of so, no.
13  Q   After that phone conversation you had with
14  human resources and Janet after the second doctor's
15  note, is there anything that you feel like was
16  agreed upon in that conversation or was represented
17  would be done that you feel like wasn't done or
18  implemented?
19  A   No.
20  Q   Now, are there any specific requests that
21  you made for a specific form of assistance or
22  accommodation or method of dealing with something at
23  that you feel like was denied?
24  A   No.
25  Q   Now, during the 2015 -- oh, wait.

Page 150

D. PERITZ

1
2    Actually, let me just back up. The incident where
3    you were pushed by the student and your back hit --
4    it was a desk, right?
5        A   Yes.
6        Q   Did you go get any medical treatment for
7    that?
8        A   No, no. I didn't need it. I was just,
9    you know -- I was sore and it spooked me, but it
10   wasn't like I needed to rush to the doctor. I
11   wasn't bleeding or -- you know.
12       Q   Did you file any workers' comp claim or
13   anything?
14       A   No.
15       Q   Was it a "no"?
16       A   No.
17       Q   Did you complete any sort of incident or
18   accident report for that incident?
19       A   I only did one incident report but I don't
20   think it was then. I think there was another
21   something. I honestly don't remember the details
22   but by then I was working upstairs more, and people
23   knew me and they said you really need to document
24   that so I did.
25           But again, I wasn't injured. It was

Page 151

D. PERITZ

1
2    more just like put in writing -- oh, I think a kid
3    hit me on the head and somebody wanted me to like --
4    just going to the nurse and make a report and -- but
5    I was and if they had not asked me to do it I
6    wouldn't have done that.
7        Q   Now, during the -- I may have asked you
8    this earlier in reference to a few things but --
9            Actually, before I move on let me
10   address one or two things and then hopefully I can
11   move a little quicker through some stuff.
12           MS. LINEEN: I'll do the multiple-paged
13       one. And H, and the other one as I.
14       Q   I'm going to you ask you to take a look
15   first at what was marked as Exhibit T, an email
16   chain. The first email starts on October 13th,
17   2015, and it's Bates stamped DEF75 through 77.
18       A   Right, but the emails actually start, I
19   guess, on September 11th.
20       Q   Right, right. We'll go through that. The
21   top email on the page just for identification
22   purposes.
23       A   Right got it.
24       Q   Okay. So let's go back to the last page,
25   Page 3. The page that's marked DEF77.

Page 152

D. PERITZ

1
2        A   Uh-huh.
3        Q   That email -- there's an email there from
4    Selma Shelton to you with a number of CCs; do you
5    see that?
6        A   Uh-huh.
7        Q   Yes?
8        A   Yes.
9        Q   Sorry. And did you receive that email
10   from Ms. Shelton?
11       A   Yeah, I think so. Yes.
12       Q   And was this email an accurate summary or
13   memorialization of the meeting that you had with the
14   HR?
15       A   Well, not the meeting. The phone
16   conference, right?
17       Q   This is a September email so I think this
18   may have been --
19       A   Hold on.
20       Q   If you need a second, that's fine.
21       A   Yes, okay. Yes.
22       Q   Do you need to hear the question again or
23   is your answer "yes"?
24       A   Is it accurate? Yes.
25       Q   I just want to make sure. Okay.

Page 153

D. PERITZ

1
2            And then on the bottom of the second
3    page going into the top of the third page there's an
4    email from you dated October 8th, 2015; do you see
5    that?
6        A   Yes.
7        Q   And you indicate that you faxed an updated
8    request for accommodation from your doctor?
9        A   Right.
10       Q   I just want to make sure. Is that the
11   October 7th letter that we looked at earlier?
12       A   Yes.
13       Q   Okay.
14       A   'Cause there were only two letters.
15       Q   Okay. Yeah, I just want to make sure I
16   have everything.
17           I have had some difficulties and some
18   misunderstandings at RKS," when you write that are
19   you referencing the incidents that we already
20   discussed today.
21       A   No.
22       Q   Okay. What else are you referencing
23   there?
24       A   Okay. So I received a letter -- I guess I
25   was called to the office and received a letter at

Page 154

D. PERITZ

1
2 RKS saying -- and you should have it -- saying that
3 they wanted to have a disciplinary meeting.
4        It was signed by Bonnie Heller who I
5 had no clue who she was, and at the time I had no
6 clue what it was about, so that -- and then they
7 directed me to contact Bob Dreaper who I also had no
8 clue who he was.  So when I got it I kind of -- my
9 heart pounded and I went -- I said who is
10 Bonnie Heller, and somebody said she's the principal
11 and I said I thought that was John Picarello and
12 they said she's the principal of the lower school.
13        I didn't know there was a lower
14 school, so I said where can I find her, 'cause I
15 didn't realize that it was such a big deal and I
16 went and stood outside of her door 'cause somebody
17 directed me to where it was, but the door was open
18 but nobody was in there.
19        And then she came back and when I saw
20 her walking into the office I said excuse me, are
21 you Bonnie Heller, and she said yes, and I said I
22 was Diane Peritz.  And I said I got this and I
23 really have no clue what this is and why I got it.
24 And I said could you explain it to me and she said
25 I'm not permitted to speak with you, so I went okay.

Page 155

D. PERITZ

1
2        Is -- is there a phone I can use
3 that's a confidential area 'cause I want to call my
4 supervisor; I'm really confused.  And again in CCA I
5 have an office with a phone and so forth but I was
6 at RKS and there is a big room.  I didn't want other
7 people to hear my conversation, so she said you can
8 use my room.
9        So I called Janet and I got her and I
10 said I just got this letter.  What is this?  What is
11 it about?  And she said I'm not permitted to speak
12 with you.  So she said call Bob Dreaper and she gave
13 me his phone number, 'cause again, I didn't know who
14 he was at all.
15        And so I did call him and I don't
16 remember if we spoke then or if he phoned me back,
17 but I went back to work and then at some point I did
18 speak with him before the meeting.  And then at that
19 point when I asked for the updated letter from
20 Dr. Beer what had already become clear to me was
21 that -- from that meeting that Bonnie Heller had no
22 clue that I had a condition and that nobody except
23 John Picarello and Janet Weisel and I guess Selma
24 and Dr. Scara -- who I don't know quite know who he
25 is, but I do remember what he looks like -- and the

Page 156

D. PERITZ

1
2 CCA Chris Corelcheck knew that there was anything
3 going on, so it wasn't -- so, like, this meeting
4 that was about to happen --
5        I mean, I later figured out that I
6 knew who Bonnie was from a previous interaction that
7 had nothing to do about school, and she might
8 remember me from that -- but other than that I had
9 no idea and didn't know -- what remains in my mind
10 is she didn't know, okay, but Janet was the
11 constant, so when this was all was starting to
12 happen why didn't Janet say to Bonnie, wait a
13 minute, like maybe you should speak to
14 John Picarello to maybe like we all need a meeting
15 or, you know, like we all need to clarify some
16 things, but I didn't know that there that was
17 someone or why wasn't she part of that initial
18 meeting where John was if I was going to be assigned
19 kids in her school too.
20        You know, you can only -- I couldn't
21 have been proactive 'cause I didn't know she
22 existed, and that's why I wrote -- that's why it
23 says on here -- you asked that we included her in
24 and someone else too -- oh, Bob Dreaper because --
25 because by then I knew I was having a meeting and

Page 157

D. PERITZ

1
2 that my hope was that this letter of accommodation
3 was going explain everything away and it was all
4 going to be fine and that's of course not what
5 happened, but that was my hope.
6        Q   So your hope was -- when you're
7 referencing the letter of accommodation, you mean
8 the October 7th letter?
9        A   Yes.
10        Q   Okay.  And we'll get back to that meeting
11 that you had in a second.
12        A   Okay.
13        Q   But -- so on Page 2 of Exhibit H, there's
14 a October 9th, 2015, 10:53 a.m. email from you to
15 Selma?
16        A   Yes.
17        Q   Do you see that?
18        A   Uh-huh.
19        Q   And in that email you reference how do
20 people find out what the accommodations are?
21        A   Right.
22        Q   Do you see that?
23        A   Yes.
24        Q   So was that actually discussed in the
25 phone conversation that you had?

Page 158

D. PERITZ

1
2    A   Obviously, it wasn't discussed before
3  this, but it was discussed at some point, because
4  what she said to me -- but I don't know how you
5  would know that.  I wouldn't know that in advance,
6  is that because it was my own private situation.  No
7  one told anybody, including the aids or -- or
8  Bonnie Heller, because it was up to me to do that.
9        MS. KALLUS:  That's what you thought?
10       THE WITNESS:  Yeah, that's what I was
11       told.  But I didn't do that because I didn't
12       know it was something I should be doing.
13     Q   Well, in the first meeting you had, was
14  there any discussion about you conveying to other
15  people --
16     A   No.
17     Q   -- what your needs were, that you needed
18  assistance at specific time as you saw fit?
19     A   No.  They just said to speak with John if
20  there was a problem.
21     Q   Okay.  And from what I recall, you didn't
22  speak to John at any time about a problem, did you?
23     A   I think after this part I did, but no.
24     Q   But up until that --
25     A   I did not.

Page 159

D. PERITZ

1
2    Q   And when you say "this part," you mean
3  after the phone conversation that you had after the
4  second doctor's note?
5    A   Yeah, because I didn't know -- I thought
6  when I walked down the hall with a child if I
7  dropped the child's hand, I didn't know that anybody
8  was going to be looking at that strangely, because
9  people don't always hold hands.
10       It turns out that what I now know
11  happened was one of the aides who was in 109 said
12  that it looked like I didn't like the kids, so I
13  didn't want to touch them but that wasn't the case.
14  She didn't say it to me.  You know people talk to
15  each other, and presumably she said it to Bonnie who
16  didn't know there was a accommodation, so --
17    Q   Do you know who the aide is?
18    A   I don't know her name but I can pick it up
19  out.  She later apologized to me, actually, but it
20  was all too late.  The movement was happening.  It
21  was too late.
22    Q   Had you ever discussed with that aide that
23  you had any sort of physical limitations or that you
24  needed any sort of assistance?
25    A   Not in advance.

Page 160

D. PERITZ

1
2    Q   Now, during the phone conversation that
3  you had after the second doctor's note --
4    A   Uh-huh.
5    Q   -- did you agree that you would share
6  information with your colleagues regarding your
7  condition; need for assistance?
8    A   That's what it says?  If it says that I
9  probably said okay.
10    Q   Okay.
11    A   I didn't know I was supposed to but if I
12  need to I will.
13    Q   Well, let me ask you.  If you can look on
14  the first page into the second page, there's an
15  October 9th, 2015, email from Selma to you, and
16  there's a number of CCs; do you see that?
17    A   Yes.
18    Q   Okay.  Now, is that email an accurate
19  summary or memorialization of what was discussed
20  during that phone conversation that you had after
21  the second doctor's note?
22    A   Yes.
23    Q   Okay.
24    A   And after that point I did say it, and
25  that's when this particular aide apologized.

Page 161

D. PERITZ

1
2    Q   Okay.
3    A   But again, this was after the meeting
4  where they said that there were complaints about me,
5  and so honestly at that point it was all kind of
6  after the fact.
7    Q   Okay.  Let me ask you to take a look at
8  the email above that one of October 12th, 2015; do
9  you see that?  It's from you to Selma with a couple
10  of CCs.
11    A   Right.
12    Q   In that email you write "Thank you all for
13  your understanding and consideration with my current
14  medical needs."
15    A   Yes.
16    Q   Do you see that?
17    A   So that must have been after -- after the
18  disciplinary meeting, and they asked me to get -- I
19  mean, honestly I can I tell you the way I'm making
20  the decision is if you look back at any emails from
21  before, Bonnie Heller's name wasn't on them because
22  I didn't know she existed.
23       So it's only after that meeting that
24  I started including her and asking.  Otherwise, I
25  wouldn't be able to answer your question as to what

Page 162

D. PERITZ

1
2  happened when.
3     Q   Okay.  Well, I don't think that was my
4  question at all.
5     A   Okay.
6     Q   My question is -- was:  Originally, did
7  you see that email that I was referencing there?
8     A   Yeah.
9     Q   Okay.  So at that time that you wrote that
10 email, were you appreciative of their understanding
11 --
12    A   Yes.
13    Q   -- and consideration of your needs?
14    A   Yes, of course.  I was also trying to be
15 politically correct, of course, but yeah.
16    Q   Okay.  Now, please look at Exhibit A for
17 me which is right here (indicating.)
18    A   Which one?  All of them?
19    Q   I just want to give you a second to look
20 at it.  So now if you could look down at the email
21 on the bottom page -- on the bottom of the page,
22 October 13th, 2015 from you to John Picarello.
23    A   Yes.
24    Q   In that email you said "I'm thinking I
25 might need assistance with this child, just with the

Page 163

D. PERITZ

1
2  transitions through the hall."  Do you see that?
3     A   Yes.
4     Q   Did Mr. Picarello respond or provide you
5  with assistance with that child?
6     A   If it were not for the fact that it's
7  here, but yeah, it's says that I got an email back
8  from him saying yes.
9     Q   And so if you weren't reading this email,
10 would you recall what he did to assist you?
11    A   I wouldn't, but I do -- I mean -- and I
12 didn't remember this situation honestly, but now
13 that I see this kid's name I remember treating him,
14 and initially I was advised that he would be really
15 difficult and was a runner, and so they said
16 initially why don't you treat him in the classroom,
17 and that's what I did initially.
18        And then at some point somebody said
19 you can't do that forever 'cause that's not what IEP
20 says so you need to take him, and that's what
21 prompted it.
22    Q   Now, did you speak with the teacher and
23 the staff in that room to explain that you might
24 need help and support as directed Mr. Picarello in
25 his email to you?

Page 164

D. PERITZ

1
2     A   Yes.
3     Q   And did you receive that assistance report
4  thereafter?
5     A   Probably.  I don't remember.
6     Q   Did you have to follow up with
7  Mr. Picarello where you complained or reported that
8  you weren't getting the assistance with that
9  situation?
10    A   No.
11    Q   Okay.  And Mr. Picarello referencing you
12 discussing a situation with the staff in the room
13 109 and that they will assist you as needing?
14    A   Yes.
15    Q   Do you recall what situation you discussed
16 with him?
17    A   Yeah, 'cause that was the room that at the
18 disciplinary meeting it became clear that that's the
19 room where the aide was complaining.  So again, I'm
20 not somebody who, you know, wanted to go in and say
21 hey, I have a back -- and they never met me, but
22 ultimately I did, and ultimately she apologized she
23 said I'm sorry.  I didn't really know if I was going
24 to make any trouble and she even said that
25 Bonnie Heller was very difficult, and -- but it was

Page 165

D. PERITZ

1
2  all too late 'cause it all happened.
3     Q   Okay.  Well, let me ask you this:  What
4  did you share with this aide?
5     A   I just said I have a back condition and
6  I'm not able to push, pull, or lift, and what you
7  see as my not wanting to touch the kid -- if you're
8  with me and he starts pulling or pushing I know that
9  I can't maintain my balance so I'm dropping his or
10 her hand, because I need to be safe and you're here.
11        If you weren't here I could do what I
12 needed to do to make the kid safe, but you are here.
13    Q   And was she receptive to that point
14 when you shared it with her?
15    A   Yes, yes.
16    Q   Again, just let me get my question out.
17    A   I'm sorry.
18    Q   And did you share that conversation or
19 what you discussed with the aide with the teacher in
20 classroom?
21    A   It says when she returns to work so I
22 probably did, but I'm not sure.
23    Q   And did you have any further issues with
24 that the aide the rest of the year?
25    A   No.

Page 166

D. PERITZ

1
2    Q   Or the rest of the time you were there?
3    A   No.
4    Q   Okay.  And you said the aide -- correct me
5    if I'm wrong.  You don't recall of aide's name?
6    A   I don't remember the name.  She was a
7    middle-aged woman with blondish hair but I don't
8    know.
9    Q   And you said that the aide said to you
10   that Bonnie Heller was difficult?
11   A   Yeah.
12   Q   Did she say anything else to explain that?
13   A   They weren't happy with her so much.  That
14   John was a nicer principal and so forth, and I said
15   I really didn't know who she was.
16   Q   Did she give you any specifics about why
17   she wasn't happy with her, or is that all she said?
18   A   She just said she's difficult.  She didn't
19   explain a lot.
20   Q   Okay.  So let me ask you -- we'll just do
21   this really quick: Can I ask you take a look at
22   that what was previously marked as Defendant's
23   Exhibit C.  It's an October 5th, 2015, letter.
24   A   Yes.
25   Q   And just let me know when you're ready.

Page 167

D. PERITZ

1
2    A   I know the letter.  If you ask specifics,
3    can I look back at it?
4    Q   Sure.  Well, what I just want to ask is:
5    Is this letter the letter that followed after the
6    meeting that you referenced?  The disciplinary
7    meeting?
8    A   Yes.
9    Q   Okay.  So in that meeting was it also
10   discussed concerns or reports that you were not
11   following behavior intervention plans?
12   A   Yes.
13   Q   Okay.  Was it also discussed that there
14   were concerns about you not establishing behavior
15   control during a treatment session?
16   A   Yes.
17   Q   Okay.  Not utilizing a one-to-one aide
18   appropriately?
19   A   Yes.  You're reading the letter -- uh-huh.
20   Q   Okay.  I'm just asking if those things, in
21   fact, were discussed at the meeting?
22   A   Yeah.
23   Q   So if you can see though the fourth
24   paragraph down there's a quote where it references
25   that you stated that an aide said "If you can't do

Page 168

D. PERITZ

1
2    your job you should not work here."
3    A   Yes.
4    Q   Is that the aide that we already spoke
5    about in room --
6    A   Yes.
7    Q   -- 109?
8    A   Yes.
9    Q   And is it true that you didn't report that
10   incident to Ms. Heller and Mr. Picarello prior to
11   this meeting?
12   A   Right.  Well, again I didn't know who
13   Bonnie Heller --
14   Q   Okay.
15   A   -- was until I got her letter.  And I
16   don't know about you, but I don't just go and tell
17   on people so --
18   Q   So is it a "yes" or "no" or --
19   A   It's a no -- no, it's true.  I did not --
20   Q   You did not?
21   A   I did not.
22   Q   Okay.  So during this meeting, was there
23   also a discussion about an observation that
24   Ms. Weisel did on September 30th, 2015?
25   A   Yes.

Page 169

D. PERITZ

1
2    Q   And did you acknowledge that the
3    observation -- that the session that was observed
4    was problematic?
5    A   Yeah.  But do you want me to expand?
6    Q   No.  Following that observation, the
7    September 30th, 2015, observation, did you, when
8    questioned about it by Ms. Weisel -- did you
9    acknowledge that you didn't know what the student's
10   behavioral plan entailed?
11   A   I'm not sure.
12   Q   Okay.  Okay.  Now, did you submit any sort
13   of response or rebuttal to this letter?
14   A   Yes, I did.
15   Q   Okay.  Let me show you what was previously
16   marked as Exhibit D, and just let me know when you
17   are ready and then I will ask you a question.
18   A   Uh-huh.
19   Q   Are you ready?
20   A   Yes.
21   Q   Okay.  Did you -- is this the letter that
22   you submitted in response to Mr. Heller's
23   October 5th letter to you?
24   A   Yes.
25   Q   Now, I don't know if I asked you this, and

Page 170

D. PERITZ

1
2  I'm anticipating I know what your answer is going to
3  be, but during the October 5th meeting, did you
4  record it or tape it in any way?
5      A   No.
6      Q   Did you personally make any notes or
7  summaries of it?
8      A   This (indicating.)
9      Q   Other than your written response to
10  Ms. Heller, did you make any notes or summaries of
11  it anywhere?
12      A   No.
13      Q   Okay.  And actually -- withdrawn.
14          Did anyone direct you to submit this
15  letter --
16      A   No.
17      Q   -- or advise you to do it?
18      A   No.  I wrote it and then I sent it to
19  Bob Dreaper and I responded by saying that he was
20  very disturbed -- I have in an email, otherwise,
21  honestly I wouldn't remember.
22          He was very disturbed as to the way
23  Bonnie Heller tailored her discussion, and also that
24  Janet -- that my observation even became part of
25  this meeting, and the way I said that the discussion

Page 171

D. PERITZ

1  regarding the observation had happened, so he
2  thought my letter was an accurate interpretation and
3  a good letter, and he thought I should send it.
4
5      Q   Mr. Dreaper was at the meeting with you --
6      A   Yes.
7      Q   Did he say anything at the meeting?
8      A   I don't remember.
9      Q   Okay.
10      A   Probably.
11      Q   But you don't remember whether he did?
12      A   I don't remember what he said, yes.
13      Q   Okay.  So let me ask you:  Did you ever
14  ask Mr. Dreaper whether he ever took any notes at
15  that meeting?
16      A   I didn't, but he usually writes so
17  probably he did.
18      Q   Okay.  But you never obtained a copy of
19  any notes or anything?
20      A   No, it wasn't official.
21      Q   Okay.  So during the '15-'16 school year
22  -- so the school year that you were at CCA and
23  Rosemary Kennedy School, did -- I think I asked you
24  this, but you had observations with Ms. Weisel,
25  correct?

Page 172

D. PERITZ

1
2      A   Yes.
3      Q   And do you remember how many?
4      A   I think she did -- well, she originally
5  wanted to do two at Rosemary Kennedy and I had said
6  that I didn't know any of the students.  Like in
7  this case it was the only the second time I had ever
8  seen him, so I think she did one at CCA as well.
9      Q   Okay.  So you think she did --
10      A   So she probably did three.
11      Q   And you never got a written write-up or
12  report of any of those, did you?
13      A   I got only at the very -- at the meeting
14  where they were terminating me.  I never got
15  anything in writing before that.
16      Q   Was that essentially a summative
17  evaluation, if you remember?
18      A   I don't know.  It says "refused to
19  resign."
20      Q   Okay.
21      A   On the bottom.
22      Q   Well, let me ask you this:  After each of
23  those observations that she did, did you ever get a
24  written report?
25      A   No.

Page 173

D. PERITZ

1
2      Q   -- essentially addressing that specific
3  observation?
4      A   No.
5      Q   And prior to any of those observations,
6  did you have any pre-observations with Ms. Weisel?
7      A   No.
8      Q   Was it just if you had any communications
9  with her before then, was that just purely for
10  scheduling purposes?
11      A   Yes.
12      Q   And never any discussion about what would
13  be done in the session or what would be observed or
14  what the goal was or --
15      A   No.
16      Q   -- anything prior to the happening?
17      A   No.
18      Q   And do you remember -- well, actually, the
19  letter we looked at Ms. Heller wrote after the
20  October 5th meeting, it reference a September 30th
21  observation.  Was that the first one that you had
22  that year?
23      A   Yes.
24      Q   Okay.  And did you have any sort of
25  conference or meeting with Ms. Weisel after that

Page 174

D. PERITZ

1
2  observation to discuss her feedback?
3      A   Yes.
4      Q   Okay.  Was it in person?
5      A   It was right after the observation.
6      Q   Anyone else present?
7      A   That may have been the one that was so
8  weird that she said she didn't have time.  I have my
9  own office at CCA and I wanted to go downstairs, and
10  instead she said let's use Bonnie Heller's office
11  and Bonnie Heller walked in on our conference, sat
12  down and started taking notes, and I did not have --
13  at that point I did not -- I did not realize that
14  all of this was going to happen and I was --
15          I mean, the whole tide of every
16  conversation had changed, so I didn't say anything
17  but I was very, very uncomfortable because it was a
18  private meeting and this woman came and started take
19  notes at the meeting.
20      Q   Well, let me ask you a little about that.
21  Ms. Heller's office -- is it set up with a main desk
22  and then a conference room table?
23      A   No.
24      Q   How is it set up?
25      A   It's the size of this room and it's her

Page 175

D. PERITZ

1
2  desk and two chairs.
3      Q   Two chairs opposite the desk?
4      A   Yes.
5      Q   And then the chair that the person
6  occupying the desk would sit at and work at?
7      A   Yes.  So Janet sat at the chair at the
8  desk and she said I should sit here (indicating) and
9  Bonnie came in and pulled the chair back and was
10  behind us, and she was writing as I was talking and
11  she was talking.
12      Q   Okay.  Did Ms. Heller say anything during
13  that discussion?
14      A   No.
15      Q   At that point did you know who she was?
16      A   I already knew because we already had the
17  disciplinary meeting.
18      Q   Okay.  I guess I'm a little confused.  The
19  September 30th observation you said you met with
20  Ms Weisel right after?
21      A   I think so, yeah.
22      Q   Was the disciplinary meeting in October?
23      A   I don't know, honestly.  I didn't know who
24  she was before the disciplinary letter.
25      Q   Okay.

Page 176

D. PERITZ

1
2      A   So maybe I'm confusing one observation
3  with the other.  There were two done at
4  Rosemary Kennedy.
5          One was the sleeping kid who was
6  drugged by his mom in advance, and I don't even
7  remember who the other one was at all.
8      Q   Okay.
9      A   I do remember the one at CCA, though.
10      Q   So the Rosemary Kennedy -- actually,
11  withdrawn.
12          The September 30th one -- do you know
13  where that was?  Was that at Rosemary Kennedy or
14  CCA?
15      A   I would need to look it, I don't know.
16  No.
17      Q   Okay.
18      A   The CCA -- the Rosemary Kennedy one
19  happened before the CCA one.  Well, the original CCA
20  one happened in May, but then I had one at Rosemary
21  Kennedy.  I had one at CCA, and it says three, so I
22  must have had another one at Rosemary Kennedy but I
23  don't remember it.
24      Q   Okay.  I know you may have some confusion
25  with which meeting, but which meeting Ms. Heller sat

Page 177

D. PERITZ

1
2  in on --
3      A   It definitely wasn't the CCA one, because
4  she wouldn't have been downstairs, and because that
5  meeting happened outside my office 'cause Leora was
6  using the office --
7      Q   Okay.
8      A   -- and someone told me afterwards "what's
9  up" because Janet looks weird.
10      Q   So the September 30th observation, though.
11  Do you remember any discussion or feedback from that
12  observation?
13      A   I don't know whether that was the one that
14  he was sleeping or not.
15      Q   Okay.
16      A   I don't know who else was observed during
17  --
18      Q   So there was an observation were a student
19  was sleeping?
20      A   Yes.
21      Q   Do you remember any discussion regarding
22  feedback at that observation --
23      A   Yeah.
24      Q   -- with Janet?
25      A   Yeah, that's what I remember.  So the

Page 178

D. PERITZ

2 student was sleeping. I had seen him once before,
3 and he peed on himself all over the place, and he
4 was like 15, so I needed help. We needed to change
5 him, we needed to clean, et cetera, et cetera.
6      So that session was sort of stopped
7 and then we had -- I had this one scheduled and I
8 went to get him and he was totally asleep and he
9 couldn't be aroused. It took several people to
10 rouse him. The teacher came and roused him, and
11 then the teacher said I don't think you should take
12 him because I don't think you're going to get
13 anything from him, and I said but I'm being
14 observed; I have to take him.
15     So she said okay. Just tread lightly
16 with him, and so I said, you know -- I.m freaking
17 out, so we walked to the OT room. His one-to-one,
18 me, and this kid. And he saw the mat -- and again,
19 because I had already treated him once and because
20 at Rosemary Kennedy they actually didn't give me a
21 place to work.
22     The kids -- like at CCA, the kids
23 knew where they were coming to see me, but once it
24 was established at Rosemary Academy for like people
25 whom they had a cubical, the kids knew where they

Page 179

D. PERITZ

2 were going, but my kids didn't.
3      So he saw the mat and he went and
4 made a beeline for the mat and laid down, and I
5 could not -- he was 15 years old. I knew in advance
6 there was no way to totally prevent that physically
7 for me. I'm not sure that there would be now
8 because he was big, but back then there wasn't, so I
9 said to his one-to-one to help me. Don't let him
10 lay down 'cause I thought this kid is going back to
11 sleep.
12     So I managed to, like, prevent him
13 from like -- to make him so that he was sitting
14 upright and he started -- now she references it --
15 Janet in one of those letters as disrobing his body.
16 He didn't disrobe. He took off his shoes and socks
17 and I could not prevent him from doing that.
18 Despite the fact that I did try.
19     But whatever the rest of my session
20 was I don't remember, but I do remember thinking
21 that it actually was a worthwhile session although
22 it's not documented there. The teacher and I felt
23 it was because what -- the aide said okay, let's get
24 shoes and socks back on and as we started to do it,
25 I had the sense he knows what he's doing, so I said

Page 180

D. PERITZ

2 to her let's just see if he could do it.
3      So he ended up putting on his shoes
4 and socks and tying his shoes, and I thought that
5 was huge because nobody, including his teacher, knew
6 he could actually do that. And so at that point I
7 then -- I think I said to the aide -- because Janet
8 was sitting there watching me -- do you need help
9 getting him back to class and that then became
10 another big deal because Janet said that -- that all
11 the kids needed help and she was amazed that at CCA
12 we let the kids go back even on their own, which she
13 thought was unheard of and that the aide should be
14 in the room not sitting outside, but that was set up
15 by the principal not by me, so I didn't know --
16 again, I had only seen the kid once before and this
17 time. So the aide says yes, I need help. So
18 together we brought the kid back to the room and we
19 came back to Janet.
20     Q   Okay. But my question was: What about
21 the feedback you got from Janet following that.
22     A   So that's when she said I wasn't -- I
23 didn't have instructional control. I wasn't able to
24 prevent him from disrobing. It says it all in that
25 letter.

Page 181

D. PERITZ

2     Q   Are you referencing the October 5th, 2015
3 letter?
4     A   I don't know which letter -- I am, but you
5 have a copy of it. It's either that one or the
6 summary that they gave me when they terminated me,
7 but it says it in one of those.
8     Q   Did you make any notes or records of that?
9     A   No, except the letter that, you know, you
10 have a copy of.
11    Q   Meaning your October 11th letter?
12    A   Yes.
13    Q   After that feedback from Janet though, did
14 you make any notes or summaries of it?
15    A   No.
16    Q   And did you sign any emails or letters to
17 Janet to confirm what was discussed then?
18    A   I don't know.
19    Q   Or rebut what she said to you?
20    A   I did during the meeting with her.
21    Q   Okay. Did you send her anything in
22 writing after that?
23    A   No. No, I shouldn't say no. I don't
24 know. If I did I don't have a copy of it.
25    Q   Would you have kept something like that if

Page 182

D. PERITZ

1
2  you used the letter as reference?
3      A  It depends, but if I drafted it on my home
4  computer, absolutely.  But if I drafted it at CCA I
5  don't have access to their emails anymore.
6          I don't remember what I -- like, Bob
7  at one point said to me your emails are still
8  active, but once this all was complete I was done in
9  my mind so I didn't check my email anymore.  I mean,
10  I'm not sure I printed out anything.
11      Q  Do you have any specific recollection of
12  any sort of email or letter to Janet, specifically
13  --
14      A  I know --
15      Q  Just let me finish -- addressing or
16  rebutting the feedback that she gave you during
17  after the September -- or after the sleeping student
18  observation, for lack after a better definition?
19      A  Yeah, I'm not sure.
20      Q  Okay.  That's fine.  You can tell me if
21  you don't know.  Now, do you remember when your next
22  observation was after September 30th?
23      A  I don't.  As I said, there were three.  I
24  don't remember -- they were all very quick because
25  at that point -- because she had not done the two

Page 183

D. PERITZ

1
2  she was supposed to do in the spring we were now on
3  a time deadline, and that was my major issue because
4  -- because of my own condition and because of the
5  fact that I started late and because of the fact
6  that my caseload was switched, she was observing me
7  treat kids on a second session, and it takes time to
8  get to know kids for them to get to know you.
9          It's not just them.  It's not just me
10  getting to know them.  It's both, and developing
11  some sort of a rapport, so none of that was doable
12  during the -- the -- the deadline time.
13      Q  Okay.  To your knowledge, is there any
14  sort of policy or requirement that observation of
15  probationary therapists need to incur during
16  sessions where the therapist has previously worked
17  with the student?
18      A  No, but Janet had assured me that were we
19  going to do two in the spring, and we done that,
20  I wasn't -- even if she did it at Jerusalem Avenue
21  it didn't have to be at CCA, I would have already
22  been working with the kids for a couple of months
23  and then the observation happened.
24          The way in which it was done --
25  again, because all of this deadline was that it was

Page 184

D. PERITZ

1
2  done as school was just starting and then the other
3  complication becomes that there were Jewish holidays
4  in there, so they were holidays that the school was
5  closed as well.
6      Q  Sure.
7      A  So it was abbreviated.  Fall is always
8  abbreviated and --
9      Q  So it would have just been your preference
10  that your observations were done with students you
11  been working with?
12      A  Well, I asked for one of them so she did
13  it at CCA.  She couldn't do it at Rosemary Kennedy
14  cause they were all new, and they were all in the
15  situation where my caseload was changed, and they
16  were all in the situation where there were Jewish
17  holidays.
18      Q  I understand.  What I'm trying to figure
19  out --
20      A  Yes, of course.
21      Q  But there's no requirement that it has to
22  be that way, correct, to your knowledge?
23      A  To my knowledge there is not, but she had
24  originally guaranteed to me that they will do two in
25  the spring and one in the fall.

Page 185

D. PERITZ

1
2      Q  Okay.
3      A  And I don't know quite know why that
4  didn't happen.
5      Q  In any of the observations that you had in
6  the '15-16 school year -- so in that fall of 2015,
7  after your -- well -- withdrawn.
8          For each of those, did you have a
9  post-observation discussion or communication with --
10          (Telephonic interruption.)
11      A  But you know I can wait.
12      Q  After each of those observations that you
13  had in the fall of 2015, did you have a
14  post-observation discussion with Ms. Weisel where
15  you provided feedback about the observation?
16      A  Where I did or she did?
17      Q  Where you were provided feedback?
18      A  I don't know.
19      Q  Okay.  Did you ever ask for any conference
20  to -- did you have make any request for any
21  conference with Ms. Weisel to further discuss the
22  observations in that fall of 2015?
23      A  No.  I think that at that point I sent her an
24  email because we had to -- we had to come up with a
25  project that you were going to do and I said that

Page 186

D. PERITZ

1
2 -- and at that point she wasn't responding to me.
3    Q   Okay.
4    A   And so I did say what's going on with
5 everything -- because previously I felt I had a good
6 relationship with Janet and previously I felt
7 support and a rapport and everything changed in the
8 fall after I no longer -- after my disability, but I
9 didn't change in the summer after my disability
10 because in the summer she was still saying you're
11 well organized. I appreciate -- but in the fall
12 after that it had changed.
13    Q   I need you to focus on my question. My
14 question to you was: Did you ever specifically
15 request an additional conference with Ms. Weisel to
16 go over any of your observations from the fall of --
17    A   No.
18    Q   Or with any of the principals at CCA or --
19    A   No.
20    Q   -- Rosemary Kennedy?
21    A   They didn't even know about the
22 evaluation.
23    Q   So no?
24    A   No.
25       (Discussion held off the record.)

Page 187

D. PERITZ

1
2    Q   All right. Now, I'm going to ask you to
3 take a look really quickly at Exhibit B which was
4 marked this morning. It's Bates-stamped 56, 58 and
5 59.
6       Just take a second to look at it and
7 let me know when you're ready.
8    A   Okay.
9    Q   Do you recognize that document?
10    A   Yes.
11    Q   Okay. And is this a copy of an evaluation
12 that you received for the time that you were
13 employed with BOCES and the 2015-16 school year?
14    A   I did not receive it until that meeting on
15 October 20th.
16    Q   Okay. Now, who was present at that
17 meeting?
18    A   Janet Weisel, Tracy Neculak, Bob Dreaper,
19 me, I think that Carmine Scaraguy -- I don't know
20 who exactly he is -- I think this is it. (phonetic)
21    Q   Okay. And what was -- how did that
22 meeting come about? Was it scheduled and you were
23 directed to appear? Did you request the meeting?
24    A   No. It was scheduled and I was directed
25 to appear. I knew in advance from Bob that the

Page 188

D. PERITZ

1
2 likelihood is that was at that point that they were
3 no longer going to let me come back and that when I
4 left CCA that day, 'cause I was treating, that I
5 should take all of my stuff 'cause they might not
6 let me enter the school again.
7    Q   Who told you that?
8    A   A union representative.
9    Q   Did anyone BOCES tell you that day?
10    A   Well, he's from BOCES.
11    Q   Well, anyone other than Bob, let's say?
12    A   No.
13    Q   And prior to that meeting, had anyone from
14 BOCES discuss with you whether or not you would be
15 receiving permanent status during that fall?
16    A   Yeah, before that Janet had told me back
17 like at -- I think after the first observation
18 whenever it was, to -- I mean, in the fall -- to fax
19 to her the -- my updated résumé, a copy of an
20 evaluation that I did, so that I could be considered
21 for tenure.
22       Despite the fact that she said it and
23 I did it, I never got any sort of a response, and in
24 fact, when I followed through with -- I told you
25 that you we had to do a project, and when I sent the

Page 189

D. PERITZ

1
2 plan for the project, she never --like I didn't
3 exist after that point.
4    Q   Well, let me ask you a question. When
5 Janet told you to fax an updated résumé and an
6 evaluation, was that before or after the first
7 evaluation for the fall, or the first observation in
8 the fall, or you don't know?
9    A   It must have been after, because I think
10 after the first one I kept saying to her how's --
11 like I was freaked out because it felt to me that
12 the tide had changed, but it was before the
13 disciplinary meeting. At this point I still thought
14 oh, she's my friend -- not friend but, you know,
15 she's on my side.
16       So -- but I knew tenure was coming up
17 so I said to her how is this going to affect tenure,
18 and she said you know don't worry, we're going to
19 have another one, and send me these documents, and I
20 did that. But someone -- I don't remember who the
21 physical therapist at CCA -- said looking at you
22 guys, something is wrong and I didn't even realize
23 at that point.
24    Q   Who was the physical therapist that had
25 said that?

