schedule for other
observ.

Diane - 9/30/15 - ~~Matthew~~ -
- should know work area prior to entering room
   " utilize 1:1 -
- needs to be more in control -                  very passive.
?- plan? not obvious -
?- what is his BIP - doesn't know
- sug. can give 2 choices then use (R)
- no instructions
has sack of activities
is he non-verbal? doesn't give verbal
let child determine direction &
   enter session    min. visual
   including getting
   undressed -
                                    uses praise -
can pinch, unzip, undress -

ask - ~~what~~ what could help ↑ participation?
    ~~how would you~~
    would schedule change help     w/ant sleep
    meds interfering — timing      sensory?
                                   input?

dressing - NO attempt to get him to
            particip. c̄ socks -       didn't
            shoes -    jacket          utilize
why OT?                                aide
                                       missed
                                       paid
- transpod - MUST accompany aide w/o based
                                    she embarrassed
                                    of help
DEF 274

10/1/15 - Diane P -
= start time = 9:10
RKS staff = "unfriendly"

✓ - zoom ball - gave # - p alerting gave a limit
- organize a shelf - freq. verbal input incl +R
→ gives too much support.
   could give choices or ask her to
   pick largest item.
- journal =
   *asked her to pick "which would you like
   to write like next" did not ask why
→ so point lost
→ ignored student posture
   "try to stay above the line"
✓ introduced ruler & explained
   this ruler is doing great for you
   because you are staying above the line
? t/y  math problem -
   ✓ clear critique  that looks like 813 but
                     your answer is 8.3
                     You need to make the
                     dot really little.
   no ^specific feedback on writing - referring back
      to orig.?*
   rather "good job" - what does it mean?
   student "My drawing is better today" "It is"
   but why?  some reference to rule

10/6/15 - 11ᵃᵐ - Diane P - RKS
- put pegs → pegboard -
  she handed pegs → student told him color
  after a while she instructed student to
  ~~dress~~ get a peg out of the bag -
  could readily do this -
  "good job" -
  no instruction to use left hand as
       assist -
  covered whole pegboard
  point? -
  student readily distracted - redirected him
  "I love that you are using 2 hands"
  when putting pegs → bag
  good work holding that bag -

Theraputty - "squeeze"
  - only when used 2 hands - said
    "squeeze 2 hands"
  latter have hand to incorporate LH

empty zip lock bag - open -
  put in ~~change purse~~ sewing kit
  close zip lock - "pinch"
  he knew to slide fingers - she waited
  pinch - ~~~~ instructed Helene as she
    pinched -

Memor

(where use verbal & written sample)

snap/zipper vest on table
open/snap then zipper — added HOH
  /close                    as needed

"I'm done"  "You're not done. We have to do the snaps & you'll be done"
"I like that you used 2 hands"

collate paper
    Take 1 green 1 white — put over here
    gave continual visual & verbal cues
→ no use of 2 hands —

goals?

write name —
    she guided pencil (hand on pencil)
    "hold the paper"
    /

clothes pins → board.
    match colors not stated —
    look for red ...
    she guided to right place

transition → class held his hand —
    why need —

DEF 277

Discussion —
plan for no/done goals

- ① use both hands
- ② succ. close to items using 2 fingers
  teacher asked y/a help c zip → jkt
- ③ pre·voc → paper sorting (teacher room)
  work site goal (focus was attend to a task)
- your impression —
- long term goals
  resists touch —
  tolerate diff. textures
- writing — on teacher request —