Diane Peritz –

Observation Notes:

9/30/15 – RKS

Diane did not know where she was going to work with the student –

Student was accompanied by Diane and 1:1. Student was sound asleep when Diane picked him up in the classroom. The teacher (Trish Savage) got him up. The psychologist toileted him. Therefore, session was shortened.

Diane had a bag of activities with her. Student went to the mat. Diane did not guide him anywhere, but followed him. He attempted on several occasions to go back to sleep. Diane repeatedly handed Matthew various activities (clip board, etc.), Matthew pushed them away. Diane said ok and would present another activity. Never encouraged him, offered him a first then, choice. Didn't ask the 1:1 for assistance except one time asked her to get yet another activity to present.

At one point, Matthew started placing large clips onto a clip holder – randomly and with out direction. Diane praised him, but gave minimal verbal or visual input – direction or praise.

He seemed to guide the entire session. Matthew began to undress. He removed his shoes and socks. Diane did not attempt to stop him. When it was time to leave, Diane put on his socks with no attempt to get him to participate. She realized that Matthew could put on his shoes so she assisted him. She asked if he could tie his shoes and he began to do so. She assisted.

She then was going to have the 1:1 take him back to class. I stopped her and instructed that she MUST accompany the student (a runner).

Told her to know work area PRIOR to entering room – will talk to Celina regarding a permanent spot.

Spoke about speaking to the teacher – assure that she knows the tx schedule. Ask that the student be toileting just prior to session versus during session.

I inquired about the student's BIP. Diane did not know what it said. She reported that it was only the second or third time seeing the student. I asked where or not a schedule change might help – were meds interfering? (sleepiness). Instructed her to discuss with teacher. What might help increase arousal state? Sensory input?

Didn't utilize the 1:1. I asked why? Diane stated that she was embarrassed to ask. I explained that the district was paying for them to assist.

Goals? Pinch

Diane agreed that it was an unsuccessful session and that she had no control over the student. We agreed that I would do another observation both in CCA and in RKS

Diane also complained that the RKS staff was unfriendly

10/1/15 – CCA

Started with zoom ball – Gave the student a limit – 25x and had the student help count.

Asked the student to empty and then organize a shelf in the cabinet. She provided frequent verbal input including positive reinforcing statements. Diane however provided too much support – She told the student to organize by size then handed her the largest pieces versus asking student to select.

Next asked student to write in her journal. Showed student two writing sample and asked her to pick "which would you like to write like next". – the student pointed at one. No discussion at all.

Student demonstrated very poor posture – not addressed.

"try to stay above the line" – gave student a ruler and explained "this ruler is doing great for you because you are staying above the line."

Math problem – Clear critique: "That looks like 813, but your answer is 8.3. You need to make the dot really little"

No specific feedback on writing – did not refer back to original samples – stated "good job"

Student "My handwriting is better today." "It is". Why? Who knows.

Occasionally, Diane would start a sentence but not finish it..."I would like you to...."


Discussed all of above in detail including need for consistent and specific feedback. Also further discussed RKS observation and possible impact on tenure. I planned to observe her again in RKS. She again stated that people are unfriendly to her. I told her that I was told that she stated to others that she is a seasoned therapist and doesn't need any assistance. She stated that she is a seasoned therapist and knows how to be an OT, but doesn't believe that she stated that to others. Told her to spend more time with Celina. (Leora has been mentoring her in CCA).

DEF   280