# BOCES

**DEPARTMENT OF
HUMAN RESOURCES**

Tracey A. Nekulak, Ed.D.
*Executive Director*
(516) 396-2358
tnekulak@nasboces.org

Selma Stoddard, Esq.
*Assistant Director*
(516) 396-2360
sstoddard@nasboces.org

DEPT. OF RECEIVED RCES

2015 MAR -9 A 9:38

February 27, 2015

Ms. Diane Peritz
112 Holiday Drive
Woodbury, NY 11797

Dear Ms. Peritz:

This is to advise you that at its meeting of February 26, 2015, the Board of Cooperative Educational Services of Nassau County appointed you to the position of Occupational Therapist (0.6) - Jerusalem Avenue School - Special Education.

Your annual salary, subject to verification of experience, is $40,473.84, is effective March 05, 2015.

You will serve a 26 week probationary period commencing March 05, 2015.

Please sign and return the enclosed copy to the Department of Human Resources to indicate your acceptance of the terms and conditions of employment.

Very truly yours,

*Tracey A. Nekulak*

Tracey A. Nekulak, Ed.D.
Executive Director
Human Resources

TAN/ec
Enclosure

Signature: *Diane Peritz*

---

GEORGE FARBER ADMINISTRATIVE CENTER
71 Clinton Road, P.O. Box 9195, Garden City, New York 11530-9195
Fax: (516) 396-2383 • www.nassauboces.org

ID# 33750

DEF 39

# BOCES

**DEPARTMENT OF HUMAN RESOURCES**

Tracey A. Nekulak, Ed.D.
*Executive Director*
(516) 396-2358
tnekulak@nasboces.org

Selma Stoddard, Esq.
*Assistant Director*
(516) 396-2360
sstoddard@nasboces.org

RECEIVED
DEPT. OF HUMAN RESOURCES
2015 APR 27

April 14, 2015

Ms. Diane Peritz
112 Holiday Drive
Woodbury, NY 11797

Dear Ms. Peritz:

This is to advise you that at its meeting of April 13, 2015, the Board of Cooperative Educational Services of Nassau County appointed you to the position of Occupational Therapist - Jerusalem Avenue School - Special Education.

Your annual salary, subject to verification of experience, is $67,456.40, is effective April 14, 2015.

You will serve a 26 week probationary period commencing April 14, 2015.

Please sign and return the enclosed copy to the Department of Human Resources to indicate your acceptance of the terms and conditions of employment.

Very truly yours,

*Tracey A. Nekulak*

Tracey A. Nekulak, Ed.D.
Executive Director
Human Resources

TAN/ec
Enclosure

Signature: _____

ID# 33750

**GEORGE FARBER ADMINISTRATIVE CENTER**
71 Clinton Road, P.O. Box 9195, Garden City, New York 11530-9195
Fax: (516) 396-2383 • www.nassauboces.org

DEF 43