Case 2:16-cv-05478-SJF-AYS   Document 28-17   Filed 10/27/17   Page 1 of 5 PageID #: 524

SUBJECT:   EQUAL OPPORTUNITY AND NONDISCRIMINATION

The Nassau BOCES, its officers and employees, shall not discriminate against any student, employee or individual on the basis of a person's actual or perceived race, color, weight, other physical characteristics, national origin, ethnic group, religion, religious practice, disability, gender, sexual orientation, predisposing genetic characteristics, political affiliation, sex, age, marital status, military status, veteran status, domestic violence victim status or other arbitrary criteria and shall provide equal access to the Boy Scouts and other designated youth groups. The Nassau BOCES shall provide notice of this policy in accordance with federal and state law and regulation.

This policy of nondiscrimination includes access by students to all Nassau BOCES services, as well as recruitment and appointment of employees and employment pay, benefits, advancement and/or terminations.

Annual Notification

At the beginning of each school year, the Nassau BOCES shall publish a notice of the established grievance procedures for resolving complaints of discrimination to parents/guardians, employees, eligible students and the community. The public notice shall:

1. inform parents/guardians, employees, students and the community that educational programs, including but not limited to vocational programs, are offered without regard to a person's actual or perceived race, color, weight, other physical characteristics, national origin, ethnic group, religion, religious practice, disability, gender, sexual orientation, predisposing genetic characteristics, political affiliation, sex, age, marital status, military status, veteran status or domestic violence victim status or other arbitrary criteria;
2. provide the name, address and telephone number of the person designated to coordinate issues dealing with discrimination; and
3. be included in announcements, bulletins, catalogues, and applications made available by the agency.

The Executive Director of the Department of Human Resources has been designated to handle inquiries regarding the agency's non-discrimination policies. Title IX inquiries may also be made to the U.S. Department of Education's Office of Civil Rights. Contact information for the Executive Director of the Department of Human Resources and the Office of Civil Rights is available on the Nassau BOCES web site. Complaints of sexual harassment or discrimination are covered by policy #0110, Sexual Harassment.

The Nassau BOCES Board authorizes the District Superintendent and/or his/her designee to establish such rules, regulations and procedures necessary to implement and maintain this policy.

Mission, Vision, and Goals

SUBJECT:    EQUAL OPPORTUNITY AND NONDISCRIMINATION

Cross-ref:   0110, Sexual Harassment
            5030, Student Complaints and Grievances
            9140.1, Staff Complaints and Grievances

Ref:   Americans with Disabilities Act, 42 U.S.C. §12101 *et seq.*
       Title VI, Civil Rights Act of 1964, 42 U.S.C. §2000d *et seq.* (nondiscrimination based on race, color, and national origin in federally assisted programs)
       Title VII, Civil Rights Act of 1964, 42 U.S.C. §2000e *et seq.* (nondiscrimination based on race, color, and national origin in employment)
       Title IX, Education Amendments of 1972, 20 U.S.C. §1681 *et seq.* (nondiscrimination based on sex)
       §504, Rehabilitation Act of 1973, 29 U.S.C. §794
       Individuals with Disabilities Education Law, 20 U.S.C §§1400 *et seq.*
       Genetic Information Nondiscrimination Act of 2008 P.L. 110-233
       34 C.F.R. §§ 100.6, 104.8, 106.9, 110.25
       Executive Law §290 *et seq.* (New York State Human Rights Law)
       Education Law §§313(3), 3201, 3201-a
       Age Discrimination Act of 1975, 42 U.S.C. §6101 *et seq.*
       Boy Scouts of America Equal Access Act, 20 U.S.C. §7905 *et seq.*

Adopted:  8/4/11
Revised:  11/6/14

1999  9140.1
1 of 1

Personnel Management

SUBJECT:   STAFF COMPLAINTS AND GRIEVANCES

In order to address staff complaints not covered by bargaining agreements, and/or for those employees not covered by such an agreement, the Nassau BOCES Board establishes this policy. Staff members have the right to present complaints and grievances in accordance with these procedures free from coercion, interference, restraint, discrimination or reprisal.

The agency shall implement the multi-stage grievance procedure and an appellate stage for the settlement of grievances pursuant to the General Municipal Law.

This policy and regulation shall be filed with the District Clerk and the State Civil Service Commission within 15 days of adoption and/or amendment, as required by law.

