The Law Office Of
# MINDY KALLUS
3220 Netherland Avenue, Suite 5D, Bronx, New York 10463
Ph: 646-954-1816
Kallusesq@gmail.com

October 8, 2018

*VIA MAIL AND EMAIL*
Lewis Silverman, Esq.
Caroline Lineen, Esq.
Silverman and Associates
445 Hamilton Avenue, Suite 1102
White Plains, New York

　　　　*Re: Peritz v. BOCES*
　　　　*Docket No: 16-cv-5478*

Dear Mr. Silverman and Ms. Lineen:

　　　　I am writing to inform you that the Court has reset the in person pretrial conference from October 11, 2018 to November 13, 2018 at 11:15 a.m. in Courtroom 1010 at the Central Islip federal courthouse. Attached is the Court's Notice of Hearing.

　　　　　　　　　　Very Truly Yours,

　　　　　　　　　　/s/Mindy Kallus

　　　　　　　　　　Mindy Kallus

cc: U.S.D.J. Feuerstein(Via ECF)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x        Docket No.:16-cv-5478

DIANE PERITZ,                                                                      (SJF) (AYS)

                                                   Plaintiff,                      **PROOF OF SERVICE**

                          -against-

NASSAU COUNTY BOARD OF COOPERATIVE
EDUCATIONAL SERVICES, BONNIE HELLER,
JANET WEISEL,

                                                   Defendants.

-------------------------------------------------------------------------x

        MINDY KALLUS, counsel for Plaintiff, affirms under penalties of perjury, as follows:

> (1)    On October 3, 2018, this Court adjourned the pre-trial conference set for October 11, 2018 to November 13, 2018 at 11:15 a.m. at the United States District Court for the Eastern District of New York, 100 Federal Plaza, Courtroom 1010, Central Islip, New York.

> (2)    On October 8, 2018, I served a copy of the Court's Notice of Hearing  served upon counsel for Defendants, Silverman & Associates, 445 Hamilton Avenue, Suite 1102, White Plains, New York via US. Mail and email.

                                  /s/ <u>Mindy Kallus</u>

Dated:  Bronx, New York
          October 8, 2018