Page 190

D. PERITZ

1
2    A    Her name is Mary Anne.
3    Q    What's her last name?
4    A    I don't know her last name.
5    Q    She was at CCA?
6    A    Yeah. I think she probably still is. She
7   was more or less permanent.
8    Q    Did she say anything else to you?
9    A    She said -- well, she and Freda -- Freda
10  is also the PT at CCA -- and people I knew from the
11  previous years, so I knew them.
12        They said this is so bizarre because
13  therapists almost always get tenure -- because I
14  started freaking out. They said this is like
15  unheard of. I don't understand what's happening.
16   Q    At that point had you told them you
17  weren't getting permanent status?
18   A    No. I said something is weird, but when
19  Mary Anne saw us talking --
20   Q    Saw -- who saw? Who's us?
21   A    Janet and I. After one of the
22  observations she's the one who came to me and said
23  what's going on. She looks so unhappy and I didn't
24  read it. I was just still in the dark.
25   Q    Let me ask you this: Before this

Page 191

D. PERITZ

1
2   October 20th meeting, had you been told that you
3   weren't to get permanent status?
4    A    No.
5    Q    Or you were going to be -- terminated?
6    A    No. In fact, I asked Bob after the
7   disciplinary meeting what was going to happen to
8   tenure, and he said don't worry. Take it a step at
9   a time so no one had told me anything. And in fact,
10  no one told me until this meeting. It was Bob who
11  told me if you have stuff to take -- personal
12  items -- take them.
13   Q    Well, my question was going to be -- I
14  don't know if I actually got it out.
15        Prior to this October 20th meeting,
16  had anyone told that you're employment with
17  BOCES was going be terminated?
18   A    No. You asked that question and I said
19  no. In fact, Bob is the person who told me.
20   Q    Okay. All right. So what do you recall
21  being discussed at the October 20th meeting?
22   A    There was a whole big discussion about the
23  fact that technically by civil service standards --
24  rules, regulations, laws, you need 30 days' notice
25  to be terminated, and I was not getting that notice.

Page 192

D. PERITZ

1
2        And that -- I said that I felt very
3   strongly that everything -- the tide had changed
4   once I became disabled and that I was not going to
5   just go off and like just give in, and that if they
6   didn't follow the regulations I planned on getting
7   an attorney.
8        And at that point they tried to get
9   Selma on the phone I guess 'cause she's the attorney
10  there and Bob was privy to what conversation --
11  'cause they -- they tabled it and they went off into
12  an office and I wasn't allowed to be there.
13        So I was sitting there by myself and
14  Bob was talking to them and he came back and he said
15  "They have lawyers on retainer. They're not afraid.
16  They understand that legally they can't do
17  this," and he said "See you in court."
18   Q    And was anyone present when Bob said that
19  to you?
20   A    I don't think so.
21   Q    Now, you had said that the discussion was
22  about having to give 30 days' notice. At that
23  meeting were you advised you were going to be
24  terminated?
25   A    Yes.

Page 193

D. PERITZ

1
2    Q    Were you advised why --
3    A    Yeah, cause that's when they went over to
4   the eval I had never seen and --
5    Q    The Exhibit B, correct, that you're
6   looking at?
7    A    Yes, and they said that I wasn't -- I
8   mean, basically they -- basically they said I wasn't
9   good at what I did and that had nothing to do with
10  anything physical. That it was ridiculous that I
11  felt that way, and I responded by saying that I'm a
12  therapist with close to 20 years' experience.
13        That no one had ever questioned, and
14  then they said well, maybe it's this population, and
15  in fact -- and I didn't answer your question before
16  since I no longer do it right now.
17        I should tell you I worked with
18  St Mary's. Some of the very kids I worked with
19  through St. Mary's are now at Rosemary Kennedy, so
20  yes, I have to lots of experience with that
21  population, and I was just -- I was stronger -- I
22  was like appalled really because I did not
23  anticipate that before Bob told me.
24   Q    Okay. I --
25   A    I -- I mean, all of a sudden everything

Page 194

D. PERITZ

1
2  started being negative 'cause in the spring
3  everything was very positive, and even over the
4  summer I was asked back to CCA. They specifically
5  called back and asked for me back.
6      Q   Who did?
7      A   Frank Barrett and Chris Chirelcheck.
8  (phonetic)
9      Q   How do you know that?
10     A   'Cause they told me and Janet told me and
11  also I called -- because I was getting emails
12  following this meeting from Chris Chirelcheck, so I
13  called him and I said I'm not working at BOCES, and
14  he went "what," like nobody even told CCA and anyone
15  of this had happened.
16     Q   Were you getting those emails on your
17  BOCES or at your personal account?
18     A   BOCES.
19     Q   Did you ever print them out or save them
20  to anywhere?
21     A   No.
22     Q   Do you have copies of these?
23     A   Obviously, I'm not a good espionage
24  person.  No, I didn't.  No, I didn't.
25     Q   Okay.

Page 195

D. PERITZ

1
2      A   I just responded by calling.
3      Q   Well, what did you discuss with them?
4      A   Well, he said "Oh, my goodness. Nobody
5  told me."  And I said "Yeah, so I can't attend this
6  meeting you're asking me to attend 'cause I'm not
7  working there," and then I said "I'm going to fight
8  and I hope I'll win," and he said "I hope so.  Let
9  me know what's going on," but didn't know that this
10  fight was going to take two and a half years or
11  however long, so --
12     Q   Have you ever had any further discussion
13  with him then?
14     A   No.
15     Q   Okay.  So I know what your answer is going
16  to be, but I'm going to ask it.  Did you tape or
17  record that meeting in any way?
18     A   Well, a phone conference, no.
19     Q   No, no.  I'm sorry the October 20th
20  meeting?
21     A   This -- no.
22     Q   And about the conversation that you had
23  with Mr. Dreaper where he said the lawyer is on
24  retainer -- did you tape or record that?
25     A   No.

Page 196

D. PERITZ

1
2      Q   Did you make any notes or records of it?
3      A   No.
4      Q   Did you make any notes or records or
5  summaries of the October 20th meeting with Tracy and
6  --
7          Well, did you make any notes,
8  records, summaries of the initial meeting that
9  occurred on October 2015?
10     A   No.
11     Q   Were you -- did you actually get a copy of
12  this evaluation at that meeting?
13     A   I don't know.  Somewhere I got a copy, you
14  know.  It says I refused to sign it.  I -- argued a
15  little bit and I said -- I don't know who it was,
16  but I ultimately said -- but how -- that's not
17  right.  Like you're giving me this now there's --
18  and Bob made the point to make no opportunity for
19  her to make any changes, because there's no time.
20         In fact, that supposedly is one of
21  the changes that has come from this: that if you are
22  observed there needs to be written feedback.  There
23  needs to be time between the evaluation and the next
24  evaluation.  Like -- like the whole point to grow
25  and --

Page 197

D. PERITZ

1
2      Q   I'm going to stop you.  You need to focus
3  on the question.
4      A   Okay.  No, I didn't.
5      Q   Did you get a copy of this at the meeting?
6      A   I've must gotten it there.
7      Q   Okay.  And did you ever submit any written
8  response or rebuttal to it?  Just "yes" or "no."
9      A   We just did the appeals.  No.
10     Q   When you say you did the appeals, are you
11  referring to a grievance of your termination?
12     A   Yes.
13     Q   Okay.  Other than that, did you submit a
14  written rebuttal or response to this evaluation?
15     A   No, there's no point.
16     Q   Just "yes" or "no."
17         MS. KALLUS:  Wouldn't it be easy if
18  everyone listened to everyone else.  "Yes" or
19  "no."  It just doesn't work that way.
20     Q   Okay.  You said -- well, actually after
21  this meeting, were you -- did you return to work
22  until the effective date of termination?
23     A   No.  I wasn't allowed in the building.
24     Q   So you -- were you assigned to home?
25     A   Yes.

Page 198

D. PERITZ

1
2    Q   Were you paid between the time that you
3  were reassigned to home to the effective date of
4  your termination?
5    A   I was at that time.  It was still was not
6  30 days.
7    Q   Okay.  When you say it's still not 30
8  days, are you referring to the 30 days from the time
9  that you found out about your termination until the
10  effective date you weren't paid for?
11    A   Right.  And technically they could not do
12  30 days because if they did it one day past the
13  November 5th, I would get tenure.
14    Q   Okay.  Now, you keep saying "tenure" here.
15  But is it your understanding that you would actually
16  receive tenure as in OP?
17    A   Yes.
18    Q   Or permanent status?
19    A   I don't know.  I thought it was tenure so
20  I don't know.  At the DOE it's not tenure but BOCES
21  I thought it was tenure.
22    Q   Okay.  What is that based on?
23    A   I thought that was what they discussed and
24  so forth.
25    Q   Now, you filed a grievance, and that's

Page 199

D. PERITZ

1
2  just to challenge the termination?
3    A   Not just that.  I wanted to go back to --
4  I like my job.  I wanted to go back to work.  I
5  wanted to get the permanent status or tenure --
6  whatever, yeah.
7    Q   Okay.  And was that grievance -- well, is
8  that grievance still pending?
9    A   No.
10    Q   How was it eventually --
11        How did it eventually resolve or
12  concluded, if you know?
13    A   Well, it's like 0.
14        MS. KALLUS:  Otherwise I can explain it to
15    her.
16        MS. LINEEN:  Well, I want to know what she
17    knows about it.
18    A   It's like a three-step process and we had
19  the first meeting -- I don't remember who was there
20  -- but we explained what we thought.  I let Bob --
21  honestly, Bob explained what was thought and then
22  they refused it.
23        Then we went to the second step, and
24  the third step we both spoke.  There wasn't enough.
25  Like they said would they respond but they didn't

Page 200

D. PERITZ

1
2  respond, but they left him a message that he never
3  got.  It was a very complicated thing but ultimately
4  the three-step process ended.
5    Q   Okay.  Well --
6    A   Quickly as opposed to something like this.
7    Q   Right.  Did you get what you were looking
8  for through the grievance?
9    A   No.
10    Q   And was their grievance denied --
11    A   Yes.
12    Q   -- in all levels?
13    A   Yes.
14    Q   Did you appeal that -- the final denial to
15  any -- through any other proceeding in court?
16    A   This.
17    Q   Other than this?
18        THE WITNESS:  EEOC?
19        MS. KALLUS:  We will talk about it later.
20    I can't talk about that.
21    Q   Other than anything you're alleging in
22  this case, did you file a separate action?
23    A   No.
24    Q   Challenging or appealing the denial of
25  that grievance?

Page 201

D. PERITZ

1
2    A   No.
3    Q   To your knowledge, was there any
4  discussion about settlement of that grievance at the
5  time?
6    A   Yes.
7    Q   Was there an offer made to you?
8    A   Yes.
9    Q   Do you remember what that was?
10    A   Yes.  They offered to pay the health
11  insurance until the end the school year which came
12  out to roughly $10,000.
13    Q   Anything else?
14    A   No.
15    Q   Did they offer you any back wages or
16  salary to cover a period?
17    A   No.
18    Q   And did you accept or reject that offer?
19    A   I rejected it.
20    Q   Other than that grievance, did you ever
21  file any other grievances while you were employed by
22  BOCES?
23    A   No.
24    Q   Did you ever actually during the grievance
25  process -- did you actually meet with a

Page 202

D. PERITZ

2 superintendent?
3   A   Yes.
4   Q   Other than that meeting, did you ever have
5 any meeting or communication with the superintendent
6 at BOCES?
7   A   No.
8   Q   Did you ever submit anything in writing to
9 the superintendent at BOCES, other than the
10 grievance saying you wanted the meeting with him?
11 That may have been confusing. I'll withdraw that
12 question. That was my fault.
13       Other than the submission of your
14 grievance to the level where it goes to the
15 superintendent, did you ever submit anything in
16 writing to the superintendent saying you wanted the
17 reason for your termination or you wanted to appeal
18 your termination?
19   A   No. I let Bob doing everything. I --
20   Q   Okay. Did you ever speak to any members
21 of the board of Nassau BOCES regarding your
22 termination?
23   A   No.
24   Q   Or regarding any request for
25 accommodations for your disability?

Page 203

D. PERITZ

2   A   No.
3   Q   Did you ever speak to the superintendent
4 regarding any request for accommodations for your
5 disability?
6   A   Before?
7   Q   Yes. So let's say at any time before your
8 termination.
9   A   No.
10   Q   And when you met with the -- withdrawn.
11       At any time prior to your grievance,
12 did you ever speak to the superintendent about your
13 disability or physical condition for any request for
14 accommodations?
15   A   Prior to, no.
16   Q   Prior to, yeah.
17   A   During? It came up.
18   Q   Right. I'm just asking about before that.
19 And at any point were you advised that the board of
20 BOCES actually approved to and voted on your
21 termination and that you were going to be
22 terminated?
23   A   I guess. I think I was told --
24       MS. KALLUS: If you don't know.
25   A   Your grievance was denied -- I don't know

Page 204

D. PERITZ

2 if I was told that they approved something.
3   Q   Okay. My question was: You know, were
4 you advised at the October 20th meeting they were
5 going to take action to terminate you?
6   A   Yes.
7   Q   And were you advised at some point that
8 that action had actually been approved about -- you
9 would, in fact, be terminated on an effective date?
10   A   Yes.
11       MS. LINEEN: Can I have this marked,
12 please.
13       (Whereupon, documents, Defendant's
14 Exhibit H-J were marked for Identification.)
15   A   Yeah, that's what I was referring to you
16 about before.
17   Q   Okay. Have you had a second to look at
18 Exhibit J, and I'll provide you a copy.
19       It looks like an email thread from
20 October 13th, 2015, between you and Robert Dreaper.
21   A   Uh-huh, yes.
22   Q   Now, do you recognize this document?
23   A   Yes.
24   Q   On the bottom of the page there's an
25 October 13th, 2015, email from you at 1:25 p.m.

Page 205

D. PERITZ

2   A   Yes.
3   Q   Do you see that?
4   A   Yes.
5   Q   And under that it appears that there was a
6 message from Mr. Dreaper to you; do you see that?
7   A   Under that?
8   Q   Also there's a section that says "from
9 Robert Dreaper."
10   A   Oh, yeah.
11   Q   Do you have the rest of this email chain?
12   A   I don't know.
13   Q   Okay.
14   A   I can look.
15   Q   Okay.
16       MS. LINEEN: I'm going to call for
17 production of the complete email thread as well
18 as any and all communications between the
19 plaintiff and Mr. Dreaper and any members of
20 her union that have not been produced.
21   A   Okay. How do you call for that?
22       MS. KALLUS: That's for me.
23   Q   I just did that on the record. That's for
24 your attorney and I to sort out. Your attorney will
25 address you about at that.

Page 206

D. PERITZ

1
2    A   Okay. I know that if you noticed some of
3    it is to Nassau BOCES, and I don't know if it still
4    exists. And then at one point it says my gmail,
5    which I can easily get to, but I don't even know if
6    the Nassau BOCES exists anymore.
7    Q   Okay. Well, I want the entire thread,
8    'cause there appears that there was a message where
9    Mr. Dreaper responded to you here.
10   A   Sure.
11   Q   And any and all communications between you
12   and Mr. Dreaper and any members or representatives
13   or officials of your union that have not been
14   produced yet. And I'll address that with your
15   attorney.
16   A   Okay.
17   Q   Now, when you were hired by BOCES, did you
18   receive any copy -- or were you advised of specific
19   employment policies like an equal opportunity policy
20   and anti-harassment policies and things like that?
21   A   They had a meeting at human resources but
22   -- where you watch a video and so forth. I don't
23   know honestly remember exactly what.
24   Q   Okay. Do you recall ever any signing
25   indicating that you were made aware that BOCES had

Page 207

D. PERITZ

1
2    certain policies and that you should review them?
3    A   I don't -- I don't know.
4    MS. LINEEN:  Can I have these marked
5    separately.
6    (Whereupon, documents, Defendant's Exhibit
7    K&L were marked for Identification.)
8    Q   I'm going to ask you to take a look at
9    what has been marked Defendant's Exhibit K. It's
10   Bates-stamped DEF20, and it's a document entitled
11   policies and regulations. Just take a second to
12   look at that.
13   A   Uh-huh. Yes.
14   Q   Have you ever seen this document before?
15   A   Well, I signed it so I have to have seen
16   it.
17   Q   Okay. That's your signature on the bottom
18   of the page?
19   A   Yes.
20   Q   And do you understand when you were
21   signing this you were acknowledging that you
22   understood the BOCES policies and regulations can be
23   found on the website with the address provided in
24   this document?
25   A   Right. Well, they would go over a lot of

Page 208

D. PERITZ

1
2    it at the orientation.
3    Q   And then please take a look at what has
4    been marked Defendant's Exhibit L of today's date.
5    It's Bates-stamped DEF22. Just let me know when you
6    had a second to look at that and then I'll ask you a
7    question.
8    A   Okay. So -- can I talk?
9    Q   Well, do you recognize this document?
10   A   Again, I signed it.
11   Q   So that's your signature on this page?
12   A   Uh-huh.
13   Q   Yes?
14   A   Yes. Sorry.
15   Q   And in signing this document, did you
16   understand you were acknowledging that you've read
17   the BOCES handbook?
18   A   Well, when we got this we were told that
19   it's in the process of being updated, and in fact,
20   what we were reading is a -- not current situation,
21   and that when the updated one comes we'll get it.
22   Q   Okay. Did you read the one that was not
23   current?
24   A   Yes.
25   Q   Okay. Now, does your spinal stenosis or

Page 209

D. PERITZ

1
2    any back or physical disability or impairment affect
3    your ability to work?
4    A   Yes and no.
5    Q   Okay. Can you explain for me what you
6    mean.
7    A   It's an ongoing condition. I know that --
8    I work full-time but I've been told to be careful --
9    how I move, how I lift, how I do things, and I am.
10   That being said, I carry things into
11   homes, I move kids around, et cetera.
12   Q   Okay. Let me ask you: Since you woke up
13   in pain in October 2015, have you been treated by
14   any other doctors, facilities, hospitals, any sort
15   of clinicians, therapists, anything like that for
16   conditions with your back, hip, neck? Anything like
17   that?
18   A   Well, I have ongoing treatment by the -- I
19   haven't actually seen Dr. Beer after the last set of
20   shots.
21   Q   When were those?
22   A   Around that time.
23   Q   So around August of 2015?
24   A   Yeah. Well, they were separated by a
25   couple of weeks each time, but yeah.

Page 210

D. PERITZ

1
2    Q   Okay.
3    A   But I just recently saw the spinal surgeon
4    like two weeks ago.
5    Q   And who's that?
6    A   You have a HIPAA release. Dr. Matoose,
7    and obviously he hasn't quote, unquote treated me,
8    but -- on the other hand, he says if you need
9    surgery -- because I say "if I need surgery" -- he
10   says it's when you need surgery, but you don't need
11   it now.
12        And so -- and I also was -- I mean,
13   this is like kind of strange, but at the time I was
14   on a lot of medicine.
15        I was in agony and so I was
16   prescribed Percocet along with other things and
17   the -- the downside of Percocet they didn't work
18   actually for my pain. I used to get very, very
19   constipated so I ended up at Syosett Hospital
20   because unable to go to the bathroom --
21   Q   So when was it that you were prescribed
22   Percocet?
23   A   During that period in and August -- after
24   the hospitals -- I didn't stay but I was in the ER
25   until they -- the doctor said when I called is it

Page 211

D. PERITZ

1    working? And I said "no" -- "then stop taking it,"
2    and that solved that problem, obviously.
3    Q   So when were you in the ER in Syosett?
4    A   In that August timeframe when I was
5    first -- probably like five to seven days after the
6    incident, but --
7    Q   So between September 2015, and
8    November 2015, were you taking any pain medications?
9    A   I take Tylenol. That's all I really take.
10   Q   Anything other than that at that time?
11   A   September 2015 -- and what?
12   Q   So the fall of 2015 when you were working
13   at BOCES.
14   A   No -- Tylenol.
15   Q   Were you taking any other medication of
16   any type at that time?
17   A   No -- I'm on high blood pressure medicine.
18   Q   Other than Dr. Matoose and Dr. Beer and
19   Syosett Hospital, had you have treatment with
20   anyone or at any other place for your back or your
21   spinal stenosis or any hip or neck injury?
22   A   Yes. So I went to Glick Physical Therapy
23   for PT during that time -- again, I'm not doing that
24   now, and I saw I think -- what's his name?
25

Page 212

D. PERITZ

1    I could be wrong with his name. I
2    think it's Dr. Gonzalez. He is a hip specialist --
3    because at the beginning no one could tease out
4    whether it was actually my hip or my back that was
5    causing the problem.
6        So I saw him also from Lennox Hill
7    and -- Dr. Matoose, Dr. Gonzalez -- again, it could
8    be the wrong name it was not my hip -- and physical
9    therapy, I think that's it.
10   Q   Okay.
11   A   And -- oh, and the MRI place,
12   Zwanger-Pesiri. Oh, that isn't it, and also --
13   acupuncture doctor.
14   Q   Okay.
15   MS. KALLUS:  Do you have the name?
16   Q   And I understand that you've brought some
17   HIPAA releases, but to be official I'm going to call
18   for the production of an authorization to obtain the
19   records of the acupuncturist and physical therapy at
20   Glick.
21   MS. LINEEN:  And any records from
22   Dr. Gonzalez.
23   A   You had HIPAA releases previously from
24   those people.
25

Page 213

D. PERITZ

1    Q   No, I didn't.
2    MS. KALLUS:  I think we gave her
3    HIPAA releases for Dr. Beer and --
4    MS. LINEEN:  I think Matoose.
5    MS. KALLUS:  -- Dr. Matoose and then we
6    responded to interrogatories.
7    A   I'm not sure if it's Gonzalez.
8    Q   Okay. I can address that with your
9    attorney after the deposition, but I am going to
10   call for production of them and an authorization for
11   any other treating physicians, providers, hospitals,
12   therapists, acupuncturists. Anything like that.
13        Now, are you alleging that as a
14   result of the treatment you experienced at BOCES you
15   incurred any sort of financial damages?
16   A   Yes.
17   Q   Can you explain to me the damages you feel
18   you incurred?
19   A   Health insurance as an ongoing situation.
20   My health insurance is now -- I'm doing COBRA still,
21   but it's up to the $964 a month or something like
22   that.
23   Q   Is that only for coverage -- I'm sorry.
24   A   I was trying to find -- I don't know if I
25

Page 214

D. PERITZ

1
2  have it in my phone, whether it's really
3  Dr. Gonzalez.
4          MS. KALLUS:  Don't worry about that.
5      Q    We'll sort that out after.
6      A    Okay.
7      Q    Now, the COBRA coverage -- is that only
8  for you or is anyone else covered under that policy?
9      A    Just me.
10     Q    Okay.
11     A    Now --
12     Q    Go ahead.  I'll follow up after.
13     A    Okay.  I have retirement benefits loss.  I
14  was a New York City employee back in 1979.  At that
15  time I joined the retirement system then I had to --
16          Do you want this back, by the way?
17     Q    Yes.
18     A    -- then I had to take my money out when I
19  left and then came back to the Board of Ed in like
20  1998, and then I left again and then returned there
21  in 2012.  When I returned there in 2012 I was in the
22  process of -- there's a whole provision based on the
23  union regs that you can buy back the time and --
24  that you took out the money or the time that you did
25  not contribute, and so then as you do that you incur

Page 215

D. PERITZ

1
2  time towards retirement, which is actually part of
3  why I returned to the Board of Ed in the first place
4  in 2012.
5          And then when I left to go to BOCES I
6  had found out that it was all transferable, so when
7  I started the paperwork through BOCES I discovered
8  because BOCES is more cohesive than the New York
9  City Department of Ed, that, in fact, I wasn't
10  required -- I could buy it back at the time and I
11  would do that, but that I wasn't actually the person
12  required to do the contributions that -- because of
13  when I joined back in '79 that they are required to
14  make the contributions, so I was in the process of
15  doing all that and then I was terminated.
16          So I don't yet know, like, what that
17  all comes to, but -- but my plan was to retire with
18  insurance and benefits.  And that was why I was
19  sticking -- I mean, the commute was difficult, but
20  that's why I was staying with the DOE.
21          And then the other issue becomes the
22  fact that even though as I said earlier, as a
23  contract employee you make more money technically
24  you -- if you miss like today, you know, you're not
25  paid for what you don't do, and so there's no sick

Page 216

D. PERITZ

1
2  time.
3          There's no, you know -- when I have
4  that surgery, which hopefully I won't, nobody is
5  going to pay for that down time.  There's no
6  holidays.  There's no summer vacation.  There's none
7  of that because you're a fee-for-service employee.
8      Q    Okay.  Any other ways that you feel you
9  were financially impacted before we go back through
10  those?
11     A    No, I don't think so.  I think that covers
12  it.
13     Q    When you were at BOCES -- well, actually
14  -- withdrawn.
15          Do you have documentation as to how
16  much you spent in terms of COBRA coverage to date?
17     A    Not with me, but --
18     Q    In some --
19     A    Eight hundred and something dollars times
20  however many months it was and then this year $964
21  times how many it was.
22     Q    I understand that you don't have it with
23  you, but in someplace in your home, computer,
24  anything like that, do you have documentation as to
25  the amount you spent?

Page 217

D. PERITZ

1
2      A    Not separate, no.
3          MS. KALLUS:  Well, you'll have to locate
4      it with your insurance company.  COBRA --
5      you'll have to call and get the actual numbers.
6      Q    Okay.  How do you normally pay it?
7      A    I send a check to BOCES.
8      Q    Okay.  Do you have copies of those checks
9  -- canceled checks?
10     A    If they come back, yeah.
11          MS. LINEEN:  I'm going to call for
12      production of any and all documentation as to
13      any cost for health insurance, including, but
14      not limited to costs being paid for COBRA
15      coverage.
16     Q    Now, your retirement benefits we spoke a
17  little bit about -- do you know, as you sit here
18  today, approximately how many years' credit you have
19  in the retirement system?
20     A    I don't.
21     Q    Do you know -- well, at the time --
22     A    Well, actually, right now, I have nothing
23  because you lose it, so I had to buy it back and
24  that's what I was in the process of doing.
25     Q    So you never actually bought it back?

Page 218

D. PERITZ

2    A   Uh-uh.
3    Q   No?
4    A   No.
5    Q   If you had continued to be employed by
6  BOCES, did you have a plan for how many years that
7  you would continue working there?
8    A   Yeah, 'till I was eligible for retirement
9  and older.
10    Q   Did you at the time have an idea when that
11  would be in terms of age or years?
12    A   65, 68, you know. I don't know.
13    Q   Okay. And at that time did you have a
14  plan for how many years you needed to be in the
15  system at that time or to continue to work?
16    A   No.
17    Q   Did you get statements from the retirement
18  system?
19    A   Yeah.
20    Q   Do you continue to get them?
21    A   I think I recently got a letter that said
22  that it had notified that I'm not employed and if I
23  don't -- if become reemployed during a certain
24  period that everything would stop or something.
25       MS. LINEEN: Okay. I'm going to Call for

Page 219

D. PERITZ

2  production of any and all statements received
3  from the retirement system.
4       MS. KALLUS: Do you have those?
5       THE WITNESS: I probably have like some.
6  I don't necessarily --
7       MS. LINEEN: Well, I ask for any that you
8  have as well as any and all communications or
9  documents evidencing any need or attempts to
10  buy back time.
11    A   A lot of that is done on the phone when
12  you -- when they sent you something.
13       MS. LINEEN: Okay. So to the extent any
14  documents exist I'm demanding production of
15  them.
16    Q   Are there any other ways that feel you
17  were financially damaged that you haven't told me
18  about?
19    A   I told you sometimes you make more
20  sometimes you make less and that's it.
21    Q   So are you -- and I think we already went
22  over this. You're currently employed, correct?
23    A   I'm not employed, no.
24    Q   Were you employed through your own
25  business?

Page 220

D. PERITZ

2    A   Yes.
3    Q   Okay. And is that still Diane Peritz, OT,
4  PLLC?
5    A   Uh-huh.
6    Q   Yes?
7    A   Yes.
8    Q   Do you have a contract that you normally
9  work with when you provide services? A usual
10  contract that you use?
11    A   No.
12    Q   Okay. Do you charge a standard rate or
13  does it depend?
14    A   You don't have a choice. You're -- the
15  state pays to the agency and the agency takes
16  whatever their cut is and pays us.
17    Q   Okay. So is that a standard rate that you
18  normally get or does it vary? That's what I'm
19  trying to figure out?
20    A   Agencies pay different -- slightly
21  different amounts depending on the agency, but it's
22  pretty standard.
23    Q   What's that then?
24    A   What is the rate per child per hour?
25    Q   Yes.

Page 221

D. PERITZ

2    A   I think right now -- and it should be
3  noted that it's gone down, actually -- I don't know
4  if it's ever gone down in the history of salaries.
5  I think it's like $60 for 45 minutes, but the agency
6  is paid more -- or $59 actually for 45 minutes.
7    Q   Okay. And these are the agencies that you
8  currently work with, or the agencies that you
9  refused to provide the names of earlier in your
10  testimony?
11    A   Uh-huh.
12    Q   Yes?
13    A   Yes.
14       MS. LINEEN: Again, I'm going to mark that
15  for a ruling and demand the names of those
16  agencies, and we'll address that with the court
17  and we'll leave the deposition open.
18       It will not be closed until we can follow
19  up on that until we get a ruling from the
20  court.
21    Q   All right. Other than working through
22  those agencies as a contract -- independent
23  contractor for them --
24    A   Yes.
25    Q   -- are you employed anywhere else

Page 222

D. PERITZ

1
2  currently?
3     A  No.
4     Q  Since your employment with BOCES ended,
5  other than working with these agencies as an
6  independent contractor, have you been employed
7  anywhere else?
8     A  No.
9     Q  Okay.  Have you applied for any positions
10  in any public school districts since your time at
11  BOCES ended?
12    A  No.
13    Q  Since your employment?  I'm sorry.
14    A  It doesn't work like that.  And
15  part of the civil service, I guess, damage is that
16  somewhere it's on my record that I was terminated,
17  so whereas my score on the civil service exam was
18  100.  Lord knows what it is now but I just stopped.
19    Q  Do you know -- so after the civil service
20  exam you would go on a list of the people who took
21  the exam?
22    A  Right.
23    Q  That can be canvased by a potential
24  employer?
25    A  Right.

Page 223

D. PERITZ

1
2     Q  Does that list expire after a certain
3  time?
4     A  It does and you can reinstate it, but what
5  I was advised by the union is it's why they didn't
6  -- they wanted me -- at some point when it was
7  obvious that we were losing one of the union reps
8  advised me to resign and BOCES was willing to let me
9  do it because if I had resigned, then I wouldn't be
10  marked that I was terminated, but given that I do
11  not think any of this was right --
12        I certainly -- legally they were not
13  within their rights but I think that I was singled
14  out because of my condition.  And I don't even know
15  what else with Bonnie Heller that I didn't want to
16  do it that way.
17    Q  Okay.  Who was the union rep that advised
18  you to resign?
19    A  Well, Bob, but also there was another guy
20  that Bob took me to see.
21    Q  In person?
22    A  Yes.
23    Q  When?
24    A  At that same -- during that same time
25  period.

Page 224

D. PERITZ

1
2     Q  Which time period?
3     A  After the initial -- when the grievances
4  were happening.
5     Q  Where did you go to see this person?
6     A  Union headquarters.  There's an office in
7  Woodbury.  I don't know.  His name was Steve, I
8  think.  Don't know, but I don't remember more than
9  that.
10    Q  Did you take any notes or summaries of
11  that meeting?
12    A  No.
13    Q  No?
14    A  No.
15    Q  Did you have an written communication with
16  Steve?
17    A  No.
18    Q  Okay.  Have you made any attempts to have
19  the civil service -- or your position on the list
20  reinstated?
21    A  No.
22    A  The original time when I went on the list,
23  my whole point was to get the job at BOCES because I
24  wanted to have the back benefits, blah, blah, blah
25  -- sorry.  All of rest of the things, and you know,

Page 225

D. PERITZ

1
2  that was the original plan, so --
3     Q  So --
4     A  Plus people --
5     Q  Whatever you had since then?
6     A  Plus I will be asked about the BOCES part,
7  and I don't want to share that information.
8     Q  My question was:  Did you make any
9  attempts, not why?
10    A  No.
11    Q  And have any other public school districts
12  contacted you after canvasing the civil service list
13  or anything since your time with BOCES ended?
14    A  No.
15    Q  Have you made any attempts to receive
16  employment from BOCES programs?
17    A  I don't know if legally I can.
18    Q  But have you?
19    A  No.
20    Q  Did you have any sort of 401K or IRA?
21    A  Yes, a SEP.
22    Q  I'm sorry?
23    A  A SEP.
24    Q  And do you get statements as to the
25  balance in those?

Page 226

D. PERITZ

1
2     A   Sure.
3         MS. LINEEN: Okay. I'm going to call for
4     production as to any documentation as to the
5     401K and/or IRAs.
6     A   I only have a SEP. I don't have a 401K,
7     but you understand I put the money in there.
8     Q   I understand.
9     A   No one puts it there for me.
10    Q   And other than the money that you've
11    earned through your work as an independent
12    contractor with agencies that you won't provide the
13    names of today, have you had any other forms of
14    income since your employer with BOCES ended?
15    A   No.
16    Q   No, okay. Have you done any private
17    therapy with any families of students or individuals
18    outside of work through an agency?
19    A   No.
20    Q   Do you obtain employment benefits for any
21    period after your termination from BOCES?
22    A   No.
23    Q   Did you have file for unemployment?
24    A   I want to say I did, but I wasn't
25    eligible. The rules are -- should I tell you the

Page 227

D. PERITZ

1     rest?
2     Q   Sure.
3     A   The rules are such that even if you treat
4     one child per day that's a day you work, so
5     therefore I was never eligible because you need to
6     have a period of time that you're not working.
7         So I did go through it but I'm not
8     eligible.
9         MS. LINEEN: I'm going to call for
10    production of any application for unemployment
11    insurance benefits.
12    A   I have nothing.
13        MS. LINEEN: -- and any communication
14    about such employment and an authorization to
15    obtain any and all records from the
16    unemployment insurance board regarding any such
17    application, and I'll follow up in writing.
18    Q   Did you apply for disability benefits?
19    A   No.
20    Q   Did you ever seek social security benefits
21    since the time of -- since the time your employment
22    with BOCES ended?
23    A   No.
24    Q   And have you ever applied for or sought
25

Page 228

D. PERITZ

1
2     retirement benefits since your employment with BOCES
3     ended?
4     A   No.
5         MS. LINEEN: Okay. I know we requested it
6     in our document demands, but I'm going to
7     demand again on the record documentation of all
8     income earned by the plaintiff since the end of
9     her employment with Nassau BOCES, included, but
10    not limited to tax records and authorizations
11    to obtain the program applicable tax
12    documentation from let's say 2014, to the
13    present.
14    Q   Do you feel that you suffered any sort of
15    additional physical injuries or illnesses that had
16    -- or that the treatment by BOCES had any impact on
17    your physical health?
18    A   No.
19    Q   Okay. Are you alleging or do you feel
20    that the treatment that you experienced when you
21    were worked with BOCES and the termination impacted
22    your personal health or your emotional health in any
23    way?
24    A   No, except I'm angry.
25    Q   Other than that?

Page 229

D. PERITZ

1
2     A   No.
3     Q   Do you know someone by the name of
4     Lydia Bagly (phonetic)?
5     A   I think she was at one of those meetings.
6     Q   What meetings?
7     A   The grievance meetings.
8     Q   Okay. And do you know what her position
9     is?
10    A   No.
11    Q   Is she a BOCES employee?
12    A   Yes.
13    Q   And was she one who's a representative or
14    official in the union, or was she there on behalf of
15    BOCES, to your knowledge?
16    A   No, I think for BOCES. She was there with
17    the superintendent.
18    Q   Do you recall, as we sit here today, know
19    approximately how much per week your income has been
20    affected by the termination of your employment with
21    BOCES?
22    A   Well, do you like look at your income and
23    then take off your health insurance expenses?
24    Q   Well, let me ask you this way: Do you
25    know -- leaving outside what you would deduct for

Page 230

D. PERITZ

1
2 health insurance and with looking at what you made
3 at BOCES and what you earned now, do you know how
4 much the difference is, approximately?
5     A   It's not lower, because BOCES -- well, I
6 don't know about the summer, but like the annual
7 salary when I started was like $67 -- what happens
8 is as you do courses you move it upward, but I
9 didn't work long enough to do that, so --
10     Q   Okay.  Well, how much in -- how much you
11 would you say you earned per year since your
12 employment with BOCES ended?
13     A   I don't -- I honestly didn't even do my
14 taxes this year -- I filed for an extension so I
15 don't know.
16     Q   That would be for the 2016 year.  Did you
17 file for 2015?
18     A   Yes, of course -- or else they're taking
19 me to jail.
20     Q   Do you know approximately how much income
21 --
22     A   No.
23     Q   -- you reported?
24     A   Not off the top of my head, no.  But I
25 know as an independent contractor for years and

Page 231

D. PERITZ

1
2 years that the income varies a lot, depending upon
3 how much you work, if anything you know is going on,
4 if you're working anywhere else, et cetera,
5 et cetera.
6     Q   Now, do you recall looking at a document
7 where you responded to interrogatories or questions
8 that my office posed to you regarding your lawsuit
9 of written questions?
10     A   Yes.
11     Q   And do you recall providing information to
12 answer those questions?
13     A   Yes.
14     Q   And not looking at your responses that
15 your attorney produced to us, and in one of the
16 responses it says "In the current school year she --
17 meaning you, the plaintiff -- has worked for the
18 school in Huntington."
19     A   Uh-huh.
20     Q   What school is that?
21     MS. KALLUS:  She's not going to answer
22 that question subject to the court's ruling.
23     THE WITNESS:  Right.
24     Q   You've already provided information.
25     MS. LINEEN:  Again, I'm going to demand a

Page 232

D. PERITZ

1
2 ruling on it and hold the deposition open until
3 that ruling.
4     A   Okay.
5     Q   And I'll put on record now that if we're
6 not provided with appropriate information as it
7 relates to current employment and/or earnings, we're
8 going to seek to preclude any claim for economic
9 damages.
10     MS. KALLUS:  Of course we're going to
11 provide you with tax documentation and whatever
12 you've asked for.
13     Don't assume that we're not.  The one
14 issue that we have is for confidentiality with
15 her agencies.  That's all we're talking about.
16     MS. LINEEN:  Okay.  Well, for one we need
17 to appropriately verify all this information.
18     Two, we hadn't been provided with
19 documentation as to those things so I'm just
20 placing it on the record now.
21     MS. KALLUS:  Okay.  So --
22     MS. LINEEN:  I'm not going to make a
23 motion now.
24     MS. KALLUS:  That's fine.
25     MS. LINEEN:  I am going to have to mark

Page 233

D. PERITZ

1
2 something.
3     (Whereupon, document, Defendant's Exhibit
4 M was marked for Identification.)
5     Q   I'm directing your attention -- actually,
6 just let me know when you're ready.
7     I'm going to direct your attention to
8 Page 4.
9     A   Uh-huh.
10     Q   In your answer to Interrogatory 19 you
11 state that you worked as an independent contractor
12 with named agency in all capitals?
13     A   Uh-huh.
14     Q   Are those the agencies that you refused to
15 provide the names of today?
16     A   Uh-huh, yes.
17     Q   Okay.  And then Interrogatory number 22.
18 Your answer -- objection to Interrogatory number 22,
19 do you see at that?
20     A   Yes.
21     Q   It reads "Plaintiff developed an
22 accommodations plan while employed by BOCES."  I'm
23 just a little confused there.
24     A   Can you remind what the question was
25 'cause I don't know.