Staff complaints that are not covered under the General Municipal Law, or cannot be resolved under procedures of policies 0100, Equal Opportunity and Nondiscrimination, or 0110, Sexual Harassment, shall be subject to the discretion of the Nassau BOCES Board as to the method by which the complaint may be brought forward as per regulation.

Cross-ref:   0100, Equal Opportunity and Nondiscrimination
             0110, Sexual Harassment

Ref:   General Municipal Law, Article 15-c
       Civil Service Law, Article 14
       *Matter of Gatje*, 24 EDR 191 (1984)

Adopted: 6/3/99
Revised: 11/20/14

Board of Cooperative Educational Services

# POLICIES AND REGULATIONS

My signature below indicates that I understand that the Nassau BOCES Policies and Regulations in PDF format can be found at the following links:

Policies can be accessed at: http://www.nassauboces.org – About Us – Policies and Procedures – Board Policy Manual

| | |
|---|---|
| Nassau BOCES # 0100 | Equal Opportunity and Non-Discrimination |
| Nassau BOCES # 0110 | Sexual Harassment |
| Nassau BOCES # 1530 | Smoking and the use of Tobacco Products on BOCES Premises |
| Nassau BOCES # 2160 | Board Officer and Employee Code of Ethics |
| Nassau BOCES # 2240 | Public Complaints |
| Nassau BOCES # 2412 | Anti-Harassment in the Schools |
| Nassau BOCES # 5111 | Oath of Allegiance/Office personnel |
| Nassau BOCES # 5160 | Alcohol, drugs, and other substances |
| Nassau BOCES # 5161 | Drug-free Workplace |
| Nassau BOCES # 5260 | Staff use of computerized information resources |
| Nassau BOCES # 5340 | Family and Medical Leave Act |
| Nassau BOCES # 5460 | Child Abuse, Maltreatment or Neglect in a Domestic Setting |
| Nassau BOCES # 6685 | Medicaid Compliance |
| Nassau BOCES # 8100 | Safety Programs |
| Nassau BOCES # 8130 | School Safety Plans and Teams |
| Nassau BOCES # 8210.1 | Security and Use of Surveillance Cameras on School Property |
| Nassau BOCES # 9420 | Evaluation of Staff |
| Nassau BOCES # 9645 | Disclosure of Wrongful Conduct (Whistleblower Policy) |

Regulations can be accessed at: http://www.nassauboces.org – About Us – Policies and Procedures – Administrative Regulations Manual

| | |
|---|---|
| Nassau BOCES # 2240R | Complaints Concerning School Personnel |
| Nassau BOCES # 2240R.1 | Anti-discrimination Complaint Guidelines |
| Nassau BOCES # 2240P | Anti-discrimination Complaint Procedures |
| Nassau BOCES # 2240F | Anti-discrimination Complaint Form |
| Nassau BOCES # 5121R | Sexual Harassment |
| Nassau BOCES # 5161R | Drug-free Workplace |
| Nassau BOCES # 5161F | Work on Federal Grants |
| Nassau BOCES # 5260R | Staff use of computerized information resources |

I understand that these policies and regulations contain information regarding Nassau BOCES rules, regulations and benefits which affect me as an employee.

I acknowledge that as an employee, I have received information on how to access these policies and regulations and I understand that I must abide with all Nassau BOCES policies, procedures and rules for the entire duration of my employment with the Agency. I also understand that my failure to comply may result in disciplinary action.

I also understand that Nassau BOCES may update the policies and regulations by revising, supplementing or rescinding them, with or without notice.

During my orientation at Nassau BOCES, I received compliance training, including training respecting sexual harassment issues.

Diane Perrtz
Print Name

_[signature]_
Employee Signature

2/25/15
Date of Orientation

Hr-share(s)/hr orientation/FORMS/Policy 9/16/14



DEF 20



Board of Cooperative Educational Services

## Employee Handbook Acknowledgement

My signature below indicates that I have read the Nassau BOCES Employee Handbook in PDF format located on the Nassau BOCES website at www.nassauboces.org at the bottom of the home page under the Employees Section, click on Tools and Resources.

I understand that this handbook contains information regarding Nassau BOCES rules, regulations and benefits which affect me as an employee.

I also understand that Nassau BOCES may update the handbook and revise, supplement or rescind policies, procedures or benefits described in the handbook, with or without notice.

Print Name _Diane Perit_

Signature _Diane Perit_

Date _2/25/15_

[Type text]

Δπ EXHIBIT ___
Deponent _DP_
Date _7/7/17_ Rptr ___
www.depobook.com

DEF 22