Page 234

D. PERITZ

1
2     Q    Well, the question wasn't reproduced in
3  the response, but --
4        MS. KALLUS:  Just because we had a timing
5     issue.
6     Q    Let me ask you this:  Did you develop any
7  accommodations plan for other employees?
8     A    No.  It's not necessary because I'm aware
9  of what I can and cannot do and I don't do what I
10  can't do.
11     Q    Okay.  But you didn't develop a plan for
12  anyone else, did you?
13        MS. KALLUS:  For yourself.
14     A    It's for myself.
15        MS. LINEEN:  You can't answer the
16     question.
17        MS. KALLUS:  I know.
18     A    It's for myself.  Like for example, if I
19  am working with a child in a wheelchair I will say
20  to the aide I need help lifting him, and I get that
21  help.
22        So if I bring in different equipment
23  to a house, I know what I can carry and what I
24  can't.  I have to make two trips or I bring one
25  thing one day and one thing the next day, so I'm

Page 235

D. PERITZ

1
2  just aware of what I can do or not do.
3     Q    Okay.  So I'm just trying to figure out --
4  did you develop a plan for yourself while you worked
5  at BOCES?
6     A    A written plan, no.  A plan in my mind,
7  absolutely.
8     Q    Okay.  And did you convey the plan that
9  you developed for yourself at BOCES?
10     A    No, because the doctor did that.
11     Q    Okay.
12     A    So -- but I think at some point I was
13  going to BOCES I made two trips or I said I can't
14  carry all of my stuff at once, so I didn't hide it,
15  but you know -- yeah, I'm like --
16     Q    So your response reads that you developed
17  an accommodation plan while you were at BOCES.  What
18  was that plan that you developed for yourself?
19     A    That I can't lift excessive amounts.  I
20  can't push or pull something that's too heavy, that
21  I need to just use good judgment and body mechanics,
22  that's all.
23     Q    Okay.  At the time that you were working
24  for BOCES, did you keep any sort of personal journal
25  or diary?

Page 236

D. PERITZ

1
2     A    No.
3     Q    Other than your lawsuit against the
4  New York City Board of Education and BOCES and the
5  named defendants, have you sued anyone else?
6     A    Many, many years ago I was in a car
7  accident and there was a lawsuit, but like many
8  years ago -- being like 30 years ago.
9     Q    Did that case go to trial or was it
10  resolved before trial?
11     A    I think there was a -- like an EBT and
12  were picking the jury and then it was resolved.
13     Q    So was it resolved through a monetary
14  settlement?
15     A    Yes.
16     Q    Other than that, have you sued anyone else
17  or any other employers or agencies?
18     A    No.
19     Q    Have you ever been terminated from
20  employment anywhere else?
21     A    Never.
22     Q    Have you ever been asked to resign from
23  employment anywhere else?
24     A    No, never.
25     Q    Have you ever been told you would be fired

Page 237

D. PERITZ

1
2  and chose to resign from any other employment?
3     A    Never.
4        MS. LINEEN:  Okay.  I know I requested
5     authorizations to get the employment records
6     from the New York City Board of Education, but
7     I'm going to request authorizations to obtain
8     employment records from -- and any
9     documentation of employment or payment,
10     attendance, anything like that, contracts with
11     the current agencies that the plaintiff works
12     with.
13        (Discussion held off the record.)
14     Q    Other than the two doctors' notes we
15  looked at today the one from August 2015, and the
16  October 2015 --
17     A    Dr. Beer's.
18     Q    Yes.  Did you ever provided any other
19  medical documentation to anyone at BOCES about your
20  back conditions and any limitations?
21     A    No.
22     Q    And then I asked you earlier today if you
23  recall testifying at a 50-H examination in April of
24  2016.  And you recalled that, correct?
25     A    Uh-huh, yes.

Page 238

D. PERITZ

2   Q   At that examination you testified that
3   Mr. Dreaper had emailed you once at two o'clock in
4   the morning saying that he couldn't sleep?
5   A   Uh-huh, yes.
6   Q   Do you have a copy of that email?
7   A   I don't know if I do or not.  I don't
8   know.
9       MS. LINEEN:  I'm going to call for
10      production of that email and I think I did
11      before -- and any and all communications with
12      Mr. Dreaper and anyone else from the union that
13      haven't been produced yet.
14   A   I'm not sure -- if it was sent to the
15   BOCES email than I don't have it.  I read it.  I
16   think it was sent to my personal email and it's
17   still on the feed.  Then I have it.
18   Q   Well, I'm going to request that you search
19   for it and any other communications with Mr. Dreaper
20   and anyone from the union.  And if you locate
21   anything, provide it to your attorney and she will
22   produce it to me.
23       I don't have any further questions at
24   this time, but as I think I stated a couple of times
25   I'm not closing the deposition.

Page 239

D. PERITZ

2       The deposition will remain open to be
3   continued if necessary once we seek a ruling from
4   the court on disclosure of the names of the agencies
5   that you currently work with.
6       MS. KALLUS:  I just have one question that
7       I'm curious about.
8       MS. LINEEN:  Okay.
9   EXAMINATION
10  OF MS. KALLUS:
11   Q   You testified that Janet Weisel was very
12  positive about your work until some point in the
13  late summer of 2015.  What did she first say?
14      MS. LINEEN:  Note my objection to the
15      form.
16      You can answer.  Sorry, I'm used to saying
17      that to my clients.
18      MS. LINEEN:  It's okay, you can answer.
19   A   It wasn't until the late summer.  It
20  wasn't until the fall that she was in any way
21  negative.  Now, can you --
22   Q   So what did she say to you that caused you
23  to think she was negative?
24   A   Her whole tone of the communication
25  started changing.  Every -- she didn't like how I

Page 240

D. PERITZ

2   did every evaluation.  She had issues with every
3   treatment session.  She had issues with -- and was
4   in no way supportive during the meeting that we had
5   where it was a disciplinary meeting.
6       Previous to all that, I thought she
7   was, you know -- she said how organized I was, how
8   all of her feedback was really good, that she --
9   that I was doing a really good job.  That's why she
10  asked me to be full-time et cetera, et cetera.  So
11  it was wasn't -- it wasn't until then that I had any
12  idea of anything was different.
13   Q   Did she ever say that you couldn't do your
14  job because of your disability after your last
15  episode of spinal stenosis?
16      MS. LINEEN:  Did Ms. Weisel ever say that?
17      THE WITNESS:  No.
18      MS. KALLUS:  Did anyone at BOCES that you
19      ever spoke to with respect to your
20      accommodations plan -- did any of them say you
21      couldn't do the job because of your condition?
22      MS. LINEEN:  Note my objection to form.
23      You can answer.
24   A   Only the aide that wasn't with the plan.
25   That was --

Page 241

D. PERITZ

2   Q   That you know?
3   A   Yeah.  All right.  That's it.
4       MS. LINEEN:  All right.
5           (Whereupon, the deposition
6           concluded at 4:25 p.m.)
7
8
9
10
11
12
13  _____
            DIANE PERITZ
14
15
16
17  Signed and subscribed to
18  before me, this_____day
19  of_____, 2017.
20
21  _____
22      Notary Public
23
24
25

## Page 242

```
 1
 2              I N D E X   O F   W I T N E S S E S
 3
     EXAMINATION BY                              PAGE
 4
 5   MS. LINEEN                                    6
 6   MS. KALLUS                                  239
 7
 8
 9            I N D E X   O F   E X H I B I T S
10   DESCRIPTION                                PAGE
11   DOCUMENTS                                   14
12   DOCUMENT                                    60
13   DOCUMENTS                                  110
14   DOCUMENT                                   135
15   DOCUMENTS                                  204
16   DOCUMENTS                                  207
17   DOCUMENT                                   233
18
19
20          I N D E X   O F   R E Q U E S T S
21   DESCRIPTION                                PAGE
22   PRODUCTION OF ANY SETTLEMENT AGREEMENT,
23   AUTHORIZATION TO GET PLAINTIFF'S
24   EMPLOYMENT RECORDS FROM THE NYC DOE &
25   EMAIL THREAD BETWEEN PLAINTIFF AND
```

## Page 243

```
 1                    D. PERITZ
 2   MR. DREAPER AND MEMBERS FROM THE UNION    44
 3   AUTHORIZATION OF TREATING PHYSICIANS,
 4   PROVIDERS, HOSPITALS, THERAPISTS,
 5   ACUPUNCTURISTS & SO FORTH                 205
 6   DOCUMENTATION OF HEALTH INSURANCE
 7   COSTS, AND COSTS PAID THROUGH COBRA       217
 8   RETIREMENT STATEMENTS                     219
 9   PRODUCTION OF 401K AND/OR IRAS            226
10   PRODUCTION OF APPLICATION OF
11   UNEMPLOYMENT INSURANCE BENEFITS           227
12
13            I N D E X   O F   R U L I N G S
14                                            PAGE
15                                             39
16                                            221
17
18         I N D E X   O F   I N S E R T I O N S
19   DESCRIPTION                              PAGE
20   NONE
21
22
23
24
25
```

## Page 244

```
 1
 2               C E R T I F I C A T E
 3   STATE OF NEW YORK   )
                         :
 4   COUNTY OF KINGS
 5
 6        I, JOANNA MARTINEZ, a Notary Public within and
 7   for the State of New York, do hereby certify:
 8        THAT DIANE PERITZ, the witness whose
 9   deposition is hereinbefore set forth, was duly sworn
10   by me and that such deposition is a true record of
11   the testimony given by such witness.
12        I further certify that I am not related to any
13   of the parties to this action by blood or marriage;
14   and that I am in no way interested in the outcome of
15   this matter.
16        IN WITNESS WHEREOF, I have hereunto set my
17   hand this 27th of July 2017.

                    Joanna Martinez
18
19
                    JOANNA MARTINEZ
20
21
22
23
24
25
```

## Page 245

```
 1   Errata Sheet
 2
 3   NAME OF CASE: DIANE PERITZ -against- NASSAU COUNTY BOARD OF EDUCATION
 4   DATE OF DEPOSITION: 07/07/2017
 5   NAME OF WITNESS: DIANE PERITZ
 6   Reason Codes:
 7        1. To clarify the record.
 8        2. To conform to the facts.
 9        3. To correct transcription errors.
10   Page _____ Line _____ Reason _____
11   From _____ to _____
12   Page _____ Line _____ Reason _____
13   From _____ to _____
14   Page _____ Line _____ Reason _____
15   From _____ to _____
16   Page _____ Line _____ Reason _____
17   From _____ to _____
18   Page _____ Line _____ Reason _____
19   From _____ to _____
20   Page _____ Line _____ Reason _____
21   From _____ to _____
22   Page _____ Line _____ Reason _____
23   From _____ to _____
24
25                   _____
```

**$**

**$10,000** 201:12

**$20,000** 44:6

**$59** 221:6

**$60** 221:5

**$67** 230:7

**$964** 213:22
216:20

**-**

**--like** 189:2

**0**

**0** 199:13

**1**

**100** 74:18 75:5
86:24 87:3,7,9
88:15,16 222:18

**109** 142:5,12
159:11 164:13
168:7

**10:53** 157:14

**112** 6:10

**115** 60:6

**11797** 6:11

**11th** 151:19
181:11

**12th** 85:6 161:8

**13th** 151:16
162:22 204:20,
25

**14** 27:16,18 51:7

**14-'15** 51:4
79:14 81:16,25
82:7

**14-15** 51:9 85:3

**15** 27:15 51:8
178:4 179:5

**15-'16** 91:6,10,
14 112:24

171:21

**15-16** 85:4 185:6

**16** 82:15

**165478** 32:21

**16CV5478** 32:8

**19** 20:8 233:10

**1979** 214:14

**1998** 19:18
20:25 21:5,20
22:22 23:15
24:4 214:20

**1:25** 204:25

**2**

**2** 157:13

**20** 193:12

**2012** 19:25
23:12 25:3,16
26:20 214:21
215:4

**2014** 16:9 27:15
228:12

**2014-'15** 63:17,
19 80:24 81:5
82:15

**2015** 16:9 23:13
45:11 63:20
77:4,21 88:8
90:23 96:3,7
114:21 135:20
149:25 151:17
153:4 157:14
160:15 161:8
162:22 166:23
168:24 169:7
181:2 185:6,13,
22 196:9
204:20,25
209:13,23
211:8,9,12,13
230:17 237:15,
16 239:13

**2015-16** 187:13

**2016** 13:4 16:13
17:21 18:15
230:16 237:24

**2017** 241:19

**20th** 187:15
191:2,15,21
195:19 196:5
204:4

**22** 233:17,18

**24** 10:3

**3**

**3** 151:25

**30** 53:15,17
191:24 192:22
198:6,7,8,12
236:8

**30-minute**
66:17

**30th** 168:24
169:7 173:20
175:19 176:12
177:10 182:22

**4**

**4** 233:8

**401K** 225:20
226:5,6

**45** 221:5,6

**4:25** 241:6

**5**

**50-h** 16:13
237:23

**53** 14:19 80:17

**54** 14:25

**55** 15:2

**56** 14:20 187:4

**57** 14:20

**58** 14:20 187:4

**59** 14:20 187:5

**5th** 85:6 166:23
169:23 170:3
173:20 181:2
198:13

**6**

**65** 218:12

**68** 218:12

**7**

**73** 15:2

**74** 15:2

**77** 151:17

**79** 215:13

**7th** 135:19
153:11 157:8

**8**

**8/31/2015** 110:8

**80** 20:9

**8th** 153:4

**9**

**9:00** 9:14

**9th** 157:14
160:15

**A**

**A-D** 14:14

**A-L-T-H-E-A**
50:7

**a.m.** 157:14

**abbreviated**
184:7,8

**ability** 9:9,15,19
66:22 209:3

**able** 7:7 35:11
36:8,21 54:5
68:25 69:22
99:20 106:8,21
117:24 118:12
161:25 165:6
180:23

**above** 44:2
161:8

**absence** 106:9
125:21 127:23
128:2

**absolutely** 14:6
74:20 99:25
182:4 235:7

**abuse** 34:13

**Academy**
123:21 132:16
133:11 148:17
178:24

**accept** 201:18

**access** 182:5

**accident** 150:18
236:7

**acclimated**
123:19

**accommodate**
8:16 113:17

**accommodatio
n** 12:23 106:10
115:21 122:11
127:21 132:10
134:23 135:10
136:3 149:22
153:8 157:2,7
159:16 235:17

**accommodatio
ns** 81:10 109:15
117:21,23
121:9,10,11
122:2 129:10,23
130:17 136:21,
24 140:10
146:12 147:5
157:20 202:25
203:4,14 233:22
234:7 240:20

**accompany**
128:10

**according** 56:8,
12 113:10

**account** 194:17

**accurate** 7:9
8:8 14:4,6 60:14
61:2 152:12,24
160:18 171:3

**accurately** 9:6
10:14

**achiness** 94:10

**achy** 9:25

**acknowledge** 169:2,9

**acknowledging** 207:21 208:16

**acted** 148:23

**action** 138:25 140:12 200:22 204:5,8

**active** 182:8

**activity** 69:5

**actual** 14:22 37:23 44:16 70:10 78:7 88:18 138:24 217:5

**actually** 8:5,12 24:13 30:18 31:19 38:12 43:16 44:8 47:17,23 51:17, 24 55:23 58:25 59:2 62:7 63:18 67:9 69:17 70:22 73:5 76:23 77:25 78:18 86:23 88:7,11 89:15 90:3 96:3 112:3, 17 113:13,24 118:11 132:23 133:17,24 146:20 149:9 150:2 151:9,18 157:24 159:19 170:13 173:18 176:10 178:20 179:21 180:6 191:14 196:11 197:20 198:15 201:24,25 203:20 204:8 209:19 210:18 212:5 215:2,11 216:13 217:22, 25 221:3,6 233:5

**acupuncture** 212:14

**acupuncturist** 212:20

**acupuncturists** 213:13

**addition** 135:12

**additional** 16:20,22 17:20 79:10 130:16 146:12 147:4 186:15 228:15

**address** 6:9 16:3,10 151:10 205:25 206:14 207:23 213:9 221:16

**addressing** 173:2 182:15

**adjunct** 46:11 83:16

**adjustment** 46:14

**adult** 126:19

**advance** 118:11 158:5 159:25 176:6 179:5 187:25

**advice** 115:12

**advise** 170:17

**advised** 33:24 119:6 163:14 192:23 193:2 203:19 204:4,7 206:18 223:5,8, 17

**affect** 9:9,15,18 189:17 209:2

**affected** 116:8 229:20

**affiants** 41:6

**afraid** 192:15

**after** 6:2 12:20 21:6,18,21 22:8 23:16 24:5,14, 20 26:19 51:11, 15 63:9 64:16 68:4,9 74:7,8 79:2 81:17 91:4 93:23,25 94:3 96:19 98:8,24 101:15 102:21 103:5,7 105:11 107:3 108:22

**acupuncture** 212:14

**119:14 121:13 122:7,22 130:23 132:12 133:5 134:3 135:5 141:4,7 146:3, 10 147:8,12 148:3,4 149:13, 14 158:23 159:3 160:3,20,24 161:3,6,17,23 167:5 172:22 173:19,25 174:5 175:20 181:13, 22 182:17,18,22 185:7,12 186:8, 9,12 188:17 189:3,6,9,10 190:21 191:6 197:20 209:19 210:23 211:6 213:10 214:5,12 222:19 223:2 224:3 225:12 226:21 240:14**

**afternoon** 121:14 124:12

**afterwards** 72:15 177:8

**again** 15:25 19:17 48:13 49:3,14 50:15 53:13 54:15 55:14 56:10,20 57:19 62:11,16 68:22 71:13 72:4 73:18 74:18 75:10 85:11 87:19 89:8,18,23 90:11 99:4 112:14 133:10 134:15 137:7,24 141:20 148:14 150:25 152:22 155:4,13 161:3 164:19 165:16 168:12 178:18 180:16 183:25 188:6 208:10 211:24 212:8 214:20 221:14 228:7 231:25

**against** 6:16 35:23 42:4,8 236:3

**age** 218:11

**agencies** 31:6, 10 33:18,19,22 39:18 45:6 220:20 221:7,8, 16,22 222:5 226:12 232:15 233:14 236:17 237:11 239:4

**agency** 31:7 42:18 220:15,21 221:5 226:18 233:12

**aggressive** 125:14,17 132:16

**ago** 9:25 66:3,4 74:19 94:19,21 210:4 236:6,8

**agony** 95:3 116:16 210:15

**agree** 117:18 160:5

**agreed** 39:22 44:12 139:25 148:6 149:16

**agreed-upon** 138:24

**agreement** 40:22 41:5 44:17,21 63:5 146:4

**ahead** 6:22 7:12 49:16 214:12

**aide** 128:10 142:3,8 148:10 149:10 159:17, 22 160:25 164:19 165:4, 19,24 166:4,9 167:17,25 168:4 179:23 180:7, 13,17 234:20 240:24

**aide's** 166:5

**aides** 125:12 126:25 159:11

**aids** 158:7

**alcohol** 10:2

**age** 218:11

**all** 9:18 10:17 14:7 15:16 22:17 26:10 32:20,25 33:4 35:16 39:3,8,10 40:15 42:20 43:5 50:22 52:20,23 54:22 56:20 57:12 59:14 65:10 66:3,23 68:22 70:4 76:24 89:7, 11 91:9 92:2,21 99:14 102:13 103:17 106:21 108:13,14 114:4 115:23 120:4,18 121:25 122:5 123:5,12,16 125:8,12 126:7 132:23 133:12, 23 140:6 141:3 155:14 156:11, 14,15 157:3 159:20 161:5,12 162:4,18 165:2 166:17 174:14 176:7 178:3 180:10,24 182:8,24 183:25 184:14,16 187:2 188:5 191:20 193:25 200:12 205:18 206:11 211:10 215:6, 15,17 217:12 219:2,8 221:21 224:25 227:16 228:7 232:15,17 233:12 235:14, 22 238:11 240:6,8 241:3,4

**allegations** 6:18

**allege** 43:4

**alleging** 42:11 47:5 200:21 213:14 228:19

**allow** 17:12 51:17

**allowed** 104:18 192:12 197:23

**allowing** 7:20

**allows** 7:22

**almost** 48:12
54:8 64:25
142:2 190:13

**alone** 132:15
133:13

**along** 99:14

**already** 68:6
75:2 82:8 86:9
116:14 123:2
130:24 137:14
139:5 153:19
155:20 168:4
175:16 178:19
183:21 219:21
231:24

**also** 7:15,20 8:9
20:4 37:22 38:9
44:22 51:21
53:25 56:10,18
83:3 111:23
112:12,22
113:10 114:6
148:20 154:7
162:14 167:9,13
168:23 170:23
190:10 194:11
205:8 210:12
212:7,13 223:19

**Althea** 50:7

**although**
103:14 138:13
179:21

**altogether** 27:2

**always** 25:10
50:14 70:9
84:15 85:7
90:15 133:14
141:21 142:2
143:25 144:25
148:10 159:9
184:7 190:13

**am** 19:21 87:7,9
88:25 96:18
99:15 104:20
181:4 209:9
213:10 232:25
234:19

**amazed** 180:11

**amazing** 22:7

**ambulate**
118:16

**amend** 136:20

**amends** 67:11
68:25

**among** 35:6
41:3

**amount** 113:11
216:25

**amounts**
220:21 235:19

**an** 6:13 7:9 8:8
10:10 13:3
14:16 17:11,23
19:17 20:13
22:20 30:18
32:3,14 33:17
34:9 35:16
36:11 39:12
43:4 44:23 46:3,
11 49:2 52:14,
17 55:7,20 56:5,
21 58:10,12
59:16 60:14
61:2,4,25 62:12
66:18,20 69:17
72:9,24 75:14
76:10 79:9,12,
13 88:18 93:9
95:13 98:4,6,7
104:9 111:23
119:11 120:22
121:3 123:14
126:19 128:10
131:13 132:4
142:3,8 143:24
146:14 148:10
151:15 152:3,12
153:3,7 155:5
160:14,18 163:7
166:23 167:25
168:23 170:20
171:3 177:18
185:23 186:15
187:11 188:19
189:5 192:7,12
201:7 204:9,19,
24 206:19 209:7
212:19 213:11,
20 218:10 222:5
224:15 226:11,
18 227:15
230:14,25
233:11,21
235:17 236:11

**and/or** 77:17
79:22 80:11

226:5 232:7

**angry** 228:24

**Anne** 190:2,19

**annual** 230:6

**another** 27:9
38:13 72:15,18
79:6 126:3
127:4 134:24
135:11 142:9
143:19 150:20
176:22 180:10
189:19 223:19

**answer** 6:23,24
7:12,22 8:4,9,
12,20 10:22
11:16,17 13:19
25:24 34:4,7
36:10,17 37:2
40:7 41:23
57:17 70:21
73:25 87:15,23
88:9 120:5
152:23 161:25
170:2 193:15
195:15 231:12,
21 233:10,18
234:15 239:16,
18 240:23

**answering** 7:16
8:5

**answers** 7:4,11
40:12

**anti-
harassment**
206:20

**anticipate**
128:18 193:23

**anticipating**
170:2

**any** 6:20 7:22
8:15,20,24 9:4,8
10:2,5,13 11:6
12:12,24 13:17
14:7 16:13,19,
22 17:14,19
18:25 22:5
23:16 25:18,24
26:12,14 28:13
29:4,22,25
33:14 35:19
36:4,17,19,20
37:7 41:5 42:3

44:8,13,16,21
45:7,18 47:4,12
48:7,22 55:10
56:21 61:6
62:13,25 63:13
64:8 65:12,18
66:12 68:2,8,9
71:10 72:6,23
73:5,17 76:7
77:19 78:7,13
79:5,8 81:2,6,
10,17,21,22,24
82:2,6,9 84:5,6
85:15 86:2
89:20 91:15
92:9,15 93:4,18,
23 95:9,14,22
96:7 97:17 98:2,
15 99:7,8
101:12,17
102:5,8,12
104:2 105:4,9
108:2,25 111:6
115:4,13 116:7
117:14,20
118:6,14,15,23
119:6,10,17
120:12,16
121:25 122:2,5,
23 127:2,21
128:10 129:8,9,
21,22 130:22
131:22,24
132:10,12 133:7
134:2,20,21
137:11,16,21
138:8 139:13
140:7,16,20
141:4,7,8,13
143:14 144:8,9,
11 145:22
146:9,20,25
147:9 149:20
150:6,12,17
158:14,22
159:23,24
161:20 164:24
165:23 166:16
169:12 170:4,6,
10 171:14,19
172:6,12 173:5,
6,8,12,24
177:11,21
181:8,14,16
182:11,12
183:13 185:5,
19,20 186:16,18
188:23 195:12,

17 196:2,4,7,19
197:7 200:15
201:3,15,21
202:5,20,24
203:4,7,11,13,
19 205:18,19
206:11,12,18,24
209:2,14 211:9,
16,17,21,22
212:22 213:12,
16 216:8
217:12,13
219:2,7,8,9,13,
16 222:9,10
223:11 224:10,
18 225:8,11,15,
20 226:4,13,16,
17,20 227:11,
14,16,17
228:14,16,22
232:8 234:6
235:24 236:17
237:2,8,18,20
238:11,19,23
239:20 240:11,
20

**anybody** 31:13
107:11 133:16
158:7 159:7

**anymore**
129:19 182:5,9
206:6

**anyone** 11:9
16:6,9 35:7,10
41:4 48:4 55:4,
25 63:22 67:18
72:3,11 77:10
79:19 80:6
81:22 82:10
93:8 97:18
98:15 99:2
101:13 107:19,
23 112:6
127:14,18
130:15 133:18
137:8 141:24
146:25 170:14
174:6 188:9,11,
13 191:16
192:18 194:14
211:21 214:8
234:12 236:5,16
237:19 238:12,
20 240:18

**anything** 8:22
13:20 14:9

16:15 35:9 41:15 43:15,22, 24,25 44:11 47:8 58:23 61:23 62:17 64:19 66:12 67:15 69:11,14 71:15 75:12,20 76:2 77:23 78:3, 9 87:5 93:11 95:14 96:11 100:25 104:7 105:3 106:14 108:10,19 112:6 114:3,8,10 117:25 118:19 119:21,24 122:6 125:3 126:19 127:25 128:13, 20 132:8 134:2 138:3 140:7,12 141:9 143:10 145:8 146:15 148:5 149:15 150:13 156:2 166:12 171:7,19 172:15 173:16 174:16 175:12 178:13 181:21 182:10 190:8 191:9 193:10 200:21 201:13 202:8,15 209:15,16 211:11 213:13 216:24 225:13 231:3 237:10 238:21 240:12

**anyway** 49:14 71:16 127:5

**anywhere** 52:21 53:19 170:11 194:20 221:25 222:7 231:4 236:20,23

**AP** 56:10,15 149:4

**apologized** 159:19 160:25 164:22

**appalled** 193:22

**appeal** 200:14 202:17

**appealing**

200:24

**appeals** 197:9, 10

**appear** 187:23, 25

**appeared** 126:16

**appears** 205:5 206:8

**applicable** 228:11

**application** 227:11,18

**applied** 60:11 63:5 222:9 227:25

**apply** 227:19

**appointed** 82:20

**appointment** 98:4 107:7

**appointments** 103:14

**appreciate** 186:11

**appreciative** 162:10

**appropriate** 29:9 71:2 232:6

**appropriately** 167:18 232:17

**approved** 203:20 204:2,8

**approximately** 21:5,18 23:16 217:18 229:19 230:4,20

**approximating** 85:6

**approximation** 20:13

**April** 13:4 16:13 17:21 18:14 237:23

**area** 56:8 148:20 155:3

**areas** 92:22

**aren't** 134:16

**argued** 196:14

**around** 28:4 67:13 118:16 126:12 141:21 209:11,22,23

**aroused** 178:9

**arrange** 100:3 108:22

**arrangements** 146:5

**arts** 20:21

**as-needed** 119:12

**aside** 118:13

**ask** 8:2,19 13:17,20 15:6, 13 19:13 24:13 35:2 40:13 44:15 48:22 56:13 57:19 59:15 60:3,12 61:9 66:5 67:7 71:12,16 77:2 83:9 86:18 87:2 89:11,18 97:9 103:6 108:24 110:5 112:6,7 117:17,20 119:14 120:9 122:22 127:21 133:5 135:18 137:24 138:13, 19 139:16,17 151:14 160:13 161:7 165:3 166:20,21 167:2,4 169:17 171:13,14 172:22 174:20 185:19 187:2 189:4 190:25 195:16 207:15 208:6 209:12 219:7 229:24 234:6

**asked** 29:21 33:18 46:20,21, 22 48:12 51:15 53:12 67:4 78:22 79:9 83:2,

6,10,18 89:17 99:14 112:3 120:11 128:25 131:22 143:15 144:21 145:5,10 151:5,7 155:19 156:23 161:18 169:25 171:23 184:12 191:6,18 194:4,5 225:6 232:12 236:22 237:22 240:10

**asking** 6:17 8:2 19:12 33:12 55:18,19 58:16, 17 77:7 87:10, 12 90:2 99:7 119:19 161:24 167:20 195:6 203:18

**asleep** 178:8

**assign** 83:23 131:8

**assigned** 49:25 50:2,13,14,23 57:9 112:14,25 156:18 197:24

**assist** 81:11 134:7,11 137:22 163:10 164:13

**assistance** 117:21 118:2,6, 16 119:8 122:3 127:21 129:9,23 130:17 132:10 134:23 138:9,12 140:10 141:24 145:23 147:4,11 149:21 158:18 159:24 160:7 162:25 163:5 164:3,8

**assistants** 60:17

**Associates** 6:14 33:4

**assume** 6:25 97:13 232:13

**assumed** 76:18 139:17

**assured** 68:21 103:21 104:5

6,10,18 89:17 99:14 112:3 120:11 128:25 131:22 143:15 144:21 145:5,10 151:5,7 155:19 156:23 161:18 169:25 171:23 184:12 191:6,18 194:4,5 225:6 232:12 236:22 237:22 240:10

116:18 128:5 129:16 183:18

**at** 7:18 8:15 9:13 12:25 13:8,9,11, 12,22,25 15:5,7, 9,21,24 16:2,9, 12 18:21,22 20:3 21:11 22:19 24:2,4,7 26:18 28:9,18 29:11 30:11 31:7,13 32:2 37:9,21 38:2 42:14 45:5,12, 23 46:4,23 47:2, 9,16 48:13 50:6, 11,24 51:3,11 52:11,12,15 53:8 54:9 55:10, 24,25 56:18 57:12 58:5,10, 12 59:2,16,17 60:3,7,8,13,17, 20 61:2,4,25 62:6 65:2,9 67:23 68:22,23 70:4 71:20 72:3 76:8,11 79:9 80:16,18,24 81:17,19,22,24 82:6,17 84:12 85:7 90:5 91:24 93:10 94:9 95:19 98:15 99:2,20 100:3 101:12,13 102:13 103:22, 24 104:3 105:21 106:19 107:23 109:14,23 110:6,21 111:2, 5,13,17 112:8 113:3,22,23,24 114:2,4 115:13, 15,18 116:19,25 118:5,23 120:15 121:22,25 122:4,5,25 123:6,9,17,18, 21 125:6,21 126:7,21 127:14,23,24 128:3,8 130:16 132:5,19 133:10 134:3,21,24,25 135:18,22 136:19 137:4,5,

12 138:16
139:10 141:2,4,
7,11 142:6
144:10,11
146:16 149:5,8,
22 151:15
153:11,18,25
154:5 155:6,14,
17,18 158:3,18,
22 159:8 161:5,
7,20 162:4,9,16,
20 163:18
164:17 166:21
167:3,21 171:5,
7,14,22 172:5,8,
13 173:19
174:9,13,19
175:6,7,15
176:3,7,9,13,20,
21,22 177:22
178:20,22,24
180:6,11 182:4,
7,25 183:20,21
184:13 185:23
186:2,18 187:3,
6,16 188:2,17
189:13,21,23
190:5,10,16
191:8,21 192:8,
22 193:6,9,19
194:13,17
196:12 197:5
198:5,20 201:4
202:6,9 203:7,
11,19 204:4,7,
17,25 205:25
206:4,21 207:8,
12 208:2,3,6
210:13,19
211:11,14,17,21
212:4,20 213:15
214:14 215:10
216:13 217:21
218:10,13,15
222:10 223:6,24
224:23 229:5,22
230:2,3 231:6,
14 233:19
235:5,9,12,14,
17,23 237:15,
19,23 238:2,3,
23 240:18 241:6

**ate** 76:24 126:5

**attack** 116:5

**attempts** 219:9
224:18 225:9,15

**attend** 59:17
110:24 195:5,6

**attendance**
237:10

**attention**
130:15 233:5,7

**attorney** 6:13
7:22 10:24
11:12 13:4
35:17 40:20
41:10 75:15,25
77:17 80:11
111:23 192:7,9
205:24 206:15
213:10 231:15
238:21

**attorneys** 41:4

**August** 85:6
92:6,7,8 96:3,7
116:15 209:23
210:23 211:5
237:15

**authorization**
44:23 212:19
213:11 227:15

**authorizations**
228:10 237:5,7

**automatic**
48:12 49:6
52:10

**available** 38:4
124:10

**Avenue** 50:3,6
56:18 57:9
123:18 139:10
144:24 183:20

**avoid** 119:7
122:18,19
139:14

**aware** 10:18
66:24 85:25
86:15 96:12
132:20 206:25
234:8 235:2

**away** 68:13
135:7 137:8
139:21 157:3

———————
**B**
———————

**B-E-E-R** 93:7

**babying** 113:7

**back** 8:11 12:21
13:10 14:3
19:10 22:15
23:3,11 24:17,
19 29:16,19
38:18 40:11
42:21 43:6,18
47:2 51:23
57:23 68:13
69:23 75:15
76:16,18 79:22
85:14,23 86:4
92:14,16,23,25
94:17 95:11,21
96:8 97:10,18
104:19 106:12
108:17,23 115:4
124:16,18,23,24
126:9 132:3
136:25 142:11
144:14 146:14
150:2,3 151:24
154:19 155:16,
17 157:10
161:20 163:7
164:21 165:5
167:3 175:9
179:8,10,24
180:9,12,18,19
188:3,16 192:14
194:4,5 199:3,4
201:15 209:2,16
211:21 212:5
214:14,16,19,23
215:10,13 216:9
217:10,23,25
219:10 224:24
237:20

**background**
16:14 32:16
33:11

**bad** 98:3

**badly** 67:10

**badmouth**
33:22

**Bagly** 229:4

**balance** 132:25
133:2 165:9

225:25

**barely** 102:7,11

**bargaining**
63:5

**Barrett** 56:16
57:5 99:14
194:7

**base** 100:6

**baseball** 65:25

**based** 38:3
58:22 70:10
98:9 198:22
214:22

**basically** 34:21
36:5 41:13
62:18 193:8

**basing** 74:3

**basis** 10:6 86:20
119:12 122:8

**Bates** 14:19,20,
25 60:6 80:17
110:8 151:17

**Bates-stamped**
187:4 207:10
208:5

**bathroom**
210:20

**bearings**
124:21

**became** 21:14,
25 23:10 28:4
116:16 164:18
170:24 180:9
192:4

**because** 8:10
14:21 22:2,3,16,
17 23:3 24:5,21
26:21,24 27:2
33:20 34:7 35:3
37:4,11 48:12,
13,18 49:14
51:17 53:12,13
54:5,19 55:2,14
56:20 59:14
61:5 64:22 65:2,
3,25 66:9,18
67:9 68:18,22
76:24 77:12,22
78:16,23 81:11
83:8 84:10

85:13 88:12
89:6,23 93:21
94:5 98:7,13
99:12,22 101:21
103:11 105:18,
19 111:21
112:17 113:8,11
114:14 122:4
123:25 125:11
126:4 128:25
133:16 135:6
137:7 139:10
141:2 142:4
143:7,25 144:15
147:25 148:14
149:11 156:24,
25 158:3,6,8,11
159:5,8 161:21
165:10 174:17
175:16 177:3,4,
9 178:12,19
179:8,23 180:5,
7,10 182:24,25
183:3,4,5,25
185:24 186:5,10
189:9,11
190:12,13
193:22 194:11
196:19 198:12
210:9,20 212:4
215:8,12 216:7
217:23 223:9,14
224:23 227:6
230:5 234:4,8
235:10 240:14,
21

**become** 21:16
52:16 81:24
82:12 155:20
218:23

**becomes** 21:14
49:5 184:3
215:21

**becoming**
23:14

**beeline** 179:4

**been** 6:2 10:15
11:4 16:13
17:24 28:5,8
35:4 45:6 53:4
54:23 55:3,24
60:4 77:12,15
87:25 90:15
92:6 96:25
97:22 99:13

102:9 112:25
114:23 115:4
128:10 133:19,
20 135:19
144:24 148:2
152:18 156:21
161:17 174:7
177:4 183:22
184:9,11 189:9
191:2 202:11
204:8 205:20
206:13 207:9
208:4 209:8,13
222:6 229:19
232:18 236:19,
22,25 238:13

**Beer** 93:7,19
111:6 114:17
117:2 135:20
155:20 209:19
211:19 213:4

**Beer's** 98:4
237:17

**before** 7:16,21
8:4,21 28:15
35:22 37:17
45:5 47:23
49:21 52:9
53:15 54:24
55:24 64:7
66:11 75:20,25
76:3,9 77:8,9
80:6 86:24 93:2
95:20 97:22
102:25 103:7
105:13,15,23
109:19,22
113:21 114:24
116:6 121:6
126:20 129:22
131:22 141:3
144:24 151:9
155:18 158:2
161:21 172:15
173:9 175:24
176:19 178:2
180:16 188:16
189:6,12 190:25
193:15,23
203:6,7,18
204:16 207:14
216:9 236:10
238:11 241:18

**beginning** 92:6
120:20 212:4

**behalf** 65:19
229:14

**behavior**
167:11,14

**behavioral**
169:10

**behind** 175:10

**being** 13:3
36:19 46:18
47:5,9 66:24
103:20 104:5
106:12 117:24
118:20 124:22
134:19 178:13
191:21 194:2
208:19 209:10
217:14 236:8

**believe** 14:21
20:25 89:21
90:8

**believed** 86:21

**benefits** 23:6
24:25 30:16
214:13 215:18
217:16 224:24
226:20 227:12,
19,21 228:2

**besides** 78:15

**best** 58:19

**better** 41:22
94:3 100:5
103:10 105:20,
21 106:5,10
113:5 116:18
138:16 182:18

**between** 15:22
28:18 82:14
96:5 104:14
107:17 109:6
144:14 196:23
198:2 204:20
205:18 206:11
211:8

**beyond** 16:23

**big** 112:4,5
144:22 154:15
155:6 179:8
180:10 191:22

**birthday** 126:4

**bit** 32:3 44:4

47:2 51:23
66:18 106:11
142:11 196:15
217:17

**bizarre** 94:22
190:12

**blah** 100:5,17,19
224:24

**bleeding**
150:11

**blondish** 166:7

**blood** 211:18

**board** 20:2
22:15 25:4
26:15 42:5
46:22 47:3 48:5,
14 53:16 63:11
85:18 202:21
203:19 214:19
215:3 227:17
236:4 237:6

**Bob** 75:14,20,22
77:16 79:22
80:11 88:23
154:7 155:12
156:24 170:19
182:6 187:18,25
188:11 191:6,
10,19 192:10,
14,18 193:23
196:18 199:20,
21 202:19
223:19,20

**BOCES** 6:15
18:22,24 20:3
25:17 26:22,24
27:4,5 28:5
31:13,25 45:5,
10 47:16 49:23
50:24 51:12
52:3,15,18 53:9,
19 54:10 55:24,
25 58:11,13
59:13,16 60:16,
17 61:4,25
62:11,21 64:22
65:3 68:23 75:8
76:8,11 81:19,
22 82:17 91:24
96:6,9 97:18
98:15 99:2
101:13 109:14,
20 110:13,21
136:7 141:3,11

146:21 187:13
188:9,10,14
191:17 194:13,
17,18 198:20
201:22 202:6,9,
21 203:20
206:3,6,17,25
207:22 208:17
211:14 213:15
215:5,7,8
216:13 217:7
218:6 222:4,11
223:8 224:23
225:6,13,16
226:14,21
227:23 228:2,9,
16,21 229:11,
15,16,21 230:3,
5,12 233:22
235:5,9,13,17,
24 236:4 237:19
238:15 240:18

**body** 92:22
143:24 179:15
235:21

**Bonnie** 154:4,
10,21 155:21
156:6,12 158:8
159:15 161:21
164:25 166:10
168:13 170:23
174:10,11 175:9
223:15

**both** 7:8 36:21
37:15 38:4,22
107:9 183:10
199:24

**bothered** 68:22

**bottom** 153:2
162:21 172:21
204:24 207:17

**bought** 42:15
217:25

**box** 74:14

**boxes** 122:21

**break** 8:15,21
51:15 120:7,10,
19 121:6

**breed** 55:15

**bring** 99:23
104:17 129:2
130:14 234:22,

24

**bringing** 146:17

**brought** 68:13
124:10,13,23
126:5 146:20
180:18 212:17

**building** 46:10,
11,12 67:13
83:16 99:19
112:18 125:16
197:23

**buildings**
118:17 147:10,
17

**bureaucracy**
85:18

**business**
219:25

**but** 7:7 8:2 10:17
14:5 15:8 16:16,
17 18:12,18
19:18 20:3,11
22:2,7,19,21,23
23:2,7 24:5,21,
25 25:10 26:10
27:7,22 29:10
30:15 34:3,17,
22 35:5 36:20
39:13 40:10
41:10,15 42:25
46:2,12 47:20
48:11,19 49:13
50:8,12 51:2,20
53:20,25 54:7,9
55:2,5 56:20
58:24 59:4,19
60:11,14 62:7,
13,16 69:7 70:9,
20,21,22 71:2
73:8,10,21,24
74:18 75:3,5,10,
11,13,19 76:15,
18 78:11 79:24
83:15,18 84:10,
20,21 85:7 86:5,
15,21 87:11,18
89:5,18 90:22
93:21 94:11,22
95:5,6 97:5,14,
25 98:7 99:5,14,
23 100:21
103:10,21
104:13,18,21
105:15,22

106:5,10,18
107:5,9,12,15
108:17 111:22,
24 112:21,23
113:6,15 114:6,
19 116:17
118:5,12,13
120:2 121:23
122:15,19
123:13 124:5,8
125:11,17,22
126:20 127:7,
10,17 128:22
129:4,20 132:6,
15,23 133:12,22
134:15 135:3,5
136:23 137:6,18
138:16 139:17,
21 140:18,21
142:8,9 143:23
145:2,16
148:22,24,25
149:2 150:9,19,
22,25 151:4,8,
18 154:17,18
155:5,17,25
156:8,10,16
157:5,13 158:3,
4,11,23,24
159:13,18,19
160:11 161:3
162:15 163:7,
11,12 164:21,25
165:12,22 166:7
168:16 169:5
170:3 171:11,
16,18,24 174:17
176:20,22,25
178:13,23
179:2,8,19,20
180:14,20
181:4,7 182:3,4,
8 183:18
184:21,23
185:11 186:8,11
189:12,14,16,20
190:18 195:9,16
196:16 198:15,
20 199:20,25
200:2,3 206:5,
21 209:8,25
210:3,8,10,13,
24 211:7 212:18
213:10,22
215:11,17,19
216:17,23
217:13 220:21
221:5 222:18

223:4,10,13,19
224:8 225:18
226:7,24 227:8
228:6,9 230:6,8,
24 234:3,11
235:12,15 236:7
237:6 238:24

**button** 66:23
67:14

**buttoning** 69:3

**buy** 214:23
215:10 217:23
219:10

---

**C**

**call** 31:19,22
33:21 35:14
37:10,15,21
38:5,14 39:12
40:11 44:20
62:14 64:17
65:9 78:25
87:19 89:25
101:5,25 102:3
103:18 105:5
106:4 108:20
109:6,10,11
147:23 155:3,
12,15 205:16,21
212:18 213:11
217:5,11 218:25
226:3 227:10
238:9

**called** 30:10
53:14 79:9
91:25 98:3,17
99:12 100:8
101:10,16
105:22 124:25
127:6,8 153:25
155:9 194:5,11,
13 210:25

**calling** 60:24
61:18 70:2
99:13 195:2

**came** 37:19
47:21 59:22
71:24 126:22,
23,24 135:10
149:4 154:19
174:18 175:9
178:10 180:19
190:22 192:14

201:11 203:17
214:19

**campuses**
118:9

**can** 10:23 18:19
29:13 30:14
31:10,12,15
32:11,12,19,25
36:5,9 37:5,9,10
38:2,5,9,23 39:3
40:13 41:10
57:21 58:19,23
59:24 60:13,22
62:5 64:25 67:6
70:15 71:8
82:13 87:18
88:13 99:21,22
100:3 101:4,6
109:25 114:11
120:9,19 123:22
129:2 133:3
134:20 135:15
144:22 149:3
151:10 154:14
155:2,7 156:20
159:18 160:13
161:19 166:21
167:3,23 182:20
185:11 199:14
204:11 205:14
206:5 207:4,22
208:8 209:5
213:9,18 214:23
221:18 222:23
223:4 225:17
233:24 234:9,23
235:2 239:16,
18,21 240:23

**can't** 10:15,22
11:16,17 35:2
36:19 46:2 50:8
73:25 75:3
99:16,23 107:10
129:4 138:14
163:19 165:9
167:25 192:16
195:5 200:20
234:10,15,24
235:13,19,20

**canceled** 217:9

**cannot** 234:9

**canvased**
222:23

**canvasing**

225:12

**capacity** 55:6,8

**capitals** 233:12

**car** 236:6

█████ 77:5

**care** 19:24 61:11
64:24 76:21

**careful** 111:10
124:22 128:23
130:5 132:21
133:3,20
134:19,22 209:8

**Carmine** 187:19

**Carolyn** 6:13
31:24 33:3

**carry** 114:13
129:3 209:10
234:23 235:14

**Casalini** 32:6,
19,24 33:8 36:7
37:5,18,25 38:9,
15,21 39:2,5,6

**case** 31:25 32:6
34:17,25 41:3,6,
9 42:12 84:11
85:24 129:10,23
159:13 172:7
200:22 236:9

**caseload** 123:3,
22 131:9,20
139:6 183:6
184:15

**cases** 30:6
34:19 40:22

**CASTELINO**
39:9

**cat** 129:2

**cause** 22:10
27:25 44:15
60:21 61:19
64:22 88:17
89:18 98:21
119:4 124:10
125:5,7 128:4
132:19 133:13
135:10 153:14
154:14,16
155:3,13 156:21
163:19 164:17
165:2 177:5

179:10 184:14
188:4,5 192:9,
11 193:3 194:2,
10 195:6 206:8
233:25

**caused** 239:22

**causing** 212:6

**CCA** 46:11 50:2,
11 57:9 67:23
71:20 84:12
99:13,17 106:6
112:14,17,25
121:15 122:25
123:17 125:6,21
127:24 128:3
137:4 139:10
144:9,11 148:18
155:4 156:2
171:22 172:8
174:9 176:9,14,
18,19,21 177:3
178:22 180:11
182:4 183:21
184:13 186:18
188:4 189:21
190:5,10 194:4,
14

**CCS** 152:4
160:16 161:10

**censured** 17:24

**center** 46:13

**centrally**
148:20

**certain** 23:6
33:18 40:22
207:2 218:23
223:2

**certainly** 35:5
41:10 223:12

**certainty** 59:4

**certificated**
17:10

**certification**
17:12,14

**certifications**
16:15 17:20

**cetera** 46:25
75:16 98:7
123:9 131:23
178:5 209:11
231:4,5 240:10

**chain** 151:16 205:11

**chair** 94:6 175:5,7,9

**chairs** 175:2,3

**challenge** 199:2

**challenging** 118:5 200:24

**chambers** 39:13

**chance** 15:6

**change** 19:8 57:12,24,25 58:2 93:24,25 178:4 186:9

**changed** 14:10 22:2,3,4,18 23:7 174:16 184:15 186:7,12 189:12 192:3

**changes** 16:14 77:11 196:19,21

**changing** 239:25

**charge** 220:12

**charges** 47:4 146:17,20

**chart** 90:9,18,20

**check** 90:23 182:9 217:7

**checks** 90:12 217:8,9

**child** 42:15,17 69:23 124:4 143:16,24 159:6 162:25 163:5 220:24 227:5 234:19

**child's** 159:7

**children** 11:6 29:8

**Chirelcheck** 194:7,12

**choice** 220:14

**choose** 83:23

**chose** 237:2

**Chris** 112:15,21 156:2 194:7,12

**Chris's** 112:20, 22

**chronic** 92:16

**circumstances** 141:19

**city** 19:4,14 20:2,7 21:20 22:15 24:14 25:4,19 26:19, 23 28:12,19,21 29:25 42:5,9 44:25 46:22 47:3 48:4,14 53:16,18,20 54:4,23 63:11 85:18 214:14 215:9 236:4 237:6

**civil** 21:9 23:10, 13 27:10,13 47:19 51:17 191:23 222:15, 17,19 224:19 225:12

**claim** 41:9 150:12 232:8

**claims** 42:3 47:4

**clarification** 40:13

**clarify** 53:2 75:11 94:10 96:22 147:25 156:15

**class** 180:9

**classroom** 144:20 163:16 165:20

**clean** 178:5

**clear** 155:20 164:18

**clerk** 39:7,14

**client** 86:18 88:14

**client's** 35:22

**clients** 33:21 34:3 35:18,19 239:17

**clinicians** 209:15

**close** 193:12

**closed** 184:5 221:18

**closing** 238:25

**clothes** 69:18

**clue** 154:5,6,8, 23 155:22

**COBRA** 213:21 214:7 216:16 217:4,14

**cohesive** 56:22 215:8

**colleagues** 160:6

**collective** 63:4

**combination** 92:22

**come** 32:4,12 37:11 38:18,24 90:2 100:21 108:23 115:11 134:11 185:24 187:22 188:3 196:21 217:10

**comes** 208:21 215:17

**comfortable** 46:24 49:19 67:2 123:2

**coming** 98:15 100:9 178:23 189:16

**commend** 101:21

**common** 7:5

**communicated** 108:5

**communicatio n** 20:21 79:5 99:9 105:12 108:2 185:9 202:5 224:15 227:14 239:24

**communicatio ns** 81:22 101:17 102:13 146:9,25 173:8 205:18 206:11 219:8 238:11,19

**community** 34:10 46:13

**commute** 24:21 27:3 28:3 54:3,6 215:19

**comp** 150:12

**company** 217:4

**complained** 164:7

**complaining** 164:19

**complaint** 12:15

**complaints** 47:5 135:5 161:4

**complete** 150:17 182:8 205:17

**completed** 69:5 80:13

**completely** 34:12

**complicated** 200:3

**complication** 184:3

**computer** 89:13 182:4 216:23

**concept** 100:9

**concern** 33:21 48:17 64:23 68:20 108:25

**concerned** 64:22 68:18 106:6,7

**concerns** 101:2 137:17 167:10, 14

**concluded** 199:12 241:6

**conclusion** 80:24

**condition** 92:16 93:24 98:10 108:25 113:4 115:20,24 116:8 119:7 131:25 133:21 137:12, 14 143:10 146:11 147:11, 19 155:22 160:7 165:5 183:4 203:13 209:7 223:14 240:21

**conditions** 63:6 81:6 209:16 237:20

**conference** 37:21 64:8 152:16 173:25 174:11,22 185:19,21 186:15 195:18

**conferences** 61:7

**conferrence** 38:5

**confidential** 35:6 39:24 40:19 41:14 66:10 155:3

**confidentiality** 39:23 40:22 232:14

**confirm** 181:17

**confused** 29:14 155:4 175:18 233:23

**confusing** 148:2 176:2 202:11

**confusion** 89:19 176:24

**consent** 71:4

**consider** 38:22

**considerable** 113:11

**consideration** 161:13 162:13

**considered** 22:16 23:4 188:20

**constant** 156:11

**constipated** 210:19

**contact** 25:11 35:10,20 97:17 98:15 101:13 127:14 154:7

**contacted** 27:5, 7,12 45:16 225:12

**contacting** 35:12 41:18

**continue** 25:24 37:6 218:7,15, 20

**continued** 40:8 67:14 218:5 239:3

**continuing** 17:2 18:8

**contract** 29:6 30:7,11,21,23 215:23 220:8,10 221:22

**contracted** 63:4

**contractor** 221:23 222:6 226:12 230:25 233:11

**contracts** 237:10

**contribute** 214:25

**contributions** 215:12,14

**control** 69:23 87:20 167:15 180:23

**conversation** 7:5 12:7 65:16, 18 70:4 71:18, 25 72:7 82:8 84:5 99:8 101:15 102:9,22 103:9,25 104:25

**considered** 105:12 106:15 108:12 127:7,20 131:5 132:7 136:11,14,16 137:2 139:12 141:5,7 146:2,7 147:7,15,22 149:13,16 155:7 157:25 159:3 160:2,20 165:18 174:16 192:10 195:22

**conversations** 70:5 71:13 84:6

**convey** 235:8

**conveying** 34:23 78:4 158:14

**copies** 75:9,13, 16 76:6,23 79:22 89:7 194:22 217:8

**copy** 49:2 63:8 76:3,12,13 77:14 79:16,23, 25 109:19 110:11 171:18 181:5,10,24 187:11 188:19 196:11,13 197:5 204:18 206:18 238:6

**Corelcheck** 112:15 156:2

**correct** 10:21 18:22 20:5 22:12 25:5 28:23 51:4 58:6 63:20 77:6 80:6 84:24 86:23 96:18 97:13 98:12 114:16 144:10 162:15 166:4 171:25 184:22 193:5 219:22 237:24

**corrected** 14:10

**corrections** 13:10 14:2,5,8

**cost** 217:13

**costs** 217:14

**could** 8:2 30:10 35:5,17,18 36:14 38:13 41:18 42:18 51:18 53:11 54:13 55:8,12, 21 57:19 58:15 67:5 73:23 83:7 86:25 102:7,11 103:16 104:3 106:10 108:16, 23 113:7 114:3 118:2 125:6,11 131:9 143:25 154:24 162:20 165:11 179:5,17 180:2,6 188:20 198:11 212:2,4, 8 215:10

**couldn't** 95:17 98:8 103:14 104:15 108:15, 16 113:5 114:6, 10 116:15 124:17 125:18 133:22 156:20 178:9 184:13 238:4 240:13,21

**counsel** 31:24 32:2 34:5,15 35:21 88:13

**county** 29:5 31:2

**couple** 12:9 47:15 79:2 95:12 102:20 124:7 145:10 161:9 183:22 209:25 238:24

**course** 9:17 10:12 33:14 35:25 48:3 106:16 107:9 114:5 138:24 157:4 162:14,15 184:20 230:18 232:10

**courses** 16:17, 25 230:8

**court** 7:7,17 41:25 43:8 192:17 200:15 221:16,20 239:4

**court's** 231:22

**cover** 201:16

**coverage** 213:24 214:7 216:16 217:15

**covered** 214:8

**covers** 216:11

**CPSC** 29:6

**credit** 217:18

**credits** 16:15,23 18:9

**CSC** 59:13

**CSCS** 59:17

**cubical** 178:25

**curious** 239:7

**current** 16:3 161:13 208:20, 23 231:16 232:7 237:11

**currently** 16:6 219:22 221:8 222:2 239:5

**cut** 220:16

---

**D**

**daily** 10:6

**damage** 222:15

**damaged** 219:17

**damages** 213:16,18 232:9

**dark** 190:24

**date** 51:5 64:12, 13 96:7 197:22 198:3,10 204:9 208:4 216:16

**dated** 153:4

**dates** 29:11,14 57:25 79:4 107:5

**day** 30:3 38:10 72:5 84:19 97:2, 15 98:16,22,23 99:3,9 101:9 103:5,7 105:23

**day** 106:25 123:13, 24 124:3,11 128:11 137:6 188:4,9 198:12 227:5 234:25

**day-to-day** 25:11 148:9

**days** 26:23,24 48:17,18,19,21 49:24 53:15 83:6 84:24 85:7 96:21,23 105:17 107:12 125:6,20 127:24 198:6,8, 12 211:6

**days'** 53:17 191:24 192:22

**deadline** 183:3, 12,25

**deal** 112:4,5 134:12 144:22 154:15 180:10

**dealing** 22:11 149:22

**dealings** 84:3

**debating** 51:5 106:8

**debilitated** 104:15 113:7 116:17

**Debilitating** 94:12

**decided** 25:2 47:22 56:13 66:23

**decision** 161:20

**deduct** 229:25

**deemed** 29:9

**DEF** 14:25

**DEF114** 60:6

**DEF20** 207:10

**DEF22** 208:5

**DEF52** 110:8

**DEF72** 15:2

**DEF75** 151:17

**DEF77** 151:25

**Defendant** 14:19

**Defendant's** 14:16,20,25 15:2,16 59:25 60:4 80:17 110:3,6 135:16, 19 166:22 204:13 207:6,9 208:4 233:3

**defendants** 33:5 34:13,18, 25 35:7 41:18 236:5

**defense** 31:24 34:15 41:8

**definitely** 98:17 126:24 177:3

**definition** 182:18

**degenerative** 115:4,9

**degree** 20:12,17

**degrees** 16:14, 16,20 20:19

**demand** 44:23 221:15 228:7 231:25

**demanding** 219:14

**demands** 228:6

**demotion** 23:19

**denial** 200:14, 24

**denied** 149:23 200:10 203:25

**department** 17:16 19:4,14 20:7 21:5,20 22:3 24:14 25:19 26:16,19 28:13,19,22 29:25 42:5,9 44:12,25 54:23 215:9

**depend** 220:13

**depending** 29:9 220:21 231:2

**depends** 182:3

**deposition** 32:3,12,17,18 33:14 37:7,19, 23 38:13,19 39:20 40:8 213:10 221:17 232:2 238:25 239:2 241:5

**describe** 58:17 112:9

**description** 60:5,14 61:2,15

**desk** 46:4 101:10 124:18 150:4 174:21 175:2,3,6,8

**desks** 149:5

**despite** 24:23 116:19 133:20 179:18 188:22

**detailed** 15:7

**details** 83:19 137:19 150:21

**determine** 134:20

**develop** 234:6, 11 235:4

**developed** 233:21 235:9, 16,18

**developing** 183:10

**device** 138:10

**devices** 138:8

**diagnosed** 93:10 104:11 114:17,23 115:4

**diagnosis** 114:18,19,20

**dialed** 126:15

**Diane** 6:8 33:7 154:22 220:3 241:13

**diary** 235:25

**didn't** 13:7,15, 22 23:6 24:4

36:4 44:15 48:14 56:11 57:24,25 58:2 61:9 69:7 75:11, 17 79:25 97:13, 14,15 98:23 100:13,24 103:19 104:7 112:3,5,6 113:8 114:14 119:20 122:15 124:14 126:18,19,21,25 127:12 128:15, 16,17,18,22 129:19 130:19 131:21 133:16, 17,19,24 134:25 138:8,12 139:5, 6,16 142:8,24 143:21 144:8, 11,13,21 145:2, 9 147:22 150:8 154:13,15 155:6,13 156:9, 10,12,16,21 158:11,21 159:5,7,12,13, 14,16 160:11 161:22 163:12 164:23 166:15, 18 168:9,12 169:9 171:16 172:6 174:8,16 175:23 178:20 179:2,16 180:15,23 182:9 183:21 185:4 186:9,21 189:2, 22 190:23 192:6 193:15 194:24 195:9 197:4 199:25 210:17, 24 213:2 223:5, 15 230:9,13 234:11 235:14 239:25

**diem** 84:18

**difference** 230:4

**different** 8:3 30:10,11 37:11 38:10 47:15 49:14 55:15 84:9,21 94:22 124:7 125:16 220:20,21

234:22 240:12

**difficult** 7:17 54:2 142:3 143:5 163:15 164:25 166:10, 18 215:19

**difficulties** 153:17

**difficulty** 142:6, 13

**Dinae** 24:10

**direct** 170:14 233:7

**directed** 36:16 39:14 111:6 154:7,17 163:24 187:23,24

**directing** 233:5

**direction** 36:20

**directive** 104:2 136:10

**directives** 136:10

**directly** 45:7 110:16

**disabilities** 8:24 9:4

**disability** 12:23 81:6 186:8,9 202:25 203:5,13 209:2 227:19 240:14

**disabled** 192:4

**disc** 93:11 97:25 115:2,8

**disciplinary** 12:20 146:20,22 147:13 154:3 161:18 164:18 167:6 175:17, 22,24 189:13 191:7 240:5

**discipline** 23:17 25:18,20, 25

**disciplined** 26:15

**disclosed** 35:4

**disclosure** 239:4

**discovered** 215:7

**discovery** 32:11 35:4,13, 25

**discrimination** 42:4

**discuss** 109:15 121:8 122:10 136:15 174:2 185:21 188:14 195:3

**discussed** 41:2 46:19 47:9 72:10,25 81:19 106:4 117:7 118:20 135:8 136:11 137:20 153:20 157:24 158:2,3 159:22 160:19 164:15 165:19 167:10, 13,21 181:17 191:21 198:23

**discussing** 121:7 164:12

**discussion** 31:18,21 33:23 39:11 47:12 48:8 64:18 65:19 68:9,17 78:9,11,21 79:2 81:17,21 85:12 115:18 116:7 117:10,14 118:15,23 119:6,10 121:22,23,25 129:8,21 131:17,24 136:19 137:16, 21 139:13 140:2 147:9,12 158:14 168:23 170:23, 25 173:12 175:13 177:11, 21 185:9,14 186:25 191:22 192:21 195:12 201:4 237:13

**discussions**
68:2 82:10
130:23

**disk** 93:3 94:25

**dispute** 32:12

**disrobe** 179:16

**disrobing**
179:15 180:24

**distances**
114:12

**district** 28:9
29:12 30:5,19,
25 31:5,6 62:14

**districts** 28:6
29:22 30:2,6,7,
9,11 33:17
59:17,20 222:10
225:11

**disturbed**
170:20,22

**doable** 183:11

**docket** 32:7,20

**doctor** 95:10
106:18,20
108:15 109:12
110:17 111:6
113:10 117:2
122:16 128:21
132:24 134:19
135:10,13
136:10 150:10
153:8 210:25
212:14 235:10

**doctor's** 107:7
110:11 111:14
146:3 147:8
148:5 149:14
159:4 160:3,21

**doctors** 103:21
104:2,23 105:19
116:21 209:14

**doctors'** 237:14

**document**
12:15 14:22,23
59:25 60:9
79:20 85:25
86:11,13,14,16
90:3 110:3,9
111:22 135:16,
24 150:23 187:9

204:22 207:10,
14,24 208:9,15
228:6 231:6
233:3

**documentation**
216:15,24
217:12 226:4
228:7,12
232:11,19
237:9,19

**documented**
179:22

**documents**
12:12,24 14:13
15:14,17,21
80:10 85:15,20
111:22 123:8
189:19 204:13
207:6 219:9,14

**DOE** 95:21
198:20 215:20

**does** 9:15,18
16:6 29:3 36:10,
20 37:25 38:17
57:3 62:19
74:13 140:6
208:25 220:13,
18 223:2,4

**doesn't** 10:24
55:4 62:10
116:3 197:19
222:14

**doing** 14:15
20:12 24:6
46:24 56:9
69:20 83:2,10
100:23 101:22
103:10,12 106:5
116:17 134:17
158:12 179:17,
25 202:19
211:24 213:21
215:15 217:24
240:9

**dollars** 216:19

**don't** 6:20,23,24
7:13 8:3,21
10:16,21,23
13:17 14:21
16:4 17:14
18:12,19 19:21
22:7 23:2 24:24
25:10,13 27:17,

21 29:10 30:7
33:24 35:17
38:16 42:7 43:9
44:6,19 46:5,6
47:21 50:8,15
51:6 52:24 55:3,
15 57:17 58:15
60:20 61:6,17,
19,20,21 62:10
65:4 66:2 67:6,
20 70:3,5 71:4
72:4 73:8,10,18,
21 74:17,23
75:16 76:23
78:24 79:4
83:16,18,25
84:10,22 86:10,
12,13 87:16,20
89:3,4,5,7,14
91:2 97:5,25
98:17 99:5
101:3 105:14
107:5 108:6
109:2,8,13,21
110:18 111:10
115:9,11,12
116:3 117:13
120:2,21,23
122:14,20 124:4
125:17 126:23
127:10,11
128:21 132:25
133:2 135:2
137:8,10,18,19,
25 138:11,22
140:7 145:14
148:9 149:11
150:19,21
155:15,24 158:4
159:9,18 162:3
163:16 164:5
166:5,6,7
168:16 169:25
171:8,11,12
172:18 175:23
176:6,15,23
177:13,16
178:11,12
179:9,20 181:4,
18,23,24 182:5,
6,21,23,24
185:3,18 187:19
189:8,18,20
190:4,15 191:8,
14 192:20
196:13,15
198:19,20
199:19 203:24,

25 205:12
206:3,5,22
207:3 210:10
213:25 214:4
215:16,25
216:11,22
217:20 218:12,
23 219:6 220:14
221:3 223:14
224:7,8 225:7,
17 226:6 230:6,
13,15 232:13
233:25 234:9
238:7,15,23

**done** 12:17 24:2
27:25 45:6 56:5
57:2 59:9 71:21
77:21 96:11
99:4 102:10
104:8 135:4
137:22 149:17
151:6 173:13
176:3 182:8,25
183:19,24
184:2,10 219:11
226:16

**door** 100:3
154:16,17

**doubt** 75:4

**doubted** 73:22

**doubting** 88:25

**down** 7:8,17
38:9 71:8
124:10 132:17
159:6 162:20
167:24 174:12
179:4,10 216:5
221:3,4

**downside**
210:17

**downstairs**
124:23 127:6
174:9 177:4

**Dr** 93:7,19 98:4
111:6 114:17
117:2 135:20
155:20,24
209:19 210:6
211:19 212:3,8,
23 213:4,6
214:3 237:17

**drafted** 52:19
53:4 120:16

182:3,4

**Dreaper** 80:11
154:7 155:12
156:24 170:19
171:5,14 187:18
195:23 204:20
205:6,9,19
206:9,12 238:3,
12,19

**drink** 8:17

**drive** 6:10
104:18 118:12

**driving** 118:12

**drop** 133:11
134:6

**dropped** 68:19
141:20 159:7

**dropping** 72:20
148:23 165:9

**drugged** 176:6

**drugs** 10:3

**duly** 6:3

**during** 20:3
24:6 26:2 29:24
30:2,4 48:7 51:4
52:15 53:10
55:13,20 59:4,5,
21 64:17,18,24
65:20,23 66:13,
19 67:16,18,25
68:5 69:19
73:13,14 76:16
81:5,9,24 82:7,9
83:3 92:9,17
103:11 106:14
107:25 108:5,
12,19 116:25
117:7,21 118:2,
13,20 119:5,13
120:11 121:11
127:19 128:11
129:6 132:5,7
136:11,15
140:12 141:25
147:7,14,15,23
149:25 151:7
160:2,20 167:15
168:22 170:3
171:21 175:12
177:16 181:20
182:16 183:12,
15 188:15

201:24 203:17
210:23 211:24
218:23 223:24
240:4

**duties** 58:13,18
60:15 61:3,24

— E —

**each** 15:9
104:14 159:15
172:22 185:8,12
209:25

**earlier** 151:8
153:11 215:22
221:9 237:22

**early** 19:24

**earned** 226:11
228:8 230:3,11

**earnings** 232:7

**easier** 101:22

**easily** 206:5

**Easter** 51:15

**easy** 7:5 111:11
197:17

**eaten** 126:6

**EBT** 236:11

**economic**
232:8

**Ed** 22:15 46:23
47:3 48:14
53:16 63:11
85:18 214:19
215:3,9

**education** 17:2
18:9,25 19:5,14
20:2,7 21:5,20
24:14 25:4,19
26:16,19 28:13,
20,22 29:7 42:5,
6,9 44:12,25
48:5 54:23
55:11 59:7
236:4 237:6

**educational**
16:14,23 17:11,
13,16 28:14

**EEOC** 200:18

**effect** 145:8
146:23

**effective** 197:22
198:3,10 204:9

**effort** 35:19

**eight** 124:4
216:19

**either** 30:8
39:15 40:7
107:7 125:20
132:13 144:9
181:5

**elaborate** 42:25
49:5

**element** 127:2

**elevator** 123:25

**eligible** 218:8
226:25 227:6,9

**else** 25:15
43:15,24,25
47:8 58:23 59:8
67:18 69:14,18
72:3,11 78:3
80:7 83:22
90:10 93:8
95:14 100:25
111:23 112:6
114:8,10 117:25
118:19 125:3
127:18 132:8
134:7,11 137:8,
19 140:7 141:25
153:22 156:24
166:12 174:6
177:16 190:8
197:18 201:13
214:8 221:25
222:7 223:15
230:18 231:4
234:12 236:5,
16,20,23 238:12

**email** 65:15
72:9,24 102:8,
17 108:8 140:21
146:14 151:15,
16,21 152:3,9,
12,17 153:4
157:14,19
160:15,18
161:8,12 162:7,
10,20,24 163:7,
9,25 170:20
182:9,12 185:24

204:19,25
205:11,17
238:6,10,15,16

**emailed** 238:3

**emails** 12:22
15:22 151:18
161:20 181:16
182:5,7 194:11,
16

**emotional**
228:22

**empathetic**
109:4

**employed** 24:3
28:4 45:7 49:22
62:21 63:10
95:22 187:13
201:21 218:5,22
219:22,23,24
221:25 222:6
233:22

**employee**
30:18 214:14
215:23 216:7
229:11

**employees**
234:7

**employer** 36:3
222:24 226:14

**employers**
35:23 95:23
236:17

**employment**
18:25 27:6 28:5,
9,14 33:13
44:14,24 45:3,9
63:6 191:16
206:19 222:4,13
225:16 226:20
227:15,22
228:2,9 229:20
230:12 232:7
236:20,23
237:2,5,8,9

**empty** 122:20

**end** 12:16 51:19
52:11,12 59:2
64:11 85:3,7
99:15 107:9
127:5 132:5
201:11 228:8

**end-of-the-year**
79:13 100:23
101:4,22

**end-of-year**
101:11

**ended** 124:18
148:23 180:3
200:4 210:19
222:4,11 225:13
226:14 227:23
228:3 230:12

**ends** 31:4

**engaged**
129:11,14
132:14

**enough** 199:24
230:9

**entailed** 169:10

**enter** 39:22
188:6

**entire** 7:15,20
8:4 19:9 21:7
49:9 91:17
206:7

**entitled** 35:25
70:17 207:10

**environment**
47:6 56:23
125:9

**epidural** 94:7
98:6,8,9 104:6,
11

**epidurals** 95:13
103:13

**episode** 240:15

**equal** 206:19

**equipment**
61:10 234:22

**ER** 210:24 211:4

**espionage**
194:23

**essentially**
17:2 172:16
173:2

**established**
178:24

**establishing**

167:14

**et** 46:25 75:16
98:7 123:9
131:23 178:5
209:11 231:4,5
240:10

**eval** 52:22 193:4

**evals** 52:21

**evaluate** 58:14

**evaluation**
12:17 49:2
52:14,17 53:3
57:2 69:17 70:3
74:7 76:10
78:23 79:14
80:5,9,23 86:11
89:13 172:17
186:22 187:11
188:20 189:6,7
196:12,23,24
197:14 240:2

**evaluations**
75:9 76:7 86:2

**even** 9:23 28:9
36:24 42:12
72:24 104:14
138:15 164:24
170:24 176:6
180:12 183:20
186:21 189:22
194:3,14 206:5
215:22 223:14
227:4 230:13

**events** 34:11

**eventually**
48:21 58:24
199:10,11

**ever** 11:4 13:6
17:24 19:8 42:3,
8 45:6 51:6
55:3,20 58:25
59:15,16 60:12
63:8,22 73:16
75:11 77:23
85:15 86:14
89:12,13,15
92:17,19 97:10
114:23 115:3
119:24 127:25
130:14 134:21
144:2,5,8
145:16,19
149:9,12 159:22

171:13,14
172:7,23 185:19
186:14 193:13
194:19 195:12
197:7 201:20,24
202:4,8,15,20
203:3,12 206:24
207:14 221:4
227:21,25
236:19,22,25
237:18 240:13,
16,19

**every** 16:17
18:5,7 56:19
113:11 114:15
174:15 239:25
240:2

**everybody** 85:8
104:20 105:19
123:3 139:11

**everyone** 7:13
29:3 70:9 140:6
197:18

**everything** 7:8
14:3 26:4 75:13
76:18 89:5
90:15 101:23
108:9 153:16
157:3 186:5,7
192:3 193:25
194:3 202:19
218:24

**evidence** 70:15,
16 71:9

**evidencing**
219:9

**exacerbation**
94:4 132:4

**exactly** 7:25
18:12 40:19
109:3 123:13
187:20 206:23
222:14

**exam** 23:14
27:10,14
222:17,20,21

**examination**
6:5 16:13,20
17:21 18:14
85:23 87:21
237:23 238:2
239:9

**examined** 6:4

**example** 234:18

**except** 28:15
31:12 61:10
127:22 129:14
155:22 181:9
228:24

**excessive**
235:19

**excuse** 26:13
88:4 154:20

**exhibit** 14:13,
16,17 15:16
59:25 60:4
80:17 85:24
90:5 110:3
111:8 117:2
135:17,19
151:15 157:13
162:16 166:23
169:16 187:3
193:5 204:14,18
207:6,9 208:4
233:3

**exist** 189:3
219:14

**existed** 86:14,
21 87:8 88:3
156:22 161:22

**existence** 86:16

**exists** 17:18
206:4,6

**expand** 91:19
169:5

**expect** 100:24

**expected**
97:21,23 98:21

**expecting**
65:20

**expenses**
229:23

**experience**
28:14 33:13,15
36:9 46:20
94:22 193:12,20

**experienced**
213:15 228:20

**experiencing**
94:16

**expire** 223:2

**explain** 40:20
41:10 154:24
157:3 163:23
166:12,19
199:14 209:5
213:18

**explained**
49:13 66:25
199:20,21

**explore** 35:25

**express** 117:25

**expressed**
33:20 108:25

**extension**
230:14

**extent** 219:13

**extra** 30:9 84:12
143:24 148:10

**eyes** 126:8

---

**F**

**facilities** 209:14

**facility** 25:2

**fact** 24:23 33:25
78:15 104:12
108:15 110:20
116:19 125:15
133:20 138:20
161:6 163:6
167:21 179:18
183:5 188:22,24
191:6,9,19,23
193:15 196:20
204:9 208:19
215:9,22

**facts** 6:18 9:5,
19 10:14,19
13:21

**fall** 49:21 53:24
90:16 184:7,25
185:6,13,22
186:8,11,16
188:15,18
189:7,8 211:13
239:20

**falls** 126:9

**false** 70:10

**families** 226:17

**fault** 202:12

**fax** 188:18 189:5

**faxed** 109:12
153:7

**federal** 43:8

**fee-for-service**
216:7

**feed** 238:17

**feedback** 56:12
68:8 73:3 174:2
177:11,22
180:21 181:13
182:16 185:15,
17 196:22 240:8

**feel** 14:10 61:23
67:10 100:5
119:25 137:25
139:20 145:22
148:5 149:15,
17,23 213:18
216:8 219:16
228:14,19

**feeling** 98:20
100:4 108:24
109:4

**feels** 7:23

**fell** 94:24 114:6

**felt** 67:4 114:14
127:2 129:14
139:21 144:15
148:8 179:22
186:5,6 189:11
192:2 193:11

**female** 84:2

**femur** 9:24

**few** 9:24 13:21
151:8

**field** 55:11

**Fifteen** 16:4

**fight** 195:7,10

**figure** 13:18,21
72:22 82:6
125:24 129:18
133:23 138:23
184:18 220:19
235:3

**figured** 156:5

**file** 42:3,8 47:4
81:2 150:12
200:22 201:21
226:23 230:17

**filed** 6:16 42:23
43:7 198:25
230:14

**fill** 27:9 47:15

**final** 200:14

**finally** 12:21
53:23

**financial** 213:16

**financially**
216:9 219:17

**find** 39:15 61:18
154:14 157:20
213:25

**fine** 8:16,18
18:19 19:22
23:19 34:12
70:19 74:25
84:22 86:19
89:10 97:24
98:21 100:7
121:3 130:13
132:6 152:20
157:4 182:20
232:24

**finish** 55:4 88:4,
5 182:15

**finished** 124:22

**fired** 53:11 55:8,
12 236:25

**firewall** 34:16

**firm** 6:13

**first** 6:2 20:18,
21 22:6 24:16
32:20 35:16
49:22 51:11
52:2 54:25 55:5
60:10 61:16
92:24 93:25
94:15 104:6
106:25 107:14
108:11,12
119:14 120:8
123:13,16,24
124:2 125:8
148:3,4 151:15,

16 158:13
160:14 173:21
188:17 189:6,7,
10 199:19 211:6
215:3 239:13

**fit** 158:18

**five** 18:7 19:18
21:6 23:15
24:15 48:18,21
83:7 93:2 94:8,
19,21 211:6

**five-year** 21:21

**floor** 94:24
125:12 126:9
133:11,16 134:6
148:24

**focus** 64:21
186:13 197:2

**focusing**
129:20

**follow** 44:22,25
65:15 72:9
105:7 127:14
164:6 192:6
214:12 221:18
227:18

**followed** 140:21
146:13 167:5
188:24

**following** 26:3
73:2 97:7
103:12 116:17
130:25 131:6
167:11 169:6
180:21 194:12

**follows** 6:4

**food** 104:17
126:5

**forced** 141:8

**forceful** 125:11

**forever** 163:19

**form** 25:24
90:18,20,22
149:21 239:15
240:22

**formal** 23:17
25:18,20 56:20,
24 78:13

**formally** 55:25

56:2,11 63:22

**forms** 117:20
226:13

**forth** 50:10 59:4
67:2 83:23 94:4
101:24 116:6
121:24 123:4,20
125:13 138:2
146:17 148:13
155:5 166:14
198:24 206:22

**forward** 138:25

**forwarded**
73:17

**foster** 42:17

**found** 26:3
42:20,22 133:7
198:9 207:23
215:6

**four** 26:8 49:19

**fourth** 93:21,23
94:7 167:23

**fractured** 9:24

**Frank** 56:16
57:5 194:7

**freaked** 69:19
189:11

**freaking** 178:16
190:14

**Freda** 190:9

**Friday** 97:2

**Fridays** 97:5

**friend** 189:14

**from** 8:25 9:5
10:19 12:22
13:4 14:10
15:20 21:2,5,20
32:4 33:3 37:4
42:18 44:24
48:4,23 50:25
51:17,18 58:3
66:3 68:8 85:3,5
89:25 90:22
97:18 100:24
101:6 109:11
110:7 117:3
118:13 135:13,
20 136:10
141:24 152:3,10

153:4,8 155:19,
21 156:6,8
157:14 158:21
160:15 161:9,20
162:22 163:8
177:11 178:13
179:13,17
180:21,24
181:13 186:16
187:25 188:10,
13 190:10
194:12 196:21
198:8 204:19,25
205:6,8 212:7,
22,24 218:17
219:3 221:19
225:16 226:21
227:16 228:12
236:19,22
237:2,6,8,15
238:12,20 239:3

**front** 14:17
85:24 100:3

**full-time** 26:25
51:2,3,12,19,22
52:16 53:22
55:24 56:14
57:8,16 58:4
209:8 240:10

**fully** 97:23 98:21

**functional** 95:6

**functioning**
125:9 132:17

**further** 40:8
81:21 101:17
102:8,12 117:4
130:22 146:25
165:23 185:21
195:12 238:23

**future** 44:13

_____

                 G

**gave** 26:25
47:25 56:11
75:15 79:21
88:9,22 89:6
124:15 155:12
181:6 182:16
213:3

**general** 32:16
33:11 58:18
59:12

**generally** 40:21
42:12 120:23

**gesture** 7:6

**get** 7:9,15,20
8:3,8,12,13,17
9:25 15:8 23:7
24:24 33:15
37:3 39:21 40:9
41:24 43:25
44:3,8,23 49:19
51:16 52:24
54:4 55:16 67:5,
9,12 68:8 69:23
72:13 73:16
74:15 76:24
85:14,15,16
87:16 89:25
93:18 99:18,19,
22 103:14
104:19 105:20
106:12,18,23
107:10 108:16,
17,21 113:14
125:15 129:3
137:5 138:11
142:8,25 143:5,
18,22 144:23
145:9 150:6
157:10 161:18
165:16 172:23
178:8,12 179:23
183:8 190:13
191:3 192:8
196:11 197:5
198:13 199:5
200:7 206:5
208:21 210:18
217:5 218:17,20
220:18 221:19
224:23 225:24
234:20 237:5

**get all** 76:23

**getting** 19:11
20:16 37:13
41:17 44:18
85:20,23 106:10
138:16 164:8
180:9 183:10
190:17 191:25
192:6 194:11,16

**girl** 139:7

**give** 7:4,11
33:20 36:19
38:14 44:13
48:4,14 49:19

53:17 78:7
139:4 162:19
166:16 178:20
192:5,22

**given** 22:22,23
77:12,16 80:5
95:9 104:2
223:10

**gives** 41:25

**giving** 7:11,21
19:21 79:19
145:6 196:17

**glasses** 42:15,
19

**Glick** 211:23
212:21

**gmail** 206:4

**go** 6:22 7:12
8:11,18 29:7
31:15 32:11
48:21 49:16
51:12,18 52:11,
21 59:3,6 67:5,
12 69:7 72:19
74:15 83:16
85:5 90:4 97:10
98:11,23 101:4
121:15 123:23
125:22 126:2
131:6,11 133:16
134:21,25 135:7
144:8,13 145:2
150:6 151:20,24
164:20 168:16
174:9 180:12
186:16 192:5
199:3,4 207:25
210:20 214:12
215:5 216:9
222:20 224:5
227:8 236:9

**goal** 69:24
104:18 173:14

**goals** 59:3

**God** 126:16

**goes** 86:4
202:14

**going** 6:16,24
14:15 15:6,8,15
31:19 32:13
35:13,14 36:25
37:12 40:3,20

41:24 44:20,23 60:3,12 64:18, 25 65:2 66:5,9 71:12,16 89:18 97:21 98:21 99:5 100:6 103:6,20,21 104:5,20,21,22 105:16,20 110:5 116:20 123:3 124:3,25 125:25 126:21 127:11 128:6,17 129:15,16,18 130:18 131:8,20 135:7 137:8 138:25 139:17, 22,23 151:4,14 153:3 156:3,18 157:3,4 159:8 164:23 170:2 174:14 178:12 179:2,10 183:19 185:25 186:4 187:2 188:3 189:17,18 190:23 191:5,7, 13,17 192:4,23 195:7,9,10,15, 16 197:2 203:21 204:5 205:16 207:8 212:18 213:10 216:5 217:11 218:25 221:14 226:3 227:10 228:6 231:3,21,25 232:8,10,22,25 233:7 235:13 237:7 238:9,18

**gone** 66:17 133:21 221:3,4

**Gonzalez** 212:3,8,23 213:8 214:3

**good** 6:12 31:23 51:21 56:11 57:5 65:7 68:20 69:6 70:3 78:12 85:13 112:15 124:21 171:4 186:5 193:9 194:23 235:21 240:8,9

**goodness** 16:4 122:20 124:20

195:4

**Gosh** 97:24

**got** 26:10 42:20 43:5 50:9,10 58:2 67:13 69:2 74:4,6,10,20 75:3 76:18 86:23 89:12 94:3 108:17 124:21 146:14 151:23 154:8, 22,23 155:9,10 163:7 168:15 172:11,13,14 180:21 188:23 191:14 196:13 200:3 208:18 218:21

**gotten** 47:19 86:22 126:7 197:6

**grand** 126:10

**granted** 54:8

**great** 56:9

**grievance** 197:11 198:25 199:7,8 200:8, 10,25 201:4,20, 24 202:10,14 203:11,25 229:7

**grievances** 201:21 224:3

**grow** 196:24

**guarantee** 138:14

**guaranteed** 184:24

**guess** 10:23,24 12:3 27:17 54:21 55:9 59:9 90:6 105:14 120:22 121:15 148:20 151:19 153:24 155:23 175:18 192:9 203:23 222:15

**guessing** 19:18 124:5

**guilt** 43:3,4

**guilty** 42:20,23

43:3,5

**gun** 128:5

**guy** 137:6 223:19

**guys** 73:10 121:4 141:3 189:22

## H

**H-J** 204:14

**hadn't** 76:17 122:5 232:18

**hair** 166:7

**half** 120:22 121:3 195:10

**hall** 159:6 163:2

**hallway** 126:12 132:18 133:13 141:21 148:19

**hand** 125:11 141:20 159:7 165:10 210:8

**handbook** 208:17

**handed** 73:16 75:15,20 76:2, 10,15 77:8,10 79:22 80:6 88:19 123:21

**handing** 14:24 15:3 135:22

**handle** 125:6

**handled** 69:7

**hands** 132:18 139:20 159:9

**happen** 27:8 103:20 128:20 156:4,12 174:14 185:4 191:7

**happened** 34:19 50:20 53:13 76:20,25 94:23 120:15 122:25 125:4 133:12 143:21 157:5 159:11 162:2 165:2

171:2 176:19,20 177:5 183:23 194:15

**happening** 71:10 159:20 173:16 190:15 224:4

**happens** 76:20 230:7

**happy** 8:16 166:13,17

**harassment** 36:16 42:4

**hard** 24:22 142:17

**harmed** 34:23

**has** 17:23 33:16, 20,21 34:22 35:4 40:7 60:4 62:3 86:5 87:25 89:2 90:15 126:6 135:18 183:16 184:21 196:21 207:9 208:3 229:19 231:17

**hasn't** 210:7

**haven't** 10:6 13:12 16:19 47:10 78:5 118:20 209:19 219:17 238:13

**having** 6:2 9:20 31:13 47:16 126:7,14 156:25 192:22

**he** 25:14 42:18 65:25 66:18,23, 24 67:2,3,4,8,9, 14 68:25 69:23 93:21 98:6,8,9 99:25 109:12 112:21 114:18 122:16,19 128:21,22,24 129:4 132:24 133:3 134:19 137:6 154:8 155:14,16,24,25 163:10,14 165:8 170:19,22 171:2,4,7,11,12,

14,16,17 177:14 178:3,8,18 179:3,5,8,13,14, 16,25 180:2,3,6 187:20 191:8 192:14,17 194:14 195:4,8, 23 200:2 210:7, 8,9 212:3 238:4

**he's** 66:21 179:25 188:10

**head** 9:23 126:7,9 151:3 230:24

**headquarters** 224:6

**heal** 111:11

**health** 201:10 213:20,21 217:13 228:17, 22 229:23 230:2

**hear** 152:22 155:7

**heard** 47:17 55:3 65:7 133:14 149:12

**hearing** 26:5 51:21

**heart** 154:9

**heavy** 235:20

**hedging** 73:25 75:10

**held** 31:18,21 39:11 85:12 186:25 237:13

**Heller** 154:4,10, 21 155:21 158:8 164:25 166:10 168:10,13 170:10,23 173:19 174:11 175:12 176:25 223:15

**Heller's** 161:21 169:22 174:10, 21

**help** 56:22 104:12 117:17 118:16 125:12 126:11 127:8,9

129:3,12 130:6, 19 133:16,21 134:8,10 137:22,24 138:10 142:7, 10,19,25 143:3, 7,14,16,18,22, 25 144:21,22,25 145:6,9,14,15 163:24 178:4 179:9 180:8,11, 17 234:20,21

**helped** 50:9 142:9

**helping** 104:16

**hence** 19:19

**her** 11:14 27:22 33:13,22 34:9, 16 35:11,22,23 36:5 39:14 45:25 46:2,4,5 47:20,22,25 48:22 50:7,8,15, 17 56:6,7 57:6 62:5 68:3,22 69:25 78:15,17, 18,22 83:25 84:4 86:20,22 87:23 89:25 94:6 100:6,22, 25 101:16,22 102:22,23 103:12,22,24 105:22,23 108:5,12 111:21 124:6,10,13,15, 23 125:3,4,23 126:4,5,8,9,25 127:10 131:7,22 135:7 143:3,7 154:14,16,20 155:9 156:19,23 159:18 161:24 165:10,14 166:13,17 168:15 170:23 173:9 174:2,25 180:2 181:20,21 185:23 188:19 189:10,17 190:2,3,4 196:19 199:15 205:20 213:3 228:9 229:8 232:15 239:24 240:8

**here** 7:8 10:11, 17 11:10 12:11, 25 13:23 14:9 15:18 28:2 31:25 60:24 62:2 70:21 85:25 88:6 120:4,5 126:19 145:15 156:23 162:17 163:7 165:10,11,12 168:2 175:8 198:14 206:9 217:17 229:18

**here's** 76:16

**herniated** 93:2, 11 95:2 97:24

**herniation** 93:13 115:2,8

**hesitate** 115:22

**hey** 164:21

**Hi** 31:23

**hide** 235:14

**high** 211:18

**higher** 125:9

**highly** 47:21

**Hill** 212:7

**him** 67:9,10 98:4 119:4 121:23,24 144:14 155:15, 18 163:8,13,16, 20 164:16 172:8 178:2,5,8,10,12, 13,14,16,19 179:9,12,13,17 180:9,24 194:13 195:13 200:2 202:10 212:7 234:20

**himself** 178:3

**hip** 92:14,16 107:8 209:16 211:22 212:3,5, 9

**HIPAA** 210:6 212:18,24 213:4

**hire** 30:9

**hired** 27:4 51:11 61:16 206:17

**his** 42:18 66:22, 25 68:14 69:18 155:13 163:25 165:9 176:6 178:17 179:9, 15,16 180:3,4,5 211:25 212:2 224:7

**history** 221:4

**hit** 150:3 151:3

**hitting** 124:18

**hold** 32:24 39:20 62:25 63:13 139:17,20 152:19 159:9 232:2

**holding** 132:18

**Holiday** 6:10

**holidays** 184:3, 4,17 216:6

**home** 19:24 29:8 59:17,19 61:11 64:24 76:21 128:7 129:2 182:3 197:24 198:3 216:23

**homes** 209:11

**honest** 31:12 67:21

**honestly** 24:22 61:17,20 65:24 87:18 128:24 130:12 135:2 137:10 141:22 142:7 144:15,23 150:21 161:5,19 163:12 170:21 175:23 199:21 206:23 230:13

**hope** 100:4 157:2,5,6 195:8

**hoped** 98:20 103:20

**hopefully** 98:10 131:20 136:21 151:10 216:4

**horrible** 94:11 116:5

**hospital** 94:5 210:19 211:20

**hospitals** 209:14 210:24 213:12

**hostile** 47:6

**hour** 120:22 121:3 220:24

**hourly** 84:20

**hours** 10:3 11:25 95:4 97:22

**house** 234:23

**how** 11:24 12:7 16:2 22:4 26:7 43:12 44:5 45:21 56:13 57:17 60:23 63:25 64:25 65:5,6 66:16 68:12 69:24 70:13 74:8,10 83:6 89:21 91:10 94:14 97:22,25 99:21 102:19,21 105:11 107:3,12 108:4,24 109:5 110:15 116:7 117:15 118:24 120:23 121:2 122:14 123:20 129:4 131:22 139:13 157:19 158:4 172:3 174:24 187:21 189:17 194:9 196:16 199:10, 11 205:21 209:9 216:15,21 217:6,18 218:6, 14 229:19 230:3,10,20 231:3 239:25 240:7

**how's** 189:10

**however** 31:5 32:13 37:12 195:11 216:20

**HR** 129:21 144:5 145:19 152:14

**huge** 180:5

**human** 101:13 107:19,23 109:14 110:21 127:14,15,25 129:7 130:16 133:6 134:21 136:12 145:20 146:3,10 147:2, 8 148:4 149:14 206:21

**hundred** 216:19

**Huntington** 30:12,18 231:18

**I**

**I'LL** 6:21 7:12 15:13,24 25:22 31:12 34:4 40:4 44:22,25 69:25 151:12 195:8 202:11 204:18 206:14 208:6 214:12 227:18 232:5

**I'VE** 10:15 16:17 30:11 40:21 145:5 149:12 197:6 209:8

**I.m** 178:16

**ice** 54:2

**idea** 142:23 156:9 218:10 240:12

**identification** 14:14 60:2 110:4 135:17 151:21 204:14 207:7 233:4

**identify** 114:11

**IEP** 58:22 59:3,6 163:19

**IEPS** 29:10 59:14

**ill** 103:23

**illnesses** 228:15

**immediately** 67:4 129:15

**impact** 36:5
228:16

**impacted** 216:9
228:21

**impaired**
103:11

**impairment**
81:7,12 209:2

**impairments**
8:25 9:4

**impede** 10:19

**implemented**
122:13,15 148:6
149:18

**implications**
38:16

**important** 67:9

**improved**
104:14

**incident**
123:14,15
127:15 128:9
129:8,22
130:15,23
148:22 150:2,
17,18,19 168:10
211:7

**incidents** 26:12
132:12 133:7
153:19

**include** 35:8
41:17,20 87:8

**included** 43:15
62:2 156:23
228:9

**including** 43:22
86:6,7 158:7
161:24 180:5
217:13

**income** 226:14
228:8 229:19,22
230:20 231:2

**increase** 58:3

**increased**
26:25

**incur** 183:15
214:25

**incurred**
213:16,19

**independent**
221:22 222:6
226:11 230:25
233:11

**indicate** 6:23
153:7

**indicates** 117:2

**indicating**
162:17 170:8
175:8 206:25

**individual**
34:13 41:17

**individually**
37:12

**individuals**
34:24 121:8
226:17

**information**
19:21 31:14
34:14,16,17,21,
23 35:24 36:4
39:21 40:23,24
103:17 116:10
119:11 147:9
160:6 225:7
231:11,24
232:6,17

**initial** 156:17
196:8 224:3

**initially** 21:13
24:16 25:14
26:10,22 48:16
103:22 108:14
163:14,16,17

**initials** 66:7

**injections**
93:20

**injured** 150:25

**injuries** 228:15

**injury** 92:15
126:7 211:22

**innocent** 26:3

**inquired** 115:25

**instead** 174:10

**instructing**
34:3

**instructional**
69:22 180:23

**insurance** 98:7
201:11 213:20,
21 215:18
217:4,13
227:12,17
229:23 230:2

**intend** 39:19,20

**intense** 91:23
92:12 95:7,8
96:2,6,12,16
97:20

**interact** 65:5
69:24

**interaction**
64:21 68:24
131:15 156:6

**interactions**
67:25 68:3

**interested** 83:2,
10

**interesting**
60:23 61:18

**interim** 30:4

**interpretation**
73:7 171:3

**interrogatories**
213:7 231:7

**Interrogatory**
233:10,17,18

**interruption**
74:21 185:10

**intervals** 12:10

**intervention**
19:24 167:11

**interview** 45:24
46:19 47:9,22
48:7 82:9
103:12

**interviewed**
25:13 81:20

**interviews**
45:18

**into** 15:8 29:7
39:22 71:24
99:18,19 107:13
120:20 124:7

126:9,12 129:15
142:17 143:16
153:3 154:20
160:14 192:11
209:10

**investigated**
118:11

**involved** 61:12
136:25

**involves** 34:8

**involving** 42:13

**IRA** 225:20

**IRAS** 226:5

**Island** 110:7

**isn't** 70:23
212:13

**issue** 32:3,15
33:9,24 36:23
42:15,16 56:22
115:5 117:10
128:16 132:4
144:2,6 145:19
183:3 215:21
232:14 234:5

**issues** 37:8,11,
23 65:3 92:24
96:8 100:9,12
131:22 141:8,13
165:23 240:2,3

**it'll** 8:10

**items** 191:12

---

**J**

**Jackie** 22:6

**jail** 230:19

**Janet** 6:15 27:7,
12 45:16,25
46:3 47:9 50:5
51:15 53:13
56:9,12 57:3,4
64:4,9 65:16
66:14 67:5,11,
19,25 68:8,9
69:9 72:10,24
78:4 79:6,9
80:15 81:18,20
82:9 83:16,17,
20 84:6,15
85:11 91:9

100:6,8 101:17
102:8,13 103:18
105:2,9,12
106:14 107:20
108:2,19 109:7
111:20 112:5
113:20,22
124:25 125:19
127:6,17,20
128:4 129:13,16
130:18,23 135:6
137:4,7 138:15,
21 149:14
155:9,23
156:10,12
170:24 175:7
177:9,24 179:15
180:7,10,19,21
181:13,17
182:12 183:18
186:6 187:18
188:16 189:5
190:21 194:10
239:11

**Janet's** 46:8

**Jerusalem**
50:3,6 56:18
57:9 112:17
123:18 139:10
144:23 183:20

**Jewish** 184:3,
16

**Jim** 71:24

**job** 24:21 55:5
56:9 60:5,15
61:3,15,24
81:18 106:8
168:2 199:4
224:23 240:9,
14,21

**John** 6:15
112:20 119:2
121:16 154:11
155:23 156:14,
18 158:19,22
162:22 166:14

**joined** 214:15
215:13

**joke** 119:25

**jokes** 120:5

**jokester** 66:22

**journal** 235:24

**judge** 31:20,22
32:5,10 36:9
37:4,10 38:2,5,
17 39:6,13
87:19

**judge's** 39:13

**judgment**
235:21

**July** 85:6

**jumping** 128:5

**June** 79:3

**jury** 236:12

**just** 9:20 11:11
13:18,20 14:15,
16,22 15:5,9
18:16 20:19
22:3,20 23:2
24:5,20 29:20
32:11,19 33:15
34:20 36:15
37:15,20 39:4,
12 40:18 41:22
43:14 47:2
48:25 50:19
51:5,21,23 52:9
53:2 55:14,15
58:2,17,20
60:12,21 61:17
64:10 65:22
68:19 69:7 70:6
71:5 75:11,21
76:4 77:16 78:9,
11 80:4 84:8
90:20 95:23,24
96:14,22 99:7
100:20,23 101:3
106:12,23
107:21 109:12
110:6,12 111:10
114:12 115:20
116:14,23
117:17 121:23
122:4,16 123:4
125:20 127:3,24
128:23 129:12
131:16 132:17,
19,20,24 133:2,
15 134:6,16
136:12,25
137:24 138:19
139:2,9 141:22
142:15,16
143:16,23
144:17,21 145:9

147:25 148:8
150:2,8 151:2,4,
21 152:25
153:10,15
155:10 158:19
162:19,25
165:5,16
166:18,20,25
167:4,20 168:16
169:16 173:8,9
178:15 180:2
182:15 183:9
184:2,9 187:6
190:24 192:5
193:21 195:2
197:8,9,16,19
199:2,3 203:18
205:23 207:11
208:5 210:3
214:9 222:18
232:19 233:6,23
234:4 235:2,3,
21 239:6

---

**K**

**K&I** 207:7

**Kallus** 11:16
13:17 27:17
31:15 32:22
33:6 34:6 35:10
36:2 37:3 38:6,
20 40:14,17
41:12,21 51:6
62:3,7 70:7,19,
23 71:4 81:14
86:9,15,19
87:23 115:11
120:6 130:7
158:9 197:17
199:14 200:19
203:24 205:22
212:16 213:3,6
214:4 217:3
219:4 231:21
232:10,21,24
234:4,13,17
239:6,10 240:18

**keep** 8:10 23:2
34:21 75:8,13
76:6 139:10
198:14 235:24

**Kennedy**
112:25 123:6
134:3 144:10,13
145:5 149:8

171:23 172:5
176:4,10,13,18,
21,22 178:20
184:13 186:20
193:19

**kept** 35:6 39:24
41:2 76:13,14
80:6 103:20
104:5,19,21
105:18,19
108:10 181:25
189:10

**kid** 65:2 68:19
69:18,25 72:20
125:17 139:23
142:16 144:23
148:23 149:2
151:2 165:7,12
176:5 178:18
179:10 180:16,
18

**kid's** 141:20
163:13

**kids** 52:20 59:14
64:23 65:2 66:3
84:12 95:25
122:5 123:8
125:7,14 132:16
133:10,11
134:16 139:3
142:3,14 148:13
156:19 159:12
178:22,25 179:2
180:11,12
183:7,8,22
193:18 209:11

**kind** 22:7 32:16
33:11 36:22
38:23 41:5
67:10 69:5 70:8
92:13 123:19
124:21 154:8
161:5 210:13

**kitty** 129:2

**knew** 27:21
49:13 123:2,3
124:9 125:6
126:17 133:22
137:14 150:23
156:2,6,25
175:16 178:23,
25 179:5 180:5
187:25 189:16
190:10,11

**knock** 94:7

**know** 6:21 7:4,
25 9:21 10:21
11:24 12:7
13:19 15:12
16:4 18:10,12,
19 20:11 23:23
28:17 30:6
34:21,22,25
35:3,24 36:11,
13,15,23 37:20
38:15,16,17
43:5,9 44:6,19
47:21,24 48:19
50:15,17 53:24
57:17 58:15
59:10,11 60:20
62:23 63:19
64:25 65:14
67:6 69:14 70:7,
9 71:5 73:11
74:11,17 75:5,
17 76:20,22
80:18 83:17,18
84:13,20 89:7
90:11 93:15
95:5 97:23,25
98:17,22 100:2,
5,6,20 103:19
104:6,13,19
105:14 106:16,
19,20 108:6
109:3,21
111:11,21 112:6
115:9,12
116:15,19
117:13 118:5
120:6,11,21,23
122:14,21 123:4
124:4 125:13
126:18,19,21,25
127:2,10 128:6,
15,16 129:13
130:6,19 131:21
132:4,15 133:3,
4,12 134:15,18
135:6,21 136:6,
22,23 137:4,5,8,
9,18,24,25
138:12,13,15,
20,21 139:2,6,
17,20 142:15,16
143:5 146:17
148:9,11 150:9,
11 154:13
155:13,24
156:9,10,15,16,

20,21 158:4,5,
12 159:5,7,10,
14,16,17,18
160:11 161:22
164:20,23 165:8
166:8,15,25
167:2 168:12,16
169:9,16,25
170:2 172:6,18
175:15,23
176:12,15,24
177:13,16
178:16 180:15
181:4,9,18,24
182:14,21
183:8,10 185:3,
11,18 186:21
187:7,19 189:8,
14,18 190:4
191:14 194:9
195:9,15
196:13,14,15
198:19,20
199:12,16
203:24,25 204:3
205:12 206:2,3,
5,23 207:3
208:5 209:7
213:25 215:16,
24 216:3
217:17,21
218:12 221:3
222:19 223:14
224:7,8,25
225:17 228:5
229:3,8,18,25
230:3,6,15,20,
25 231:3 233:6,
25 234:17,23
235:15 237:4
238:7,8 240:7
241:2

**knowledge**
14:3 146:19
183:13 184:22,
23 201:3 229:15

**knows** 179:25
199:17 222:18

---

**L**

**Labor** 103:5,7
105:23

**lack** 182:18

**Lackey** 71:24

**laid** 101:24
179:4

**last** 10:3 11:20
12:4 18:10
29:18 50:8,15
57:22 91:21,22
92:5 96:23 97:2
151:24 190:3,4
209:19 240:14

**lasted** 94:15
97:22

**late** 159:20,21
165:2 183:5
239:13,19

**later** 15:8,25
94:23 106:11
133:14 144:15
148:8 156:5
159:19 200:19

**laundry** 94:23

**law** 6:13 39:6,14
51:18

**laws** 191:24

**lawsuit** 6:16,17
34:8,11 35:23
42:8 43:7 231:8
236:3,7

**lawyer** 71:6
195:23

**lawyers** 34:20
192:15

**lay** 179:10

**lead** 50:6,19

**learned** 94:25

**leave** 8:22 24:13
25:2 26:18 40:4
53:25 92:9
100:3 106:9
125:21 127:23
128:2 138:17
221:17

**leaving** 229:25

**left** 9:13 19:20
23:23 27:2
28:19 108:18
129:17 141:3
188:4 200:2
214:19,20 215:5

**leg** 9:25 92:14,

16

**legal** 70:20,21

**legally** 192:16
223:12 225:17

**length** 52:4

**lengthy** 28:2

**Lennox** 212:7

**Leora** 50:15
56:2,3 67:20
124:11 177:5

**Leora's** 72:4

**less** 8:11 49:6
84:10 190:7
219:20

**let** 6:21 7:15 8:3
15:12 19:13
24:13 25:22
32:20 34:4 47:2
59:15 77:2
80:18 83:9 87:2
88:4 89:11 92:3
97:9 100:6,18
107:21 119:14
122:22 125:23,
24 127:13
129:13 130:6
133:5 135:18,21
136:23,25
138:19 139:3,13
142:11 150:2
151:9 160:13
161:7 165:3,16
166:20,25
169:15,16
171:13 172:22
174:20 179:9
180:12 182:15
187:7 188:3,6
189:4 190:25
195:8 199:20
202:19 208:5
209:12 223:8
229:24 233:6
234:6

**let's** 20:8 80:16
126:2 139:9
146:24 151:24
174:10 179:23
180:2 188:11
203:7 228:12

**letter** 12:16,20,
21 37:17 106:18

108:16,21
109:11,18,19
110:6 111:14
116:3 117:3
135:9,11,20
136:3,9,13,15
146:23 153:11,
24,25 155:10,19
157:2,7,8
166:23 167:2,5,
19 168:15
169:13,21,23
170:15 171:3,4
173:19 175:24
180:25 181:3,4,
9,11 182:2,12
218:21

**letters** 153:14
179:15 181:16

**level** 202:14

**levels** 200:12

**license** 17:15,
23 18:4

**licensed** 17:4,7

**licenses** 17:20

**life** 92:18

**lift** 111:10 114:6
117:17,24
122:12,24
128:22 133:8,
17,24 141:9
148:12 165:6
209:9 235:19

**lifting** 94:5
117:3 119:7,8
122:19 130:2
234:20

**lightly** 178:15

**like** 9:13 14:10
16:15 17:18
18:7,13 19:18
20:8,11,15
23:17,22 25:23
26:8 27:15 29:5
32:11 35:8,13
36:7,13,20,25
39:17 43:4,24
44:6 46:11 52:6
59:12 61:11
62:13 64:6,19
82:4 85:5,7
90:8,11 100:4

102:25 103:15
104:13 112:4
119:25 122:20
126:13 127:3,5
128:13,23
129:3,4 133:13
137:4,19 144:15
145:14 148:8,23
149:2,15,17,23
150:10 151:2,3
155:25 156:3,
13,14,15 159:12
172:6 178:4,22,
24 179:12,13
181:25 182:6
188:17 189:11
190:14 192:5
193:22 194:14
196:17,24
199:4,13,18,25
200:6 204:19
206:19,20
209:15,16
210:4,13 211:6
213:13,22
214:19 215:16,
24 216:24 219:5
221:5 222:14
229:22 230:6,7
234:18 235:15
236:7,8,11
237:10 239:25

**liked** 24:21
46:22

**likelihood**
188:2

**limitation** 81:12
131:25

**limitations** 95:9
111:7 116:8
122:2 137:12
146:11 159:23
237:20

**limited** 84:3
217:14 228:10

**line** 37:16

**Lineen** 6:6,13
13:18 29:16
31:17,19,23,24
32:15,23 33:3,
10 34:24 35:16
36:23 37:14,24
38:8,12,25 39:3,
8,10,12 40:15

44:20 57:20
59:24 62:5,9
70:12 74:14
81:16 86:12,17,
20 88:13 109:25
120:8 121:3
135:15 151:12
199:16 204:11
205:16 207:4
212:22 213:5
217:11 218:25
219:7,13 221:14
226:3 227:10,14
228:5 231:25
232:16,22,25
234:15 237:4
238:9 239:8,14,
18 240:16,22
241:4

**list** 37:10,22
47:20,23 222:20
223:2 224:19,22
225:12

**listen** 80:4

**listened** 197:18

**literally** 94:24
103:15 104:18
123:25 125:19

**litigation** 34:2
35:9 39:25 41:7,
8,15

**litter** 129:2

**little** 7:21 32:3
44:4 47:2 51:23
66:18 94:4
106:11 134:16
142:11 151:11
174:20 175:18
196:15 217:17
233:23

**live** 16:6,9 70:8

**lived** 16:2

**load** 84:11

**local** 29:11 30:5

**locate** 217:3
238:20

**located** 148:21

**long** 11:24 12:7
13:7 16:2 26:7
35:11 66:16
74:8 85:14,15,

19 94:14 99:18,
19 102:21 109:5
110:7 120:23
121:2 195:11
230:9

**longer** 66:18
186:8 188:3
193:16

**look** 13:10,15,22
15:5,9,24 38:2
60:3,6,8,13,20,
22 62:6,7 80:16,
18 89:9 110:5
128:17 134:22
135:18,22
151:14 160:13
161:7,20
162:16,19,20
166:21 167:3
176:15 187:3,6
204:17 205:14
207:8,12 208:3,
6 229:22

**looked** 13:8,9,
12,25 15:21
65:23 89:4 90:8
153:11 159:12
173:19 237:15

**looking** 12:25
28:5,8 47:15
48:16 60:25
90:5 116:25
159:8 189:21
193:6 200:7
230:2 231:6,14

**looks** 155:25
177:9 190:23
204:19

**Lord** 222:18

**lose** 132:25
133:2 217:23

**losing** 223:7

**loss** 42:23
214:13

**lost** 113:9,10

**lot** 84:9 99:16
111:21 113:9,14
149:5 166:19
207:25 210:14
219:11 231:2

**lots** 54:2 114:5
193:20

**low** 132:17

**lower** 124:18
154:12,13 230:5

**luck** 85:13
112:15

**lumbar** 93:15,
17

**lunch** 120:24

**Lydia** 229:4

**M**

**machine** 76:22,
24 94:24

**made** 6:19 14:2,
5,8 29:6 31:22
39:12 75:16
77:10 79:22
95:25 101:21
114:15,18,19
119:22 123:23
126:20 127:9
146:5 149:21
179:4 196:18
201:7 206:25
224:18 225:15
230:2 235:13

**mail** 74:14

**main** 174:21

**maintain** 79:20
165:9

**maintained**
77:5

**major** 183:3

**majorly** 103:11

**make** 7:4 8:5,11,
20 24:23,25
34:22 35:19
37:20,25 39:4
47:4 58:14
65:12 67:11
68:25 72:6,23
75:21 76:3,11
79:8,25 81:10
96:14 102:5
105:4 108:10
113:18 116:23
117:15 118:14
119:17 120:4,12
123:7 140:16,20

141:22 143:22
151:4 152:25
153:10,15
164:24 165:12
170:6,10 179:13
181:8,14 185:20
196:2,4,7,18,19
215:14,23
219:19,20 225:8
232:22 234:24

**makes** 87:3
88:16

**making** 119:25
161:19

**mal** 126:10

**manage** 131:10

**managed** 34:20
179:12

**many** 30:9 31:9
45:21 50:8
63:25 83:6
91:10 102:19
107:12 108:4
172:3 216:20,21
217:18 218:6,14
236:6,7

**March** 45:11
63:19

**mark** 75:17
90:23 221:14
232:25

**marked** 14:14,
16 39:19 59:24
60:2,4 80:17
109:25 110:4,6
135:15,17,19
151:15,25
166:22 169:16
187:4 204:11,14
207:4,7,9 208:4
223:10 233:4

**married** 11:2,4

**Mary** 190:2,19

**Mary's** 193:18,
19

**masters** 16:23
19:11 20:17,18,
19,23 24:18

**mat** 178:18
179:3,4

**materials** 66:12

**Matoose** 210:6
211:19 212:8
213:5,6

**may** 7:25 30:14
60:10 64:6
66:17 70:10
76:18 77:4,21
79:3 88:8 89:17
90:23 148:2
151:7 152:18
174:7 176:20,24
202:11

**maybe** 9:13
11:25 12:9
18:16 23:11,12
37:21 38:22
40:14 44:6
45:11 59:2
74:15 106:11
111:23 115:15
126:22 135:4
138:18 148:20
156:13,14 176:2
193:14

**me** 6:21,23 7:15,
20 8:3 10:23
15:4,12 18:20
19:13 20:20
24:13 26:13,25
27:9,12 31:6
32:19,20,25
33:20 34:19
35:2,6 38:6
41:12 46:3,20,
21,22 47:2,10,
14,20 48:17
49:19,20 50:9,
10,21 51:16,20,
22 53:14,15
56:7,8,11,12
58:18,25 59:15
64:24 65:7 67:4,
24 68:6,21
69:17 74:12
75:16 76:21
77:2,7 78:5,9,23
79:23 80:18
82:8 83:6,9
85:14 86:7 87:2,
16 88:4 89:11
91:19 92:2,3
97:9 99:23
100:18 101:6,
10,21 104:16,17
107:20,21

113:17 114:6
118:12,21,25
119:14 122:22
123:3,16 124:15
126:8 127:13,19
128:5,23 129:16
130:24 131:6,9
132:20 133:5
135:18,21
136:25 138:19
139:3,4 142:3,9,
11,16 143:25
144:22 145:6
146:17 148:12
150:2,9,23
151:3,5,9 154:7,
17,20,24
155:13,16,20
156:8 158:4,8
159:14,19
160:13 161:4,7,
18 162:17
164:21 165:3,8,
16 166:4,20,25
169:5,15,16
171:13 172:14,
22 174:20 177:8
178:18,20,23
179:7,9 180:8,
15 181:6 182:7,
15,20 183:6,9,
18 184:24 186:2
187:7,19 188:3,
6,16 189:4,11,
19 190:22,25
191:9,10,11,19
193:23 194:5,10
195:5,6,9
196:17 205:22
208:5 209:5,12
210:7 213:18
214:9 216:17
219:17 223:6,8,
20 226:9 229:24
230:19 233:6
234:6 238:22
240:10 241:18

**me,so** 77:12

**mean** 20:14
25:10 35:12
36:3,8 41:13
52:16,17 61:10
62:10,15 66:20
82:4 83:15
99:13,19 100:11
104:16 111:9
114:7 116:4

130:4 133:11 134:8 138:6,11 139:22 142:12 144:20 148:11 156:5 157:7 159:2 161:19 163:11 174:15 182:9 188:18 193:8,25 209:6 210:12 215:19

**meaning** 11:12 49:8 90:5 104:23 105:17 181:11 231:17

**means** 40:19,24 133:4

**meant** 52:8 54:13 55:12 106:19

**mechanics** 235:21

**medical** 150:6 161:14 237:19

**medication** 93:18 211:16

**medications** 9:8 10:5 115:13 211:9

**medicine** 110:8 210:14 211:18

**meet** 11:21 118:25 121:15, 24 123:8 201:25

**meeting** 12:21 43:14 64:9 73:13 108:22 109:14 110:20, 23 111:2,5,13, 17 112:8,22 113:3,22,23,24 114:2 115:14, 15,19 116:25 117:7,21 118:3, 14,20,23 119:5, 13,15 120:11,16 121:7,11 122:5, 23 129:7,9,20, 22 130:3 133:5 134:3,24,25 135:3 137:9 140:12 146:22, 24 147:13,15 148:3,7 152:13,

15 154:3 155:18,21 156:3,14,18,25 157:10 158:13 161:3,18,23 164:18 167:6,7, 9,21 168:11,22 170:3,25 171:5, 7,15 172:13 173:20,25 174:18,19 175:17,22 176:25 177:5 181:20 187:14, 17,22,23 188:13 189:13 191:2,7, 10,15,21 192:23 194:12 195:6, 17,20 196:5,8, 12 197:5,21 199:19 202:4,5, 10 204:4 206:21 224:11 240:4,5

**meetings** 59:3, 7,8,21 229:5,6,7

**member** 62:20 63:11

**members** 202:20 205:19 206:12

**memorializatio n** 72:24 152:13 160:19

**memorialize** 120:15

**memorializing** 65:15 72:10,25 102:9

**mention** 127:18

**mentioned** 28:17 42:14,20 47:24 72:14,15, 18 110:19 127:17 136:2 142:12

**mentor** 50:14

**message** 108:18 200:2 205:6 206:8

**met** 75:13,14 112:21 119:4 122:5 129:13

164:21 175:19 203:10

**method** 149:22

**middle** 14:23 127:7

**middle-aged** 166:7

**midyear** 53:25

**might** 34:15 35:11 36:8,21 37:11,19 38:6, 22 83:15 156:7 162:25 163:23 188:5

**Miller** 6:15

**million** 148:24, 25

**mind** 29:16 128:24 156:9 182:9 235:6

**Mindy** 11:11 33:6 75:14,25 79:21 88:23

**minute** 156:13

**minutes** 221:5, 6

**misleading** 87:19

**miss** 215:24

**missed** 75:2

**misunderstand ings** 153:18

**mode** 146:4

**mom** 94:5 176:6

**Monday** 37:10, 15 38:6 91:23 96:15 97:12,14, 17 98:2

**monetary** 236:13

**money** 24:23,25 42:21 43:5 44:4, 5 84:10 214:18, 24 215:23 226:7,10

**month** 213:22

**months** 20:15 22:23 26:8 49:12 52:6 55:2 183:22 216:20

**more** 8:16 19:7 21:22,23 24:23 37:11 41:10 48:22 49:6 54:3 69:16 89:9 93:13,22 94:21 97:7 117:3,24 119:7 122:12,24 125:11 129:4 130:5 133:8 134:2,15,23 136:24 137:25 141:9 142:3,6,8, 13,15,25 148:20 149:5 150:22 151:2 190:7 215:8,23 219:19 221:6 224:8

**morning** 6:12 31:23 91:23 96:15 97:12 124:12 187:4 238:4

**most** 22:10 84:11 125:13

**motion** 37:20, 22 232:23

**move** 22:24 94:25 102:7,11 116:16 151:9,11 209:9,11 230:8

**moved** 21:14

**movement** 114:15 148:19 159:20

**Mr** 99:14 121:22 163:4,24 164:7, 11 168:10 169:22 171:5,14 195:23 205:6,19 206:9,12 238:3, 12,19

**MRI** 95:13 98:7 104:9,10 114:19 212:12

**MRIS** 103:13

**Ms** 6:6,12 11:16 13:17,18 27:17

29:16 31:15,17, 19,23 32:6,15, 19,22,23,24 33:3,6,8,10 34:6,24 35:10, 16 36:2,7,23 37:3,5,14,18,24, 25 38:6,8,9,12, 15,20,21,25 39:2,3,5,8,9,10, 12 40:14,15,17 41:12,21 44:20 51:6 57:20 59:24 62:3,5,7,9 70:7,12,19,23 71:4 74:14 77:4 81:14,16 86:9, 12,15,17,19,20 87:15,20,23 88:13 109:25 115:11 120:6,8 121:3 130:7 135:15 151:12 152:10 158:9 168:10,24 169:8 170:10 171:24 173:6,19,25 174:21 175:12, 20 176:25 185:14,21 186:15 197:17 199:14,16 200:19 203:24 204:11 205:16, 22 207:4 212:16,22 213:3,5,6 214:4 217:3,11 218:25 219:4,7,13 221:14 226:3 227:10,14 228:5 231:21,25 232:10,16,21, 22,24,25 234:4, 13,15,17 237:4 238:9 239:6,8, 10,14,18 240:16,18,22 241:4

**much** 44:5 91:25 106:5 114:13 116:17 117:16 138:18 166:13 216:16 229:19 230:4, 10,20 231:3

**multiple** 71:12 89:24

**multiple-paged** 151:12

**muscle** 113:9

**must** 141:2 161:17 176:22 189:9 197:6

**my** 6:12,20 7:15, 20 8:3 9:2,10, 18,24 10:22 12:18,19,21,23 13:4 14:6 15:15 16:4 19:10,11, 20 20:4,12,18 22:2 24:18,21 26:11,22 33:11, 21 34:3 35:18, 19 36:9 39:5 40:2,11 42:14, 20 43:5 46:20 47:17 50:14 51:22 54:3,9 58:3 60:25 62:16 64:21,23 65:25 66:25 68:20 71:11 75:4 76:13 77:9 79:24 80:2,4 83:3,8 87:15,16, 25 88:25 92:14, 23 94:5,25 95:20 96:20 97:6,24 98:9 99:15,23 100:9 101:9 103:12,16 104:18 106:8,17 108:13,15 114:20,21 115:12,20,24 120:5 122:20 123:3,14,24 124:2,9,13,18, 21,24 127:2 128:23 132:24 137:3,14 139:5 147:25 149:2 154:8 155:3,7,8 156:9 157:2,5 158:6 161:13 162:3,6 165:7,9, 16 170:24 171:3 174:8 177:5 179:2,19 180:20 182:3,9 183:3,4, 6 184:15,23

186:8,9,13 188:5,19 189:14,15 191:13 195:4 199:4 202:12 204:3 206:4 210:18 212:5,9 213:21 214:2,18 215:17 222:16, 17 223:14 224:23 225:8 230:13,24 231:8 235:6,14 238:16 239:14,17 240:22

**myself** 106:12 113:8 192:13 234:14,18

---

**N**

**name** 6:7,12 24:8 25:12 27:22 33:19 39:4,5 46:2,5 47:17 50:7,8,9, 15 62:23 66:5 83:24,25 111:21 159:18 161:21 163:13 166:5,6 190:2,3,4 211:25 212:2,9, 16 224:7 229:3

**named** 34:25 125:24 233:12 236:5

**names** 22:5 29:4,22 31:10 33:25 39:17,23 66:3 221:9,15 226:13 233:15 239:4

**narrative** 90:9, 11,21

**Nassau** 6:15 18:22,24 25:17 29:5 31:25 59:16 60:16 61:4 202:21 206:3,6 228:9

**nauseous** 113:14

**necessarily**

34:18 37:13 65:6 100:20 123:9 139:6 149:2 219:6

**necessary** 234:8 239:3

**neck** 209:16 211:22

**Neculak** 187:18

**need** 7:7,15,23 8:15 18:8 51:21 52:24 59:2,3 60:14,22 62:9 67:7 71:4 74:22, 23,25 75:12 97:14 99:15 100:11 111:11 112:4 117:17 119:7,8 120:7,9, 10,18,19,25 121:4 122:15 125:20 129:3,12 130:5,9 134:8, 10,22 142:7,25 146:11 147:4,11 150:8,23 152:20,22 156:14,15 160:7,12 162:25 163:20,24 165:10 176:15 180:8,17 183:15 186:13 191:24 197:2 210:8,9, 10 219:9 227:6 232:16 234:20 235:21

**needed** 41:11 52:13,20 64:10 71:9 93:22 95:4 108:21 109:17 118:2 123:5 127:23 132:21 136:13,20,23 137:7 142:19 143:3,7 145:23 147:20 148:13 150:10 158:17 159:24 165:12 178:4,5 180:11 218:14

**needing** 118:15 129:9,22 164:13

**needs** 14:10

37:3 66:9 111:11 158:17 161:14 162:13 196:22,23

**negative** 194:2 239:21,23

**nephew** 65:25

**never** 13:8 53:24 61:5 62:13 71:7,9 73:22 112:21 116:5 119:4 129:13 147:16 164:21 171:18 172:11,14 173:12 188:23 189:2 193:4 200:2 217:25 227:6 236:21,24 237:3

**new** 6:3,10 17:7, 15 19:4,14 20:2, 6 21:4,19 22:14 24:14 25:4,19 26:19,22 28:12, 19,21 29:24 42:5,9 44:24 46:22 47:3 48:4, 13 53:16,18,20 54:22 63:10 85:18 142:14 184:14 214:14 215:8 236:4 237:6

**next** 70:2 78:22 91:6 98:22 101:8 102:14,23 105:12 109:6, 10,11 140:18 182:21 196:23 234:25

**nice** 121:24 130:13 133:15

**nicer** 166:14

**night** 11:20 12:4

**nine** 9:13

**no** 9:3,7,11,17, 20 10:4,8,15,20 11:3,5,7 13:2, 14,18,19,24 14:12,19,20,25 16:8,11,16,21, 24 17:12,22,25

18:3,16 19:22 23:18 25:20 26:6,17,23 28:2, 7,11,15 30:3,20 33:24 43:11 44:15 45:8 47:7, 11 50:12,20 54:16,17,21 55:9,14,22 56:2, 6,25 57:3,14 59:19 60:6,10, 11,17 62:18,24 63:3,14,16 64:10,15,17 65:4,11,14,17, 22 66:15 67:17 68:7 69:13 70:5, 6 71:11,14,15 72:8,12 73:4,9 76:4,9,13 77:22 78:6,15 79:11 80:17 81:4,8,13 82:13 83:14 84:17 85:5 86:17 88:11 89:9,14 91:3,16, 19 92:11 93:12 95:16,18,24 96:10,13,20 97:11,19,21 98:12,13,25 99:10,25 101:14 102:4,7 104:5 105:3,6,8,10 107:2,20,22 111:4 112:5 114:25 115:6,15 117:22 118:4,5, 8,18,22 119:9, 13,16,23 120:2, 14,17 122:4 124:8 127:17,22 128:4,12,15 129:12,25 130:18,20,21 132:9,11 133:25 134:4 136:8 137:14,15 138:5,11 139:9, 16 140:9,11,13, 15,18,19,21 141:10,12 142:2,4,23 143:2,9,11,12, 13,20 144:4,7, 13 145:4,7,14, 18,21,25 146:16,18

147:3,6,12,24
148:8 149:11,
12,19,24 150:8,
14,15,16 153:21
154:5,7,23
155:21 156:9
158:6,16,19,23
164:10 165:25
166:3 168:18,19
169:6 170:5,12,
16,18 171:20
172:25 173:4,7,
15,17 174:23
175:14 176:16
179:6 181:9,15,
23 183:18
184:21 185:23
186:8,17,19,23,
24 187:24
188:3,12 190:18
191:4,6,9,10,18,
19 193:13,16
194:21,24
195:14,18,19,
21,25 196:3,10,
18,19 197:4,8,9,
15,16,19,23
199:9 200:9,23
201:2,14,17,23
202:7,19,23
203:2,9,15
209:4 211:2,15,
18 212:4 213:2
215:25 216:3,5,
6,11 217:2
218:3,4,16
219:23 220:11
222:3,8,12
224:12,13,14,
17,21 225:10,
14,19 226:9,15,
16,19,22
227:20,24
228:4,18,24
229:2,10,16
230:22,24 234:8
235:6,10 236:2,
18,24 237:21
240:4,17

**nobody** 73:23
83:22 86:5,24
89:2 123:16
126:11 142:10
145:15 154:18
155:22 180:5
194:14 195:4
216:4

**nod** 7:6

**non-eventful**
141:22

**none** 30:15
105:3 183:11
216:6

**nonverbal** 7:12

**normal** 70:14
75:7 97:15
122:8

**normally** 33:14
35:7 217:6
220:8,18

**not** 9:17,23 15:6
16:16 17:22
18:7,16 21:10
22:2,25 25:20
27:15 29:25
30:9 31:4,13
32:10 34:18,22,
23 35:8,10,12
36:17,25 37:12
38:6 39:13 40:2,
10,25 41:17
42:19,20,22
43:3,5 44:6
47:19 48:6,15
51:18 53:12,24
54:4,17,19,20,
21 55:9,17,18
56:2,20 58:24
59:13 61:5,25
62:7 63:18
64:20,22 65:6,
14 66:25 67:20
68:21 70:12,21,
25 72:5 73:8,9,
25 75:10 76:17,
18 78:16 79:7
80:2 82:13
83:14 86:15,23
87:8,10,12
88:12 89:23
90:20 91:12,16
94:8 96:20 97:8,
11 98:15,20
99:20 101:8
103:16 104:2
106:19 107:16
108:9 112:5
113:7,9 114:3,
13,18 115:8,21
117:24 118:2
119:13,20 120:4
121:23 122:11

123:9,13,17
124:6,20,25
125:7,14,21,22
127:17 132:6,24
134:16 135:5
136:22 138:7,
10,20 139:17,23
141:23 143:25
145:6 146:16
148:10,11,12,
13,21,24 149:11
151:5 152:15
154:25 155:11
157:4 158:25
159:25 163:6,19
164:20 165:6,7,
22 167:10,14,17
168:2,19,20,21
169:11 174:12,
13 177:14
179:5,7,17,22
180:14,15
182:10,19,25
183:9 184:23
187:14 188:5,14
189:14 191:25
192:4,15 193:22
194:13,23 195:6
196:16 198:5,7,
11,20 199:3
205:20 206:13
208:20,22
211:24 212:9
213:8 214:25
215:24 216:17
217:2,14 218:22
219:23 221:18
223:11,12 225:9
227:7,8 228:10
230:5,24
231:14,21
232:6,13,22
234:8 235:2
238:7,14,25

**Notary** 6:3
241:22

**note** 110:11
146:3 147:8
148:5 149:15
159:4 160:3,21
239:14 240:22

**noted** 221:3

**notes** 65:12
72:6,23 73:11
75:5 76:21 79:8
87:7,10 102:5

105:4 108:10
119:17,20
120:12 140:16,
20 170:6,10
171:14,19
174:12,19
181:8,14 196:2,
4,7 224:10
237:14

**nothing** 10:18
17:18 22:15,16
23:4,20 30:15
32:13 70:17
94:11 156:7
193:9 217:22
227:13

**notice** 7:11
26:25 53:17
117:4 191:24,25
192:22

**noticed** 206:2

**notified** 218:22

**notify** 53:16

**November**
198:13 211:9

**now** 11:8 17:4
18:21 22:18
23:7 27:4 31:16
32:10 40:16
42:3 45:3,15
49:7 52:17 53:8
55:23 57:8
58:10 60:13
62:20 67:18
66:8 81:17
84:13 85:9
89:11,15 91:13,
17 94:9 96:2
100:11,18
102:12 103:25
109:18 110:15
111:10 112:8
114:16 117:14
119:5 120:7
128:8 129:6
130:14 132:6
133:20 134:18
136:6 139:12
141:4 148:3
149:20,25 151:7
159:10 160:2,18
162:16,20
163:12,22
169:12,25

179:7,14 182:21
183:2 187:2,16
192:21 193:16,
19 196:17
198:14,25
204:22 206:17
208:25 210:11
211:25 213:14,
21 214:7,11
217:16,22 221:2
222:18 230:3
231:6 232:5,20,
23 239:21

**number** 32:7,21
36:14 121:7
152:4 155:13
160:16 233:17,
18

**numbered**
76:17

**numbers** 78:8
217:5

**nurse** 100:2
126:22,24 151:4

**NYU** 21:3

**O**

**o'clock** 9:13
238:3

**oath** 13:4

**objection**
36:12,18 233:18
239:14 240:22

**objections** 7:22

**obligation**
10:10

**observation**
56:5,24 64:7,19
66:11,16,25
67:2,16 68:2,10,
14 69:6,19
70:11 71:22
73:2,6,14 75:9
77:3,15,20 78:5,
12 79:6,10,13
80:14 88:8
168:23 169:3,6,
7 170:24 171:2
173:3,21 174:2,
5 175:19 176:2
177:10,12,18,22

182:18,22
183:14,23
185:15 188:17
189:7

**observations**
64:11 76:7
78:14 90:23
91:5,14 171:24
172:23 173:5
184:10 185:5,
12,22 186:16
190:22

**observe** 49:20
56:11

**observed** 48:25
49:7,17 52:12
55:25 56:19
63:22 64:24
65:21 66:7,24
169:3 173:13
177:16 178:14
196:22

**observing**
183:6

**obtain** 20:23
40:12 212:19
226:20 227:16
228:11 237:7

**obtained** 16:19,
22 17:19 22:12
171:18

**obtaining** 48:23

**obvious** 141:23
223:7

**obviously**
22:24 84:3 89:6
158:2 194:23
210:7 211:3

**occasions**
94:11 122:23
134:5

**occupational**
17:4,11,23
20:22,24 21:6,
15,16 25:8
33:17 34:10
45:14 50:18
58:10,12 60:5
61:25 82:23

**occupying**
175:6

**occur** 110:20

**occurred** 67:15
110:23 196:9

**October** 135:19
151:16 153:4,11
157:8,14 160:15
161:8 162:22
166:23 169:23
170:3 173:20
175:22 181:2,11
187:15 191:2,
15,21 195:19
196:5,9 204:4,
20,25 209:13
237:16

**off** 31:15,18,21
33:23 39:11
40:14 68:12
69:18,24 85:8,
12 95:24 105:18
133:16 179:16
186:25 192:5,11
229:23 230:24
237:13

**offer** 201:7,15,
18

**offered** 26:21
40:18,21 53:14
121:11 201:10

**office** 13:4 41:4
46:3,8,9 50:20
56:6,7 59:9,10
67:7,11 71:19
72:13,14 74:12,
13 89:25 90:2
98:4 99:6,13,19
101:5,9 112:20,
22 123:22
124:9,13,24
137:3 153:25
154:20 155:5
174:9,10,21
177:5,6 192:12
224:6 231:8

**office/therapy**
67:23

**official** 22:20
62:25 63:15
171:20 212:18
229:14

**officials** 206:13

**oh** 15:4 18:17
47:14 55:23

56:18 58:22
78:25 85:20
97:24 112:10
116:3 118:25
122:20 124:20
149:25 151:2
156:24 189:14
195:4 205:10
212:12,13

**okay** 7:2,14,24
8:14,24 9:8,12,
15,22 10:9 11:8,
19,21 12:2,11
13:12 15:15,20,
24 16:6,12,19
17:10,14,19,23
18:10 19:3,6
20:5,10 21:2,4,
11,19,24 22:5,9,
14,21 23:5,9,21
24:8,12 25:3,12,
16,23 26:5,7,12
27:4,11 29:3,21
30:13 32:6,9,15,
24 33:8 37:14,
24 38:8,15,25
39:2 40:17
41:22,24 42:2,
22 43:10,12,22
44:11,16,20
45:12,23 46:5,
18 47:24 49:16,
22,25 50:4
51:23 54:9 55:5,
10,18,23 56:24
57:4 58:8,21
59:6,23 60:3,19,
22,25 61:8,14,
23 62:20,25
63:10,13,25
64:3,5,7,13
65:9,22 66:5,11
67:22,24 68:16
69:14 70:19
71:11,16,17,24
72:6,17 73:5,12,
16,19,24 75:2,7,
19 76:10,19
77:14,23 78:13,
25 79:8,24 80:2,
3,9,13,16 81:9
82:22 83:9
84:13,22 85:9,
22 86:8,15 87:2
88:5,15,16 89:3,
10 90:7 91:13,
17,21 92:4,8,21

93:4,23 94:2,9,
14 95:8,18
96:22,25 97:9,
12 98:10,11,19
100:14,16
101:7,12 102:12
104:20,21
106:13,22,24
107:12,17,21,25
108:11,14,19
109:9,16 110:5,
15,19,23 111:2,
13 112:11
113:17,21,25
114:2,16 115:7,
10,17,23,24
116:20 117:14
118:13 119:3,5
120:18,20
121:21 122:7,10
123:11,15
124:19 125:3,25
127:4 128:6,19
129:6,17,18,20
130:2,11,14,22
131:2,11,20
132:7,20,22
134:9,14,18
135:8 136:9
137:16 138:3,6,
19,23 139:12,19
140:14,23,25
142:24 144:5,8,
12,17 145:2,12,
16 146:15,19,24
148:15 149:9
151:24 152:21,
25 153:13,15,
22,24 154:25
156:10 157:10,
12 158:21
160:9,10,18,23
161:2,7 162:3,5,
9,16 164:11
165:3 166:4,20
167:9,13,17,20
168:14,22
169:12,15,21
170:13 171:9,
13,18,21 172:9,
20 173:24 174:4
175:12,18,25
176:8,17,24
177:7,15 178:15
179:23 180:20
181:21 182:20
183:13 185:2,19
186:3 187:8,11,

16,21 191:20
193:24 194:25
195:15 197:4,7,
13,20 198:7,14,
22 199:7 200:5
202:20 204:3,17
205:13,15,21
206:2,7,16,24
207:17 208:8,
22,25 209:5,12
210:2 212:11,15
213:9 214:6,10,
13 216:8 217:6,
8 218:13,25
219:13 220:3,
12,17 221:7
222:9 223:17
224:18 226:3,16
228:5,19 229:8
230:10 232:4,
16,21 233:17
234:11 235:3,8,
11,23 237:4
239:8,18

**old** 179:5

**older** 125:10
218:9

**on** 7:23 8:21
10:6 16:13
19:15 31:24
32:5,14,24,25
36:5,24 37:10,
15,16 38:5,12
40:15,22 41:24
58:22 59:20
64:12,18,21
65:19,25 66:2,
21,22 67:14
69:3,17,23,25
70:10 74:3
90:13 91:22
94:7,10 96:7
97:14 98:6,9,11
99:22 100:7
103:16 107:10
108:15 112:12,
16,23 117:10
118:10 119:11
122:8 124:18
125:11 126:21
129:20 137:3,9
143:21 146:17
148:24 151:3,9,
16,19,21 152:19
153:2 156:3,23
157:13 160:13

161:21 162:21
168:17,24
172:21 174:11
177:2 178:3
179:24 180:3,12
182:3 183:2,7
186:4,13 187:14
189:15 190:23
192:6,9,15
194:16 195:9,23
196:9 197:3
198:22 203:20
204:9,24 205:23
207:17,23
208:11 210:8,14
211:18 214:22
219:11 220:21
221:19 222:16,
17,20 224:6,19,
22 228:7,16
229:14 231:3
232:2,5,20
238:17 239:4

**once** 19:11 20:6
31:3,4 49:20
59:20 64:2 95:6,
8,18 108:6
129:14 178:2,
19,23 180:16
182:8 192:4
235:14 238:3
239:3

**one** 19:6,7
20:21,22 21:21,
22,23,25 22:7,
10 45:22 50:12
53:3 57:3 59:21
64:12,13 69:16
76:24 77:22
80:10 84:14
86:21,23 88:8
89:24,25 92:21
93:13,22 94:7
97:7 99:17
104:14 105:21
112:14,16
125:12 134:16
142:5,7 143:19
145:10,13
148:22 149:2,3
150:19 151:10,
13 158:7 159:11
161:8 162:18
172:8 173:21
174:7 176:2,5,7,
9,12,18,19,20,
21,22 177:3,13

178:7 179:15
181:5,7 182:7
184:12,25
189:10,19
190:21,22
191:9,10 193:13
196:20 198:12
206:4 208:21,22
212:4 223:7
226:9 227:5
229:5,13 231:15
232:13,16
234:24,25
237:15 239:6

**one-day** 38:7

**one-to-one**
138:12 148:13
149:10 167:17
178:17 179:9

**one-to-ones**
142:4

**ongoing** 209:7,
18 213:20

**only** 8:19 34:2
39:24 41:2,6
42:14 45:22,25
49:11 50:22
54:7 56:2,3 57:3
63:9 64:25
65:24 66:7
85:11 88:25
111:14,21
120:20 133:3
134:20 136:21
145:10 147:12
148:14 150:19
153:14 156:20
161:23 172:7,13
180:16 213:24
214:7 226:6
240:24

**OP** 198:16

**open** 39:20 54:7
73:7 154:17
221:17 232:2
239:2

**opportunity**
196:18 206:19

**opposed** 200:6

**opposite** 175:3

**order** 27:8 32:14
36:20 123:10

136:13

**ordered** 98:6

**organized**
101:21 186:11
240:7

**orientation**
82:4 208:2

**original** 41:23
176:19 224:22
225:2

**originally** 139:7
162:6 172:4
184:24

**orthopedist**
93:9 107:8

**OT** 19:15,17
24:10 52:21
59:16 60:16,17
61:4 62:12
67:23 71:19
148:20 178:17
220:3

**OT's** 49:12

**other** 12:24 14:7
15:21 28:6,8,13,
23 29:25 30:22
34:19 35:9 45:3
50:11 56:19
62:13 64:13
67:19,24 68:5
71:5 77:25
78:13 79:12
81:20 82:7
85:24 86:2 87:5
89:5 93:11
95:22 111:7,24
112:19 115:2,17
117:20,23
125:11 127:19
134:21 140:7
141:21 145:22
146:9,15
147:10,16
148:16,18
151:13 155:6
156:8 158:14
159:15 170:9
176:3,7 184:2
188:11 197:13
200:15,17,21
201:20,21
202:4,9,13
209:14 210:8,16

211:11,16,19,21
213:12 215:21
216:8 219:16
221:21 222:5
225:11 226:10,
13 228:25 234:7
236:3,16,17
237:2,14,18
238:19

**others** 30:14

**otherwise** 66:2
161:24 170:20
199:14

**OTS** 48:11

**our** 59:21 127:7
174:11 228:6

**out** 7:16,21 8:4
13:19,21 22:24
27:5,9 28:2
35:17 36:8,21
39:15 47:16
48:10 67:3
68:19 69:20,25
72:20,22 82:6
85:21 99:21
101:24 104:9
106:21 125:24
126:20 127:2,11
129:18 133:23
138:24 141:2
148:23 156:5
157:20 159:10,
19 165:16
178:17 182:10
184:19 189:11
190:14 191:14
194:19 198:9
201:12 205:24
212:4 214:5,18,
24 215:6 220:19
223:14 235:3

**outburst** 66:19,
20

**outside** 28:9
40:25 154:16
177:5 180:14
226:18 229:25

**over** 11:18,21
12:4 32:11
48:12,13 53:12,
13 82:14 88:9,
10 102:16,17,
18,22 105:24
108:7,9 114:21

131:2,3,7 132:5
134:25 178:3
186:16 193:3
194:3 207:25
219:22

**own** 19:20 20:4
23:24 28:18
30:8,9 75:9
76:6,12 83:3,8
95:20,23 103:16
158:6 174:9
180:12 183:4
219:24

---

**P**

**p.m.** 204:25
241:6

**pads** 61:10

**page** 14:22
151:21,24,25
153:3 157:13
160:14 162:21
204:24 207:18
208:11 233:8

**paid** 24:18 30:25
31:3,4,5 198:2,
10 215:25
217:14 221:6

**pain** 9:21,23
91:23,25 92:12,
13 94:8,16 95:4,
7,8 96:2,7,12,16
97:20 98:3,5
99:16 113:12,14
209:13 210:18
211:9

**panicked** 34:12

**paper** 61:10

**papers** 49:21
76:17 88:22
123:5

**paperwork**
100:23 101:4,
10,11,16,22
102:23 103:12
215:7

**paragraph**
167:24

**paraprofession
al** 19:12 20:6

28:16

parent 74:23

park 54:5 99:17

part 14:21 18:9
23:7 41:19
43:17 57:25
73:8 87:11
112:22 128:16
135:7 156:17
158:23 159:2
170:24 215:2
222:15 225:6

part-time 29:11
49:23 50:24,25
51:18,24 52:3
53:9,21 54:11
56:13 58:3

particular
160:25

parties 36:10
37:16 40:25
41:3

party 38:18 71:5

pass 103:21
104:6

passed 95:7,8

past 198:12

patients 60:24
61:19 62:15

pay 24:24 26:9,
10,11 84:9,16
201:10 216:5
217:6 220:20

paying 24:17,18

payment 237:9

pays 31:6
220:15,16

peed 178:3

pending 8:20
89:19 199:8

people 7:18
35:20 48:20
56:22 71:2,3
75:15 76:15
83:2,10,23 84:9
89:6 104:16
107:10 111:24
119:11 120:23

123:19 126:5,16
127:9,10 133:15
141:21 148:19,
25 149:5 150:22
155:7 157:20
158:15 159:9,14
168:17 178:9,24
190:10 212:25
222:20 225:4

people's 70:5

per 84:18,19
220:24 227:5
229:19 230:11

percent 74:18
75:5 86:24 87:3,
7,9 88:15,16

Percocet
210:17,22

Percocet along
210:16

perfectly 69:7
70:13

performance
86:3

performed
19:23 52:14,18
98:8

period 20:12,14
21:21 22:22,25
24:6,20 34:9
48:24 49:4,9,11
51:20 52:5,8,10
53:10 54:12,13
55:12,13,19,21
59:19 76:16
94:15 96:9
108:5 201:16
210:23 218:24
223:25 224:2
226:21 227:7

periods 55:16

Peritz 6:8,12 7:1
8:1 9:1 10:1
11:1 12:1 13:1
14:1 15:1 16:1
17:1 18:1 19:1
20:1 21:1 22:1
23:1 24:1,10
25:1 26:1 27:1
28:1 29:1 30:1
31:1,25 32:1,25
33:1,7 34:1 35:1

36:1 37:1 38:1
39:1 40:1 41:1
42:1 43:1 44:1
45:1 46:1 47:1
48:1 49:1 50:1
51:1 52:1 53:1
54:1 55:1 56:1
57:1 58:1 59:1
60:1 61:1 62:1
63:1 64:1 65:1
66:1 67:1 68:1
69:1 70:1 71:1
72:1 73:1 74:1
75:1 76:1 77:1
78:1 79:1 80:1
81:1 82:1 83:1
84:1 85:1 86:1
87:1,15,20 88:1
89:1 90:1 91:1
92:1 93:1 94:1
95:1 96:1 97:1
98:1 99:1 100:1
101:1 102:1
103:1 104:1
105:1 106:1
107:1 108:1
109:1 110:1
111:1 112:1
113:1 114:1
115:1 116:1
117:1 118:1
119:1 120:1
121:1 122:1
123:1 124:1
125:1 126:1
127:1 128:1
129:1 130:1
131:1 132:1
133:1 134:1
135:1 136:1
137:1 138:1
139:1 140:1
141:1 142:1
143:1 144:1
145:1 146:1
147:1 148:1
149:1 150:1
151:1 152:1
153:1 154:1,22
155:1 156:1
157:1 158:1
159:1 160:1
161:1 162:1
163:1 164:1
165:1 166:1
167:1 168:1
169:1 170:1
171:1 172:1

173:1 174:1
175:1 176:1
177:1 178:1
179:1 180:1
181:1 182:1
183:1 184:1
185:1 186:1
187:1 188:1
189:1 190:1
191:1 192:1
193:1 194:1
195:1 196:1
197:1 198:1
199:1 200:1
201:1 202:1
203:1 204:1
205:1 206:1
207:1 208:1
209:1 210:1
211:1 212:1
213:1 214:1
215:1 216:1
217:1 218:1
219:1 220:1,3
221:1 222:1
223:1 224:1
225:1 226:1
227:1 228:1
229:1 230:1
231:1 232:1
233:1 234:1
235:1 236:1
237:1 238:1
239:1 240:1
241:1,13

permanence
22:19

permanent
18:4 21:14
22:12,17,20
23:4,14 30:15
48:13,15,23
52:16 81:24
82:12 188:15
190:7,17 191:3
198:18 199:5

permission
42:18 51:16
58:3 69:2 72:13

permitted
100:21 154:25
155:11

person 11:22
12:4 25:11
36:17 83:11,18,

21,24 84:7
102:16 108:7
131:2,13 133:15
134:17 174:4
175:5 191:19
194:24 215:11
223:21 224:5

person's 25:12
33:15

personal
191:11 194:17
228:22 235:24
238:16

personally
107:22 170:6

persuade 35:11

pertains 17:16

phase 32:16
33:11

phone 8:17
12:5,6 31:22
33:2 59:20
64:17 65:9
78:25 99:6
101:25 102:16,
18 104:25
105:24 108:7,9
109:6 112:12,23
124:24 126:15
131:2,3 134:25
135:3 137:3,9
141:5 146:2
147:7,15,23
149:13 152:15
155:2,5,13
157:25 159:3
160:2,20 192:9
195:18 214:2
219:11

phoned 64:10
78:15,17 155:16

phones 112:16

phonetic 12:22
22:6 187:20
194:8 229:4

physical 81:6,
11 93:19 95:12
113:4 131:22,25
137:12 143:10
146:10 159:23
189:21,24
193:10 203:13

272Index: physically–proceed

209:2 211:23 212:9,20 228:15,17

**physically** 79:16 114:3,10 125:7 129:11,24 131:9 132:13 179:6

**physician** 62:12

**physicians** 103:13 213:12

**Picarello** 112:20 119:2 121:16,22 154:11 155:23 156:14 162:22 163:4,24 164:7, 11 168:10

**pick** 159:18

**picked** 124:24 126:15

**picking** 236:12

**place** 7:22 14:16 67:22 71:21 83:14 115:21 139:4 178:3,21 211:21 212:12 215:3

**places** 50:23 51:2 124:7,8

**placing** 232:20

**plaintiff** 33:7,12 36:25 39:18 40:3,6,9,11 205:19 228:8 231:17 233:21 237:11

**plaintiff's** 14:13 32:2,17 34:5 35:21 44:24

**plan** 128:10 138:25 169:10 189:2 215:17 218:6,14 225:2 233:22 234:7,11 235:4,6,8,17,18 240:20,24

**planned** 66:13 192:6

**plans** 167:11

**played** 66:2

**plays** 65:25

**please** 6:7,9,21 7:10 67:8 80:4 110:2 162:16 204:12 208:3

**pleased** 22:25 68:23

**PLLC** 24:10,11 220:4

**plus** 7:25 84:11 225:4,6

**point** 15:7 18:22 29:11 37:9 51:3, 11 81:17 82:7 99:20 101:12 105:21 109:23 116:18,19 118:5 126:21 127:23 132:5,19 134:24 137:5 138:16 139:11 141:3,4, 7 142:7 146:16 155:17,19 158:3 160:24 161:5 163:18 165:13 174:13 175:15 180:6 182:7,25 185:23 186:2 188:2 189:3,13, 23 190:16 192:8 196:18,24 197:15 203:19 204:7 206:4 223:6 224:23 235:12 239:12

**policies** 206:19, 20 207:2,11,22

**policy** 183:14 206:19 214:8

**politically** 162:15

**poor** 126:4

**pop** 121:15

**population** 193:14,21

**populations** 46:23

**pose** 8:6

**posed** 7:2 8:9 137:11 231:8

**position** 19:6,7, 9,10 21:9,12 22:3,13,21,24 25:7 26:18,21, 22 35:13 45:12, 19 47:13 48:8 50:12,17 52:5 53:9,14,22 54:24 57:16,24 63:2,15 81:11 82:11,19,22 84:9 133:8 224:19 229:8

**positioned** 139:11

**positions** 30:16 222:9

**positive** 75:5 77:22 194:3 239:12

**possible** 97:6 141:23

**possibly** 59:21 74:16

**post-observation** 185:9,14

**posting** 83:13, 14,15

**potential** 222:23

**pounded** 154:9

**pounds** 117:4, 24 119:8 122:12,24 128:25 129:5 133:9 134:3 141:9

**practice** 19:21 20:4 23:24 24:9, 23 28:18 75:7 83:3,8 95:20,23

**pre-observation** 64:8

**pre-observations** 173:6

**precipitated** 135:2

**preclude** 232:8

**preference** 184:9

**preparation** 11:9 12:11,25 13:23 15:17 41:8,9

**preschool** 19:25 29:7 31:4

**prescribed** 93:18 210:16,21

**present** 45:23 67:18 72:3,5 111:17 174:6 187:16 192:18 228:13

**pressure** 211:18

**presumably** 159:15

**pretty** 67:17 220:22

**prevent** 8:25 9:5 179:6,12,17 180:24

**previous** 98:9 104:7 156:6 190:11 240:6

**previously** 42:19 45:15 124:16 166:22 169:15 183:16 186:5,6 212:24

**principal** 42:16 112:13,20 115:22 126:22, 23 129:14,15 144:3 145:2,17 149:4 154:10,12 166:14 180:15

**principal's** 59:10

**principals** 112:13 113:24 144:9 148:9 186:18

**print** 37:22 194:19

**printed** 141:2 182:10

**prior** 18:24 28:12 33:13 35:23 36:3 79:19 81:18 92:8,15 96:2 102:13 115:3 129:7 146:24 168:10 173:5,16 188:13 191:15 203:11,15,16

**private** 23:24 24:22 28:18 45:7 158:6 174:18 226:16

**privilege** 36:12

**privy** 192:10

**proactive** 156:21

**probably** 8:10 15:8 72:12 83:12,18 93:9 105:21 118:4 119:18 120:22 132:3 137:18 142:21 160:9 164:5 165:22 171:10,17 172:10 190:6 211:6 219:5

**probationary** 21:12,13 22:22 34:9 48:9,11,23 49:4,9,11 51:20 52:4,8,10 53:10 54:12,24 55:6,7, 12,13,16,19,21 57:16 58:5 81:23 82:10 183:15

**problem** 35:15 100:2 115:23 117:11,12,15 120:21 140:19 158:20,22 211:3 212:6

**problematic** 169:4

**problems** 144:11

**proceed** 26:5

43:10

**proceeding**
200:15

**process** 18:9
47:23 49:13
52:13 58:2
199:18 200:4
201:25 208:19
214:22 215:14
217:24

**produce** 73:23
238:22

**produced** 14:23
75:4 205:20
206:14 231:15
238:13

**production**
44:21 205:17
212:19 213:11
217:12 219:2,14
226:4 227:11
238:10

**professional**
17:20

**program** 24:18
82:24,25 228:11

**programs**
225:16

**progressed**
95:13

**prohibited**
117:3

**project** 185:25
188:25 189:2

**prompted**
163:21

**prove** 71:9

**provide** 163:4
204:18 220:9
221:9 226:12
232:11 233:15
238:21

**provided** 73:2
80:10 110:13,16
122:3 136:6
145:24 185:15,
17 207:23
231:24 232:6,18
237:18

**providers**
213:12

**providing**
231:11

**provision**
214:22

**PT** 45:25 83:18,
20,24 84:6 95:5
190:10 211:24

**PT's** 49:12

**PTS** 48:11

**public** 6:3 18:25
45:4 222:10
225:11 241:22

**pull** 32:20
111:10 128:22
135:11 139:3,14
148:12 165:6
235:20

**pulled** 132:13
141:14 175:9

**pulling** 165:8

**purely** 173:9

**purpose** 35:12

**purposes** 34:2
39:25 41:7 57:2
151:22 173:10

**pursuant** 30:23
146:5

**push** 111:10
128:17,22
129:10 135:11
139:3,14 148:12
165:6 235:20

**pushed** 114:6
124:15 125:18
128:9 132:13
141:13 142:16
150:3

**pushing** 127:16
165:8

**put** 32:14 38:5,9
61:9 66:7 67:14
69:23 76:22
151:2 226:7
232:5

**puts** 226:9

**putting** 69:3
94:23 105:18
180:3

**Q**

**quarter** 9:14

**question** 6:22,
23,25 7:16,21
8:4,12 10:22
15:7,13,15
25:22 29:13,17,
18 39:16,17
40:4,7 41:16
54:9,17 57:17,
19,21,22 60:25
62:16 70:8,12,
13,14,18 71:11,
12 75:12 77:7,9
79:24 80:2,3,4,
19 86:4 87:16,
18,24,25 89:9
120:9 148:2
152:22 161:25
162:4,6 165:16
169:17 180:20
186:13,14 189:4
191:13,18
193:15 197:3
202:12 204:3
208:7 225:8
231:22 233:24
234:2,16 239:6

**questioned**
13:3 169:8
193:13

**questioning**
33:12

**questions** 6:17,
21 8:6,9,20 9:2,
10,18 13:17,21
36:11 37:7,19
40:9,10,12
48:22 70:22
120:5 137:11
231:7,9,12
238:23

**quick** 49:13
80:16 166:21
182:24

**quicker** 151:11

**quickly** 15:10
100:5 123:5

187:3 200:6

**quite** 53:15
155:24 185:3

**quote** 167:24
210:7

**R**

**R.C.** 66:10

**raining** 9:21

**rains** 9:25

**raise** 144:2
145:19

**raised** 145:16

**ran** 126:20

**rapport** 183:11
186:7

**rate** 84:18
220:12,17,24

**rating** 78:8
90:13,18

**R** 77:5

**read** 29:18
57:22 62:8 74:5
123:5,7,23
190:24 208:16,
22 238:15

**readdress**
130:10

**reading** 29:16
163:9 167:19
208:20

**reads** 233:21
235:16

**ready** 15:12
80:19,21 166:25
169:17,19 187:7
233:6

**realize** 68:25
131:21 154:15
174:13 189:22

**really** 15:7,9
29:20 34:12
36:13 43:3
53:12,23 54:19
56:11 58:24
61:11 65:5,8
68:18 79:24

84:21 92:23
97:3 98:3
100:13,22
103:23 104:15
106:6,8 108:16
109:2,8,13
110:18 113:18
122:19 124:22
127:12 129:14,
17 130:2,13
132:24 133:15
136:22 138:10,
17 139:4,22
142:10 148:12
150:23 154:23
155:4 163:14
164:23 166:15,
21 187:3 193:22
211:10 214:2
240:8,9

**realty** 148:9

**reason** 10:13
65:2,24 85:13
88:25 128:24
202:17

**reassigned**
198:3

**rebut** 181:19

**rebuttal** 77:20
81:2 169:13
197:8,14

**rebutting**
182:16

**recall** 9:19
10:14,15,22
12:24 29:22
30:14 44:5
46:18 47:8
69:12,14 70:5
77:19 82:13
90:13 110:15
118:19 140:7
158:21 163:10
164:15 166:5
191:20 206:24
229:18 231:6,11
237:23

**recalled** 237:24

**recalling** 9:5
10:19

**receive** 73:5
77:23 79:12,13,
16 93:4 152:9

164:3 187:14 198:16 206:18 225:15

**received** 76:7 77:3 80:23 86:3 88:7,8 89:21,22, 24 90:8,18 153:24,25 187:12 219:2

**receiving** 47:23 188:15

**recently** 210:3 218:21

**receptive** 165:13

**recess** 121:5

**recognize** 110:9 135:24 187:9 204:22 208:9

**recollection** 75:4 89:2,20 97:6 99:8 182:11

**recommend** 37:6

**recommended** 27:8,20,23 34:14 47:22 111:6

**record** 6:7,9 7:9,23 8:8,21 14:18 31:15,18, 21 32:14 33:23 36:24 39:11 40:14,16 44:24 65:9 66:7 70:4, 14,20 85:12 86:10 87:13 102:3 105:2 119:15,21 120:2 140:14 170:4 186:25 195:17, 24 205:23 222:16 228:7 232:5,20 237:13

**recorded** 70:16 105:3 108:10

**recording** 120:2

**records** 35:17

65:13 71:15 72:7,23 79:8 102:5 105:4 120:13 140:16, 20 181:8 196:2, 4,8 212:20,22 227:16 228:10 237:5,8

**recreational** 10:3

**recur** 113:8

**redone** 131:19 139:5

**reduce** 125:20 127:24

**reduced** 26:22 125:5

**reducing** 128:3

**reemployed** 218:23

**reference** 44:13 151:8 157:19 173:20 182:2

**referenced** 53:3 111:8 167:6

**references** 46:21 47:25 48:2 167:24 179:14

**referencing** 110:12 153:19, 22 157:7 162:7 164:11 181:2

**referring** 59:7 72:19 75:22 136:4 197:11 198:8 204:15

**reflection** 61:2

**refresh** 20:20

**refused** 172:18 196:14 199:22 221:9 233:14

**refusing** 33:19 34:4,6

**regard** 147:10

**regarding** 12:22 81:23

160:6 171:2 177:21 202:21, 24 203:4 227:17 231:8

**registered** 17:9

**regs** 214:23

**regular** 59:12

**regulations** 191:24 192:6 207:11,22

**Rehabilitation** 110:7

**reinstate** 223:4

**reinstated** 224:20

**reject** 201:18

**rejected** 201:19

**relates** 232:7

**relationship** 186:6

**Relax** 78:12

**relayed** 103:17 116:2,10

**release** 210:6

**releases** 212:18,24 213:4

**remain** 57:9 239:2

**remainder** 63:18

**remained** 50:5 51:2

**remains** 156:9

**remember** 10:16 13:3 22:5, 8 25:12 27:19, 22 29:4,10 42:11 45:21,23 46:2,5 47:18,25 50:8 51:14 61:17,20,21 64:5 65:24 66:2 67:15,20 72:4 73:8,18,21 74:19 78:4 79:4 80:13 83:19,25 84:5,14,16,22

88:17,18 89:17 90:7 98:19 99:5 102:21 103:3 105:15 107:5,7, 12 109:3,5,9,13 126:23 130:19 135:2 136:18 137:10,18,19 140:19 150:21 155:16,25 156:8 163:12,13 164:5 166:6 170:21 171:8,11,12 172:3,17 173:18 176:7,9,23 177:11,21,25 179:20 182:6, 21,24 189:20 199:19 201:9 206:23 224:8

**remind** 7:10,12 233:24

**reminder** 57:10

**remorseful** 67:4

**removed** 14:21

**renew** 18:5,6

**renewal** 18:9

**renewed** 18:10

**rep** 75:14 223:17

**repeat** 29:13 57:21

**repeatedly** 87:25

**rephrase** 6:22

**report** 73:6 77:11,15 80:9, 14 86:2 89:12, 21 90:8,17 97:13 106:24 150:18,19 151:4 164:3 168:9 172:12,24

**reported** 107:4, 14,18 164:7 230:23

**reporter** 7:7,17

**reporting** 122:8

**reports** 75:9 91:15 167:10

**represent** 6:14 33:4

**representative** 59:22 75:23 111:25 188:8 229:13

**representatives** 206:12

**represented** 149:16

**reproduced** 234:2

**reps** 223:7

**reputation** 34:9 35:22 36:5

**request** 118:6, 15 128:15 130:16 132:8 134:6 138:3,8 141:24 143:14, 22 149:9 153:8 185:20 186:15 187:23 202:24 203:4,13 237:7 238:18

**requested** 128:13 145:23 228:5 237:4

**requesting** 117:23 140:7

**requests** 81:10 149:20

**require** 116:20

**required** 122:11,24 123:12 215:10, 12,13

**requirement** 183:14 184:21

**reserve** 40:11

**resign** 172:19 223:8,18 236:22 237:2

**resigned** 223:9

**resist** 139:24

**resolution** 32:13 38:23

**resolve** 144:14, 18 199:11

**resolved** 43:12 236:10,12,13

**resource** 111:22 130:16

**resources** 101:13 107:19, 23 109:14 110:21 127:14, 15 128:2 129:7 133:6 134:21 136:12 145:20 146:3,10 147:2, 8 148:4 149:14 206:21

**respect** 240:19

**respond** 65:2,6 163:4 199:25 200:2

**responded** 170:19 193:11 195:2 206:9 213:7 231:7

**responding** 186:2

**response** 77:20 81:2 169:13,22 170:9 188:23 197:8,14 234:3 235:16

**responses** 231:14,16

**responsibilities** 58:13,18 60:15 61:3,24

**rest** 61:12 95:11 165:24 166:2 179:19 205:11 224:25 227:2

**restart** 103:2

**restrictions** 95:9,15 111:7

**restroom** 8:18

**result** 213:15

**resumed** 26:4

**retained** 30:23

**retainer** 192:15

195:24

**retire** 215:17

**retired** 25:14

**retirement** 214:13,15 215:2 217:16,19 218:8,17 219:3 228:2

**retiring** 48:20

**retroactive** 26:11

**retrospect** 94:25

**return** 104:3 121:13 197:21

**returned** 14:8 19:25 24:12 25:3 26:20 28:20 44:10 111:3 214:20,21 215:3

**returning** 108:13

**returns** 165:21

**review** 12:12,14 13:6 38:2 62:3 207:2

**reviewed** 12:15, 16,19 14:2 15:14,17 41:3

**Revoked** 18:2

**ridiculous** 193:10

**right** 10:17,25 13:19 14:7 31:16 32:10,25 35:3 38:20 39:3, 8,10 40:11 41:19 49:21 50:22 51:9,10, 15 52:23 54:22 61:22 63:21 68:13,15 72:2 75:19 77:9 83:5 85:4 89:11 95:14 97:16 98:23 99:7 101:20 105:15, 23 107:24 113:2 117:6 120:4,7,

18 122:22 132:6 133:23 140:6 141:5 144:11 148:18 149:7 150:4 151:18, 20,23 152:16 153:9 157:21 161:11 162:17 168:12 174:5 175:20 187:2 191:20 193:16 196:17 198:11 200:7 203:18 207:25 217:22 221:2,21 222:22,25 223:11 231:23 241:3,4

**rights** 223:13

**RKS** 153:18 154:2 155:6

**Robert** 204:20 205:9

**role** 25:9 50:24 51:24 52:3 54:11 57:13 58:19 59:16 60:16 61:4 84:7, 24 85:2,10

**roll** 126:8

**room** 46:2 56:21 67:23 68:14 71:19,24 124:9, 23 142:5,12,15 143:6,17 144:23 155:6,8 163:23 164:12,17,19 168:5 174:22,25 178:17 180:14, 18

**Rosalind** 39:6

**Rosemary** 112:25 123:6,21 132:16 133:10 134:3 144:10,13 145:5 148:17 149:8 171:23 172:5 176:4,10, 13,18,20,22 178:20,24 184:13 186:20 193:19

**roughly** 201:12

**rouse** 178:10

**roused** 178:10

**routine** 142:17

**rude** 70:7,12,13, 15,17

**rule** 38:17

**rules** 191:24 226:25 227:4

**ruling** 32:4 37:4, 13 39:16,19 40:4,5,6 41:24, 25 221:15,19 231:22 232:2,3 239:3

**runner** 163:15

**running** 126:12, 13

**rush** 135:6 150:10

**résumé** 49:2 52:14 188:19 189:5

S

**safe** 100:17 126:20 136:22 137:25 165:10, 12

**said** 11:9 23:23 29:20 36:19 40:18 48:10,12, 16,18,25 49:7, 17 51:18,20 52:9 54:15,25 56:3 57:5 64:10, 20 65:4,22 67:5, 6,8,12 69:9,11, 16,20,25 76:16 78:11,16,24 79:21 83:3,9 84:8,13,23 90:24 92:5 95:11 98:9,19 99:14,20,21,25 100:13,22 101:3,7,20 103:19 106:5, 16,19 108:21 109:3,18 112:4, 5 113:25 116:4

117:12 118:4 121:24 124:16, 25 125:4,19,23 126:2 127:4,6,9, 11 128:4,6,21 129:4,12 130:5, 9 131:19 132:3, 24 133:3 134:18,20,22 136:20 138:13, 14,20,21 139:7 142:7,19 143:19 144:15,18 145:14,15 146:13 147:16 150:23 154:9, 10,11,12,14,20, 21,22,24 155:7, 10,11,12 158:4, 19 159:11,15 160:9 161:4 162:24 163:15, 18 164:23,24 165:5 166:4,9, 14,17,18 167:25 170:25 171:12 172:5 174:8,10 175:8,19 178:11,13,15,16 179:9,23,25 180:7,10,17,22 181:19 182:7,23 185:25 188:22 189:17,18,21,25 190:9,12,14,18, 22 191:8,18 192:2,14,17,18, 21 193:7,8,14 194:13 195:4,5, 7,8,23 196:15, 16 197:20 199:25 209:10 210:25 211:2 215:22 218:21 235:13 240:7

**salaries** 221:4

**salary** 201:16 230:7

**same** 7:18 19:9 24:2,4,7 34:3 56:6,7,21 57:18 60:6 71:21 74:11 77:7 84:11 86:4 88:9 99:4 107:25 143:23 223:24

**sat** 73:11 174:11 175:7 176:25

**satisfactory** 78:8 90:15,19, 24

**satisfied** 121:10 146:4

**Saturday** 11:15

**save** 39:16 194:19

**saw** 61:15,21 65:23 74:4 87:4, 5 93:9 109:21, 23,24 111:21 126:15 154:19 158:18 178:18 179:3 190:19,20 210:3 211:25 212:7

**say** 7:8 42:22 59:6 62:11,12 66:9 71:7 72:17 75:22 86:12 94:14 100:25 106:14 107:15 108:4,19 115:24 128:22 134:10 138:7 142:19 144:22 145:5 146:24 156:12 159:2,14 160:24 164:20 166:12 171:7 174:16 175:12 181:23 186:4 188:11 190:8 197:10 198:7 203:7 210:9 226:24 228:12 230:11 234:19 239:13, 22 240:13,16,20

**saying** 41:13 70:25 83:6 104:20,21 105:19,20 108:16 129:16 135:11 149:3 154:2 163:8 170:19 186:10 189:10 193:11 198:14 202:10, 16 238:4 239:16

**says** 35:21 156:23 160:8

163:7,20 165:21 172:18 176:21 180:24 181:7 196:14 205:8 206:4 210:8,10 231:16

**scan** 89:13

**scanner** 89:14

**Scara** 155:24

**Scaraguy** 187:19

**schedule** 58:15 64:15 70:2 78:24 123:7,23, 24

**scheduled** 64:14 178:7 187:22,24

**scheduling** 173:10

**scholarship** 24:17 55:2

**school** 17:17 28:2,6,9 29:12, 22 30:2,25 33:17 45:4,7 46:23 49:10 50:3,6,11 51:4,9 56:18 57:9,10 59:13,17,20 63:17,23 79:6, 14 80:24 81:5,9, 25 82:7,15 85:3 86:3 91:6,11,14 100:10 102:14, 25 103:3,15 104:3 105:13,15 106:12,24,25 107:3,6,13,17 112:17,24,25 113:15 119:2 123:2,6 126:7 132:8 142:14 144:24 148:14, 16,18 154:12,14 156:7,19 171:21,22,23 184:2,4 185:6 187:13 188:6 201:11 222:10 225:11 231:16, 18,20

**schools** 19:23 28:23 29:4,7 112:14 124:2

**sciences** 20:22

**score** 222:17

**scripts** 62:12

**search** 238:18

**second** 15:5 20:22 60:8,13 80:18 92:7,8 94:3 96:3 104:11 107:15 135:9,21 136:2 146:3 147:8 149:14 152:20 153:2 157:11 159:4 160:3,14, 21 162:19 172:7 183:7 187:6 199:23 204:17 207:11 208:6

**Secondly** 53:21

**secretary** 90:2

**section** 205:8

**security** 36:14 227:21

**see** 20:8 32:12 42:19 63:8 90:3 91:14 100:24 109:19 117:4 121:15 131:7,11 152:5 153:4 157:17,22 160:16 161:9,16 162:7 163:2,13 165:7 167:23 178:23 180:2 192:17 205:3,6 223:20 224:5 233:19

**seeing** 88:17,18

**seek** 27:5 35:17 39:19 40:4,7 227:21 232:8 239:3

**seemed** 25:23

**seen** 60:10,12 62:13 103:13 172:8 178:2 180:16 193:4 207:14,15

209:19

**seizure** 126:10, 14 127:8

**seizures** 126:18

**Selften** 12:22

**Selina** 125:24 126:2,4 127:7 130:8 131:7,11 132:2,8

**Selma** 12:22 113:22 137:5 138:22 140:21 152:4 155:23 157:15 160:15 161:9 192:9

**send** 13:10 102:8 171:4 181:21 189:19 217:7

**senior** 21:15,16 22:2 25:8

**sense** 33:15 37:20,25 179:25

**sent** 14:2 73:17 74:12 87:8 170:18 185:23 188:25 219:12 238:14,16

**SEP** 225:21,23 226:6

**separate** 17:15 82:19 84:8 200:22 217:2

**separated** 209:24

**separately** 207:5

**separating** 124:2

**September** 103:5 148:4 151:19 152:17 168:24 169:7 173:20 175:19 176:12 177:10 182:17,22 211:8,12

**series** 93:20

**serious** 120:7

**service** 21:9 23:10,13 27:10, 14 47:20 51:17 191:23 222:15, 17,19 224:19 225:12

**services** 220:9

**serving** 54:12

**session** 64:24 65:20 66:14,17, 19 91:18 92:10, 17 96:24 97:10 167:15 169:3 173:13 178:6 179:19,21 183:7 240:3

**sessions** 183:16

**set** 86:9 98:5 174:21,24 180:14 209:19

**setting** 17:11, 13,17 18:25 28:14 45:5 109:14 110:20

**settlement** 43:13,14,17,23 44:12,17,21 201:4 236:14

**seven** 211:6

**several** 148:25 178:9

**share** 46:3 50:20 112:18 119:11 147:16 160:5 165:4,18 225:7

**shared** 34:18 40:25 41:2 165:14

**sharing** 147:9

**she** 7:23 11:17 27:23,25 33:16, 20,21 34:4 35:23 36:2,10 37:3 46:2,4,20, 21 47:14,17,19, 22 48:10,12,16, 18,25 49:7,13, 17,20 50:9,19, 20 51:6,16,20,

21 53:15 54:15 56:5,6,8,10 62:3,5 64:10,15,20 65:4,7,22 67:6 68:21,23 69:6,11,16,17,20,25 70:16 72:5 73:2,11 75:5 78:7,11,16,23,24 81:20 86:21,23 95:11 100:8,11,13,15,16,17,25 101:3,9,10,15,20 105:22 106:16,19 108:21,24 109:2,3,13 124:5,14,15 125:18,23 126:2,5,6,9,18,19,20 127:7,11 128:4 130:9,12 131:6,7,19,21,22 146:13 154:5,19,21,24 155:7,11,12 156:7,10,17,21 158:4 159:14,15,19 161:22 164:22,24 165:13,21 166:6,12,15,16,17,18 172:4,8,9,10,23 174:8,10 175:8,10,11,15,24 177:4 178:15 179:14 180:11,12,22 181:19 182:16,25 183:2,6,20 184:12,13,23 185:16 186:2,10 188:22 189:2,18 190:5,6,8,9,23 199:16 229:5,11,13,14,16 231:16 238:21 239:13,20,22,23,25 240:2,3,6,7,8,9,13

**she's** 22:10 33:19 34:6,12,23 37:4 41:13 86:22 126:8 154:10,12 166:18 189:14,15 190:22 192:9

231:21

**Shelton** 15:22 36:10 111:20 130:8 152:4,10

**Shields'** 39:6

**shocking** 70:23

**shoes** 179:16,24 180:3,4

**short** 20:11,14 114:12

**shorter** 8:10

**shortly** 25:14

**shots** 95:5 209:20

**should** 13:16 27:9 29:20 37:15,16 60:20 75:17 94:10 106:9,17 115:21 117:17 120:22 125:5 132:6 136:23 138:17 154:2 156:13 158:12 168:2 171:4 175:8 178:11 180:13 188:5 193:17 207:2 221:2 226:25

**shouldn't** 65:8 95:17 106:17,21 125:25 126:6 135:11 139:3 181:23

**shovel** 54:5

**show** 169:15

**showed** 104:10

**sick** 215:25

**side** 189:15

**sign** 44:16 74:15 90:3 181:16 196:14

**signature** 207:17 208:11

**signed** 154:4 207:15 208:10 241:17

**significant** 65:3 67:17 100:9,11

**signing** 206:24 207:21 208:15

**Silverman** 6:14 33:3

**simply** 71:11

**since** 13:12 16:12,20,25 17:21,22 18:12,13,14 23:12 30:2 193:16 209:12 222:4,10,13 225:5,13 226:14 227:22 228:2,8 230:11

**singled** 223:13

**sit** 10:17 14:9 85:25 88:6 175:6,8 217:17 229:18

**site** 99:22

**sitting** 149:5 179:13 180:8,14 192:13

**situated** 50:9

**situation** 126:3 137:23 158:6 163:12 164:9,12,15 184:15,16 208:20 213:20

**six** 20:11,15 22:23 49:11,19 52:6 54:25

**size** 174:25

**sleep** 179:11 238:4

**sleeping** 94:6 176:5 177:14,19 178:2 182:17

**slightly** 220:20

**slowly** 114:13

**small** 124:5,6

**smaller** 125:8

**smoothly** 69:7

**snow** 54:2

**social** 36:14 227:21

**socks** 179:16,24 180:4

**solved** 211:3

**some** 6:17 12:22 13:20 14:2,5 15:22 19:23 28:22 29:11 30:6 32:12 36:22 38:23 51:3,11 64:19 89:19 92:22 103:14 109:23 111:22 116:19 117:23 126:24 132:5 134:24 141:2 151:11 153:17 155:17 156:15 158:3 163:18 176:24 183:11 193:18 204:7 206:2 212:17 216:18 219:5 223:6 235:12 239:12

**somebody** 27:8 48:17 64:24 70:20 74:11 99:22 104:17 118:12 119:18 126:13,14 128:17 133:14 139:18 144:22 151:3 154:10,16 163:18 164:20

**somehow** 72:5 126:16 129:18 149:6

**someone** 25:14,15 47:20 69:18 77:8 111:23 125:24 134:6,11 139:21 156:17,24 177:8 189:20 229:3

**someplace** 216:23

**something** 8:3 13:10 18:7 19:18 23:13 26:8 27:15 36:13,14 38:21

48:15 52:6,19 54:8 59:8 68:21 74:5 76:25 77:16 90:9 111:22 115:25 124:5,15 126:6 142:6 149:12,22 150:21 158:12 181:25 189:22 190:18 200:6 204:2 213:22 216:19 218:24 219:12 233:2 235:20

**sometime** 24:6 103:5

**sometimes** 7:5 219:19,20

**somewhat** 132:16

**somewhere** 64:6 196:13 222:16

**soon** 68:12 105:11 107:3 108:17

**sore** 150:9

**sorry** 26:23 29:2,12 43:21 76:5 81:14 100:4 112:10 121:19,21 134:9 140:5 152:9 164:23 165:17 195:19 208:14 213:24 222:13 224:25 225:22 239:16

**sort** 7:6 34:16 42:24 44:8,13 45:7 64:8,19 66:12,21 72:23 73:5,17 77:19 78:7 81:6,10 111:6 118:6,16 129:9,23 140:18 143:14 150:17 159:23,24 169:12 173:24 178:6 182:12 183:11,14 188:23 205:24 209:14 213:16 214:5 225:20

228:14 235:24

**sought** 227:25

**sound** 36:20

**sounds** 36:7,25 43:4

**space** 99:18

**speak** 12:4 34:5 39:14 78:18 88:13 99:2 106:17 107:18 115:22 154:25 155:11,18 156:13 158:19, 22 163:22 202:20 203:3,12

**special** 17:12 51:16 58:2 59:7

**specialist** 107:8 212:3

**specific** 37:18, 21 83:11 84:6 99:8 117:20 127:21 138:8 140:8 142:8,25 143:14 149:20, 21 158:18 173:2 182:11 206:18

**specifically** 42:13 62:11 128:25 138:4 182:12 186:14 194:4

**specifics** 138:7 166:16 167:2

**speculation** 35:18

**spelling** 112:15

**spent** 216:16,25

**spinal** 104:10 114:17,23 115:4 116:4 208:25 210:3 211:22 240:15

**Spine** 110:7

**spoke** 68:14 98:18 102:23 103:22,24 105:23 107:22 127:6 132:23 155:16 168:4

199:24 217:16 240:19

**spoken** 131:7

**spooked** 150:9

**spots** 54:5

**spring** 49:18 59:5 183:2,19 184:25 194:2

**st** 52:18 193:18, 19

**staff** 61:6 147:10,16 163:23 164:12

**staircase** 124:2

**stamped** 110:8 151:17

**stand** 103:16 104:17 125:18, 19

**standard** 41:5 220:12,17,22

**standards** 191:23

**standing** 127:3

**start** 7:16 45:10 47:22 48:19 53:15,23 85:4 102:14 104:3 105:13,16 106:11 107:3,6, 13,17 122:7 151:18

**started** 20:3 21:11,18 23:12, 14 24:6 25:13, 17 50:10 51:8 52:2 53:8 54:10 63:19 94:15 96:5 103:3 123:4,6,17,18 135:5 161:24 174:12,18 179:14,24 183:5 190:14 194:2 215:7 230:7 239:25

**starting** 24:5 49:18 75:4 103:15 113:16 156:11 184:2

**starts** 48:10 151:16 165:8

**state** 6:3,7,9 17:7,15 43:8 220:15 233:11

**stated** 167:25 238:24

**statement** 86:21

**statements** 218:17 219:2 225:24

**status** 22:13,17, 20 48:23 49:15 51:12 56:14 57:16 58:3 81:23 82:11 188:15 190:17 191:3 198:18 199:5

**stay** 124:17 125:20 127:24 210:24

**stayed** 24:20

**staying** 215:20

**stenosis** 104:10 114:17,24 116:4 208:25 211:22 240:15

**step** 191:8 199:23,24

**Steve** 224:7,16

**stick** 41:22

**sticking** 215:19

**still** 28:21 32:16 33:10 34:4 36:25 57:25 58:5 98:5 182:7 186:10 189:13 190:6,24 198:5, 7 199:8 206:3 213:21 220:3 238:17

**stipulate** 35:5

**stipulated** 36:24

**stipulating** 33:25

**stipulation** 35:8 36:22 39:22

**stood** 113:6,13 154:16

**stop** 92:3 100:18 107:21 118:25 127:13 197:2 211:2 218:24

**stopped** 178:6 222:18

**straight** 86:10

**strange** 210:13

**strangely** 159:8

**strength** 113:9

**stressful** 54:6

**stronger** 193:21

**strongly** 192:3

**student** 66:6,8 67:19 68:13,24 127:15 128:8,9 129:8 130:15 132:14 134:2,5 141:16 150:3 177:18 178:2 182:17 183:17

**student's** 169:9

**students** 58:14 59:18 60:24 61:18 62:14 64:22 65:6 100:24 129:10, 24 139:14 172:6 184:10 226:17

**stuff** 61:11 115:11 123:23 151:11 188:5 191:11 235:14

**subject** 23:16 25:18,24 47:5 231:22

**submission** 202:13

**submit** 37:9,16, 20 40:10 49:2 52:13,25 66:12 127:25 169:12 170:14 197:7,13 202:8,15

**submitted** 49:21 53:6 111:15 169:22

**submitting** 77:19

**subscribed** 241:17

**subsequent** 95:4

**subside** 97:23

**substance** 68:16 78:20 103:8 108:11 109:9 115:18 117:9 131:4,17 136:18

**substantive** 131:24

**such** 68:20 86:16 154:15 227:4,15,17

**sudden** 66:23 126:8 193:25

**sued** 236:5,16

**suffered** 115:3 228:14

**sufficient** 40:3

**sum** 115:18

**summaries** 65:12 72:6,23 99:15 102:5 105:5 120:13 140:17 170:7,10 181:14 196:5,8 224:10

**summarizing** 119:24

**summary** 79:14 119:22 152:12 160:19 181:6

**summative** 172:16

**summer** 82:14, 24,25 84:7 85:2, 7,10 91:17 92:9, 17 96:23 97:10 101:19 102:13 107:10 114:21 132:5 186:9,10

194:4 216:6 230:6 239:13,19

**Sunday** 11:15

**superintendent** 202:2,5,9,15,16 203:3,12 229:17

**supervisor** 21:22 25:9 45:25 50:4,5 57:12 85:9 155:4

**supplies** 61:9

**support** 41:9 146:12 147:5 149:6 163:24 186:7

**supportive** 240:4

**supposed** 10:6 53:17 64:15 93:21 101:23 107:6 121:14 160:11 183:2

**supposedly** 196:20

**sure** 7:3,4 8:5,7, 20,23 10:24 15:11 18:7 19:16 21:10 27:15 29:15 31:17 34:22 39:4 40:10 44:7 57:20 59:13 72:15,17 73:10 74:18,20 75:3, 21 79:7 83:20 86:23,24 87:3,7, 9 88:6,15,16 89:23 91:12,20 96:14 97:8 100:17 101:8 107:16 109:2 114:18 115:8 116:9,23 117:15 123:13 125:21 126:20 127:9 135:5 148:21 152:25 153:10, 15 165:22 167:4 169:11 179:7 182:10,19 184:6 206:10 213:8 226:2 227:3

238:14

**surgeon** 210:3

**surgery** 116:20 210:9,10 216:4

**surprise** 8:2

**surprised** 67:12 100:16

**suspended** 17:24 26:7

**suspension** 23:17 26:2

**sweater** 66:23 67:3,12,13 68:19 69:3 72:13,20

**switched** 183:6

**sworn** 6:3

**Syosett** 30:5, 17 210:19 211:4,20

**system** 23:3 214:15 217:19 218:15,18 219:3

———————

**T**

**table** 174:22

**tabled** 192:11

**tailored** 170:23

**take** 7:8,17 8:15, 21 9:11,12 10:6 15:5,9,24 16:16 17:2 18:8 19:16 23:13 27:20,24 36:6 41:25 60:13,22 62:5,7 67:22 69:22 74:22,23,25 80:16,17 104:17,22 106:9 110:5 111:11 119:20 120:9, 12,18,19,22,23 124:4 125:21 135:18 151:14 161:7 163:20 166:21 174:18 178:11,14 187:3,6 188:5 191:8,11,12

195:10 204:5 207:8,11 208:3 211:10 214:18 224:10 229:23

**taken** 9:8 10:7 16:17 69:24 92:9 121:5

**takes** 85:19 183:7 220:15

**taking** 32:17 54:3 81:18 115:13 128:2 138:17 174:12 211:2,9,16 230:18

**talk** 11:9,14 36:2 87:13 101:6 125:23 126:2 127:4 139:9 159:14 200:19, 20 208:8

**talked** 45:4 81:19 91:18 101:16 133:6 134:19

**talking** 7:18 54:7 56:24 81:15 85:17 103:25 126:8 136:12 175:10, 11 190:19 192:14 232:15

**tape** 102:3 105:2,3 119:15, 20 120:2 140:14 170:4 195:16,24

**tape-recorded** 120:12

**taping** 70:9

**tattletale** 144:16

**tax** 228:10,11 232:11

**taxes** 230:14

**teacher** 55:18 142:21 143:15, 23 144:21 163:22 165:19 178:10,11 179:22 180:5

**teachers** 22:18 49:5,15 55:16 123:9

**team** 65:25

**tease** 212:4

**technically** 53:17 125:10 191:23 198:11 215:23

**telephonic** 74:21 185:10

**tell** 10:10,16,23 18:20 27:23 32:19,25 36:9 87:16 92:2 100:15 116:13 125:3 143:3,7 144:5 161:19 168:16 182:20 188:9 193:17 226:25

**telling** 11:8 70:24 71:3 119:25

**ten** 117:4,24 119:8 122:12,24 128:24 129:5 133:8 134:2 141:9

**ten-minute** 12:10

**tends** 7:13

**tenure** 48:11 52:11 55:17 57:25 188:21 189:16,17 190:13 191:8 198:13,14,16, 19,20,21 199:5

**terminate** 204:5

**terminated** 54:14 55:21 181:6 191:5,17, 25 192:24 203:22 204:9 215:15 222:16 223:10 236:19

**terminating** 172:14

**termination** 12:18 23:19

34:8 63:9 197:11,22 198:4,9 199:2 202:17,18,22 203:8,21 226:21 228:21 229:20

**terms** 63:5 85:20 95:14 216:16 218:11

**testified** 6:4 16:12 33:16 45:15 110:12 238:2 239:11

**testify** 10:14 11:10 12:11,25 13:23 15:18

**testifying** 9:5 237:23

**testimony** 7:18 13:6,8,22 14:4, 6,11 15:20 35:2 57:4 61:14 86:22 90:17 96:15 142:24 147:14 221:10

**than** 8:16 14:7 19:7 21:22,23 24:25 35:9 45:3 49:15 54:3 67:19,24 68:5 77:25 79:12 81:20 82:7 85:24 87:5 93:11,13 94:21, 23 111:7 113:5 115:2,17 117:4, 10,23,24 119:7 122:12,24 127:19 129:4 133:8 134:2,15 137:25 141:9 142:8,25 146:15 149:8 156:8 170:9 188:11 197:13 200:17, 21 201:20 202:4,9,13 211:11,19 215:8 221:21 222:5 224:8 226:10 228:25 236:3,16 237:14 238:15

**thank** 39:3,8 62:20 126:16

146:14 161:12

thanked 121:23

that's 8:16,17,
18 9:11 10:21
15:14 16:18
18:19 32:4,13,
14 34:17 38:21
41:19 50:12
56:12 61:25
62:18 68:22
69:9 70:12,19
73:7 74:25 77:9
80:2,20 84:12,
22 86:17,19
87:11 94:6
100:7,22 115:12
128:7 130:4
132:23 135:9
142:15 148:21
151:25 152:20
155:3 156:22
157:4 158:9,10
160:8,25
163:17,19,20
164:18 177:25
180:22 182:20
193:3 196:16
198:25 204:15
205:22,23
207:17 208:11
211:10 212:10
215:20 217:24
219:20 220:18
227:5 232:15,24
235:20,22 240:9
241:3

their 22:5 29:8,9
30:8,9 41:3,4
46:8 55:19
58:22 123:23
132:18 162:10
180:12 182:5
200:10 220:16
223:13

Thelma 111:20

them 6:16 12:21
15:7,8,9,25
24:19 27:6 29:8
33:20 35:14
37:9 55:2,6
75:17 76:2,17,
22,24 85:15
89:6 99:13
103:14 107:9
109:12 112:14

116:2,13 125:24
127:2 136:23
142:18 149:2
159:13 161:21
162:18 183:8,9,
10 184:12
190:11,16
191:12 192:14
194:19 195:3
207:2 213:11
218:20 219:15
221:23 240:20

then 11:20
13:11,13 15:12
16:25 18:8
19:20,25 21:13,
14 22:2,15,23
23:2,4,10,14
24:21 25:3,7,15
26:18,24 27:12
28:20 29:10
31:6 35:13,14
36:16 37:5 38:3,
14 48:19 49:20,
25 50:15 52:15
68:14,15 69:3,
25 75:13,14
76:15 88:15
93:21 94:3,4
95:4,11,13
96:20 99:12,14
101:20 103:9
104:9,11,12
105:11,21
108:22 109:5
111:5 113:14,22
116:16 118:12
120:9 123:18
124:16,21
131:18 132:23
134:11 138:16
142:9 150:20,22
151:10 153:2
154:6,19
155:16,17,18
156:25 163:18
169:17 170:18
173:9 174:22
175:5 176:20
178:7,11 179:8
180:7,9 181:17
183:23 184:2
193:14 195:7,13
199:21,23 206:4
208:3,6 211:2
213:6 214:15,
18,19,20,25

215:5,15,21
216:20 220:23
223:9 225:5
229:23 233:17
236:12 237:22
238:17 240:11

therapist 17:5,
11,24 21:7,15,
17 22:16 24:22
25:8 27:9,21
33:17 34:10
45:14 50:7,13,
18,19 53:20
56:19 58:10,12
61:25 62:19
69:19,20 72:16,
18 82:23 183:16
189:21,24
193:12

therapists 30:8
47:15 49:5
52:10 55:15
60:5 62:14
83:15 138:11
149:11 183:15
190:13 209:15
213:13

therapy 20:22,
24 52:24 64:19
91:9 93:19
95:12 143:6,17
211:23 212:10,
20 226:17

there 10:13 14:9
16:6,13 19:7
20:2 22:15,16,
18,19 23:4,6,15
24:15 25:15,16
26:2,12,14 28:2
30:3,14 34:15
38:23 43:4,12,
15,22 44:11
47:8,12 48:7
49:3 50:4,6,8,11
51:7,20 52:20
53:14 59:13,14,
19 60:17,18
61:6,12,23
62:16 63:4
64:17,20 65:18
67:20 69:11
71:15 73:11
78:3 83:11,15,
16 89:5 92:3
93:23,25 97:7
99:21,23 100:18

101:6 107:21
111:9 112:12,13
114:3 115:22
116:7 117:14,
16,25 118:19,23
119:5,10 121:25
122:23,25
123:14,18,25
124:3,8,11,13
126:3 127:3,13
128:9 129:8,17,
21 132:12
133:7,14 135:2
137:6,11,16,21
138:10 139:9,13
142:5,6,9,13
143:24,25
145:22 147:9,12
148:5,10,19,22,
24,25 149:3,4,
15,20 150:20
152:3 153:14,23
154:13,18
155:2,6 156:2,
16 158:14,20
159:16 161:4
162:7 166:2
167:13 168:22
176:3 177:18
179:6,7,8,22
180:8 182:23
183:13 184:3,4,
16,23 191:22
192:10,12,13
195:7 196:22
197:6 199:19,24
201:3,7 205:5
206:8 214:20,21
218:7 219:16
223:19 226:7,9
229:14,16
233:23 236:7,11

there's 10:18
13:19 17:12
36:11 40:21
56:21 70:17
83:14,22 89:9,
19 123:22,25
125:12,13
142:10 145:15
148:11,19 149:5
152:3 153:3
157:13 160:14,
16 167:24
184:21 196:17,
19 197:15
204:24 205:8

214:22 215:25
216:3,5,6 224:6

thereafter
25:15 164:4

therefore 30:10
72:14 77:13
227:6

these 15:24
35:20 134:16
189:19 194:22
207:4 221:7
222:5

they 12:20 22:4,
24 23:2 24:18
26:25 30:8 35:2,
3 46:3 47:16
48:19,20 51:22
52:24 54:5
55:16 56:13
58:2 61:19
62:14 65:3,6
67:12 69:22
75:16 76:16
79:22 82:25
83:6,10,11 84:8,
13 85:15 87:8
93:15,20 94:6
102:16 104:21
108:4,22 109:18
110:19 112:16,
19,22 113:17
115:25 117:15
118:25 125:10,
15 126:16
129:12 130:5
131:8,9 132:18
133:12 135:6,7
136:13,20
137:5,7,14
139:3,4,5,16
142:4,16,17
145:14 146:16
150:23 151:5
154:3,6,12
158:19 161:4,18
163:15 164:13,
21 166:13
172:14 178:20,
23,25 181:6
182:24 184:4,
14,15,24 186:21
188:2,5 190:12,
14 192:5,8,11,
15,16 193:3,7,8,
14 194:4,10
198:11,12,23

199:22,25 200:2
201:10,15
204:2,4 206:21
207:25 209:24
210:17,25
215:13 217:10
219:12 223:5,6,
12

**they're** 22:25
60:23 61:18
68:23 83:22
125:9,10 145:6
192:15 230:18

**thing** 7:7 8:19
60:6,21 68:20
69:16,21 73:9
99:4 200:3
234:25

**things** 22:4
51:21 57:5 65:7
70:10 75:15
85:5 89:5,23
95:17 114:5
123:12 144:25
151:8,10 156:16
167:20 206:20
209:9,10 210:16
224:25 232:19

**think** 7:25 13:9
14:5,22 18:6
19:17,19 20:8
29:10,21 30:5
35:18,24 36:24
37:3 42:7 45:22
46:21 51:6 55:3,
16 56:10 58:20,
23 59:11,20
60:23 61:6,13,
15 62:3,10
70:15,25 72:5
74:6,10 76:23
83:7,17 84:20,
23 86:14,22
89:19 90:18,22
91:22,23 92:7,
23 93:14 96:15,
18 100:13
105:18 107:5
109:12 111:23
112:16,19 120:8
122:16 125:5,
17,19 128:16,24
129:19 130:4
132:3 137:4
138:13,14 142:5
144:22 146:23

150:20 151:2
152:11,17
158:23 162:3
171:23 172:4,8,
9 175:21
178:11,12 180:7
185:23 187:19,
20 188:17 189:9
190:6 192:20
203:23 211:25
212:3,10 213:3,
5 216:11 218:21
219:21 221:2,5
223:11,13 224:8
229:5,16 235:12
236:11 238:10,
16,24 239:23

**thinking**
122:16,20
162:24 179:20

**third** 40:25
104:12 153:3
199:24

**this** _____
**day** 241:18

**Thomas** 15:22

**thoracic** 93:16

**those** 15:16
17:2 29:4 30:15
33:22,25 39:23
40:9,12 50:22
51:2 52:20 57:3
85:5 90:6 91:8,
13 92:22 96:20,
23 123:12 134:5
141:18,25
144:25 167:20
172:12,23 173:5
179:15 181:7
185:8,12 194:16
209:21 212:25
216:10 217:8
219:4 221:15,22
225:25 229:5
231:12 232:19
233:14

**though** 12:3
72:22 74:24
104:14 111:13
114:2 123:7
138:15,19
167:23 176:9
177:10 181:13
215:22

**thought** 67:8
69:6 71:9 73:8,
9,20 74:2,3,4,11
86:5 87:4,5
88:3,22 97:24
124:20 127:22
128:7 129:17
130:12 131:9
133:15 154:11
158:9 159:5
171:3,4 179:10
180:4,13 189:13
198:19,21,23
199:20,21 240:6

**thread** 204:19
205:17 206:7

**three** 18:7
26:23,24 48:17,
19,25 49:8,9,24
52:12 66:3 83:8
84:24 91:12
92:21 93:20
95:3 97:22
103:13 125:6,20
127:24 172:10
176:21 182:23

**three-step**
199:18 200:4

**threw** 67:3

**through** 17:15
33:18 42:23
45:6 76:22 89:4
101:6,16
144:18,20
151:11,17,20
163:2 188:24
193:19 200:8,15
215:7 216:9
219:24 221:21
226:11,18 227:8
236:13

**throw** 113:15

**Thursday** 91:24
96:19,25 99:11

**tide** 174:15
189:12 192:3

**till** 21:25 51:19
103:15 218:8

**time** 7:19,21
8:15 9:12 17:22
18:13 19:9 20:3,
12,14 21:7
22:19,25 24:2,4,

6,7 28:4,10,19,
20 29:24 30:3,4
31:8 37:21 38:3,
11 42:14 45:13
47:3 52:15 53:8,
11 54:10,13
55:10 56:21
58:5 65:22,23
72:3 76:16 79:9
81:24 82:2 83:4
85:19 93:10
94:9 95:19,24
96:5,6 102:23,
24 103:22,24
104:7,13,22
106:19 107:18,
25 108:5,12
111:2,5,13
112:8 113:3,11,
23 114:2
115:14,15
121:22 122:2
127:4 128:3,8,
14 134:21,25
136:19 137:13
140:18 142:9
143:20,21 144:8
154:5 158:18,22
162:9 166:2
172:7 174:8
180:17 183:3,7,
12 187:12 191:9
196:19,23
198:2,5,8 201:5
203:7,11
209:22,25
210:13 211:11,
17,24 214:15,
23,24 215:2,10
216:2,5 217:21
218:10,13,15
219:10 222:10
223:3,24 224:2,
22 225:13
227:7,22 235:23
238:24

**timeframe**
211:5

**times** 26:14
37:22 48:25
49:8,9 52:12
63:25 102:19
108:4 141:25
143:19 145:10,
11,13,22
216:19,21
238:24

**timing** 234:4

**title** 63:2,15

**today** 7:8 9:9
10:7,11 11:10
12:12,25 14:9
15:18 32:14
37:13 85:25
88:6 153:20
215:24 217:18
226:13 229:18
233:15 237:15,
22

**today's** 208:4

**together** 38:12
112:17 180:18

**told** 10:15 28:15
47:10,14,20
56:9 57:5 62:5
67:24 68:6
69:17 78:5,9,23
82:8 84:14
113:16,19
116:14,21
118:21,25
123:16,22 125:4
127:19 130:24
131:6 142:10
158:7,11 177:8
188:7,16,24
189:5 190:16
191:2,9,10,11,
16,19 193:23
194:10,14 195:5
203:23 204:2
208:18 209:8
219:17,19
236:25

**tone** 239:24

**too** 87:14 114:13
120:7 138:18
156:19,24
159:20,21 165:2
235:20

**took** 22:21
27:13 55:5 67:3
69:18 73:11
75:5 83:17
85:13,14 95:24
121:6 124:6
171:14 178:9
179:16 214:24
222:20 223:20

**top** 151:21 153:3

230:24

**totally** 61:5
94:22 124:10,17
178:8 179:6

**touch** 100:6
159:13 165:7

**towards** 215:2

**Tracy** 187:18
196:5

**transferable**
215:6

**transferred**
125:16

**transitions**
163:2

**transversing**
118:9

**tread** 178:15

**treat** 29:8 58:14,
22 93:6 123:17
124:6,8 139:4
163:16 183:7
227:4

**treated** 65:23
124:11 178:19
209:13 210:7

**treating** 56:21
123:6,14 163:13
188:4 213:12

**treatment** 56:7,
8 71:19 93:4
98:2 124:9,22
150:6 167:15
209:18 211:20
213:15 228:16,
20 240:3

**trial** 38:7 43:10
236:9,10

**tried** 85:16
114:13 137:5
141:22 192:8

**triggered** 96:11

**trips** 234:24
235:13

**trouble** 164:24

**true** 14:3 58:25
59:4 70:10
168:9,19

**trusted** 127:12
130:18

**truth** 10:11

**try** 6:21 7:10
38:13 39:15
106:17 132:19,
24 139:23
179:18

**trying** 8:12
13:18,20 72:22
82:6 113:18
133:23 138:23
162:14 184:18
213:25 220:19
235:3

**Tuesday** 38:13
91:24 96:19
97:14 98:12,13,
14

**Turbert** 22:6

**turned** 67:5

**turns** 104:9
159:10

**twice** 49:17,20
90:4 108:6

**two** 7:18 11:25
20:18 21:18,25
24:16 26:23
34:13 36:7
50:22 51:2
64:11 66:3
72:25 74:19
85:7 90:6 91:12
93:14 95:18
103:11 111:24
112:12,14
151:10 153:14
172:5 175:2,3
176:3 182:25
183:19 184:24
195:10 210:4
232:18 234:24
235:13 237:14
238:3

**two-hour** 27:3
54:3

**tying** 180:4

**Tylenol** 9:11,12
115:16 211:10,
15

**type** 50:12 81:22

108:2 119:24
211:17

**types** 40:22

**typical** 59:12
60:15

—————

**U**

**uh-huh** 7:6
28:24 43:19
46:15 105:25
116:22 121:18
140:3 152:2,6
157:18 160:4
167:19 169:18
204:21 207:13
208:12 220:5
221:11 231:19
233:9,13,16
237:25 238:5

**Uh-uh** 218:2

**ultimately**
23:11,12 36:4
105:22 127:3
164:22 196:16
200:3

**unable** 10:14
94:24 100:10
210:20

**unanswered**
8:22

**uncomfortable**
129:15 174:17

**under** 13:4
62:12 205:5,7
214:8

**underlining**
6:18 34:7

**understand**
6:20,24 9:9,16,
24 10:9,10
15:21 18:21
53:10 54:11,20
55:11 75:21
78:17 96:14
116:23 144:17
184:18 190:15
192:16 207:20
208:16 212:17
216:22 226:7,8

**understanding**

9:2 40:2 49:10
52:4,7 55:7,20
161:13 162:10
198:15

**understood**
6:25 75:19
129:6 134:18
207:22

**unemployment**
226:23 227:11,
17

**unhappy**
190:23

**unheard** 180:13
190:15

**union** 62:21,23
63:2,11,15
75:14,22 111:25
137:6 188:8
205:20 206:13
214:23 223:5,7,
17 224:6 229:14
238:12,20

**union's** 42:24

**unless** 36:11
139:21

**unlike** 49:4

**unpredictable**
64:23

**unquote** 210:7

**unsafe** 139:22

**unsatisfactory**
78:8

**untarnished**
35:22

**until** 20:3 25:17
34:11 39:20
73:22 85:3
90:16 91:21
96:6 98:8
102:23 107:4,13
117:4 128:14
146:16 158:24
168:15 187:14
191:10 197:22
198:9 201:11
210:25 221:18,
19 232:2
239:12,19,20
240:11

**unwilling** 36:2

**up** 21:14 32:4,20
37:11,19 38:24
41:25 44:22,25
47:2 48:15,21
51:23 52:22
58:14 65:15
72:9 85:4 91:21,
22 92:12 95:25
96:2,6,16 98:5
103:16 104:17
105:7 109:14
110:20 113:6,15
115:11 116:15
121:15 124:3,
18,24 125:16
126:15 127:14
128:14 135:10
136:25 140:21
142:11 146:13,
20 148:23 150:2
158:8,24 159:18
164:6 174:21,24
177:9 180:3,14
185:24 189:16
203:17 209:12
210:19 213:22
214:12 221:19
227:18

**updated** 52:13
153:7 155:19
188:19 189:5
208:19,21

**upon** 12:18 29:9
38:3 139:25
148:6 149:16
231:2

**upright** 113:13
124:17 179:14

**upstairs** 126:2,
3 131:16 150:22

**upward** 230:8

**use** 8:17 155:2,8
174:10 220:10
235:21

**used** 10:2 34:2
35:9 36:15
39:24 41:7,14
182:2 210:18
239:16

**using** 177:6

**usual** 220:9

**usually** 36:10, 16 61:19 85:5 134:15 171:16

**utilizing** 167:17

---

**V**

**vacancies** 47:16

**vacation** 107:10 108:15 216:6

**varies** 231:2

**various** 95:25

**vary** 220:18

**venture** 62:11

**verbal** 7:4,11

**verify** 232:17

**versus** 31:25

**very** 7:16 9:25 31:12 49:5,12 53:25 54:6 56:22 69:6 70:7 85:19 99:17,18 109:4 114:7 116:16 123:13 124:17 125:17 127:2 164:25 170:20,22 172:13 174:17 182:24 192:2 193:18 194:3 200:3 210:18 239:11

**video** 206:22

**voted** 203:20

---

**W**

**wages** 43:18 44:2 201:15

**wait** 26:23 32:19 51:19 149:25 156:12 185:11

**waking** 96:2

**walk** 99:18,20, 24 100:10 106:6 132:17 143:16

**walked** 67:13

113:6 124:7 159:6 174:11 178:17

**walking** 114:12, 13 118:4,7 154:20

**want** 8:4 10:23, 24 15:9 19:21 31:13 32:4 38:22 40:15 41:12 48:14 53:2 71:7 75:21 86:12,13 87:13 91:19 92:2 96:14 107:15 113:8 114:14 116:23 121:2 124:14 132:25 133:2 144:17,18 145:14 147:25 152:25 153:10, 15 155:3,6 159:13 162:19 167:4 169:5 199:16 206:7 214:16 223:15 225:7 226:24

**Wantagh** 30:12, 17

**wanted** 25:23 51:22 53:15,23, 24 68:25 83:7 86:17 96:22 101:20 127:22 128:23 135:7 144:14 148:12 151:3 154:3 164:20 172:5 174:9 199:3,4,5 202:10,16,17 223:6 224:24

**wanting** 165:7

**wasn't** 22:19,20 23:11 31:5 36:2 43:3,4 53:14 58:24,25 59:4 61:12 64:14 68:20 69:20 100:17,20,22 104:18 105:22 109:4 117:16 122:19 124:11 132:15,20 133:13,15 137:6 139:22 145:13

148:6,25 149:17 150:10,11,25 156:3,17 158:2 159:13 161:21 166:17 171:20 177:3 179:8 180:22,23 183:20 186:2 192:12 193:7,8 197:23 199:24 215:9,11 226:24 234:2 239:19,20 240:11,24

**watch** 206:22

**watching** 180:8

**way** 19:10 23:3, 11 34:15 38:2, 17 39:15 67:10 69:25 74:11 89:23,24 105:9 120:6 126:13 161:19 170:4, 22,25 179:6 183:24 184:22 193:11 195:17 197:19 214:16 223:16 228:23 229:24 239:20 240:4

**ways** 89:24 90:6 216:8 219:16

**we'll** 8:11 15:24 19:16 38:12 41:25 66:7 70:2 78:24 85:21 127:4 130:10 151:20 157:10 166:20 208:21 214:5 221:16,17

**we're** 32:2,15 33:10 35:14,24 40:3 41:21 49:14 103:25 120:20 129:18 189:18 232:5,7, 10,13,15

**we've** 45:3 86:22

**weak** 114:9 124:17

**website** 207:23

**Wednesday** 91:24 96:19

98:6,24

**week** 74:9 91:21,22 92:7,8 96:3 97:2,7 101:12 102:25 107:15 127:5 130:25 131:6 229:19

**weekend** 11:18, 21 105:23 131:8

**weeks** 49:19 79:2 85:7 92:5 95:12,18 103:11 105:17 209:25 210:4

**weight** 113:11

**weird** 174:8 177:9 190:18

**Weisel** 6:15 27:7,12 45:16 47:9 50:5 64:4 77:4 80:15 91:9 111:20 124:25 155:23 168:24 169:8 171:24 173:6,25 175:20 185:14,21 186:15 187:18 239:11 240:16

**welcome** 39:9

**well** 12:17 19:6, 13,24 22:14 24:3,12 25:10, 21,23 26:21 29:5 34:7,24 37:5,18 38:4,22 40:15,20 42:24 43:16 45:2 46:8 47:14 48:18 50:5,25 51:6,24 52:14 53:12 58:11,17 59:2, 15 61:5 63:18 66:24 68:18 69:8 72:12 73:7, 22 79:21 83:4 84:8 85:20 86:4, 12,19,24 88:21 90:20,21 91:4, 25 93:25 97:9 98:20 101:20 105:22 106:23 107:21 109:4,21 111:9 113:13

114:5 115:17 116:3 117:16 119:14 120:4,8 122:14 125:22 127:13,22 133:19 139:16 142:11 145:9 146:13,22 149:3 152:15 158:13 160:13 162:3 165:3 167:4 168:12 172:4,8, 22 173:18 174:20 176:19 184:5,12 185:7 186:11 188:10, 11 189:4 190:9 191:13 193:14 195:3,4,18 196:7 197:20 199:7,13,16 200:5 205:17 206:7 207:15,25 208:9,18 209:18,24 216:13 217:3, 21,22 219:7,8 223:19 229:22, 24 230:5,10 232:16 234:2 238:18

**went** 50:25 51:3 55:24 57:8,15 67:11 69:2 72:12 95:21 101:9 102:22 109:19 112:20 123:24 124:3,4, 23 126:3,12 127:5 128:7 154:9,16,25 155:17 178:8 179:3 192:11 193:3 194:14 199:23 211:23 219:21 224:22

**were** 14:14 15:22 20:16 21:6,11 22:17, 20,22 23:6,15, 16,23 24:3 25:16,18,24 26:7,12,13,14, 15 27:4,5 28:17, 21 30:15,17,18, 21,23,25 31:7 34:11 35:2

37:23 42:22 44:17 45:9 47:5, 16 48:20 49:7, 22,25 50:22,23 51:11,24 52:15, 18,20 55:6 57:15 58:13 59:15 60:17 61:4,6,15,25 62:20,21 63:10, 11,22 65:19 66:6,21,22 69:22 75:15 76:8,10 77:4 80:5 83:10 85:10 87:8 89:24 90:6 91:8, 9 93:10,15 95:8, 19 96:8,20,23 102:16 104:16 108:4,24 110:12,19 111:9 112:12,16,22 114:16 115:13 117:3 121:6,10 122:3,23,24 123:19 124:8 131:8 132:12,13 133:7,12 136:4, 12 137:11,17 141:8,11,13 142:14 144:10 145:22 146:4, 17,19 148:24,25 150:3 153:14 158:17 161:4 162:10 163:6 166:2 167:10, 14,21 171:22 172:14 176:3 177:18 178:23 179:2 182:23,24 183:2,18 184:3, 4,10,14,16 185:17,25 187:12,22 188:2 191:5 192:23 193:2 194:16 196:11 197:21, 24 198:2,3 200:7 201:21 203:19,21 204:3,4,7,14 206:17,18,25 207:7,20,21 208:16,18,20 209:21,24 210:21 211:4,9,

13,16 216:9,13 219:17,24 223:7,12 224:4 228:21 235:17, 23 236:12

**weren't** 22:17 95:22 99:5 142:17 143:25 145:24 163:9 164:8 165:11 166:13 190:17 191:3 198:10

**what** 7:25 9:12 11:8 12:14 19:12 20:13,19 24:8 25:7 29:9, 21 32:6 33:8 35:4 37:5,23 38:16 40:19 42:11 43:24 44:3,17 45:12 46:18,22,23,24 49:10 50:17 52:3,7,9,17 53:13 55:14 58:13,16 60:4 62:19 64:18,25 65:19 66:13 67:24 68:5,16 69:9,23 72:10, 22,25 74:3 78:20 80:3,16 81:14,19 82:4,6, 8,22 83:17,24 84:16 85:17 86:20 87:3,16 88:16,21 90:7, 13 92:12 93:20 94:23,25 98:19 99:11 100:11, 18,22 101:5 102:9 103:8,19 106:4,19 108:11,16 109:3 110:6,13 112:8 113:3 115:17, 20,24 116:10, 13,14,21 117:9 120:6,15 122:25 123:3,15,19 125:4 126:17,21 127:19 128:7,15 130:4,24 131:4, 17 133:4,23 135:2,8,18 136:22 137:14, 16,19,21

138:14,23,24 139:14 141:18 142:12 143:3,21 147:19 149:3 151:15 153:22 154:6,23 155:10,20,25 156:9 157:4,20 158:4,9,10,17, 21 159:10 160:8,19 161:25 163:10,17,19,20 164:15 165:3,6, 11,19 166:22 167:4 169:9,15 170:2 171:12 173:12,13,14 177:25 179:23, 25 180:20 181:17,19 182:6 184:18 187:21 191:7,20 192:10 193:9 194:14 195:3,15 198:22,23 199:16,20,21 200:7 201:9 204:15 206:23 207:9 208:3,20 209:5 211:12 215:16,25 217:24 220:18, 24 222:18 223:4,15 229:6, 8,25 230:2,3,7 231:20 233:24 234:9,23 235:2, 17 239:13,22

**what's** 72:18 100:6 111:8 177:8 186:4 190:3,15,23 195:9 211:25 220:23

**whatever** 38:3 62:9 64:12 120:10,19,25 121:4 179:19 199:6 220:16 225:5 232:11

**wheelchair** 99:22 100:2,21, 24 234:19

**when** 6:24 9:25 11:14 13:25 15:6,12 18:10

19:10,13 20:23 21:4,11,16,19 22:21 23:11,15 24:12 25:16,17 26:15,25 27:4, 13 28:17 30:6,7, 17 41:25 42:15, 22 45:9 49:18, 22 50:13,23 51:14,23 52:2 53:13 54:22 55:5,23 57:8,15 59:6 60:10 61:3, 15,21,24 63:10 64:5 66:6 71:2 72:17 74:6 75:11,13,22 76:15,21 78:22, 25 79:21 80:5, 18 81:20 82:11 85:9 89:12,15 91:13,22,25 92:24 94:15 103:3 110:12,23 113:13 115:24 119:2 122:16 123:13,17,18 128:4,21 129:17 133:12 135:9,21 138:7 143:15 153:18 154:8,19 155:19 156:11 157:6 159:2,6 160:25 162:2 165:14,21 166:25 169:7,16 180:22 181:6 182:21 187:7 188:3,24,25 189:4 190:18 192:18 193:3 197:10 198:7 203:10 206:17 207:20 208:5, 18,21 209:21 210:10,21,25 211:4,5,13 214:18,21 215:5,6,13 216:3,13 218:10 219:11,12 220:9 223:6,23 224:3, 22 228:20 230:7 233:6

**whenever** 107:6 188:18

**where** 19:3 21:2 26:12 29:6 34:19,21 43:2,7 44:12 46:7 49:25 50:13 62:14 67:22 71:18,21 73:2 77:4 85:8 92:13 101:15,23 102:22 113:6 123:16,20 128:9 132:12 133:7,8 141:8,13,21 142:6,16 144:24 148:23 150:2 154:14,17 156:18 161:4 164:7,19 167:24 172:14 176:13 178:23,25 183:16 184:15, 16 185:14,16,17 195:23 202:14 206:8,22 224:5 231:7 240:5

**whereas** 222:17

**whereupon** 14:13 29:18 57:22 59:25 110:3 121:5 135:16 204:13 207:6 233:3 241:5

**whether** 8:17 41:16,17 47:25 48:8 53:2 55:19 81:23 82:11 86:23 104:2 106:7,9 107:22 108:13 110:16 119:10,19 138:20,21 143:24 171:11, 14 177:13 188:14 212:5 214:2

**which** 22:7 23:3 26:3 29:6 31:7 33:13 34:10 40:19 42:14 46:10 49:18 84:14 93:20 104:7 139:6 146:14 162:17, 18 176:25 180:12 181:4

183:24 187:3
201:11 206:5
215:2 216:4
224:2

**whichever**
38:17

**while** 14:15
20:12,16 28:21
35:21 49:3
52:18 60:17
62:21 71:10
75:8 76:7,11
96:8 141:11
201:21 233:22
235:4,17

**who** 27:19 31:6
32:25 34:20
39:14 41:4
45:23 47:21
50:12 56:15
57:3 62:12 64:3
65:23,24 80:13
83:11,23 91:8
93:6 98:18
111:17,18,21
112:21 113:19
117:12 119:6
123:19 124:4
130:7 136:25
139:7 142:19,22
143:22,24
144:18 149:3,4
154:4,5,7,8,9
155:13,24 156:6
159:11,15,17
164:20 166:15
168:12 175:15,
23 176:5,7
177:16 187:16,
20 188:7
189:20,24
190:20,22
191:10,19 194:6
196:15 199:19
222:20 223:17

**who's** 190:20
210:5 229:13

**whole** 20:3 30:3
60:20 61:6
126:13 174:15
191:22 196:24
214:22 224:23
239:24

**whom** 39:18
178:25

**why** 24:13 26:18
27:2,23 66:20
68:23 86:17
94:6 100:15
148:21 154:23
156:12,17,22
163:16 166:16
185:3 193:2
215:3,18,20
223:5 225:9
240:9

**willing** 223:8

**win** 195:8

**window** 67:3
68:19 72:21

**winter** 54:2

**with** 6:13 13:10
16:7,10 22:11,
14,25 25:11,14
26:9,15 27:6
28:21 30:16
31:13 32:2
34:18,20 36:9,
19,21 37:6,8,10,
15 38:24 40:25
41:22 42:16
45:10 46:3,24
47:9 50:9,21
54:2,10 55:5
60:16 64:9,21
65:5,16 66:6,14
67:21,25 68:3,9,
24 69:25 72:10
75:13,14 77:5
79:6 81:11,18,
20,22 82:9,10
84:4,6 90:12,18
92:16,21,24
93:6,10 95:22,
25 96:8 97:17
98:4,15,18
100:6,9 101:17
102:13,22
103:22,24
104:11 105:2,9,
12,23 107:7,8
108:2,5,12
109:6 110:21
111:25 112:21
114:17,23
115:4,11,22
118:2 119:8,11
121:7,11,22
123:19 124:13
126:2 127:10,

14,15,20 129:7,
8,21,24 130:15,
23 131:25 133:6
134:7,12 136:11
138:10 142:3
143:4 144:2,20
145:16,19
146:2,4,9,13,20,
25 147:8,9,10,
16 148:4
149:13,22
152:4,13 154:25
155:5,12,18
158:19 159:6,22
160:6 161:9,13
162:25 163:5,22
164:6,8,12,16
165:4,8,14,19,
23 166:7,13,17
171:5,24 173:6,
9,25 174:21
175:19 176:3,25
177:24 178:16
181:20 183:17,
22 184:10,11
185:9,14,21,24
186:4,6,15,18
187:13 188:14,
24 191:16
193:9,12,17,18,
20 195:3,13,23
196:5 201:25
202:5,10 203:10
206:14 207:23
209:16 210:16
211:20 212:2
213:9 215:17,20
216:17,22 217:4
220:9 221:8,16
222:4,5 223:15
224:15 225:13
226:12,14,17
227:23 228:2,9,
21 229:16,20
230:2,12 232:6,
11,14,18 233:12
234:19 237:10,
12 238:11,19
239:5 240:2,3,
19,24

**withdraw** 91:4
202:11

**withdrawn**
26:13 43:16
44:9 51:25
58:11 77:24
78:2 89:16 96:4

170:13 176:11
185:7 203:10
216:14

**withhold** 35:3

**within** 61:24
223:13

**without** 11:8
26:9,10 42:19
70:24 71:3

**withstanding**
36:17

**WITNESS** 11:15
71:8 121:2
130:8 158:10
200:18 219:5
231:23 240:17

**witnesses** 41:6

**woke** 91:22
92:12 96:6,16
209:12

**woken** 116:15

**woman** 166:7
174:18

**won't** 216:4
226:12

**wondering**
138:15,17

**wood** 94:7

**Woodbury** 6:10
224:7

**work** 8:11
17:10,13 19:13
23:2 28:22
29:25 30:11
31:11 33:16
34:20 36:8,21
38:6,10,11
39:15 44:10
45:5 47:6 51:22
53:19 82:14,17
85:14,21 91:17
96:20,21 97:5,
10,13,15 98:11,
23 99:21,23
100:21 104:3,19
106:21 107:4
111:3 113:18
121:13 122:8
125:2 127:11
155:17 165:21
168:2 175:6

178:21 197:19,
21 199:4 209:3,
8 210:17 218:15
220:9 221:8
222:14 226:11,
18 227:5 230:9
231:3 239:5,12

**worked** 18:21
19:4 20:2,6
21:4,19 23:3
24:15 29:11,23,
24 30:4,5,12
31:9 39:18
46:24 47:3
48:18 51:7
54:22 55:10
59:12 62:12
64:12 69:3 75:8
76:11 84:23
91:21,24 96:18
112:21 118:9
124:13 147:17
183:16 193:17,
18 228:21
231:17 233:11
235:4

**workers'**
150:12

**working** 17:16
19:19 23:24
24:25 25:17
26:15 27:25
28:12,18,21
30:2 31:7 45:5
46:4,23 49:3
52:2,15,18 53:8
66:6,21,22 77:4
95:19 96:8
100:22 150:22
183:22 184:11
194:13 195:7
211:2,13 218:7
221:21 222:5
227:7 231:4
234:19 235:23

**works** 41:4
237:11

**world** 70:8

**worried** 65:8

**worry** 7:13
64:20 65:4 70:3
78:24 101:3
106:17,21
125:25 127:11,

12 189:18 191:8 214:4

**worse** 98:13,14

**worthwhile** 179:21

**would** 8:25 9:5, 9 10:13,18 14:8 30:3 35:7,19 36:15 37:7 38:10,11,16 39:17 41:5,16, 20 48:8,19,21 49:17,19,20,21 52:12,16 53:3, 16 54:4 62:11 64:18 67:2 70:16,20 71:13 75:12 77:5,8,10, 12,15,16 78:16, 22,23 80:9 81:24 82:12 84:10 92:5 94:14 96:25 97:2,23,24 98:6, 9,10 99:4,6 106:7,11,20 108:4,14,17,22 112:9 113:14, 15,17 115:21,23 117:15 119:6,11 122:11,14 127:9 128:20 133:10, 11,21 134:5,10 136:18,22 137:21 139:4,14 147:16 149:17 158:5 160:5 163:10,14 173:12,13 175:6 176:15 179:7 181:25 183:21 184:9 188:14 198:13,15 199:25 204:9 207:25 215:11 218:7,11,24 222:20 229:25 230:11,16 236:25

**wouldn't** 41:14 54:5 76:11 117:11,12,15 139:13 151:6 158:5 161:25 163:11 170:21 177:4 197:17

223:9

**wow** 16:5

**write** 52:22 59:3 71:8 135:10 153:18 161:12

**write-up** 73:6, 17 77:3 88:7,19 172:11

**writes** 171:16

**writing** 40:10 44:22 45:2 66:13 105:7 120:16 151:2 172:15 175:10 181:22 202:8,16 227:18

**written** 42:17 44:16,21 72:24 73:6,17 77:3,11, 20 86:2 88:7,18 89:12 91:15 170:9 172:11,24 196:22 197:7,14 224:15 231:9 235:6

**wrong** 69:21 97:7 166:5 189:22 212:2,9

**wrote** 12:20 122:16 128:22, 24 130:5 146:14 156:22 162:9 170:18 173:19

## X

**xeroxing** 76:21

## Y

**yank** 132:18

**yanking** 139:21

**yeah** 14:5 15:5 19:19 20:8 22:14 34:6 41:19 42:13,24, 25 43:14 47:14 48:3,10 51:8 52:21 62:18 69:16 80:20 82:3,25 83:22

87:11 90:20 95:11 98:3,17 99:12,25 109:21 111:9 114:5,19 116:4 117:19 120:21 121:12, 14 125:4 129:4 130:4 134:8,13 152:11 153:15 158:10 159:5 162:8,15 163:7 164:17 166:11 167:22 169:5 175:21 177:23, 25 182:19 188:16 190:6 193:3 195:5 199:6 203:16 204:15 205:10 209:24,25 217:10 218:8,19 235:15 241:3

**year** 12:16 16:17 49:10 51:4,9 57:10 61:6 63:17,18,19,23 64:11 78:14 79:6,10,14 80:24 81:5,9,14, 25 82:7,15 85:3, 4 86:3 91:6,11, 14 99:15 102:14 103:4 104:4 105:13 106:12, 25 107:4,13,18 112:24 132:6 144:24 165:24 171:21,22 173:22 185:6 187:13 201:11 216:20 230:11, 14,16 231:16

**years** 9:25 16:5 18:7 19:19 21:6, 18,25 23:16 24:15,16 66:3,4 74:19 93:2 94:8, 19,21 115:3 179:5 190:11 195:10 218:6, 11,14 230:25 231:2 236:6,8

**years'** 193:12 217:18

**yelled** 126:11

**yelling** 126:13

**yes** 10:12,21 11:13,23 12:13 13:5 15:19,23 17:3,6,9 18:13, 23 19:2 21:8 23:25 25:6 27:21 28:25 29:2,20 30:24 32:22,23 42:10, 25 43:20,21 44:2 45:17,20 46:16,17 49:24 50:25 51:5,13 53:5,7,20 54:16, 17 56:4 57:7,11 58:7,9 62:22 63:7,12,24 64:20 67:12 68:11 69:10 70:6,21,22 71:11,13,23 73:9,15,20 75:10,24 77:13, 14,18 78:19 79:15,18,23 80:8,12,22,25 82:16,18,21 83:3 84:3,25 88:11,20 90:6, 25 91:7 92:20 94:13,18,20 95:24 96:17 97:4 101:18 102:2,15 103:19 104:21,24 106:2,3,16 108:3 109:2 110:10,14,22,25 111:12,16,19 114:22 116:12 117:8 121:19,20 122:9 130:20,25 131:12,14 132:15 133:10 134:9,10 135:14,25 136:5,14,17 140:4,5 141:6, 15,17 143:19 146:6,8 147:18, 21 150:5 152:7, 8,11,21,23,24 153:6,12 154:21 157:9,16,23 160:17,22 161:15 162:12,

14,23 163:3,8 164:2,14 165:15 166:24 167:8, 12,16,19 168:3, 6,8,18,25 169:14,20,24 171:6,12 172:2 173:11,23 174:3 175:4,7 177:20 180:17 181:12 184:20 187:10 192:25 193:7,20 197:8,12,16,18, 25 198:17 200:11,13 201:6,8,10 202:3 203:7 204:6,10,21,23 205:2,4 207:13, 19 208:13,14,24 209:4 211:23 213:17 214:17 220:2,6,7,25 221:12,13,24 223:22 225:21 229:12 230:18 231:10,13 233:16,20 236:15 237:18, 25 238:5

**yet** 47:19 78:5 111:3 142:17 206:14 215:16 238:13

**York** 6:4,10 17:7,15 19:4,14 20:2,6 21:4,19 22:14 24:14 25:4,19 26:19, 23 28:12,19,21 29:24 42:5,9 44:24 46:22 47:3 48:4,14 53:16,18,20 54:23 63:10 85:18 214:14 215:8 236:4 237:6

**you'd** 32:11

**you'll** 217:3,5

**you're** 8:5 10:18 14:15 15:12 19:12 22:23 30:7 31:3,4 35:12,13 37:12

39:9 42:11
48:25 49:3
50:13,14 53:17
56:20 58:16
60:6 72:17,19
75:22 77:7
80:18 86:15
90:5 96:12
99:20 100:4
105:20 120:4,5,
6 157:6 165:7,
10 166:25
167:19 178:12
186:10 187:7
191:16 193:5
195:6 196:17
200:21 215:24
216:7 219:22
220:14 227:7
231:4 233:6

**you've** 6:18
31:11 45:6
67:24 68:6 86:9
135:21 208:16
212:17 226:10
231:24 232:12

**young** 139:7

**your** 6:7,9,17
7:22 9:9,15,19
10:24 11:12
14:3 15:20 16:2,
12,14,20,23
17:21,23 18:8
20:16,19,23
23:2,24 24:24
25:7,22 28:18
29:13 37:6 39:4
40:20 41:9,10,
18 43:7,18 45:9,
12 49:2,10
51:19 52:3,5,7,
13 57:4,12,19
58:13,18 59:16
60:15 61:3,14,
24 63:6 65:19
67:25 71:5
74:13 75:7,8,22,
25 76:6,12,17
77:17 80:3,11
81:11,23 82:8,
11 86:2 87:18
88:8,14 89:13
90:17 92:16,22,
25 93:24 95:23
96:8,15 97:18
102:9,22 103:8

104:23 105:12
108:25 109:6
111:5 113:3
115:14 116:8,21
117:2 119:6,7,8
122:2 128:3,11
131:17,25
132:25 133:2
135:13 136:10
137:12,17
142:24 146:3,
11,19 147:10,
11,14,19 150:3
152:23 153:8
157:6 158:17
160:6 161:13,25
162:13 168:2
170:2,9 181:11
182:7,21 183:13
184:9,10,22
185:7 186:16
193:15 194:16,
17 195:15
197:11 198:4,9,
15 201:3
202:13,17,18,
21,25 203:4,7,
11,12,20,25
205:24 206:13,
14 207:17
208:11,25
209:3,16 211:21
213:9 216:23
217:4,16 219:24
221:9 222:4,10,
13 224:19
225:13 226:11,
14,21 227:22
228:2,17,22
229:15,19,20,
22,23 230:11
231:8,14,15
233:5,7,10,18
235:16 236:3
237:19 238:21
239:12 240:13,
14,19,21

**yourself** 7:10
133:7 234:13
235:4,9,18

**Yup** 116:24
135:23

**Z**

**zero** 126:15

**Zwanger-pesiri**
212:13